IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FREE SPEECH SYSTEMS LLC | ) | Case No. 22 - __60043__ |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V) |

**CORPORATE OWNERSHIP STATEMENT AND REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF THE DEBTOR HOLDS A SUBSTANTIAL AND CONTROLLING INTEREST**

The above-captioned Debtor submits this statement and report providing the information required by Bankruptcy Rule 7007.1 and the information required by Bankruptcy Rule 2015.3 as follows:

### Corporate Ownership Statement

No corporation directly or indirectly owns 10% or more of any c lass of the Debtor's equity interests.

### Report of Value, Operations and Profitability

The Debtor has no interests in any entity that is not a publicly traded corporation or debtor in a chase under title 11 of the United States Code.

### Verification

The undersigned verifies under the penalty of perjury that the above information is true and correct.

Dated: July 29, 2022       By: ___/s/ W. Marc Schwartz___
                               W. Marc Schwartz