# **Exhibit A**

## Utility Services List

| Utility Provider | Utility Type | Average Monthly Expense | Address | City | State | Zip | Account # |
|---|---|---|---|---|---|---|---|
| City of Austin | Electricity | 5,330.47 | P.O. Box 2267 | Austin | TX | 78783 | Acct 81538 82023, Acct 74697 40000, Acct 68899 67480, Acct 47221 33167 |
| DirectTV | Satellite TV | 208.43 | P.O. Box 5006 | Carol Stream | IL | 60197 | Acct: 083741384 |
| Grande Communications | Internet Utility | 1,392.66 | P.O. Box 679367 | Dallas | TX | 75267 | Acct: 8201-0984072-01 |
| Lumen/Level 3 Communications | Telephone | 9,911.85 | P.O. Box 910182 | Denver | CO | 80291-0182 | Acct 310925 |
| Spectrum Business | Television / Internet | 18.70 | P.O. Box 60074 | City of Industry | CA | 91716 | Acct: 8260 16 157 1434339 |
| Spectrum Enterprise | Television / Internet | 2,072.18 | P.O. Box 60074 | City of Industry | CA | 91716 | Acct: 8260 16 157 1196383 |
| Texas Gas Service | Gas Service | 99.32 | P.O. Box 219913 | Kansas City | MO | 64121 | Acct: 912199603 1198529 36 |
| Verizon | Cell Phones | 532.74 | P.O. Box 660108 | Dallas | TX | 75266 | Acct: 721480645-00001 |
| Verizon | Cell Phones | 640.68 | P.O. Box 660108 | Dallas | TX | 75266 | Acct: 721480645-00003 |
| | **Total Monthly Utilities** | **20,207.03** | | | | | |