# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> FREE SPEECH SYSTEMS, LLC, ) <br> ) <br> Debtor. ) <br> ) | Case No. 22-60043 <br><br> Chapter 11 (Subchapter V) |

## CERTIFICATE OF SERVICE REGARDING NOTICE OF EMERGENCY HEARING ON DEBTOR'S EMERGENCY MOTION TO MODIFY AUTOMATIC STAY

I hereby certify that on July 29, 2022, on behalf of the Debtor I (a) provided notice of the hearing on the Debtor's Emergency Motion for an Order Modifying the Automatic Stay to Allow the Heslin/Lewis State Court Suit to Continue to Judgement [ECF No. 2] (the "Stay Motion") by email to the following parties, and (b) served a copy of the Stay Motion and the Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions [ECF No. 10] by email on the following parties:

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterling, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
rchapple@cstrial.com

Cliff Walston
Walston Bowlin Callender, PLLC
4199 San Felipe Street, STE 300
Houston, TX 77027
cliff@wbctrial.com

Jon Maxwell Beatty
The Beatty Law Firm PC
1127 Eldridge Pkwy, Suite 300, #383
Houston, TX 77077
max@beattypc.com

Date: July 29, 2022

/s/ *R. J. Shannon*
R. J. Shannon
State Bar No. 24108062
SHANNON & LEE LLP
700 Milam Street, STE 1300
Houston, Texas 77002
Email: rshannon@shannonleellp.com
Tel.: (713) 714-5770