D-1-GN-18-001835

| NEIL HESLIN and SCARLETT LEWIS | § § § | IN DISTRICT COURT OF |
|---|---|---|
| | § | TRAVIS COUNTY, TEXAS |
| VS. | § § | |
| | § | 261st DISTRICT COURT |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER | § § § | |

## PLAINTIFFS' EXHIBIT LIST

| EXHIBIT NO. | BATES NO. | EXHIBIT DESCRIPTION | ADMITTED |
|---|---|---|---|
| PX 001 | | Family photograph 1 | |
| PX 002 | | Family photograph 2 | |
| PX 003 | | Family photograph 3 | |
| PX 004 | | Family photograph 4 | |
| PX 005 | | Report of the Uniform Crime Reporting Program - Connecticut - 2012 | |
| PX 006 | SANDY HOOK-00350-351 | Sandy Hook Official Report - Book 5 - 00014498 | |
| PX 007 | SANDY HOOK-000354-360 | Sandy Hook Official Report - Book 6 - 00002060 | |
| PX 008 | SANDY HOOK-000373-379 | Sandy Hook Official Report - Book 6 - 00029085 | |
| PX 009 | SANDY HOOK-000387-388 | Sandy Hook Official Report - Book 6 - 00040345 | |
| PX 010 | Ex 4 to Jones 3/14/19 deposition | Dashcam frame | |
| PX 011 | | Affidavit of Alex Jones – 2018 | |
| PX 012 | | Affidavit of Alex Jones – 2019 | |
| PX 013 | | Affidavit of Dr. Wayne Carver | |
| PX 014 | | Affidavit of Owen Shroyer | |
| PX 015 | SANDY HOOK-001692-1752 | Becca Lewis - Alternative Influence | |
| PX 016 | Sandy Hook-000627-637 | Fairleigh University Poll | |
| PX 017 | SANDY HOOK-001586-1691 | Becca Lewis - Media Manipulation and Disinformation Online | |
| PX 018 | SANDY HOOK-000643-656 | Becca Lewis Chart of Literature | |
| PX 019 | SANDY HOOK-000396-421 | CNN Transcript - McDonnel Interview | |

1


EXHIBIT 6

| | | | |
|---|---|---|---|
| PX 020 | SANDY HOOK-000422-425 | Article – Megyn Kelly Fails to Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece | |
| PX 021 | Ex 8 to Jones 3/14/19 deposition | Screenshot of InfoWars episode | |
| PX 022 | Ex 9 to Jones 3/14/19 deposition | Photo of Dhahran International Hotel | |
| PX 023 | Ex 11 to Jones 3/14/19 deposition | Photo of Dhahran International Hotel | |
| PX 024 | SANDY HOOK-000599-600 | Newtown Bee Photo Archive | |
| PX 025 | SANDY HOOK-000550-558 | Pages from AllThingsAndersonCooper.com | |
| PX 026 | SANDY HOOK-000448-455 | SPJ Code of Ethics | |
| PX 027 | SANDY HOOK-000429-432 | Website of the Sandy Hook Elementary School Shooting Reports | |
| PX 028 | | E-mail - Halbig to JT Lewis – 2019.09.09 (1st) | |
| PX 029 | | E-mail – Halbig to JT Lewis – 2019.09.09 (2nd) | |
| PX 030 | | E-mail – Halbig to JT Lewis – 2019.11.09 | |
| PX 031 | | Index of Defendant's video discovery production, produced November 7, 2019 | |
| PX 032 | FSS_NET_0204-0205 | Free Speech Systems, LLC Balance Sheet | |
| PX 033 | FSSTX-086569-86583 | InfoWars Amazon Sales Summary | |
| PX 034 | FSSTX-086588 | InfoWars Order Spreadsheet | |
| PX 035 | FSSTX-086589 | InfoWars Revenue | |
| PX 036 | FSSTX-086588 | InfoWars Revenue | |
| PX 037 | FSSTX-086587 | InfoWars Revenue | |
| PX 038 | FSSTX-086265 | InfoWars Analytics Landing Pages | |
| PX 039 | FSSTX-082669-082812 | InfoWars Analytics Content Drilldown | |
| PX 040 | Ex 8 to Paz 12/14/22 deposition | Notes of Corporate Representative Brittany Paz | |
| PX 041 | Ex 5 to Jones 3/14/19 deposition | Photograph of Dan Bidondi | |
| PX 042 | FSSTX-043896 | Photograph of Scarlett Lewis | |
| PX 043 | FSSTX-042476 | Halbig Superbowl Photograph | |
| PX 044 | FSSTX-085544-85730 | Leonard Pozner – Comprehensive Report | |
| PX 045 | FSSTX-077825 | E-mail – Adan S. to Louis S. | |
| PX 046 | FSSTX-076236 | E-mail – Dew to Changeshorses | |
| PX 047 | FSSTX-013639 | E-mail – Dew to Aaron | |
| PX 048 | FSSTX-072489 | E-mail – Watson to Pozner | |
| PX 049 | FSSTX-075755 | E-mail – Changeshorses to robd | |
| PX 050 | FSSTX-075999 | E-mail – Dew to changeshorses | |
| PX 051 | FSSTX-04802-040803 | E-mail – Heath to Adan S. | |

| PX 052 | FSSTX-078964 | E-mail – Captor to writers@infowars | |
| PX 053 | FSSTX-012708 | E-mail - Louis S. to Matt W. | |
| PX 054 | FSSTX038928-038933 | E-mail - Halbig to Nico@infowars | |
| PX 055 | FSSTX-075327 | E-mail – Nico to Dew | |
| PX 056 | Heslin (19-4651)-000125 | Article – Internet Censors Viral Sandy Hook Truth Documentary | |
| PX 057 | FSSTXX-037204-06 | E-mail – Johnson to Dew | |
| PX 058 | FSSTX-039550 | E-mail – Halbig to kmccune & info@safeandsoundschools.org | |
| PX 059 | Heslin (19-4651)-000166 | Article – Sandy Hook Victim Dies (Again) in Pakistan | |
| PX 060 | FSSTX-075922-28 | Daily Show Log – 02-12-15 | |
| PX 061 | FSSTX-039429 | E-mail – Halbig to Nico | |
| PX 062 | FSSTX-039897 | E-mail – Nico to Dew | |
| PX 063 | FSSTX-040027 | E-mail – Halbig to Wildrosefarm1740 | |
| PX 064 | FSSTX-079546 | E-mail – Louis S. to Lee Ann | |
| PX 065 | FSSTX-037740-42 | E-mail – Dew to Knight | |
| PX 066 | FSSTX-042477 | Letter from Diocese to Halbig | |
| PX 067 | | E-mail – Dew to Bidondi | |
| PX 068 | FSSTX-0381775-76 | E-mail – Dew to Bidondi | |
| PX 069 | FSSTX-018762-63 | E-mail – Powell to Dew | |
| PX 070 | FSSTX-076105 | E-mail – Powell to Hannan | |
| PX 071 | FSSTX-076069 | E-mail – Darrin to Dew | |
| PX 072 | FSSTX-019237-38 | E-mail – Dew to Fetzer | |
| PX 073 | FSSTX-027752 | E-mail – Watson to Buckley | |
| PX 074 | FSSTX-027766 | E-mail – Watson to Buckley | |
| PX 075 | FSSTX-075936 | E-mail – caliberhiter to showtips and writers | |
| PX 076 | Heslin(19-46651) – 000766 | E-mail – Adan S to Dew | |
| PX 077 | FSSTX-076588-89 | E-mail – Watson to Buckley | |
| PX 078 | | E-mail – Halbig to Nico and others | |
| PX 079 | FSSTX-042462-63 | E-mail – Murray – robd & funkyboypd | |
| PX 080 | FSSTX-043252-53 | E-mail – Halbig to others | |
| PX 081 | FSSTX-051348-49 | E-mail – Halbig to others | |
| PX 082 | FSSTX-043912-043916 | E-mail – Murray to Habig and others | |
| PX 083 | FSSTX-012675 | E-mail – Wadesvids to robd, alexj, ceo, newstip | |
| PX 084 | FSSTX-052942 | E-mail – Wadesvids to others | |
| PX 085 | | E-mail – David Knight to seekthetruth80 | |
| PX 086 | | E-mail – David Knight to David Knight | |
| PX 087 | FSSTX-052975-76 | E-mail – Wadesvids to robd & others | |
| PX 088 | FSSTX-053016-17 | E-mail – Halbig to Pozner and others | |
| PX 089 | FSSTX-053394 | E-mail – Halbig to Mead and others | |
| PX 090 | FSSTX-015270 | E-mail – Dew to Shroyer | |
| PX 091 | FSSTX-028423 | E-mail – Dew to Jon | |
| PX 092 | FSSTX-014466 | E-mail – Adan S to Darrin | |

| | | | |
|---|---|---|---|
| PX 093 | Heslin (19-4651)-000661 | E-mail – Dew to Karpova | |
| PX 094 | Heslin (19-4651)-000627 | E-mail – Bidondi to Dew | |
| PX 095 | Heslin (19-4651)-000719-21 | E-mail – Nico to Darrin | |
| PX 096 | Heslin (19-4651)-000862 | E-mail Jones to Dew | |
| PX 097 | Heslin (19-4651)-000873 | E-mail – Dew to Dew | |
| PX 098 | | Rob Dew Tweet - 2017.12.22 | |
| PX 099 | | Rob Dew Tweet - 2018.01.20 | |
| PX 100 | Ex B-42 to Defs' TCPA Motion | Transcript – The Alex Jones Show – 2017.07.20 | |
| PX 101 | Ex B-43 to Defs' TCPA Motion | Transcript – The Alex Jones Show – 2017.04.22 | |
| PX 102 | Ex B-49 to Defs' TCPA Motion | Transcript – The Alex Jones Show – 2017.04.28 | |
| PX 103 | Ex B-38 to Defs' TCPA Motion | Transcript – The Alex Jones Show – 2017.06.25 | |
| PX 104 | Ex B-39 to Defs' TCPA Motion | Transcript – Sunday Night with Megyn Kelly – 2017.06.18 | |
| PX 105 | | C.V. of Rebecca Lewis | |
| PX 106 | | C.V. of Dr. Roy Lubit | |
| PX 107 | | C.V. of Bernard Pettingill | |
| PX 108 | | C.V. of Fred Zipp | |
| PX 109 | | Argument of Amicus Curiae – 2018.08.23 | |
| PX 110 | | Sandy Hook Facts Screenshot 1 | |
| PX 111 | | Sandy Hook Facts Screenshot 2 | |
| PX 112 | | Sandy Hook Facts Screenshot 3 | |
| PX 113 | | Sandy Hook Facts Screenshot 4 | |
| PX 114 | | Sandy Hook Facts Screenshot 5 | |
| PX 115 | | Sandy Hook Facts Screenshot 6 | |
| PX 116 | | Sandy Hook Facts Screenshot 7 | |
| PX 117 | | Sandy Hook Facts Screenshot 8 | |
| PX 118 | Ex 19 to Jones 12/04/21 deposition | Jones Audio Recording | |

| VIDEO EXHIBIT NO. | VIDEO DESCRIPTION | ADMITTED |
|---|---|---|
| PVX 001 | Connecticut School Massacre Looks Like False Flag Says Witnesses (SH VIDEO 1) | |
| PVX 001A | Clip A of PVX 001 | |
| PVX 001B | Clip B of PVX 001 | |
| PVX 001C | Clip C of PVX 001 | |
| PVX 001D | Clip D of PVX 001 | |

| PVX 002 | Creepy Illuminati Message in Batman Movie Hints at Sandy Hook School (F2mRuEhmoGA) | |
|---|---|---|
| PVX 002A | Clip A of PVX 002 | |
| PVX 003 | Callers React to Foreign Media Pushing Total Gun Confiscation (SH VIDEO 2) | |
| PVX 003A | Clip A of PVX 003 | |
| PVX 004 | Clearing Up Some Disinfo on Sandy Hook Massacre with James Tracy (SH VIDEO 3) | |
| PVX 004A | Clip A of PVX 004 | |
| PVX 004B | Clip B of PVX 004 | |
| PVX 005 | Why People Think Sandy Hook is a Hoax (tM5ZdO-IgEE) | |
| PVX 005A | Clip A of PVX 005 | |
| PVX 006 | Obama Gun Grab Psyop (SH VIDEO 4) | |
| PVX 006A | Clip A of PVX 006 | |
| PVX 007 | Shadow Govt Strikes Again (SH VIDEO 5) | |
| PVX 007A | Clip A of PVX 007 | |
| PVX 008 | Shadow Govt Strike Again (esIvAO2aIlw) | |
| PVX 008A | Clip A of PVX 008 | |
| PVX 009 | Bombshell: Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert (x2a1FwYEZS4) | |
| PVX 009A | Clip A of PVX 009 | |
| PVX 010 | Sandy Hook Deaths Missing From FBI Report (A2Z0zUZBn7k) | |
| PVX 010A | Clip A of PVX 010 | |
| PVX 010B | Clip B of PVX 010 | |
| PVX 010C | Clip C of PVX 010 | |
| PVX 011 | Lawsuit Could Reveal Truth About Sandy Hook Massacre (kK8CnIBA928) | |
| PVX 011A | Clip A of PVX 011 | |
| PVX 011B | Clip B of PVX 012 | |
| PVX 012 | America the False Democracy (SH VIDEO 6) | |
| PVX 012A | Clip A of PVX 012 | |
| PVX 013 | Why We Accept Govt Lies (SH VIDEO 7) | |
| PVX 013A | Clip A of PVX 013 | |
| PVX 014 | Title Unknown – Video discussing HONR Network (SH VIDEO 8) | |
| PVX 014A | Clip A of PVX 014 | |
| PVX 014B | Clip B of PVX 014 | |
| PVX 014C | Clip C of PVX 014 | |
| PVX 014D | Clip D of PVX 014 | |
| PVX 014E | Clip E of PVX 014 | |
| PVX 014F | Clip F of PVX 014 | |
| PVX 014G | Clip G of PVX 014 | |
| PVX 015 | New Bombshell Sandy Hook Information In-Bound (7ib5WkULBY) | |
| PVX 015A | Clip A of PVX 015 | |
| PVX 015B | Clip B of PVX 015 | |
| PVX 015C | Clip C of PVX 015 | |
| PVX 015D | Clip D of PVX 015 | |
| PVX 015E | Clip E of PVX 015 | |
| PVX 015F | Clip F of PVX 015 | |

| | | |
|---|---|---|
| PVX 015G | Clip G of PVX 015 | |
| PVX 016 | Govt is Manufacturing Crises (SH VIDEO 9) | |
| PVX 016A | Clip A of PVX 016 | |
| PVX 016B | Clip B of PVX 016 | |
| PVX 016C | Clip C of PVX 016 | |
| PVX 017 | Retired FBI Agent Investigates Sandy Hook: MEGA MASSIVE COVER UP (jCOe3qIgyFA) | |
| PVX 017A | Clip A of PVX 017 | |
| PVX 017B | Clip B of PVX 017 | |
| PVX 017C | Clip C of PVX 017 | |
| PVX 018 | Alex Jones Final Statement on Sandy Hook (MwudDfz1yAk) | |
| PVX 018A | Clip A of PVX 018 | |
| PVX 018B | Clip B of PVX 018 | |
| PVX 018C | Clip C of PVX 018 | |
| PVX 020 | Sandy Hook Vampires Exposed (rUn1jKhWTXI) | |
| PVX 020A | Clip A of PVX 020 | |
| PVX 020B | Clip B of PVX 020 | |
| PVX 021 | Media Refuses To Report Alex Jones' Real Statements On Sandy Hook (kf2F7RxJ9e4) | |
| PVX 021A | Clip A of PVX 021 | |
| PVX 022 | Megyn Kelly Profile (SH VIDEO 13) (Also produced as Ex B-39 to Defs' TCPA Motion) | |
| PVX 022A | Clip A of PVX 022 | |
| PVX 023 | Zero Hedge Discovers Anomaly In Alex Jones Hit Piece (SH VIDEO 11) | |
| PVX 023A | Clip A of PVX 023 | |
| PVX 024 | JFK Assassination Documents To DROP Tonight (SH VIDEO 12) | |
| PVX 024A | Clip A of PVX 024 | |
| PVX 024B | Clip B of PVX 024 | |
| PVX 025 | CNN Interview with De La Rosa (SH VIDEO 14) | |
| PVX 025A | Clip A of PVX 025 | |
| PVX 026 | Sandy Hook Official Report - WDMCS_School_Interior_4_of_5 (Sandy Hook 000642) | |
| PVX 026A | Clip A of PVX 026 | |
| PVX 027 | Excerpt from Dan Bidondi FOIA Livestream (Exhibit 12 to Jones 03/19 deposition) | |
| PVX 028 | Excerpt from Dan Bidondi FOIA Livestream (Exhibit 6A to Jones 11/19 deposition) | |
| PVX 029 | CNN Interview with Heslin | |
| PVX 030 | Excerpt from The Alex Jones Show, October 1, 2021 (Exhibit 2 to Jones 12/21 deposition) | |
| PVX 031 | The Fight for Freedom of Information in Sandy Hook (l0miXJ-djeA) | |
| PVX 031A | Clip A of PVX 031 | |
| PVX 031B | Clip B of PVX 031 | |
| PVX 031C | Clip C of PVX 031 | |
| PVX 032 | Video of Dr. Carver Interview | |