CAUSE NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS<br>Plaintiffs;<br><br>v.<br><br>ALEX E. JONES, INFOWARS, LLC,<br>FREE SPEECH SYSTEMS, LLC, AND<br>OWEN SHROYER, Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>TRAVIS COUNTY, TEXAS<br><br>261ST JUDICIAL DISTRICT |

### Defendants, Free Speech Systems, LLC; Infowars, LLC; Alex E. Jones; and Owen Shroyer's Exhibit List

| EXHIBIT # | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Google Analytics Reports (FSSTX-085731 through FSSTX-086492) | | |
| 2 | Infowars store Financial Records (FSSTX-086589) | | |
| 3 | 2012.12.17 Creepy Illuminati Message in Batman Movie Hints at Sandy Hook School | | |
| 4 | 2012.12.19 Sandy Hook 2nd Shooter Cover-Up | | |
| 5 | 2012.12.19 Sandy Hook Father Remembers Fallen Hero | | |
| 6 | 2012.12.21 Lower Part of Gotham Renamed "Sandy Hook" in Dark Knight Film | | |
| 7 | 2012.12.22 Expert: Violence on TV and Video Games Cause of Sandy Hook Massacre | | |
| 8 | 2013.01.10 Prof. Claims Sandy Hook Massacre MSM Misinformation | | |
| 9 | 2013.01.15 Sandy Hook AR-15 Hoax? Still No School Surveillance Footage | | |


EXHIBIT 8

| EXHIBIT # | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
|---|---|---|---|
| 10 | 2013.01.27 Why People Think Sandy Hook is A Hoax | | |
| 11 | 2013.02.02 Children of Sandy Hook To Perform At Super Bowl | | |
| 12 | 2013.03.27 Dr. Steve Pieczenik: Sandy Hook was A Total False Flag! | | |
| 13 | 2013.04.01 Crisis Actors Used at Sandy Hook! Special Report | | |
| 14 | 2013.11.23 Sandy Hook Police Ordered to Stand Down? | | |
| 15 | 2013.12.05 Sandy Hook Mom: BACKGROUND CHECKS WOULDN'T HAVE PREVENTED TRAGEDY | | |
| 16 | 2014.02.20 Sandy Hook Investigator Stonewalled and Threatened | | |
| 17 | 2014.03.14 Sandy Hook, False Narratives Vs. The Reality | | |
| 18 | 2014.05.09 Revealed: Sandy Hook Truth Exposed | | |
| 19 | 2014.05.13 Sandy Hook "Officials" Caught In Coverup And Running Scared | | |
| 20 | 2014.05.13 Bombshell: Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert | | |
| 21 | 2014.05.14 Sandy Hook Red Flags Ignored By Newtown School Board | | |
| 22 | 2014.09.25 Sandy Hook Deaths Missing From FBI Report | | |
| 23 | 2014.12.12 Sandy Hook Film Censorship Efforts Backfire | | |
| 24 | 2014.12.12 The Ultimate Sandy Hook Debate As The 2nd Anniversary Looms | | |

| EXHIBIT # | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
|---|---|---|---|
| 25 | 2014.12.16 Will Bushmaster Lawsuit Reveal Sandy Hook Hoax? | | |
| 26 | 2014.12.27 Lawsuit Could Reveal Truth About Sandy Hook Massacre | | |
| 27 | 2015.03.04 New Bombshell Sandy Hook Information In-Bound | | |
| 28 | 2015.05.29 New Sandy Hook Questions Arise from FOIA Hearing | | |
| 29 | 2015.05.29 Sandy Hook: The Lies Keep Growing-Infowars Nightly News-05/28/2015 | | |
| 30 | 2015.05.29 School Administrator Exposes Sandy Hook Stonewall | | |
| 31 | 2015.06.04 Official Claims DHS Involved in Sandy Hook | | |
| 32 | 2015.07.07 Retired FBI agent Investigates Sandy Hook: MEGA MASSIVE COVER UP | | |
| 33 | 2015.07.08 The Fight for Freedom of Information in Sandy Hook | | |
| 34 | 2016.11.18 Alex Jones Final Statement on Sandy Hook | | |
| 35 | 2017.04.22 Sandy Hook Vampires Exposed | | |
| 36 | 2017.06.13 Media Refuses to Report Alex Jones' Real Statements on Sandy Hook | | |
| 37 | 2018.04.17 Alex Jones: Responds to Sandy Hook Anti Free Speech Lawsuit | | |
| 38 | 2018.04.17 Full Show-Alex Jones' Full Statement on Frivolous Sandy Hook Lawsuit | | |
| 39 | 2018.04.20 Democrats File Suit to Overturn 2016 Election As Megyn Kelly Re Opens Sandy Hook Wounds | | |

| EXHIBIT # | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
|---|---|---|---|
| 40 | 2018.04.20 March as Megyn Kelly Opens Old Wounds of Sandy Hook Victims | | |
| 41 | 2018.04.20 MSM Continues to Demonize Alex Jones Over Sandy Hook Lawsuits | | |
| 42 | 2018.05.23 Alex Jones' Satatement on New Sandy Hook Lawsuit | | |
| 43 | 2018.05.23 Full SHow-SOROS LAWFARE EXPOSED: Phony Sandy Hook Lawsuits Filed by FBI agent And Families | | |
| 44 | 2018.05.25 Alex Jones Responds to Morgan Freeman, Harvey Weinstein, And Sandy Hook Controversy | | |
| 45 | 1 in 1000_ Infowars Wins Sandy Hook Appeal Request.mp4 | | |
| 46 | Alex Jones And Lawyer Respond to Sandy Hook Show Trials.mp4 | | |
| 47 | Alex Jones' Official Statement on rook Ban and Sandy Hook Show Trials.mp4 | | |
| 48 | America Shocked At Bill Maher's Declaration of War Against The Midwest.mp4 | | |
| 49 | Black Lives Matter_Inside Secrets Exposed by Top Lawyer.mp4 | | |
| 50 | Exclusive Footage from Inside the Alex Jones Sandy Hook Trial.mp4 | | |
| 51 | EXCLUSIVE_Alex Jones Responds to Sandy Hook Child Porn Set Up.mp4 | | |
| 52 | FBI Says Alex Jones Setup With Child Porn in Sandy Hook Case.mp4 | | |
| 53 | Google's Analytics Prove Infowars Has No Sandy Hook Marketing.mp4 | | |
| 54 | Howard Stern Mocks Dead Sandy Hook Children.mp4 | | |

| EXHIBIT # | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
|---|---|---|---|
| 55 | Lawyer Breaks Down The BREak Sandy Hook Conspiracy & More.mp4 | | |
| 56 | MSM Use Sandy Hook to Cover Up Leftist Gun Control Agenda.mp4 | | |
| 57 | MSM Uses Tragic Suicide of Sandy Hook Dad To Smear Alex Jones.mp4 | | |
| 58 | New Sandy Hook Hoax synced by AP.mp4 | | |
| 59 | NY TIMES Releases Bizarre Sandy Hook 2nd Shooter Story.mp4 | | |
| 60 | Robert Barnes Makes MAJOR Announcements Concerning Sandy Hook 2nd Shooter Story.mp4 | | |
| 61 | Sandy Hook Smear of Alex Hones Failing, MSM Tales The Nuclear Option.mp4 | | |
| 62 | Sen. Blumenthal Dances On Graves of Sandy Hook Children To Attack Alex Jones.mp4 | | |
| 63 | Sandy Hook Photos | | |
| 64 | Alex Jones Net Worth (AJ_Net_001-AJ_Net_0108) | | |
| 65 | Owen Shroyer Net Worth SHROYER_NET_0001 - SHROYER_NET_0098 | | |
| 66 | Free Speech Systems Net Worth FSS_NET_0001-FSS_NET_0209 | | |