CAUSE NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS, Plaintiffs; | § § § § | IN THE DISTRICT COURT |
| | § § | TRAVIS COUNTY, TEXAS |
| v. | § § | |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, AND OWEN SHROYER, Defendants. | § § § | 261ST JUDICIAL DISTRICT |

### DEFENDANTS WITNESS LIST

1. Alex Jones
2. Owen Shroyer
3. Rob Dew
4. Daria Karpova
5. Bob Roe
6. Michael Zimmerman
7. Blake Roddy
8. Tim Fruge
9. Wolfgang Halbig
10. James Fetzer
11. Maria Chang
12. Brittany Paz



EXHIBIT 9

Page 1 of 1