**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT J

```
NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )   JUNE 24, 2021
                                  )
_____   )
                                  )
NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
                                  )
_____   )
                                  )
NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
```

-----------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF
FREE SPEECH SYSTEMS, LLC
BY
MICHAEL ZIMMERMANN
JUNE 24, 2021

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 24, 2021, from 9:00 a.m. to 4:10 p.m., before

Michael Zimmerman  30(b)(6), Confidential
June 24, 2021

```
 1   Rosalind Dennis, Notary in and for the State of Texas, reported
 2   by machine shorthand, appearing remotely from Dallas, Texas,
 3   pursuant to the Federal Rules of Civil Procedure and the
 4   provisions stated on the record or attached hereto.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4         CHRISTOPHER M. MATTEI, ESQ.
           MATTHEW S. BLUMENTHAL, ESQ.
 5         KOSKOFF KOSKOFF & BIEDER, PC
           350 Fairfield Avenue, Suite 501
 6         Bridgeport, Connecticut 06604
           Cmattei@koskoff.com
 7         mblumenthal@koskoff.com
           (203) 336-4421
 8

 9    FOR THE DEFENDANTS:

10         JAY MARSHALL WOLMAN, ESQ.
           RANDAZZA LEGAL GROUP
11         100 Pearl Street
           14th Floor
12         Hartford, Connecticut 06103
           jmw@randazza.com
13         (702) 420-2001

14
      ALSO PRESENT:
15         Joel Raguso - Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1   10-minute break, that'd be --
 2                THE WITNESS:  Yeah.  We can do 10, roll for
 3   another hour or so, and then do that.
 4                MR. MATTEI:  Great.  Thank you.
 5                THE WITNESS:  Okay.
 6                THE VIDEOGRAPHER:  We are off the record.  The
 7   time to 16:13 UTC.
 8           (Break taken from 11:13 a.m. to 11:25 a.m.)
 9                THE INTERPRETER:  We are on the record.  The
10   time is 16:25 UTC.
11                           EXAMINATION
12   BY MR. MATTEI:
13        Q.   Mr. Zimmermann, did anybody provide you with any
14   information during the break?
15        A.   No.
16        Q.   Okay.  All right.  So, Mr. Zimmermann
17   Free Speech Systems is owned and operated by Alex Jones,
18   correct?
19        A.   That's correct.
20        Q.   And does he have authority over all Free Speech
21   Systems operations?
22        A.   That's correct.
23        Q.   Okay.  He is the CEO and owner?
24        A.   That's correct.
25        Q.   And does he have the authority to hire and fire
```

```
 1   anybody of his choosing?
 2        A.   That's correct.
 3        Q.   And does he have authority to overrule any decision
 4   made by a subordinate?
 5        A.   That's correct.
 6        Q.   And he has ultimate authority over Free Speech
 7   finances?
 8        A.   That's correct.
 9        Q.   And he is not accountable to a board of directors or
10   any governing authority, correct?
11        A.   Correct.
12        Q.   When did Free Speech Systems hire its first employee?
13        A.   The company maintains records.  I don't have
14   information on that with me today?
15        Q.   Can Free Speech Systems approximate the year that it
16   first hired an employee?
17        A.   Approximately 2007, 2008.
18        Q.   How many people are employed by Free Speech Systems
19   presently?
20        A.   Presently, approximately 80.
21        Q.   Who within Free Speech Systems reports directly to
22   Alex Jones?
23        A.   Would be Blake Roddy for e-commerce.  Melinda Flores
24   for, accounting, Michelle Fruge for customer service.  Rob Dew
25   as the news director.
```

```
 1   NO. X06-UWY-CV-18-6046436S      )   SUPERIOR COURT
                                     )
 1   ERICA LAFFERTY, ET AL,          )   COMPLEX LITIGATION DOCKET
                                     )
 1   VS.                             )   AT WATERBURY
                                     )
 1   ALEX EMRIC JONES, ET AL,        )   JUNE 24, 2021
                                     )
 1   _____ )
                                     )
 1   NO. X-06- UWY-CV18-6046437-S    )   SUPERIOR COURT
                                     )
 1   WILLIAM SHERLACH,               )   COMPLEX LITIGATION DOCKET
                                     )
 1   VS.                             )   AT WATERBURY
                                     )
 1   ALEX EMRIC JONES, ET AL.        )   JUNE 24, 2021
                                     )
 1   _____ )
                                     )
 1   NO. X06-UWY-CV-18-6046438S      )   SUPERIOR COURT
                                     )
 1   WILLIAM SHERLACH, ET AL.,       )   COMPLEX LITIGATION DOCKET
                                     )
 1   VS.                             )   AT WATERBURY
                                     )
 1   ALEX EMRIC JONES, ET AL.        )   JUNE 24, 2021
```

15                REPORTER'S CERTIFICATION

16              DEPOSITION OF MICHAEL ZIMMERMANN

17                       JUNE 24, 2021

18

19      I, Rosalind Dennis, Notary in and for the State of Texas,

20   hereby certify to the following:

21      That the witness, MICHAEL ZIMMERMANN, was duly sworn by

22   the officer and that the transcript of the oral deposition is a

23   true record of the testimony given by the witness;

24      That the original deposition was delivered to Mr. Mattei.

25      That the amount of time used by each party at the

```
 1   deposition is as follows:
 2   MR. MATTEI          .....05 HOUR(S): 23 MINUTE(S)
     MR. WOLMAN          .....00 HOUR(S): 26 MINUTE(S)
 3
 4        That pursuant to information given to the deposition
 5   officer at the time said testimony was taken, the following
 6   includes counsel for all parties of record:
 7   Mr. Mattei                         Attorney for the Plaintiff.
 8   Mr. Wolman                         Attorney for the Defendant.
 9        I further certify that I am neither counsel for, related
10   to, nor employed by any of the parties or attorneys in the
11   action in which this proceeding was taken, and further that I
12   am not financially or otherwise interested in the outcome of
13   the action.
14        Certified to by me this 12th day of July, 2021.
15
16
                              _____
17                            ROSALIND DENNIS
                              Notary in and for the
18                            State of Texas
                              Notary:  129704774
19                            My Commission Expires:  10/8/2022
                              US LEGAL SUPPORT
20                            8144 Walnut Hill Lane
                              Suite 120
21                            Dallas, Texas 75231
                              214-741-6001
22                            214-741-6821 (FAX)
                              Firm Registration No. 343
23
24
25
```