IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, SHELBY A. JORDAN appears on behalf of an interested party ("party-in-interest"), in the above Bankruptcy and pursuant to Bankruptcy Rules 2002, 3017 and 9010, requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below:

Shelby A. Jordan
State Bar # 11016700
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401
Telephone:  (361) 884-5678
Facsimile:  (361) 888-5555
Email: sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of orders, applications, complains, demands, objections, hearings, motions, petitions, orders, pleadings or requests and any other documents brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

Dated: August 1, 2022

Respectfully submitted,

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
　　　　aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**COUNSEL FOR INTERESTED PARTY**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that notice of the filing of this document has been served on the below named parties by available knowledge by the Court's CM/ECF system on August 1, 2022.

/s/ Shelby A. Jordan
Shelby A. Jordan