IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Free Speech Systems LLC | § | Subchapter V |
| | § | |
| Debtor. | § | Case No. 22-60043 (cml) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as bankruptcy co-counsel for Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine, creditors and parties in interest in the above referenced case, pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin
Texas Bar No. 24070221
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713.356.1280 | F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court

with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: August 1, 2022

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By:  /s/ Jarrod B. Martin

Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713-356-1280
F: 713-658-2553
E: Jarrod.Martin@chamberlainlaw.com

***Bankruptcy Co-Counsel for Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine***

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2022, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ Jarrod B. Martin
Jarrod B. Martin