**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 22-60043-CML |
| | § | |
| FREE SPEECH SYSTEMS LLC, | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher J. Dylla
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
christopher.dylla@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Christopher J. Dylla*
CHRISTOPHER J. DYLLA
Texas State Bar No. 24128128
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4937
Facsimile: (512) 936-1409
christopher.dylla@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2022, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Free Speech Systems LLC
3019 Alvin Devane Blvd. Ste. 300
Austin, TX 78741

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Raymond William Battaglia** rbattaglialaw@outlook.com, rwbresolve@gmail.com
- **Ryan E Chapple** rchapple@cstrial.com, aprentice@cstrial.com
- **Shelby A Jordan** cmadden@jhwclaw.com
- **Jarrod B. Martin** jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com
- **Ha Minh Nguyen** ha.nguyen@usdoj.gov
- **R. J. Shannon** rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Randy W Williams** rww@bymanlaw.com, rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

*/s/ Christopher J. Dylla*
CHRISTOPHER J. DYLLA