IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FREE SPEECH SYSTEMS, LLC, | § § | Case No. 22–60043 |
| Debtor. | § § | |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned appears as counsel for Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine, creditors and parties in interest in the above referenced case pursuant to § 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this *Notice of Appearance of Counsel and Demand for Service of Papers* requesting notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon:

Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: avi.moshenberg@mhllp.com

Dated: August 2, 2022                    Respectfully submitted,

**MCDOWELL HETHERINGTON LLP**

By: */s/ Avi Moshenberg*
Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: avi.moshenberg@mhllp.com

***Counsel to Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine***

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2022, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Avi Moshenberg*
Avi Moshenberg