UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Victoria | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems, LLC | |

This lawyer, who is admitted to the State Bar of _____Connecticut_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alinor C. Sterling<br>Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue, Bridgeport, CT 06604<br>(203) 336-4421<br>asterling@koskoff.com<br>CT Bar No. 411754 / Fed Bar No. ct17207 |
|---|---|

Seeks to appear as the attorney for this party:

| David Wheeler, et al. (the Connecticut State Court Plaintiffs) |
|---|
| Dated:                    Signed: *AC St[signature]* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:                    Signed: _____<br>                                  Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States Bankruptcy Judge