| UTILITIES | | |
|---|---|---:|
| **Vendor** | **Description** | **Two Weeks Average Monthly Service** |
| City of Austin | Electricity | $ 2,665.24 |
| DirectTV | Satellite TV | $ 104.22 |
| Grande Communications | Internet Utility | $ 696.33 |
| Lumen/Level 3 Communications | Telephone | $ 4,955.93 |
| Spectrum Business - Acct Ending 1434339 | Television / Internet | $ 9.35 |
| Spectrum Enterprise aka Time Warner Cable | Television / Internet | $ 1,036.09 |
| Texas Gas Service | Gas Service | $ 49.66 |
| Verizon Acct Ending 00001 | Cell Phones | $ 266.37 |
| Verizon Acct Ending 00003 | Cell Phones | $ 320.34 |
| | Total: | 10,103.52 |

**EXHIBIT 12**