# Exhibit 1

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">__Southern__    District of   __Texas__ <br>(State)</td></tr>
<tr><td colspan="2">Case number (If known): _____   Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Free Speech Systems LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | _26_ – _1510005_ __ __ __ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3019 Alvin Devane Blvd., STE 300<br>Number    Street | _____<br>Number    Street |
| _____ | _____<br>P.O. Box |
| Austin, TX 78741<br>City      State    ZIP Code | _____<br>City      State    ZIP Code |
| Travis<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number    Street |
| | _____ |
| | _____<br>City      State    ZIP Code |

5. **Debtor's website** (URL)   _____

Debtor ___Free Speech Systems LLC_____ Case number (*if known*)_____
　　　　　　　<sub>Name</sub>

---

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_1_5_1_ __ __

---

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor     Free Speech Systems LLC                  Case number (*if known*)_____
       Name

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                                      MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                              MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____    _____ _____
City                                                      State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

Debtor  __Free Speech Systems LLC_____          Case number *(if known)*_____
        Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/29/2022__
             MM  / DD / YYYY

✗ _W. Marc Schwartz_____          _W. Marc Schwartz_____
  Signature of authorized representative of debtor     Printed name

Title  __Chief Restructuring Officer_____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

Debtor  <u>Free Speech Systems LLC</u>
<sub>Name</sub>

Case number *(if known)*<u>_____</u>

---

18. **Signature of attorney**

✘ <u>_____</u>
    Signature of attorney for debtor

Date  <u>07/29/2022</u>
      MM   / DD / YYYY

<u>Raymond W. Battaglia_____</u>
Printed name

<u>Law Offices of Ray Battaglia, PLLC_____</u>
Firm name

<u>66 Granburg Circle_____</u>
Number        Street

<u>San Antonio_____</u>   <u>Texas</u>  <u>78218_____</u>
City                                        State    ZIP Code

<u>(210) 601-9405_____</u>            <u>rbattaglialaw@outlook.com___</u>
Contact phone                            Email address

<u>01918055_____</u>     <u>Texas___</u>
Bar number                               State

---

**Fill in this information to identify the case:**

Debtor name ___Free Speech Systems LLC_____

United States Bankruptcy Court for the: ___Southern_____ District of ___Texas___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Elevated Solutions Group 28 Maplewood Drive Cos Cob, CT 06870 | | Trade claim | | | | $319,148.16 |
| 2 | Christopher Sadowski c/o Copycat Legal PLLC 3111 N. University Drive STE 301 Coral Springs, FL 33065 | Daniel DeSouza 877-437-6228 dan@copycatlegal.com | Potential lawsuit for copyright infringement | Disputed Unliquidated | | | $90,000.00 |
| 3 | Atomial LLC 1920 E. Riverside Dr. Suite A-120 #124 Austin, TX 78741 | | Trade claim | | | | $75,600.00 |
| 4 | Cloudflare, Inc Dept LA 24609 Pasadena, CA 91185-4609 | | Trade claim | | | | $61,273.68 |
| 5 | Jacquelyn Blott 200 University Blvd Suite 225 #251 Round Rock, TX 78665 | | Legal fees | | | | $58,280.00 |
| 6 | Joel Skousen PO Box 565 Spring City, UT 84662 | | Trade claim | | | | $35,035.00 |
| 7 | eCommerce CDN, LLC 221 E 63rd Street Svannah, GA 31405 | | Trade claim | | | | $27,270.00 |
| 8 | Paul Watson 9 Riverdale Road Ranmoor Sheffield South Yorkshire S10 3FA UK | | Trade claim | | | | $25,000.00 |

Debtor     <u>Free Speech Systems LLC</u>           Case number *(if known)* _____

           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Brennan Gilmore<br>c/o Civil rights Clinic<br>600 New Jersey Avenue, NW<br>Washington, DC 20001 | Andrew Mendrala<br>202-662-9065<br>andrew.mendrala@georgetown.edu | Litigation claim | | | | $50,000.00 |
| 10 | Greenair, Inc<br>23569 Center Ridge Rd<br>Westlake, OH 44145 | | Trade claim | | | | $12,240.00 |
| 11 | Edgecast, Inc<br>Dept CH 18120<br>Palatine, IL 60055 | | Trade claim | | | | $11,726.00 |
| 12 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864 | | Trade claim | | | | $9,431.90 |
| 13 | Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | | Trade claim | | | | $9,201.25 |
| 14 | RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054 | | Trade claim | | | | $9,185.00 |
| 15 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>UK | | Trade claim | | | | $9,000.00 |
| 16 | WWCR<br>1300 WWCR Ave<br>Nashville, TN 37218-3800 | | Trade claim | | | | $9,000.00 |
| 17 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404 | | Trade claim | | | | $7,000.00 |
| 18 | CustomTattoNow.com<br>16107 Kensington Dr. #172<br>Sugar Land, TX 77479 | | Trade claim | | | | $5,389.36 |
| 19 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | | Utilities claim | | | | $3,973.83 |
| 20 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601 | | Trade claim | | | | $3,240.82 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FREE SPEECH SYSTEMS LLC | )     Case No. 22 - _____ |
| | ) |
| Debtor. | )     Chapter 11 (Subchapter V) |

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security, Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest |
|---|---|---|---|
| Alexander E. Jones<br><br>3019 Alvin Devane Blvd., Suite 300<br><br>Austin, TX 78741 | Common Equity | 100% | Membership Interests |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/29/2022                 Signature:_____

                                           W. Marc Schwartz

# Free Speech Systems, LLC

Balance Sheet

As of May 31, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|    10000 Cash | 1,157,710.72 |
|    Petty Cash | 1,537.18 |
|   **Total Bank Accounts** | **$1,159,247.90** |
|   Accounts Receivable | |
|    11000 Accounts Receivable | 10,013,413.22 |
|   **Total Accounts Receivable** | **$10,013,413.22** |
|   Other Current Assets | |
|    12000 Inventory | 910,116.84 |
|    13000 Prepaid Expenses | 114,136.99 |
|   **Total Other Current Assets** | **$1,024,253.83** |
|  **Total Current Assets** | **$12,196,914.95** |
|   Fixed Assets | |
|    15000 Property and Equipment | 1,580,700.46 |
|    Art Work | 79.00 |
|  **Total Fixed Assets** | **$1,580,779.46** |
|   Other Assets | |
|    17100 Security Deposits | 534,560.00 |
|    17300 Intangible Assets - Net | 15,333.33 |
|  **Total Other Assets** | **$549,893.33** |
| **TOTAL ASSETS** | **$14,327,587.74** |

# Free Speech Systems, LLC

Balance Sheet

As of May 31, 2022

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| 20000 Accounts Payable | 1,244,885.93 |
| **Total Accounts Payable** | **$1,244,885.93** |
| Credit Cards |  |
| 22000 Credit Cards | 207,984.04 |
| **Total Credit Cards** | **$207,984.04** |
| Other Current Liabilities |  |
| Advances from PQPR | 571,920.57 |
| David Jones Advance | 150,000.00 |
| Due to PQPR | 23,058,367.00 |
| Interest Payable | 0.00 |
| **Total Other Current Liabilities** | **$23,780,287.57** |
| **Total Current Liabilities** | **$25,233,157.54** |
| Long-Term Liabilities |  |
| 27000 Note Due to PQPR | 53,845,074.41 |
| Note Payable - Winnebago | 82,524.37 |
| **Total Long-Term Liabilities** | **$53,927,598.78** |
| **Total Liabilities** | **$79,160,756.32** |
| Equity |  |
| 31000 Opening Balance Equity | -66,792,609.05 |
| 33000 Distributions to Member | 57,336.00 |
| 35000 Retained Earnings |  |
| Net Income | 1,902,104.47 |
| **Total Equity** | **$ -64,833,168.58** |
| **TOTAL LIABILITIES AND EQUITY** | **$14,327,587.74** |

# Free Speech Systems, LLC
## Statement of Cash Flows
### For the Year Ended December 31, 2021  and the Five Months Ended May 31, 2022

|  | 2021 | 2022 |
|---|---|---|
| **OPERATING ACTIVITIES** |  |  |
| *Net Income* | *($10,919,482.45)* | *$1,744,855.66* |
| *Adjustments to reconcile Net Income to Net Cash provided by operations:* |  |  |
| 11000 Accounts Receivable:PQPR Reimbursement Receivable | ($10,187,121.95) | $648,708.73 |
| 12000 Inventory | ($94,344.61) | $822,486.29 |
| Prepaid Expenses | ($403,821.24) | $65,286.20 |
| Accumulated Depreciation | $209,887.99 | $98,750.20 |
| Accumulated Amortization | $35,361.29 | $0.00 |
| 20000 Accounts Payable | $3,005,707.55 | ($3,410,484.85) |
| 22000 Credit Card Payable | ($236,394.79) | $207,984.04 |
| Advances from PQPR | $0.00 | $256,920.57 |
| David Jones Advance | $150,000.00 | $0.00 |
| Due to PQPR | ($2,229,789.04) | $0.00 |
| Interest Payable - PQPR | ($200,022.99) | $0.00 |
| *Net cash provided by operating activities* | *($20,870,020.24)* | *$434,506.84* |
| **INVESTING ACTIVITIES** |  |  |
| 15000 Property and Equipment | ($522,121.65) | ($91.00) |
| 17100 Security Deposits | ($500,000.00) | $0.00 |
| 17300 Intangible Assets | ($5,500.00) | $3,229.15 |
| *Net cash provided by investing activities* | *($1,027,621.65)* | *$3,138.15* |
| **FINANCING ACTIVITIES** |  |  |
| 27000 Note Due to PQPR:2021/11/10 $25,300,000 Note | $24,992,405.22 | ($735,330.81) |
| Note Payable - Winnebago | ($18,832.81) | ($10,981.25) |
| 31000 Opening Balance Equity | $0.00 | $0.00 |
| Member's Equity | ($23,193.36) | ($98,098.40) |
| Net Member Distributions | ($2,100,362.40) | $57,019.45 |
| *Net cash provided by financing activities* | *$22,850,016.65* | *($787,391.01)* |
| *Net cash increase for period* | *$952,374.76* | *($349,746.02)* |

| Free Speech Systems LLC<br>Comparative Profit and Loss Statement<br>For the Year Ended December 31, 2021 and the Five Months<br>Ended May 31, 2021 | | | |
|---|---|---|---|

| | | 2021 | 2022 |
|---|---|---|---|
| **Income** | | | |
| Product Sales | $ | 52,661,022.49 | $ 10,969,769.29 |
| Advertising Income | | 5,761,997.51 | |
| Donations | | 710,154.12 | 2,876,213.86 |
| Fulfillment Services | | 3,533,223.00 | - |
| Administrative Services | | 1,903,898.95 | - |
| Media Production Sales | | - | 475,000.00 |
| Infowars Health | | 38,123.60 | - |
| Prison Planet | | 4,877.62 | - |
| Uncategorized Income | | 357,344.56 | - |
| **Total Income** | | **64,970,641.85** | **14,320,983.15** |
| Cost of Goods Sold | | 51,878,333.73 | 4,936,453.79 |
| **Gross Profit** | $ | **13,092,308.12** | **$ 9,384,529.36** |
| **Expenses** | | | |
| Advertising & Promotion | | 364,387.73 | 107,994.01 |
| Computer/IT/IP Expense | | 5,036,717.02 | 1,307,339.15 |
| Insurance Expense | | 54,558.40 | 31,898.90 |
| Office & Administrative Expense | | 277,863.76 | 26,373.93 |
| Contract Services | | 1,591,039.49 | 359,592.69 |
| Professional Fees | | 4,126,906.48 | 1,623,771.42 |
| Occupancy | | 1,624,864.40 | 345,602.34 |
| Utilities | | 115,461.34 | 127,855.13 |
| Taxes Paid | | 50,281.71 | 4,409.71 |
| Telephone Expense | | 304,776.62 | 85,341.24 |
| Personnel & Payroll Expenses | | 6,879,811.39 | 2,157,298.60 |
| Travel | | 975,711.28 | 64,900.23 |
| Equipment Purchase | | 123,696.05 | - |
| Production | | 393,712.54 | - |
| Radio Show | | 145,177.77 | - |
| Royalties | | 1,197,472.71 | - |
| Equipment Rental | | 27,322.86 | - |
| Meals and Entertainment | | 97,486.31 | - |
| Miscellaneous Expenses | | 0.00 | - |
| Uncategorized Expense | | - | 103,815.00 |
| **Total Expenses** | | **23,387,247.86** | **6,346,192.35** |
| **Net Operating Income** | $ | **(10,294,939.74)** | **$ 3,038,337.01** |
| **Other Income** | | **507,168.04** | **1,019,713.81** |
| **Other Expenses** | | **18,963.30** | **206.15** |
| Interest Expense | | 857,498.17 | 397,669.19 |
| Donation | | 10,000.00 | - |
| Amortization Expense | | 35,361.28 | 5,937.50 |
| Depreciation Expense | | 209,888.00 | 98,750.20 |
| AMEX Charges | | - | 1,653,383.31 |
| **Total Other Expenses** | | **1,131,710.75** | **2,155,946.35** |
| **Net Other Income** | | **(624,542.71)** | **(1,136,232.54)** |
| **Net Income** | $ | **(10,919,482.45)** | **$ 1,902,104.47** |

## Free Speech Systems LLC
## Comparative Balance Sheet
## As of December 31, 2021 and May 31, 2022

|  | 2021 | 2022 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash | $ 1,481,519.86 | $ 1,159,247.90 |
| Accounts Receivable | 10,187,121.95 | 10,013,413.22 |
| **Other Current Assets** | | |
| Invenotry | 1,732,603.13 | 910,116.84 |
| Prepaid Expenses | 446,475.64 | 114,136.99 |
| Due from PQPR | (500.00) | - |
| Advance To Elevated Solutions | 27,870.00 | - |
| **Total Other Current Assets** | **2,206,448.77** | **1,024,253.83** |
| **Total Current Assets** | **13,875,090.58** | **12,196,914.95** |
| **Fixed Assets** | 1,679,438.66 | 1,580,779.46 |
| **Other Assets** | | |
| Intangible Assets | 21,270.83 | 15,333.33 |
| Security Deposits | 534,560.00 | 534,560.00 |
| **Total Other Assets** | **555,830.83** | **549,893.33** |
| **Total Assets** | **$ 16,110,360.07** | **$ 14,327,587.74** |
| **Liabilities and Equity** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 4,732,966.89 | $ 1,244,885.93 |
| Credit Cards | 152,367.42 | 207,984.04 |
| **Other Current Liabilities** | | |
| David Jones Advance | 150,000.00 | 150,000.00 |
| Advances from PQPR | - | 571,920.57 |
| Due to PQPR | 23,058,367.00 | 23,058,367.00 |
| **Total Other Current Liabilities** | **23,208,367.00** | **23,780,287.57** |
| **Total Current Liabilities** | **28,093,701.31** | **25,233,157.54** |
| **Long Term Liabilities** | | |
| Note Due to PQPR | 54,580,405.22 | 53,845,074.41 |
| Note Payable - Winnebago | 93,505.62 | 82,524.37 |
| **Total Long Term Liabilities** | **54,673,910.84** | **53,927,598.78** |
| **Total Liabilities** | **$ 82,767,612.15** | **$ 79,160,756.32** |
| **Equity** | | |
| Member's Equity | (774,291.44) | - |
| Member Draws | (61,937,862.26) | (254,014.00) |
| Member Contributions | 4,305,810.14 | 311,350.00 |
| Opening Balance Equity | - | (66,792,609.05) |
| Retained Earnings | 2,668,573.93 | - |
| Net Income | (10,919,482.45) | 1,902,104.47 |
| **Total Equity** | **$ (66,657,252.08)** | **$ (64,833,168.58)** |
| **Total Liabilities and Equity** | **$ 16,110,360.07** | **$ 14,327,587.74** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| FREE SPEECH SYSTEMS LLC | ) Case No. 22 - _____ |
| | ) |
| Debtor. | ) Chapter 11 (Subchapter V) |

**DECLARATION OF W. MARC SCHWARTZ REGARDING**
**BANKRUPTCY CODE § 1116(1) REQUIREMENTS**

I, W. Marc Schwartz, hereby declare as follows:

1.      My name is W. Marc Schwartz.

2.      I am a founder of Schwartz & Associates, LLC ("SALLC"). SALLC has its principal offices at 712 Main Street, Suite 1830, Houston, Texas. SALLC has been engaged in business since 2019. The primary business of SALLC is bankruptcy and financial restructuring consulting, serving as financial/economic experts in civil litigation matters and, serving as court appointed receivers in federal and state court matters.  The firm is also licensed as an investigations company by the Texas Department of Public Safety.

3.      SALLC's services include financial forensics, supervising business operations as a trustee, examiner with expanded powers or receiver, valuing business assets and income tax related services   My firm represents individuals, companies and courts in a variety of assignments including as Chief Restructuring Officers, financial advisers, trustees and examiners in bankruptcy matters; working as testifying or consulting experts on damages and economic issues for parties involved in litigation and as a special master for courts where litigation matters are pending; serving as court appointed receivers in state and federal courts.

4.      I earned a Bachelor of Arts degree from Princeton University and a Master's in Business Administration degree from the University of Chicago Booth School of Business. I am

licensed in Texas as a Certified Public Accountant, Certified in Financial Forensics by the American Institute of Certified Public Accountants, a Certified Fraud Examiner, and a Licensed Private Investigator.

5.       I have extensive experience serving as a fiduciary in bankruptcy cases as either a Chapter 11 Trustee, a Chief Restructuring Officer, or an Examiner with expanded powers. I have also acted as a receiver over several individuals and entities under state law.

6.        I was retained as the Debtor's Chief Restructuring Officer in June 2022.

7.       The Debtor is a disregarded entity for tax purposes and therefore has never prepared an income tax return.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2022                    By: _____
                                                     W. Marc Schwartz

## WRITTEN CONSENT OF SOLE MEMBER OF
## FREE SPEECH SYSTEMS, LLC
## A LIMITED LIABILITY COMPANY

The undersigned, sole Member of FREE SPEECH SYSTEMS, LLC ("Company"), in accordance with the Company Agreement, hereby adopt the following written consent.

**WHEREAS,** the Member signing this consent is the holder of all of the member interest entitled to vote at the Company's meetings as provided in Section 8 of the Company Agreement and on the following resolutions; and

**WHEREAS,** the undersigned desires to execute a written consent in lieu of formally holding a Member's meeting and agrees that the adoption of the following resolutions shall be valid and have the same force and effect as though such resolutions had been adopted at a formal meeting;

**WHEREAS,** the Member has had the opportunity to consult with the financial and legal advisors of the Company and assess the considerations related to the commencement of a chapter 11 case under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Member adopts these resolutions.

**WHEREAS**, in light of the Company's current financial condition, the Member has investigated, discussed and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, have concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; now therefore be it

**RESOLVED** that the Manager of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), at such time as said manager shall determine in consultation with the Company's legal and financial advisors; and it is further

**RESOLVED,** that the Company is authorized to hire the Law Offices of Ray Battaglia, PLLC and Shannon & Lee LLP as its bankruptcy counsel; and it is further

**RESOLVED,** that the Company is authorized to hire W. Marc Schwartz to serve as Chief Restructuring Officer ("CRO") and to retain any professionals and advisors to the extent necessary or useful in any chapter 11 case authorized hereby; and it is further

**RESOLVED**, that the Manager and the CRO is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take

and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the chapter 11 case; and it is further

**RESOLVED**, that any and all past actions heretofore taken by the Manager, the CRO or any other Officer in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, and approved; and it is further.

**RESOLVED**, that this written consent shall have the same force and effect as a formal Members' meeting for all purposes.

The undersigned, by signing this Unanimous Written Consent, hereby waive notice of the time and place of the meeting, consent to the meeting and approves the contents of this written consent. The undersigned directs that this written consent be filed with the minutes of the proceedings of the Company.

**DATED** to be effective on July 28, 2022

Free Speech System, LLC

_____
Alex E. Jones, Manager and
Sole Member