# Exhibit 8

💬 649



AdChoices

**HuffPost**    + Follow    View Profile

# Alex Jones Gloats About Bankruptcy Plot To Tie Up Sandy Hook Damages 'For Years'

Mary Papenfuss · Yesterday 9:14 PM

😊 💬 649 | 1k    🔗 Share    🔖 Save



F ar-right conspiracy podcaster Alex Jones gloated on his program about how his latest bankruptcy scheme would slash defamation damages to Sandy Hook families and tie up

💬 Feedback

© 2022 Microsoft    Privacy & Cookies    Terms of use    Advertise

Jones signed a Chapter 11 bankruptcy protection petition Friday to shield the Infowars podcast parent company, Free Speech Systems LLC, his co-defendant in two defamation cases reportedly raked in $65 million in revenue last year.

💬 649



Platinum engagement rings - Latest Results
Ad   holidaygiftssearch.com/Platinum engagem…

Jones was found liable for defamation last year in cases in Connecticut and Texas for repeatedly insisting that the 20 first-grade children killed in a mass shooting at Sandy Hook Elementary School in 2012 in Newtown, Connecticut — and their devastated parents — were actors in a fake anti-gun stunt staged by the U.S. government. (Six adults were also killed.)

The trial in Texas, where Infowars is based, is currently being held to determine the amount of damages Jones must pay.

Jones attempted — and was forced to drop — a similar ploy earlier this year when he filed a bankruptcy case for Infowars and for trademark and web-domain rights holding companies in a bid to force a restrictive monetary settlement with the Sandy Hook families.

Jones claimed on his podcast Sunday that his current bankruptcy filing would slash the bond he'll have to post for an appeal to only half of his (declared) net worth— and then he still plans to tie whatever damages are decided within that reduced amount "for years" as his Infowars podcast continues to operate. He also claimed "we've never lied" and that "all we have is our credibility."



© 2022 Microsoft   Privacy & Cookies   Terms of use   Advertise

649

10:27 AM · Aug 1, 2022   ⓘ

♡ 8.8K   💬 Reply   ↑ Share

Read 2.4K replies

Jones' money scheme was being played out during dramatic testimony over the pain and suffering of the Sandy Hook families, who not only grapple with the loss of their children in a mass shooting but also are forced to face harassment and death threats by Jones' unhinged supporters who are weaponized by his lies.

Parents of the dead children are suffering from both post-traumatic stress disorder and a constant fear that Jones' followers will kill them, a psychiatrist testified Monday in Jones' Austin, Texas, defamation trial.

"The overwhelming cause of their pain is what Jones is doing," said Roy Lubit, a forensic psychiatrist hired by the plaintiffs.

Lubit pointed to the experience of plaintiffs Neil Heslin and Scarlett Lewis, who lost their 6-year-son, Jesse Lewis, in the massacre.

Heslin has been accosted on the street, and Lewis has installed surveillance equipment and sleeps with a gun, knife and pepper spray at her bedside.

Families are not backing off the fight, despite Jones' latest bankruptcy plot, said their lawyers.

Jones "has once again fled like a coward to bankruptcy court in a transparent attempt to delay facing the families that he has spent years hurting," Connecticut lawyer Chris Matei said in a statement.

But lawyers raised concerns in court Monday at a hearing over the bankruptcy filing about the structure of Jones' latest move — and his timing.

Free Speech Systems is seeking a special kind of bankruptcy protection that allows small businesses to speed through insolvency, Bloomberg reported. It's generally aimed at companies that owe less than $7.5 million. The Infowars parent is claiming more than $50 million of debt — much of it owed to PQPR Holdings, which is owned by Alex Jones, according to yet another lawsuit against Jones.

🗨 Feedback

fraudulent transfer lawsuit against Jones and Infowars in Texas, said at the Chapter 11 hearing. "This is hardly a small business."

Alinor Sterling, an attorney representing Sandy Hook families in one of the defamation suits, expressed "serious concerns" at the hearing "based on discovery done in Connecticut that Alex Jones has been systematically siphoning large amounts of money out of Free Speech Systems."

In the bankruptcy filing, Free Speech Systems listed $14.3 million in assets, including almost $1.16 million in cash and close to $1.6 million in property and equipment as of May 31, The Associated Press reported. It also claimed $79 million in liabilities, with a $54 million debt owed to PQPR Holdings.

Besides the sizable annual Infowars revenue, Jones has been the beneficiary of a secret cryptocurrency angel, who handed over about $6 million worth of the coin in May for a total of close to $8 million worth of cryptocurrency in under a month, the Southern Poverty Law Center has reported.

Joneswill next face a Connecticut jury in September to determine damages in that case. Jury selection began this week.

Jones, who is linked to extremist groups behind the storming of the U.S. Capitol on Jan. 6, 2021, is also the focus of investigators for his role in planning events preceding the violence.
*This article originally appeared on HuffPost and has been updated.*

💬 649

© 2022 Microsoft   Privacy & Cookies   Terms of use   Advertise

© 2022 Microsoft     Privacy & Cookies     Terms of use     Advertise

💬 649



© Provided by HuffPost

AUSTIN, TX - APRIL 18: Infowars founder Alex Jones speaks into a bullhorn at the Texas State Capital building on April 18, 2020 in Austin, Texas. The protest was organized by Infowars host Owen Shroyer who is joining other protesters across the country in taking to the streets to call for the country to be opened up despite the risk of the COVID-19. (Photo by Sergio Flores/Getty Images)

## Related...

- Psychiatrist Says Sandy Hook Parents Fear For Their Lives
- Sandy Hook Lawyers Rip Bankruptcy Bid By 'Coward' Alex Jones To Dodge Damages
- Infowars Whistleblower: Staff Laughed At Pleas To Stop Pushing Sandy Hook Lies
- Second Day Of Alex Jones Trial Focuses On Notorious Sandy Hook Conspiracist
- Opening Arguments Begin In Alex Jones' Sandy Hook Defamation Case

## Sponsored Content

📣 Feedback

© 2022 Microsoft          Privacy & Cookies     Terms of use     Advertise

💬 649



#### Top 10 Deals for Gold Clock!
Ad   Microsoft Ads



#### Kay Mother Heart Charm Sterling Silver
Ad   Kay Jewelers

## MORE FOR YOU



#### Rachel Gold Friendship Bracelet In Pink Mix
Ad   Kendra Scott



#### Kay Diamond Necklace 1/20-Carat Round-Cut Sterling Silver
Ad   Kay Jewelers

#### David Yurman M Shipwreck Coin
Ad   David Yurman

 Fort Worth Star-Telegram

**Texas father killed 2 teen daughters because he couldn't control them, prosecutor says**

36       12

 Inside The Dodgers on FanNation

**Dodgers News: LA Trades Former All-Star to Seattle Mariners for Cash**

4       1

 littlethings.com

**Mystery Pooper School Every Da Superintendent**

489      263

💬 Feedback

© 2022 Microsoft    Privacy & Cookies    Terms of use    Advertise

💬 649

**RawStory**
Fox News host taken aback when Joe Manchin asks if she fears his bill will 'help our...'
821   502

**Daily Mail**
Footage shows the moment singer is removed from flight by armed police
338   88

Ad · Progressive Insurance
Got an eye for savings?
HUGE SAVINGS for drivers who switch and save


Why Are Thousands of Men Switching to This Brand of...
Ad · Wolf & Shepherd


Fine Jewelry Made to Last - Timeless Pieces to Treasure
Ad · jcpenney.com

**KOCO Oklahoma City**
Woman dies, 16-... during road-rage... Oklahoma City, ...
A woman died and a... after shots were fired... incident Monday eve...
5

USA TODAY SPORTS    ➕ Follow    View Profile

# Why Deshaun Watson's towel habit was key in his suspension ruling

Brent Schrotenboer, USA TODAY · 10h ago

😊 React    💬 369 Comments | 279    💰 Support journalism    🗨 Feedback

Judge Sue L. Robinson issued her decision against Deshaun Watson Monday with a written ruling that mentions a certain piece of evidence nine times in 16 pages.



It's about his towel habit.

The Cleveland Browns quarterback liked to use a towel to drape himself in massage sessions instead of a larger sheet and sometimes even brought his own small or medium towel, according to court records.

*From NFL plays to college sports scores, all the top sports news you need to know every day.*

Why does this matter?

Robinson, the NFL's independent disciplinary officer, handed down a six-game suspension against Watson Monday after he was sued by 24 women who accused him of sexual misconduct in massage sessions in 2020 and early 2021. Her ruling noted the towel evidence nine times, helping her conclude that Watson had a "sexual purpose" in these encounters.

Professional massage therapists typically provide larger sheets to drape clients as a way to avoid unwanted exposure of their clients' private parts. In these cases, the women generally said Watson exposed his genitals to them in

Feedback

made easier by his insistence on using a smaller towel instead of a sheet, according to Robinson's ruling.

**NFL NEWSLETTER:** Sign up now for exclusive content sent to your inbox

💬 649

Continue reading

## Sponsored Content

## MORE FOR YOU



 YourTango

**Mom Who Lasered Son's Birthmark Defends Herself From Criticism Online**



 CNBC

**A 45-year-old who's been 'fake retired' for 10 years shares the surprising lessons he learned…**



 The Drive

**Steel Wheels on the Amish and …**



© 2022 Microsoft     Privacy & Cookies     Terms of use     Advertise     Feedback

© 2022 Microsoft Privacy & Cookies Terms of use Advertise

1k 700

99 76

619 340

The Washington Post

**Beyoncé used 'ableist' slur in a new song. After uproar, she's deleting it.**

210 279

Arizona Republic

**If Kari Lake's dream came true, it would make Donald Trump unable to be president again**

198 141

Fort Worth Star-Tele

**Texas father kille daughters becau control them, pr**

FORT WORTH, Texas - sister, Sarah, were gir prosecutor on Tuesda

36 12

Feedback

