# Exhibit 14

Alex Jones Volume III
June 21, 2022

```
NO. X-06-UWY-CV-18-6046436-S    :   SUPERIOR COURT

ERICA LAFFERTY, ET AL.          :   COMPLEX LITIGATION
                                        DOCKET
                                :

V.                              :   AT WATERBURY

ALEX EMRIC JONES, ET AL.        :   OCTOBER 21, 2021
_____

NO. X-06-UWY-CV-18-6046437-S    :   SUPERIOR COURT

WILLIAM SHERLACH                :   COMPLEX LITIGATION
                                        DOCKET
                                :

V.                              :   AT WATERBURY

ALEX EMRIC JONES, ET AL.        :   OCTOBER 21, 2021


_____

NO. X-06-UWY-CV-18-6046438-S    :   SUPERIOR COURT

WILLIAM SHERLACH, ET AL,        :   COMPLEX LITIGATION
                                :   DOCKET
                                :

V.                              :   AT WATERBURY

ALEX EMRIC JONES, ET AL.        :   OCTOBER 21, 2021
```

****************************************

ORAL AND VIDEOTAPED DEPOSITION

APPEARING REMOTELY FROM

AUSTIN, TEXAS

ALEX JONES

JUNE 21, 2022

****************************************

V O L U M E   I I I

Alex Jones Volume III
June 21, 2022

Page 759

1    ANSWERS AND ORAL DEPOSITION OF ALEX JONES, a
2  witness produced at the instance of the Plaintiff, was
3  taken in the above-styled and numbered cause on the
4  21ST day of JUNE 2022, from 9:11 a.m. to 3:13 p.m.,
5  before VANESSA S. ROBERTSON, CSR in and for the State
6  of Texas, reported by machine shorthand, appearing
7  remotely from Parker County, Texas, pursuant to the
8  Texas Federal Rules of Civil Procedure.

Page 760

1  REMOTE APPEARANCES:
2
3  FOR THE PLAINTIFF:
4      MR. CHRISTOPHER M. MATTEI
       MS. ALINOR STERLING
       MS. JESSICA HARTMAN
5      KOSKOFF KOSKOFF & BIEDER, PC
       350 FAIRFIELD AVENUE
6      BRIDGEPORT, CONNECTICUT 06604
       (203) 336-4421
7      cmattei@koskoff.com
8  FOR THE DEFENDANT:
9      MR. CAMERON ATKINSON
       PATTIS & SMITH LLC
10     383 ORANGE STREET
       FIRST FLOOR
11     NEW HAVEN, CONNECTICUT 06511
       (203) 393-3017
12     catkinson@pattisandsmith.com
13  FOR THE DEFENDANT:
14     MR. MARIO KENNETH CERAME
       BRIGNOLE & BUSH, LLC
15     73 WADSWORTH STREET
       HARTFORD, CONNECTICUT 06106
16     (860) 527-9973
       mario@brignole.com
17
18
       ALSO PRESENT:
19
       MR. MARK HENDRIX, VIDEOGRAPHER
20
21
22
23
24
25

Page 761

1        T A B L E   O F   C O N T E N T S
2                                        PAGE
3  APPEARANCES . . . . . . . . . . . . .    760
4  ALEX JONES
5     EXAMINATION BY MR. CERAME . . . . .    763
6     EXAMINATION BY MR. MATTEI . . . . .    773
7  SIGNATURE AND CHANGES . . . . . . . .    890
8  REPORTER'S CERTIFICATE . . . . . . . .   892
9                    * * *
10             E X H I B I T S
11           DESCRIPTION              PAGE
12  Exhibit 179   Deposition Notice         881
13  (Provided electronically to the reporter.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 762

1  REPORTED REMOTELY FROM PARKER COUNTY, TEXAS
2         P R O C E E D I N G S
3            THE VIDEOGRAPHER:  Today's date is
4  June 21st, 2022.  We are on the record at approximately
5  9:11 a.m. Central Time, in the deposition of Alex
6  Jones.  The witness is located at Fibercove, 1700 South
7  Lamar Boulevard, Austin, Texas.  And this proceeding is
8  being held remotely via Zoom.
9            Will all counsel please introduce
10  yourselves for the record, after which, the court
11  reporter will swear in the witness.
12            MR. MATTEI:  Good morning.  This is
13  Chris Mattei on behalf of the plaintiffs.
14            MR. ATKINSON:  Good morning.  This
15  is Cameron Atkinson on behalf of Alex Jones and Free
16  Speech Systems.
17            MR. CERAME:  Good morning.  This is
18  Mario Cerame for Genesis Communication Network,
19  Incorporated.
20            MS. STERLING:  Good morning.  This
21  is Alinor Sterling, also for the plaintiffs.
22            THE COURT REPORTER:  My name is
23  Vanessa Robertson, Texas CSR No. 4930.  I am reporting
24  the deposition remotely by stenographic means from
25  Weatherford, Texas.  The witness is located in Austin,

Alex Jones Volume III
June 21, 2022

Page 763

1    Texas.
2                          ALEX JONES,
3    having being first duly sworn, testified as follows:
4                MR. CERAME:  Okay.  Are we all set?
5    Anybody else need to do any other affirmations or
6    anything?
7                THE COURT REPORTER:  No.
8                MR. CERAME:  Speak now or forever
9    hold your peace.
10             * * * E X A M I N A T I O N * * *
11   BY MR. CERAME:
12       Q    Hello, Mr. Jones.  Good morning.
13       A    Good morning.
14       Q    My name is Mario Cerame.  You and I have met
15   before.  And I have some questions, mostly about Ted
16   Anderson and Genesis Communication Network.  And when I
17   say -- sometimes I'm going to refer to Ted, and that
18   means Ted Anderson.  Sometimes I'm going to refer to
19   Genesis and that means Genesis Communication Network,
20   Incorporated.
21                And you're familiar with both of
22   these entities and person, right?
23       A    Yes.
24       Q    All right.  And I don't have a ton of
25   questions, but I do have some.  And first, I want to

Page 764

1    talk about how you came to know Ted, just generally, in
2    terms of history.  If that is an extremely long answer,
3    then I'll interrupt you and redirect you.  But just,
4    generally speaking, how did you come to meet Ted?
5        A    In about 1997, he was a sponsor or a gold
6    sponsor of a small radio network called Public
7    Broadcasting out of Michigan.  And he was based in
8    Minnesota.  He had a gold company, a gold and silver,
9    precious metals company and he was a sponsor on that
10   network and he became a sponsor of mine.
11       Q    Okay.  And how long did that sponsorship
12   relationship last about?
13       A    Until about -- until about eight years ago,
14   nine years ago.
15       Q    All right.  So we're talking about 2016-ish is
16   when your -- your radio station -- your radio -- or I
17   should say -- strike that.
18                Until about 2016, sometime
19   thereabouts, give or take a year, your businesses
20   relationship with Ted Anderson's businesses ended?
21       A    Again, there's no general dates.  The gold
22   market collapsed, whenever that was, 2013, '14 or so,
23   and so he stopped advertising.  And then a few years
24   later, he shut his business down.  And so that had
25   always been the main funding of the relationship.  And

Page 765

1    so I began to try to, in a friendly way, end the
2    relationship really by about 2013, trying to
3    disentangle, but Ted wanted to be still -- still be
4    associated with him some.  And so it was a
5    disentanglement that happened but it took several
6    years, but by 2016, we were basically unentangled.
7        Q    So I should mention another business of Ted's,
8    Midas Resources.  You're familiar with that business as
9    well?
10       A    That's the gold and silver company, that's
11   where I originally had the relationship.
12       Q    Okay.  Okay.  And then when did your
13   relationship, if you recall, relative to Genesis start?
14   And when I say you, I mean you or one of the companies
15   that you are responsible for.
16       A    I don't have the exact dates, but I think it
17   was around -- it wasn't around.  It was -- I think he
18   started GCN in '99, and he wanted me to do a show with
19   him in -- maybe it was '98 or '99, whenever he started
20   GCN, I started do a separate show, not just my show out
21   of Austin, but I started doing a show syndicated out of
22   his offices in St. Paul, I believe, St. Paul.  And so
23   '98, '99 --
24       Q    Okay.
25       A    -- ish is when he got into radio

Page 766

1    syndication.
2        Q    Right.  Right.  And by way of Genesis.  And I
3    appreciate you saying you don't remember the exact
4    date.  I don't expect you to remember exact dates for
5    any of my questions, but to the extent you can
6    remember, generally speaking, the date, just say I
7    don't remember exactly when, but it was about, that's
8    perfectly fine in terms of answering our questions.
9        A    Yeah, absolutely.
10       Q    I just want to make sure you understand --
11       A    Ted -- Ted will have all of the records of
12   that.  I've not reviewed them.
13       Q    That's fine.  That's fine.  And let's talk
14   about where your -- where the business relationship lay
15   about 2009 between Midas and Ted and Genesis and your
16   businesses and you.  So did you have Ted Anderson come
17   onto your radio show around that time?
18       A    Yes.
19       Q    Okay.  And what -- for what purpose did you
20   have -- why did Ted come onto your radio station?
21       A    He came on the show to promote and sell
22   precious metals and also books and films.
23       Q    Do you remember when he -- do you remember
24   when about he stopped coming onto your radio show?
25       A    I mean, we were still friendly.  He still came

Alex Jones Volume III
June 21, 2022

Page 767

1  on a few times a year just to talk about stuff in the
2  financial markets, even though he wasn't a sponsor, up
3  until -- I mean, he's been on the last few years, so it
4  never stopped.  But the gold sponsorship stopped 2013,
5  '14, something like that, because he was -- he was
6  becoming insolvent in the gold and silver company and
7  was not paying me.
8            I think by the end he had like a
9  $700,000 bill that was racked up over a year.  I forget
10 the exact year, 2013.  It was 2013.  And then he was
11 still paying me some for the radio show, I was still
12 employed there, but that was not substantial enough for
13 me to keep my show over there.  And so that's when I --
14 when we started disentanglement.
15     Q    I got it.  I follow.  I appreciate your
16 clarification.  Did you ever have him come on your show
17 to comment about any news or topics besides the gold
18 and silver markets --
19     A    No.
20     Q    -- or precious metals generally?
21     A    No.
22     Q    Okay.
23     A    He would come on and sell like -- or had free
24 booklets and sell books.  He would like to preach about
25 the Federal Reserve Monetary Policy.  He would come on

Page 768

1  and sell films, DVDs, books, and then that was -- he'd
2  put a pamphlet in it that was a promotional pamphlet.
3  We also did mailers for Ted where he would pay us to
4  put a sales brochure in all of our orders.  And again,
5  that happened -- that stopped happening by about 2013,
6  '14.
7      Q    Okay.  And to the extent you can recall, the
8  pamphlets, the books, the materials that the media that
9  you're talking about, that was -- concerned financials
10 and gold and silver?
11     A    Yes.
12     Q    And precious metals generally?
13     A    Yes, sir.
14     Q    Okay.  To what extent, if at all, do you have
15 a shared ownership interest or did you have a shared
16 ownership interest in Midas, if at all?
17     A    I never had any ownership, management or
18 anything or employment in Midas Resources.
19     Q    Okay.  To what extent -- to the extent that
20 you know, what financial interest did Ted have in Free
21 Speech Systems?
22     A    Zero.
23     Q    Okay.  To what extent that you know, did Ted
24 Anderson have a financial interest in any of the LLCs
25 that were formerly defendants in this case?

Page 769

1      A    Zero.
2      Q    Okay.  To what extent, if ever, did Ted
3  Anderson or Genesis exercise editorial control over
4  your radio shows, to the extent you can remember?
5      A    In 2001, the syndication manager, Michael
6  Trudeau {phonetic}, who worked there, attempted to
7  exercise editorial control, something Ted wasn't doing
8  over any of the shows, because Ted acted as a
9  syndicator platform, just like you can call up yourself
10 and rent time on any satellite you wish they don't have
11 control.
12           And then Ted explained to him that
13 he was over advertising and working with the networks
14 or platforms that were paying inside the -- and that
15 they were a syndication platform not -- not, you know,
16 a publishing or a managerial control.  And then that
17 was being done because I was questioning 9/11.  And so
18 we lost most of our affiliates.
19           And so Trudeau tried to come in and
20 talk some, quote, sense into me to get me to stop
21 saying it.  And Ted said we don't exercise editorial
22 control.  If he wants to lose most of the radio
23 stations, he can.  That's -- that's up to him.  And so
24 that was the extent to any editorial control that was
25 ever attempted to be exercised, was in 2001.

Page 770

1      Q    Aside from that instance in 2000 -- in the
2  early 2000's that you described relative to 9/11
3  issues, when -- is it my -- is it correct to say that
4  Genesis Communication Network and Ted Anderson have
5  never exercised editorial control over any of your --
6  any of your broadcasts or any of the broadcasts by one
7  of your companies?
8      A    Zero editorial control.
9      Q    Okay.  To what extent was there discussions --
10 aside from the 9/11 issues, to what extent was there
11 ever discussions about content that should be
12 broadcast, and aside from anything about precious
13 metals, right, when you had him come on, to what extent
14 was there ever a discussion about the content of news
15 coverage on any of your -- any of your broadcasts or
16 broadcasts of any of your companies?
17     A    No, zero.  It was all complete, direct
18 infomercial or for a segment on the show, we would come
19 in and say, here's our sponsor, here's their products.
20 We didn't do product placement.  There was no
21 connection to the news that we were reporting into that
22 of a sponsor.  It was just direct, clear-cut
23 sponsorship.
24     Q    Okay.  You never cord -- your people, you and
25 your companies, never coordinated with Genesis

Alex Jones Volume III
June 21, 2022

Page 771

1  Communication Network vis-a-vis the content, aside from
2  the Midas Resources content relative to gold and
3  silver.  There was never any collaborations as to what
4  would be broadcast?
5      A   No, the extent would be --
6          MR. ATKINSON:  Objection to form.
7  You can answer, Mr. Jones.  You can -- you can answer,
8  Mr. Jones.
9      A   Okay.  I mean, the extent would be hey, gold's
10  going up right now, we think -- we think it's -- or
11  hey, we got a bunch of coins at a great deal.  We ought
12  to pitch these silver dollars.  Can we come on?  Or
13  hey, I just bought 20,000 of this book, it's a hot
14  book, can we come and pitch it.  That's it.
15      Q   (By Mr. Cerame)  Okay.  And you have no
16  recollection of any collaboration vis-a-vis the
17  coverage of Sandy Hook between your companies and you
18  or Ted Anderson and his companies?
19      A   Zero.
20          MR. ATKINSON:  Objection to form.
21  You can answer, Mr. Jones.
22      A   Zero.  Absolutely never discussed Sandy
23  Hook.
24      Q   (By Mr. Cerame)  Okay.  So we talked about --
25  just briefly, we talked about some of the potential

Page 772

1  business interests Ted Anderson had -- you said that he
2  had no interest in any of the co-defendants in this
3  case, the co-defendant companies in this case, right?
4      A   No, no -- no interest that I know of.
5      Q   And to your -- to the best of your knowledge,
6  he has no interest in the LLC known as PQPR, correct?
7      A   No.
8      Q   Same with JLJR, right, he had no interest in
9  that company?
10      A   No.
11      Q   Or PLJR, he had no interest in that company,
12  to the best of your knowledge?
13      A   No.
14      Q   Or AEG Holdings [sic], either that or the
15  trust, Ted Anderson or his companies have no interest
16  in those, to the best of your knowledge?
17      A   No interest.
18      Q   Okay.  Very good.
19          MR. CERAME:  Mr. Jones, I appreciate
20  you being direct and candid with my questions.  In
21  light of some of the discussions I've had with your
22  team and with you, I really -- I have no further
23  questions for you.
24          THE WITNESS:  Thank you.
25          * * * E X A M I N A T I O N * * *

Page 773

1  BY MR. MATTEI:
2      Q   Mr. Jones, I have some questions for you.
3  First of all, I understand that you were recently
4  traveling; is that correct?
5      A   Yes.
6      Q   Are you aware that your deposition was
7  originally scheduled for last week, but it was
8  postponed until this week in order to accommodate your
9  travel plans?
10      A   Yes.
11      Q   Where were you traveling, sir?
12      A   I was traveling to Hawaii.
13      Q   Okay.  When did you leave for Hawaii?
14      A   The 7th.
15      Q   And this was for personal vacation?
16      A   That, and some work.
17      Q   Okay.  Who accompanied you?
18      A   My wife and child.
19      Q   Anybody else?
20      A   My assistant.
21      Q   Okay.
22      A   Assistant.
23      Q   Who is your assistant?
24      A   It was Dustin Wright.
25      Q   Mr. Wright, an employee of Free Speech

Page 774

1  Systems?
2      A   No, he works for a security company.
3      Q   Did Dustin Wright accompany you to your
4  deposition in Connecticut?
5      A   I don't remember.
6      Q   When did you return from Hawaii?
7      A   Yesterday.
8      Q   Did you fly commercial or private?
9      A   I flew commercial.
10      Q   Where did you stay in Hawaii?
11      A   In Kauai.
12      Q   Was it a resort or a rental?
13      A   I stayed at the Marriott.
14      Q   And so the only people who accompanied you on
15  that trip were your wife, your child, and that I assume
16  to be, your youngest daughter?
17      A   Yes.
18      Q   And Mr. Wright, nobody else, correct?
19      A   I guess a nanny went, that's right, a nanny
20  went.
21      Q   Anybody else?
22      A   No.
23      Q   You paid for that trip personally?
24      A   I'm paying for it personally.
25      Q   Okay.  In other words, you didn't use Free

Alex Jones Volume III
June 21, 2022

Page 775

1  Speech Systems' resources to pay for that trip, it was
2  your own personal money?
3      A    I don't know how we booked it.
4      Q    Okay.  Well then, how do you know that you
5  paid for it personally?
6      A    Well, because -- I mean, I don't have it in
7  front of me, but I would imagine I'm paying for it
8  personally.
9      Q    Okay.  Who is responsible for making those
10 arrangements?
11     A    I really -- I really don't know.  My wife
12 wanted to go, she said that a long time ago.
13     Q    Your wife set up the trip?
14     A    I believe she --
15                MR. ATKINSON:  Objection to form.
16 You can answer.
17     A    I mean, look, you can ask me what I had for
18 breakfast, whether I could probably remember for ya,
19 but I mean, like...
20     Q    (By Mr. Mattei)  My question, though,
21 Mr. Jones is just, did your wife set up the trip?
22     A    I think she was involved in it.
23     Q    Okay.  And your testimony is that you don't
24 know whether Free Speech Systems' money or your own
25 personal money was used to fund the trip?

Page 776

1      A    Yes.
2      Q    Who would know that?
3      A    I'd have to check.
4      Q    Okay.  You said that the trip also had some
5  work purposes.  What work purposes did the trip have?
6      A    Just research on the economy and just observe
7  what's going on in the -- in the rest of the country.
8      Q    Did you go anywhere else besides Hawaii?
9      A    No.
10     Q    Okay.
11     A    Well, I mean, technically we landed in Los
12 Angeles and landed in Phoenix, so I guess I went there,
13 too.
14     Q    Okay.  You had layovers there, correct?
15     A    Yes, Los Angeles LAX on the way there and
16 Phoenix, Arizona on the way back.
17     Q    And the research you did on the economy and
18 what's going on, was research you did in Hawaii?
19     A    Yes, and I recorded some shows there and --
20 and reports off of what I observed.
21     Q    Did you have any travel difficulties?
22     A    There was some, some delays and stuff that's
23 been in the news, not -- not much of it.
24     Q    Your flight was delayed?
25     A    There was -- yeah, there was some things like

Page 777

1  that also, like making people, you know, wait on the
2  tarmac while other planes were moving around, things
3  like that.
4      Q    Okay.  I guess what I'm asking you, was your
5  return delayed in any way as a result of travel
6  difficulties or did you return on the day that you
7  planned to return?
8      A    I did return on the day I planned to return.
9      Q    Since your deposition, sir, you arranged for
10 three of your companies to seek bankruptcy protection,
11 correct?
12     A    Yes.
13     Q    Those were Infowars, LLC; Infowars Health,
14 LLC; and Prison Planet TV, LLC, correct?
15     A    Yes.
16     Q    And at the time that you sought bankruptcy
17 protection for those companies, you had 100 ownership
18 interest in each of them, correct?
19     A    I believe so.
20     Q    And each of those companies had, at the time
21 you filed, had -- well, let's take one at a time.
22                At the time you filed, did Infowars,
23 LLC have any assets of any kind?
24     A    Yes, Infowars.
25     Q    Infowars, LLC had assets, what assets did it

Page 778

1  have?
2      A    Infowars, the website.
3      Q    Okay.  Infowars.com?
4      A    Yes.
5      Q    Your testimony is that at the time you filed
6  for bankruptcy, Infowars.com was owned by Infowars,
7  LLC, correct?
8      A    I'm not a business person and -- that's my
9  understanding, yes.
10     Q    Well, you are a business person.  You own
11 several businesses, correct?
12     A    Well, I mean, I don't have all of the
13 technicals, but that is my understanding --
14     Q    Okay.
15     A    -- of the -- that -- uh-huh.
16     Q    Your understanding is that at the time you
17 filed for bankruptcy, Infowars, LLC owned Infowars.com,
18 correct?
19     A    My understanding, the way it has been
20 explained to me, is it controlled it.
21     Q    Okay.  Who or what owns the website
22 Infowars.com?
23     A    I believe that -- that corporation.
24     Q    Okay.  So I want to show -- you know who
25 Michael Zimmerman is, correct?

Page 779

1    A    Yes.

2    Q    Michael Zimmerman was a former employee of
3  Free Speech Systems, correct?

4    A    Yes.

5    Q    And he still does contract work for Free
6  Speech Systems, correct?

7    A    Yes.

8    Q    And you authorized him to testify on behalf of
9  Free Speech Systems; Infowars, LLC; Infowars Health,
10 LLC; and Prison Planet TV, LLC in this case, correct?

11   A    I believe so, yes.

12   Q    All right.  I'm going to show you what's been
13 marked as Exhibit No. 188.  And can you see what I've
14 brought up for you, Mr. Jones?

15   A    Yes.

16   Q    It is a transcript of a deposition given on
17 June 24th, 2021 of Free Speech Systems, LLC provided by
18 Michael Zimmerman.  Do you see that?

19   A    Yes.

20   Q    Okay.  I'm going to go to Page 92 of that
21 deposition.  Do you see here at Line 14, Mr. Zimmerman
22 is asked on behalf of Free Speech Systems, I would like
23 to review the websites that are owned by Free Speech
24 Systems.  Am I correct that Free Speech Systems owns
25 Infowars.com?  He testified, That's correct.  Do you

Page 780

1  see that?

2    A    I do.

3    Q    Okay.  And so you see that in June of 2021,
4  your company, Free Speech Systems, provided sworn
5  testimony that it owned Infowars.com, correct?

6    A    I mean, I haven't read this before.  You guys
7  interview everybody and just try to confuse everybody.
8  I told you what I believe.  I -- I don't really keep
9  track of it all.

10             But I'm told that -- I mean, I think
11 when people say Infowars, they mean, in general, or
12 they say in, you know, like Free Speech Systems.  But I
13 mean, that's -- that's -- I mean, you can -- I mean,
14 I'm sure you guys have those documents and things.  So
15 as far as I know, that's -- I mean, it's like -- you
16 know, it's like PrisonPlant.TV has its own corporation,
17 which is the PrisonPlanet.com, LLC, so you can -- so
18 I'm just confused.

19   Q    Well, the only question I asked you was,
20 whether having looked at that transcript, that you
21 understand that your company, Free Speech Systems,
22 through Michael Zimmerman, testified in June of 2021
23 that Free Speech Systems owned Infowars.com, you saw
24 that, correct?

25   A    Yes.

Page 781

1              MR. ATKINSON:  Objection to form.
2  You can answer.

3    A    I mean, I did see that.

4    Q    (By Mr. Mattei)  Thank you.  And as of June
5  2021, you have no reason to think that that testimony
6  was inaccurate, correct?

7              MR. ATKINSON:  Objection to form.
8  You can answer.

9    A    I don't know.  I mean, I don't think he would
10 purposefully be wrong on purpose about something, but
11 it -- I'm confused by it, so...

12   Q    (By Mr. Mattei)  Okay.  Well, what confuses
13 you, Mr. Jones?

14   A    I mean, I think I was pretty clear that --
15 that to my understanding, but again, I'm wrong about a
16 lot of this stuff, because quite frankly, I don't keep
17 track of a lot of it, that -- I mean, I think you guys
18 know that and that's why you sued it.

19   Q    Mr. Jones, I just asked you what you're
20 confused about?

21   A    I'm confused -- whether Zimmerman was mistaken
22 or whether I'm right or whether I was mistaken, because
23 I told you what -- to the best of my knowledge what I
24 know.

25   Q    And it's possible that may both be right,

Page 782

1  right?  I mean, Mr. Zimmerman testified in June 2021
2  that Free Speech Systems owned the website
3  Infowars.com.  You've testified here today that as of
4  the filing of your bankruptcy, you believed
5  Infowars.com was owned by Infowars, LLC.

6              And so I'm asking you now, whether
7  you have any knowledge of Infowars, LLC acquiring the
8  website Infowars.com from Free Speech Systems?

9              MR. ATKINSON:  Objection to form.
10 You can answer.

11   A    I don't understand -- I mean, I can't
12 speculate.

13   Q    (By Mr. Mattei)  Well, Mr. Jones, you're the
14 100 percent owner of Free Speech Systems, correct?

15   A    Yes.

16   Q    Okay.  And prior to the bankruptcy, you were
17 the 100 percent owner of Infowars, LLC, correct?

18   A    I think so.

19   Q    And so I'm asking you, whether one company
20 that you had 100 ownership interest of, Infowars, LLC,
21 acquired from Free Speech Systems, the website
22 Infowars.com after June of 2021?

23             MR. ATKINSON:  Objection to form.
24 You can answer.

25   A    I -- I'm confused.  I can't answer your

Alex Jones Volume III
June 21, 2022

Page 783

1   question accurately.
2   Q   (By Mr. Mattei)  So you don't know which of
3   your companies owns the website Infowars.com, is that
4   what you're saying?
5   A   I'm saying I'm confused by what you're
6   saying.
7   Q   Okay.  Let me ask you this question again.  Do
8   you know which of your companies, if any, owns the
9   website Infowars.com?
10          MR. ATKINSON:  Objection to form.
11   A   I believe --
12          MR. ATKINSON:  You can answer.
13   A   I believe Infowars, LLC, since it got set up,
14   like, 12 or 13 years ago, whatever it was.  But I'm
15   just confused.
16   Q   (By Mr. Mattei)  Let me ask this, since June
17   of 2021, have you authorized the sale or acquisition of
18   the website Infowars.com?
19   A   I don't have any knowledge of that, no.
20   Again, I'm confused.
21   Q   Mr. Jones, you keep saying that you're
22   confused, but I just asked you a very simple question,
23   which is, whether or not you have any knowledge of
24   whether you authorized the sale or acquisition of the
25   website Infowars.com since June of 2021?

Page 784

1          MR. ATKINSON:  Objection --
2   A   No, I don't have knowledge --
3          MR. ATKINSON:  Mr. Jones, objection.
4   Chris, he's answered I don't know how many times that
5   he doesn't know.  I think he's given you a fair answer
6   at this point.
7          MR. MATTEI:  What I'm trying to get
8   at is the source of his confusion, because he seems to
9   be qualifying his answers by saying I'm confused.
10   Q   (By Mr. Mattei)  So I just want to make sure
11   that on this particular issue, if there's anything
12   confusing to you, Mr. Jones, I want to clear it up,
13   okay, on the question of, whether or not you authorized
14   the sale or acquisition of the website Infowars.com
15   since June of 2021.  Do you know whether you did or you
16   did not?
17   A   I do not believe that I've done anything like
18   that.  My confusion stems from Michael Zimmerman's
19   answer versus what I believe to be true.  That is the
20   source of the confusion.  Michael is a smart guy, but
21   he's not really huge in the whole business end of
22   things, more like IT stuff.  And so I -- I'm confused.
23   When I'm done with this deposition today, I'm going to
24   try to find out exactly what you're talking about.
25   Q   If Mr. Zimmerman really wasn't into the

Page 785

1   business stuff, why did you designate him to testify on
2   behalf of Free Speech Systems?
3          MR. ATKINSON:  Objection to form.
4   You can answer.
5   A   Look, I'm just -- again, I'm confused by that
6   question as well.
7   Q   (By Mr. Mattei)  Okay.
8   A   I mean, you act like I'm IBM executive or
9   something.  I'm a guy that has a radio TV show that
10   start my own grass roots thing.
11   Q   Mr. Jones, I'm asking you as the owner of
12   several companies, including companies that have been
13   sued here, you have been -- you have authorized
14   individuals to testify on behalf of your companies,
15   including Mr. Zimmerman, correct?
16   A   Yes.
17   Q   Okay.  So the question I'm asking you is,
18   based on your earlier answer that Mr. Zimmerman is more
19   of an IT guy and not really into the business, why did
20   you designate him to testify on behalf of Free Speech
21   Systems?
22          MR. ATKINSON:  Objection to form.
23   You can answer.
24   A   Basically because the lawyers thought he -- by
25   talking to him, knew the most general knowledge because

Page 786

1   they asked all sorts of different -- all sorts of
2   different questions, and not really one person has all
3   of those answers.
4   Q   (By Mr. Mattei)  And so you -- so in
5   retrospect, you're saying perhaps he wasn't the best
6   person to testify about the business operations of Free
7   Speech Systems?
8          MR. ATKINSON:  Objection to form.
9   You can answer.
10   A   You know, quite frankly, I just -- this whole
11   thing is just a big mess.  I can't even keep track of
12   it.
13   Q   (By Mr. Mattei)  Okay.  Just give me a moment,
14   please.  Mr. Jones, I'm going to show you -- well,
15   before I do this.
16          So in April of 2022 is when you
17   caused three of your companies that are defendants in
18   this case to seek bankruptcy protection, correct?
19   A   I believe so.
20   Q   Okay.  And you were contemplating doing that
21   at the time of your deposition, correct?
22   A   Which deposition?
23   Q   The deposition I took when you were in
24   Connecticut?
25   A   I think we were.

Alex Jones Volume III
June 21, 2022

Page 787

1    Q    Okay.  Now, I want to show you Exhibit 179.
2  And let me ask you, Mr. Jones, is it -- is it easier
3  for you to see this document if I scroll one page or if
4  I scroll two pages?
5    A    Just do one page at a time.
6    Q    Okay.  Do you see a document I've put up for
7  you called Voluntary Petition for Non-Individuals
8  Filing for Bankruptcy?
9    A    Yes.
10    Q    Okay.  And it lists your company, InfoW, LLC
11  as the debtor, correct?
12    A    Yes.
13    Q    And it indicates that its prior name had been
14  Infowars, LLC, correct?
15    A    Yes.
16    Q    So you essentially changed the name of
17  Infowars, LLC for purposes of filing for bankruptcy,
18  correct?
19         MR. ATKINSON:  Objection to form.
20  You can answer.
21    A    This was done on the legal advice by lawyers.
22  I don't understand this stuff.
23    Q    (By Mr. Mattei)  Okay.  I'm just asking you,
24  were you aware that the name of the entity Infowars,
25  LLC was changed for purposes of filing for bankruptcy,

Page 788

1  is that something that you were aware of?
2    A    I am.
3    Q    Okay.  And that's obviously not something that
4  could have happened without your authorization, you own
5  the company, correct?
6    A    Yes.
7    Q    All right.  And I want to go down to the part
8  of the document titled Declaration of W. Marc Schwartz
9  Regarding Bankruptcy Code.  Do you see that?
10    A    Yes.
11    Q    Marc Schwartz is the gentleman you hired to be
12  the chief restructuring officer of these three
13  entities, correct?
14    A    Yes.
15    Q    You met with him in connection with preparing
16  that bankruptcy, yes?
17    A    I don't think at this time I had met with
18  him.
19    Q    Okay.  Well, if you look at Paragraph 7, he
20  says in his declaration, I have also met with counsel
21  for the debtors and Mr. Jones to obtain an
22  understanding of debtor's operation.  I've also
23  reviewed lists of assets owned by the debtors.
24    A    Yes.
25    Q    At some point you met with Mr. Schwartz,

Page 789

1  correct?
2    A    I guess you mean over the phone as a meeting?
3  I think I talked to him on the phone some, but since
4  then, I've met with him in person.
5    Q    Okay.  And according to Mr. Schwartz, if you
6  look at Paragraph 8, he said, I have learned that the
7  debtors have no purpose other than to hold assets which
8  may be used by other entities.  Do you see that?
9    A    Yes.
10    Q    They undertake no business activities.  They
11  do not sell, rent or lease to others anything.  Do you
12  see that?
13    A    Yes.
14    Q    He says, Their assets do not generate any
15  income for them.  Do you see that?
16    A    Yes.
17    Q    They have no bank accounts and do not pay
18  money to anyone for any reason.  Do you see that?
19    A    Yes.
20    Q    They have no debt or other liabilities other
21  than those related to pending or potential litigation.
22  Do you see that?
23    A    Yes.
24    Q    Okay.  And I take it your testimony is that,
25  as far as you're concerned as the owners of those

Page 790

1  entities, that information is accurate, correct?
2         MR. ATKINSON:  Objection to form.
3  You can answer.
4    A    Can I -- can I see the -- what companies are
5  they again?
6    Q    (By Mr. Mattei)  Sure.  If you go up to
7  Paragraph 6, you'll see that the debtors are defined as
8  the three entities we discussed earlier, Info -- which
9  names were changed for purposes of the bankruptcy, but
10  the three entities that you filed for bankruptcy
11  protection were Infowars, LLC; Infowars Health, LLC and
12  Prison Planet TV, LLC, correct?
13    A    Yes.
14    Q    Okay.  Those are the debtors listed here under
15  the new names that were given to them for the purposes
16  of the bankruptcy, correct?
17    A    Yes.
18    Q    All right.  So those are the debtors that were
19  described by Mr. Schwartz in Paragraph 8 as having no
20  business activities, income, bank accounts or debts or
21  liabilities.  Do you see that?
22    A    Yes, and I'm confused by that, because -- but
23  this is -- this is all complex stuff.  I -- I don't
24  understand this, so I can't speak to it.
25    Q    Okay.  Well, are -- is it your testimony that

Alex Jones Volume III
June 21, 2022

Page 791

1  you don't know whether those companies that you own 100
2  percent of had any business activities?
3      A    Well, I mean, Infowars Health brings in like
4  $40,000 a month, so it does have business activities.
5  I'm -- I'm -- I don't know how -- I'm going to have to
6  speak to the lawyers and these CPAs, because I believe
7  whatever they're doing is good faith here, but I'm
8  under oath here, I'm telling you that that Infowars
9  Health brings in money --
10     Q    Okay.
11     A    -- so...
12     Q    And that's through your interest in Youngevity
13 products, correct?
14     A    Yes.
15     Q    You promote Youngevity products and you get a
16 cut of any of those sales, correct?
17     A    Yes.
18     Q    All right.  And that money goes directly from
19 Infowars -- or at least it did, it goes directly form
20 Infowars Health, LLC to you personally, correct?
21     A    Yes.
22              MR. ATKINSON:  Objection.
23     Q    (By Mr. Mattei)  And -- but whatever the
24 assets of these companies may have been at the time,
25 you would agree with me that compared -- or as a

Page 792

1  percentage of Free Speech Systems' overall assets, the
2  three companies that you put into bankruptcy protection
3  had a -- contained few, if any, of the overall assets,
4  correct?
5              MR. ATKINSON:  Objection to form.
6  You can answer.
7      A    No, I don't see Infowars as -- as being a
8  small asset, the website.
9      Q    (By Mr. Mattei)  Okay.  And so what would you
10 say is the value of the Infowars.com website?
11              MR. ATKINSON:  Objection to form.
12 You can answer.
13     A    I can't quantify that.  Just, it has value in
14 my mind and so does Infowars Health --
15     Q    (By Mr. Mattei)  Well, can you --
16     A    So does Infowars Health, I mean, it's value
17 right there.
18     Q    Can you give me an estimate of percentage of
19 your company -- of your overall holding valuation the
20 website represents?
21              MR. ATKINSON:  Objection to form.
22 You can answer.
23     A    I -- I can't speculate.
24     Q    (By Mr. Mattei)  Okay.  That would be
25 speculation for you to do something like that?

Page 793

1      A    Sitting here in this room, yeah.
2      Q    Okay.  Mr. Jones, I'm going to show you a
3  video or I'm going to attempt to show you a video.  On
4  your video now, do you have a paused -- I'm sorry, on
5  your screen right now, do you have a paused video that
6  shows you in the middle of the screen?
7      A    Yes.
8      Q    All right.  And this is Exhibit No. 183.  Do
9  you recall preparing a video that was titled Alex Jones
10 Responds to Stories about Justice Department Denying
11 Infowars Bankruptcy?
12     A    I didn't write that headline, somebody clipped
13 that out, but this is from a live show that I did.
14     Q    Okay.  So this is -- this is from a live show
15 that you did, correct?
16     A    I would have to see it.  It appears -- once
17 you play it, I'll know.
18     Q    Okay.  We'll play and if you have any trouble
19 hearing it, just let me know.
20              (Playing video.)
21     Q    (By Mr. Mattei)  Did you see enough there to
22 know that that was you, in fact, speaking and this was
23 a segment that you broadcast?
24     A    Yes.
25     Q    And you're talking about the bankruptcy that

Page 794

1  you filed, correct?
2      A    Yes.
3      Q    And you indicated that somebody had called a
4  judge and said that you don't get access to the
5  bankruptcy courts, correct?
6      A    This is a shorter clip out of context, but
7  yes, in fact, we're even getting the affidavit, and
8  that wasn't brought up here, but it's going to be
9  brought up.  The U.S. Trustee's office doing
10 unprecedented things, calling former judges that were
11 trustees and their lawyer.  And they were also in the
12 news making similar bizarre statements, without even
13 looking at the documents, and saying this is a policy
14 from the top that -- that, you know, we're going to
15 oppose this and, you know, you shouldn't do this.
16     Q    All right.  I just want to make sure I
17 understand, you just indicated that you are preparing
18 an affidavit or you're having an affidavit prepared?
19     A    In fact, I believe that's already been --
20 being done, yeah, for the witnesses.
21     Q    And who -- who are -- when you say the
22 witnesses, you presumably mean the people who were
23 contacted by the United States Bankruptcy Trustee?
24     A    Uh-huh.
25     Q    Is that a "yes"?

Alex Jones Volume III
June 21, 2022

Page 795

1    A    Yes.
2    Q    And who is that?
3    A    I don't remember all of the names.  And I
4  can't -- you know, I just know it was like a shocking
5  thing, you know, I mean, unprecedented.
6    Q    And I just want to make sure I understand what
7  this shocking thing was is -- is your claim that the
8  United States Bankruptcy Trustee in Texas contacted the
9  judge, Judge Lopez, is that what you're saying?
10    A    No, that's not what I said.
11              MR. ATKINSON:  Objection to form.
12  You can answer.
13    Q    (By Mr. Mattei)  Go ahead.
14              MR. ATKINSON:  Go ahead.
15    A    That's -- again, I don't have it all in front
16  of me like I did that day when I was giving a gestalt
17  of what I had been told, but I'm talking about former
18  judges that were trust -- going to be trustees and
19  their lawyer and people like that getting these phone
20  calls and -- and just the disbelief at the
21  unprecedented nature of it, before they'd ever even
22  seen anything.  And then there are public statements.
23              I mean, you saw the trustee's office
24  public statements.  And this is a bankruptcy attempting
25  to pay debtors.  And then there's people saying that

Page 796

1  no, this is a bankruptcy to hide assets when there
2  aren't hidden assets.  It's just par for the course of
3  the political witch hunt.
4    Q    Who described that conversation to you?
5    A    Excuse me?
6    Q    Who described that conversation to you?
7    A    It's attorney/client privileged stuff, but I'm
8  sure it'll -- it'll come out for you.
9    Q    No, no, Mr. Jones, you have to answer the
10  question unless your attorney asserts a privilege, but
11  obviously, sir, if you're talking about it to an
12  audience of millions about this conversation that was
13  relayed to you --
14              MR. MATTEI:  I guess I'll leave it
15  to your attorney to make the argument about whether --
16              MR. ATKINSON:  So, Chris, if I can
17  help facilitate this, Mr. Jones, you can answer, but
18  what I would suggest that you do, first of all, is
19  identify the person who reported the conversation to
20  you.  Mr. Mattei will ask his next question to you.
21  And then if that question gets into something that may
22  be attorney/client privileged, I will evaluate and
23  assess that when he asks the question.  But right now,
24  I -- I am advising you to answer the question of who
25  reported the conversation to you.

Page 797

1    A    Sure.  I need -- I'm not prepared to answer
2  these questions at this time.  I'd need to go back.  I
3  don't remember the names of the specifics of all of
4  that.  I don't want to get that wrong or say that
5  wrong, so I specifically can't answer the question at
6  this time, because I don't -- I don't remember it all.
7    Q    (By Mr. Mattei)  Mr. Jones, what would you
8  need to do in order to remember who conveyed this
9  shocking information to you?
10    A    I mean, I would just need to go talk to some
11  people and collect my memory of it and get the
12  specifics.
13    Q    I'm going to go ahead and keep playing this
14  now.
15              THE WITNESS:  Can you close that
16  door a little better?
17              (Playing video.)
18    Q    (By Mr. Mattei)  So there, Mr. Jones, you say
19  that the United States Bankruptcy Trustee told the
20  lawyers for the plaintiffs to drop the cases against
21  the three companies you put into bankruptcy.  What was
22  your source for that statement?
23    A    That's -- that's my speculation, but I also
24  saw the lawyers on your side and also the U.S.
25  Trustee's office saying the exact same things, which of

Page 798

1  course weren't true as usual.
2    Q    I see.  So you were just making that up,
3  yeah?
4    A    No, I wasn't making it up.
5              MR. ATKINSON:  Objection to form.
6  You can answer.
7    A    I was speculating -- I mean, I was -- at the
8  time, I had read probably 20 news articles about it
9  with statements and quotes about people, so I was
10  putting that together there for news.  I don't have it
11  in front of me.  You can see I have it there in front
12  of me on the show.
13    Q    (By Mr. Mattei)  Not one of those articles
14  reported that the United States Bankruptcy Trustee had
15  instructed the plaintiffs' lawyers to do anything,
16  correct?
17              MR. ATKINSON:  Objection; form.  You
18  can answer.
19    A    I don't remember.
20              (Playing video.)
21    Q    (By Mr. Mattei)  Okay.  Mr. Jones, did you
22  hear you claim to your audience that you don't have $2
23  million yourself?
24    A    Yes.
25    Q    Okay.  That's not true, is it?

Alex Jones Volume III
June 21, 2022

Page 799

1           MR. ATKINSON: Objection to form.
2    You can answer.
3        A    At -- at the time, I didn't have $2 million.
4        Q    (By Mr. Mattei)  Mr. Jones, this is two weeks
5    ago, did you know that?
6        A    I think this was longer than two weeks ago.
7        Q    Well, would it help to go to Banned.video to
8    see when it was posted?
9        A    Well, when something is posted isn't
10   necessarily when it's live, but I'd have to look at the
11   date.
12       Q    Well, let me just -- let me just make it easy
13   for you.  If this was posted -- if you recorded this in
14   June of this year and told your audience that you don't
15   have $2 million yourself, that is not correct?
16           MR. ATKINSON: Objection to form.
17       Q    (By Mr. Mattei)  Fair?
18           MR. ATKINSON: You can answer.
19           THE WITNESS: Man, it's loud in this
20   place.  Sorry, there's like a tour going on inside
21   here.
22           MR. ATKINSON: Chris, I suggest that
23   you re -- or have that question --
24           MR. MATTEI: No, no, no, I'll ask
25   the question --

Page 800

1           MR. ATKINSON: -- read back.
2           MR. MATTEI: -- again.  I'll ask the
3    question again.
4        Q    (By Mr. Mattei)  Mr. Jones, since the
5    beginning of June of this year, am I correct, that you
6    do have personal assets in excess of $2 million?
7        A    Say that again?
8        Q    As of the beginning of June of this year --
9           THE WITNESS: And I'm sorry.  You're
10   not here.  There's like 10 women up and down the hall,
11   just -- there's like glass doors here.  This place is
12   insane.  There is not even doorknobs on the doors here.
13   So I'm going to have to -- we might have to take a
14   break here until this -- I mean, the guy has even left
15   the room.
16           MR. ATKINSON: So can -- Mr. Jones,
17   I recognize it's distracting there, but before we can
18   take a break, I think you need to answer the question
19   that --
20           THE WITNESS: Sure.  Sure.  I'm
21   glad.  The guy is back in the room now.  He can tell
22   you it's been loud.  They're gone now.
23           MR. ATKINSON: So answer -- answer
24   the question that's pending.
25       A    Okay.  Go ahead.

Page 801

1        Q    (By Mr. Mattei)  Mr. Jones, if this video was
2    recorded in June of this year and you told your
3    audience in the video that you don't have $2 million
4    personally, that was false, correct?
5        A    No, that's not false.
6           MR. ATKINSON: Objection.
7        Q    (By Mr. Mattei)  Okay.  So it's your testimony
8    that as of the last three weeks, since the beginning of
9    June, you don't have personal assets in excess of $2
10   million?
11           MR. ATKINSON: Objection to form.
12   You can answer.
13       A    I know that at the -- I'm speaking of
14   $2 million cash.  I don't have $2 million cash.
15       Q    (By Mr. Mattei)  You don't?
16       A    At that -- at that time.
17       Q    Which was -- which was two weeks ago?
18       A    No, you can say when this video was posted
19   somewhere.  I'm telling you this is from longer back
20   than two weeks.
21       Q    Okay.  Well, when was it then?
22       A    I don't -- you got some video on the screen.
23   I just know that -- I've been completely transparent
24   with the audience about where you're going with the
25   Bitcoin donations.  I told them when we got a million

Page 802

1    dollars.  I told them when we got $2 million.  I told
2    them when we got the large donation after that.  I told
3    them when the Bitcoin value went down unfortunately.
4           I mean, the show is completely
5    transparent.  That's why you're watching and getting
6    clips and trying to confuse me here.  But I mean, I had
7    already told -- I mean, a day or two after we got those
8    big donations, I told the audience about it.  I mean, I
9    think I broke those donations in the news, so...
10       Q    Mr. Jones, I didn't ask you about Bitcoin.
11       A    But I know you're -- that's where you're going
12   and so --
13       Q    No, you don't know where I'm going, so just
14   answer the question I ask you, okay?
15           The question I asked you was,
16   whether -- how you know that at the time you made this
17   video, you didn't have $2 million in personal assets?
18       A    Not assets.
19           MR. ATKINSON: Objection as to form.
20   You can answer.
21       A    I've already answered your questions, $2
22   million cash.
23       Q    (By Mr. Mattei)  Okay.  How did you know you
24   didn't have $2 million cash?
25       A    Because I had just --

Alex Jones Volume III
June 21, 2022

Page 803

1           MR. ATKINSON: Objection to form.
2   You can answer.
3       A    Because I had just been paying bills out of
4   what money I had left and I knew how much I had
5   roughly.
6       Q    (By Mr. Mattei)  Mr. Jones, you just told me
7   you don't even know when this video was made?
8       A    I remember some of what I was talking --
9   you're just trying to confuse me, so I can't -- I can't
10  answer questions when I don't know the date of the
11  video and you keep saying assets and I said dollars in
12  the bank.  I've been very clear.
13      Q    Okay.  Well, let's just focus on assets then.
14  You definitely have, over the course of the entire year
15  of 2022, have had assets in excess of $2 million,
16  correct?
17          MR. ATKINSON: Objection to form.
18  You can answer.
19      A    Again, if you -- if you try to ask me to
20  guesstimate how many assets I have, I can give you an
21  uneducated guess, because I haven't -- I don't have a
22  perfect handle on it.  But if you say over the course
23  of a year, I have -- I don't know what you're talking
24  about.
25      Q    (By Mr. Mattei)  Mr. Jones, when you filed for

Page 804

1   bankruptcy, you committed to fund a litigation trust
2   with $2 million, correct?
3               MR. ATKINSON: Objection to form.
4   You can answer.
5       A    Yes.
6       Q    (By Mr. Mattei)  Okay.
7       A    And that money was no longer mine, I mean,
8   once it's put in the trust for the purposes of that.
9       Q    Mr. Jones, and so you -- it's your testimony
10  that you funded a litigation trust with $2 million of
11  your own money, correct?
12      A    Yes.
13          MR. ATKINSON: Objection to form.
14  You can answer.
15      Q    (By Mr. Mattei)  That was a yes, right?
16      A    Yes.
17      Q    Okay.  And you did that in April of 2022,
18  correct?
19      A    Yes.
20      Q    And where was that money drawn from?
21      A    From the --
22          MR. ATKINSON: Objection to form.
23  You can answer.
24      A    From the sale of my house.
25      Q    (By Mr. Mattei)  Okay.  And when did you sell

Page 805

1   that house?
2       A    I don't remember, sometime this year.
3       Q    Sometime in 2022?
4       A    Yeah, I don't have the exact date.
5       Q    Okay.  Sometime this year, though.  What was
6   the address of that property?
7       A    You've got it, 30 -- I forget, 0 --
8       Q    Okay.  I'm going to play a little more of this
9   video, Mr. Jones.
10          (Playing video.)
11      Q    (By Mr. Mattei)  Okay.  Did you hear where you
12  said there to your audience that the defendants who
13  were dropped from these cases represents 70 percent of
14  Infowars?
15      A    Yes.
16      Q    Okay.  And there you are referring to
17  Infowars, LLC; Infowars Health, LLC and Prison Planet
18  TV, LLC, correct?
19      A    Yes.
20      Q    Okay.  How did you come up with that 70
21  percent number?
22      A    I mean, I think -- hell, you can say 100 --
23  you can say 100 percent.  I mean, Infowars, the
24  website, is very important, and that's -- that's most
25  of value of what I call Infowars.

Page 806

1       Q    Okay.  And so you were referring to the
2   Infowars.com website as comprising 70 percent of all of
3   Infowars' value, correct?
4       A    Yeah, it's a guesstimation.  It's just -- I
5   mean, to me, that's -- that has a lot of value.  So it
6   may not to you guys, but whatever -- believe whatever
7   you want.
8       Q    In fact, it's -- would you say it's your most
9   valuable asset?
10      A    No.
11      Q    Okay.  What's more valuable than the website
12  to you?
13      A    Me.
14      Q    You, personally?
15      A    Yeah, I'm the most valuable asset of the
16  company, yeah.
17      Q    Besides you personally, would you say --
18      A    I'm the key man.
19      Q    -- the website?
20      A    I'm a key man.  I'm a key man.  And then I
21  would say our crew is the second most valuable asset.
22      Q    All right.
23      A    And then, of course, the audience is the third
24  most valuable.
25      Q    Right.  And you are employed by Free Speech

Alex Jones Volume III
June 21, 2022

Page 807

1 Systems, correct?
2      A     And then the pendulum swinging against tyranny
3 is the next most valuable, so...
4      Q     Mr. Jones -- Mr. Jones, you are employed by
5 Free Speech Systems, correct?
6      A     Employed by it?  I don't technically know what
7 that means.  I mean, I don't -- I mean, I -- I guess I
8 am employed by it now.  I can't remember.  I don't
9 really worry about all of that stuff.
10      Q     And your crew is employed by Free Speech
11 Systems, right?
12      A     Yes.
13      Q     Okay.  And so I'm just trying to figure out
14 when you told your audience that the companies that
15 filed for bankruptcy represented 70 percent of
16 Infowars, what you were referring to?
17      A     To things that are Infowars.  I mean, I would
18 say the website is like 70 percent of what I would call
19 Infowars.  And then I'd say like merchandise and stuff,
20 you know, another 30 percent or so.  I mean, I'm
21 talking about Infowars, how I see Infowars itself.
22 Free Speech Systems is just a management company to pay
23 employees and -- and -- and do that stuff, but to me
24 Infowars is what's really valuable.
25      Q     Infowars, the brand?

Page 808

1      A     Yeah, I mean, absolutely.  Infowars the site
2 and -- and yeah.
3      Q     Okay.  But you make all of your money through
4 the site Infowarsstore.com, right?
5                MR. ATKINSON:  Objection to form.
6 You can answer.
7      A     Again, you're projecting onto this whatever it
8 is you believe.  I don't even really understand your
9 questions.  I mean, what does that mean I make my
10 money?  My show --
11      Q     (By Mr. Mattei)  Well, Mr. Jones --
12      A     Yeah.
13      Q     Mr. Jones, you froze for a second.  Can you
14 hear me?
15      A     Yeah.
16      Q     Okay.  You make money by selling supplements,
17 right?
18      A     That'd be a yes.
19      Q     Okay.  And the supplements and the merchandize
20 you sell are sold on the websites Infowarsstore.com and
21 Infowarsshop.com, right?
22      A     Yes.
23      Q     Okay.  They're not sold on Infowars.com,
24 correct?
25      A     No.

Page 809

1      Q     So as you sit here today, really I just want
2 to get back to this question.  The asset that you were
3 claiming represented 70 percent of Infowars was the
4 website, correct?
5      A     Yes.
6      Q     Infowars.  Okay.  Anything else?
7      A     I mean, I think the archive of our shows on
8 Prison Planet TV is valuable.  I think Infowars Health
9 is valuable.  I mean, they were -- there was real stuff
10 put in to try to, you know, just -- to try to end this,
11 you know, and that's what it was.  It was a really good
12 faith thing to try to -- try to have a court look at
13 how much money was actually there and stop all of the
14 rumors and -- and stuff and actually try to just move
15 forward.
16      Q     So as the owner of those -- of those
17 companies, it was your view that they were engaged in
18 meaningful business activities, correct?
19      A     Yeah, I'm not trying to contradict the people
20 that worked there.  I don't understand all of that,
21 so -- I mean, being honest, looking at that, those
22 things have value to me.  And I mean, I think it was
23 pledged in there, some of the documents I read, to use
24 the money coming into Infowars Health to help future
25 fund any settlements.  So I -- and I'm not impugning

Page 810

1 Mr. Schwartz.  I'm just saying it's a he said/she said
2 stuff and stuff.
3      Q     Right.  Well, you're the owner, so I'm asking
4 you.  I'm asking you, it's your testimony as the owner
5 of these companies that they were engaged in meaningful
6 business activities, correct?
7                MR. ATKINSON:  Objection to form.
8 You can answer.
9      A     I mean, I think so, yeah.
10      Q     (By Mr. Mattei)  Okay.  In addition to the 2
11 million that -- oh, I'm not sure I got an answer to
12 this.
13                Where did that 2 million come from
14 that you used to fund the settlement trust?
15                MR. ATKINSON:  Objection to form.
16 You can answer.
17      A     From the sale of my house.
18      Q     (By Mr. Mattei)  Thank you.  You did answer
19 that.  Thank you.
20      A     And then I had like a million bucks left
21 there, that's what I'm talking about.  So I'm running
22 out of cash, that's a fact, believe me.
23      Q     And I'm going to show you now Page 47 of
24 Exhibit 184.  It's an exhibit that we previously looked
25 at, Mr. Jones.  Do you see here a table indicating that

Alex Jones Volume III
June 21, 2022

Page 811

1  $715,000 was wired to an account on April 6th, 2022
2  representing exempt proceeds from homestead sale?
3      A   Yes, I see that.
4      Q   Okay.  So that's $715,000 in addition to the
5  2 million?
6                  MR. ATKINSON:  Objection to form.
7  You can answer.
8      A   I don't -- I don't -- I've never seen these
9  documents before, so I really can't speak to it.
10     Q   (By Mr. Mattei)  Okay.  So let me just then --
11 I take it that it's your understanding that you
12 transferred $2 million into the Litigation Settlement
13 Trust, which were proceeds from the sale of your home,
14 correct?
15     A   I mean, I'm going from memory, but I think
16 that's -- yeah.
17     Q   Okay.  All right.  So, the -- and those three
18 entities, Infowars, LLC; Infowars Health, LLC and
19 Prison Planet TV, LLC, they were also transferred into
20 the Litigation Settlement Trust, correct?
21                 MR. ATKINSON:  Objection to form.
22 You can answer.
23     A   I don't know.
24                 THE WITNESS:  Is there a water
25 fountain out there?

Page 812

1                  THE VIDEOGRAPHER:  There's some
2  water right there.  Do you want me to get you some?
3                  THE WITNESS:  Hey, can we take a
4  break, guys?  And also, ask how long -- because I was
5  told I'd be here an hour and a half or so.  How much
6  time do we got going on here after we take a break?
7                  MR. MATTEI:  Well, we can take a
8  break.  I'm not sure how much longer we have.
9                  THE WITNESS:  Because under
10 Connecticut rules, is it going to be, like, 1,000 years
11 or how long?
12                 MR. ATKINSON:  All right.  Let's
13 take a break, Alex, and we'll talk about it during the
14 break, all right?
15                 THE WITNESS:  Yep.
16                 THE VIDEOGRAPHER:  We are off the
17 record at 10:16.  End of Media 1.
18            (A recess was taken from 10:16 to 10:22.)
19                 THE VIDEOGRAPHER:  We're on the
20 record at 10:22.  Start Media 2.
21     Q   (By Mr. Mattei)  Mr. Jones, before we went off
22 for the break, I was just asking you to confirm that it
23 was your understanding that those -- the three entities
24 that you sought bankruptcy protection for, that you
25 assigned all of your ownership in those entities to the

Page 813

1  Litigation Settlement Trust, correct?
2      A   Your -- your audio is unintelligible.
3      Q   Okay.  Let me repeat that.
4      A   It's clearer now.
5      Q   Are you hearing me clearly --
6      A   Yes.
7      Q   Are you hearing me clearly right now?
8      A   Yes.
9      Q   Yes.  Okay.  Before we broke, I was just -- I
10 believe you confirmed, but I'll ask you again, that
11 it's your understanding that your ownership interest in
12 those three entities that filed for bankruptcy, that
13 you transferred your ownership interest to the
14 Litigation Settlement Trust, correct?
15     A   I can't competently speak to that.  I don't
16 understand it all.
17     Q   Mr. Jones, who owns the company formerly known
18 as Infowars, LLC today?
19     A   I -- I'm confused by all of this.
20     Q   Is your answer you don't know who owns
21 Infowars, the company formerly known as Infowars,
22 LLC?
23     A   No, I'm confused.
24     Q   Okay.  What is confusing about the question,
25 who owns Infowars, LLC?

Page 814

1      A   Earlier you had someone saying that Free
2  Speech does and I believe it's a separate company.
3      Q   I'm not asking about the website anymore.  I'm
4  just asking about the company Infowars, LLC, that was a
5  defendant in this case, correct?
6      A   Yes.
7      Q   You sought bankruptcy protection for that
8  company, correct?
9      A   Yes.
10     Q   Okay.  You had 100 ownership interest in that
11 company, correct?
12     A   I believe so, yes.
13     Q   Okay.  Then you sought bankruptcy protection
14 for that company and you assigned all of your ownership
15 interest to the Litigation Settlement Trust, correct?
16     A   I believe so, but I'm confused, so I can't
17 answer that 100 percent.
18     Q   Okay.  Well, let me show you, this is, again,
19 Exhibit 184.  All right.  I'm going to bring your
20 attention to Paragraph No. 9.  Do you have Paragraph
21 No. 9 in front of you?
22     A   Yes.
23     Q   Okay.  Paragraph 9 describes the fact that you
24 have 100 percent ownership interest in Free Speech
25 Systems and the three companies you put into

Page 815

1   bankruptcy, correct?
2       A    Yes.
3       Q    And then it says, He, that is you, assigned
4   those equity interests to the 2022 Litigation
5   Settlement Trust before the petition date.  Do you see
6   that?
7       A    Yes.
8       Q    All right.  And do you recall doing that?
9       A    Now, that you've shown me this, yes, thank
10  you.
11      Q    Okay.  And if you go down to the declaration
12  of the 2022 Litigation Settlement Trust, you'll see
13  that you are a signatory, correct?  That's your
14  signature on Page 86?
15      A    It's all over -- it's jumping around here.
16      Q    Yeah.  Do you have the signature page in front
17  of you now?
18      A    No, I don't.
19      Q    Okay.  Hold one second.
20      A    You might as well have had this in a shopping
21  mall.  I see it now.
22      Q    Do you have the signature page in front of
23  you?
24      A    Yes.
25      Q    Okay.

Page 816

1       A    Yeah, that's my signature.
2       Q    Right.  And then that's Rob Dew's signature
3   right above, signed on April 15th of this year,
4   correct?
5       A    Yes.
6            THE WITNESS:  Can you close that
7   door fully?  It's -- sorry.
8            THE VIDEOGRAPHER:  It's closed as
9   far as it can go.
10           THE WITNESS:  Okay.  Thanks.
11      Q    (By Mr. Mattei)  Now, the bankruptcy has now
12  been dismissed, correct?
13      A    I believe so, yes.
14      Q    What happened to the $2 million that you used
15  to fund the Litigation Settlement Trust?
16           MR. ATKINSON:  Objection to form.
17  You can answer.
18      A    I don't have the accounting in front of me,
19  but I think part of it was spent on lawyers and I
20  believe the rest is sitting there.
21      Q    (By Mr. Mattei)  Okay.  You think that some
22  portion of that $2 million is still sitting in an
23  account for the Litigation Settlement Trust?
24      A    Yes.
25      Q    And you believe the rest was used to pay

Page 817

1   lawyers?
2       A    I believe so.
3       Q    And what about the ownership of Infowars, LLC;
4   Infowars Health, LLC and Prison Planet TV, LLC; have
5   you now retained ownership of those entities as you had
6   before?
7            MR. ATKINSON:  Objection to form.
8   You can answer.
9       A    That's an important question.  I don't -- I
10  need to -- I need to look into that.
11      Q    (By Mr. Mattei)  So the answer is you don't
12  know?
13      A    The answer is I don't know.
14      Q    As of today, June 21st, 2022, who or what owns
15  Infowars.com, the website?
16           MR. ATKINSON:  Objection to form.
17  You can answer.
18      A    As I said, I'm -- this is all complex.  I
19  really don't have the answer to that, but I think I
20  do.
21      Q    (By Mr. Mattei)  Okay.  Other than
22  Infowars.com -- well, hang on one second.
23           You testified earlier that you are
24  not aware of authorizing the sale of the website,
25  Infowars -- strike that.

Page 818

1            You testified earlier that you were
2   not aware of having authorized the transfer of the
3   Infowars.com website from Free Speech Systems to
4   Infowars, LLC prior to the bankruptcy.
5            I'm asking you about any other
6   transfers between Free Speech Systems and Infowars
7   prior to the bankruptcy, are you aware of any?
8            MR. ATKINSON:  Objection to form.
9   You can answer.
10      A    Can you -- I think since you showed me that
11  document, that may have refreshed my memory.  I should
12  have asked that.  I forget that I'm supposed to do
13  that.  Because, again, my head is not this.  It gives
14  me a headache.  I'm trying to understand what you're
15  saying.  I think you refreshed my memory that the
16  Infowars website was transferred into this trust,
17  correct?
18      Q    (By Mr. Mattei)  That's not what that said.
19  The document I just showed you said that you had
20  transferred all of your ownership interest in Infowars,
21  LLC to the trust?
22      A    Okay.  See, I can't -- I'm just totally
23  confused.  What was the next question?
24      Q    Fair enough.  Yeah, so the question I was
25  asking you is, are you aware of any transfers of

Alex Jones Volume III
June 21, 2022

Page 819

1  property owned by Free Speech Systems to Infowars, LLC
2  in the year prior to the bankruptcy?
3           MR. ATKINSON:  Objection to form.
4  You can answer.
5      A   I think these documents speak for themselves.
6  I -- I -- this is just a tornado of --
7      Q   (By Mr. Mattei)  I'm not talking about the
8  documents now.  Forget about the documents.  I'm
9  talking about you as the owner of these companies,
10  okay?
11          Do you have any personal knowledge
12  of Free Speech Systems transferring any property to
13  Infowars, LLC in the year prior to the bankruptcy?
14     A   No, I -- I don't remember.
15     Q   Okay.  And do you have any knowledge of
16  Infowars, LLC transferring any property to Free Speech
17  Systems in the year prior to the bankruptcy?
18          MR. ATKINSON:  Objection to form.
19  You can answer.
20     A   No, I don't remember.
21     Q   (By Mr. Mattei)  Since the termination of the
22  bankruptcy proceeding, are you aware of any transfers
23  of property between Free Speech Systems and Infowars,
24  LLC?
25          MR. ATKINSON:  Objection to form.

Page 820

1  You can answer.
2      A   Since the -- since the -- since the --
3      Q   (By Mr. Mattei)  Termination of the -- I'll
4  ask it again.
5          Since the termination of the
6  bankruptcy proceeding, are you aware of any transfers
7  of property between Free Speech Systems and Infowars,
8  LLC?
9      A   No.
10          MR. ATKINSON:  The same objection.
11     Q   (By Mr. Mattei)  Let me -- let me clear that
12  up a little bit.  Since the termination of the
13  bankruptcy proceeding, are you aware of any transfers
14  of property between Free Speech Systems and the company
15  formerly known as Infowars, LLC?
16          MR. ATKINSON:  The same objection.
17     A   I don't -- I don't believe so, but I'm
18  completely confused.
19     Q   (By Mr. Mattei)  Okay.  Do you believe that
20  you have personal access to whatever cash remains in
21  the Litigation Settlement Trust?
22          MR. ATKINSON:  Objection to form.
23  You can answer.
24     A   I believe I do.
25     Q   (By Mr. Mattei)  In other words, you could

Page 821

1  take that money out and use it for whatever purpose if
2  you wanted to at this point, correct?
3           MR. ATKINSON:  Objection to form.
4  You can answer.
5      A   I would have to speculate, but I mean -- I --
6  I don't know.
7      Q   (By Mr. Mattei)  What's
8  WWW.Freeworldoutlet.com?
9      A   That is a separate website with another
10  separate media marketing group that's been set up to --
11     Q   Who owns it?
12     A   -- resell our products.
13     Q   Who owns the website?
14     A   I don't know.  I don't know who specifically
15  owns it.
16     Q   Do you have an ownership interest in the
17  website?
18     A   No.
19     Q   Does a company that you control have an
20  ownership from in the website?
21          MR. ATKINSON:  Objection to form.
22  You can answer.
23     A   No.
24     Q   (By Mr. Mattei)  Do you -- do you or any
25  companies in which you have an interest generate

Page 822

1  revenue from products sold on that website?
2           MR. ATKINSON:  Objection to form.
3  You can answer.
4      A   Yes, it -- it -- it buys product from us.
5      Q   (By Mr. Mattei)  The owner of the website buys
6  products from you and then sells your product on the
7  website?
8      A   Yes.
9      Q   And your testimony is, you don't know who owns
10  the website?
11     A   I don't know who register -- I'm not sure who
12  registered it.
13     Q   Okay.  Well, you're doing business with
14  somebody who owns that website, right?
15     A   Yes.
16     Q   Okay.  Who do you know that's affiliated with
17  that website?
18     A   Tim Fruge.
19     Q   Tim Fruge is the former business operations
20  manager for Free Speech Systems, right?
21     A   Yes.
22     Q   All right.  He left Free Speech Systems and
23  then came back sometime last year, correct?
24     A   Yes.
25     Q   And is -- is he still employed by Free Speech

Alex Jones Volume III
June 21, 2022

Page 823

1  Systems?
2      A    No, he has set up his own marketing company.
3      Q    He set up his own marketing company.  What's
4  the marketing company called?
5      A    That's why the specific of he said -- he said
6  I want to start setting up websites and selling
7  products and I would like to, you know, be a sponsor.
8  So he -- that's the plan is for him to be a sponsor and
9  to be able to buy products as well, and it's just a,
10  you know, test marketing thing he's doing.
11     Q    Your testimony is that it was Mr. Fruge's idea
12  to set up that website for the purpose of reselling
13  your products?
14     A    I mean, we collaborate -- we collaboratively
15  talked about it.
16     Q    Okay.  Who came up with the idea?
17          MR. ATKINSON:  Objection to form.
18  You can answer.
19     A    I think Tim did.
20     Q    (By Mr. Mattei)  And was the idea to set up
21  Freeworldoutlet.com prompted by the fact that you are
22  looking for ways to continue to generate revenue that
23  are not subject to recovery in this lawsuit?
24          MR. ATKINSON:  Objection; it calls
25  for a legal conclusion.

Page 824

1      A    No, it's to -- it's to get around
2  deplatforming and be able to sell our products in more
3  markets.
4      Q    Okay.  Well, deplatform from where?
5      A    Infowars is barred from advertising or
6  operating in most places on the internet.  And so it's
7  a vehicle for third parties to be able to go up and
8  sell the products and advertise.
9      Q    When was Freeworldoutlet.com set up?
10     A    I don't remember.
11     Q    And I take it from your testimony that it's
12  your understanding that Tim Fruge started a company
13  that now owns that website, correct?
14     A    I don't know the specifics of who registered
15  or how that's being done.  There may be thousands of
16  URLs.  It's a -- it's a -- it's a shopping cart
17  platform.
18     Q    Right.  And I'm just trying to confirm that to
19  the best of your understanding, Tim Fruge owns whatever
20  entity controls the website Freeworldoutlet.com,
21  correct?
22     A    I don't know the specifics of that.
23     Q    Okay.  What is your understanding of Tim
24  Fruge's association with Freeworldoutlet.com?
25          MR. ATKINSON:  Objection to form.

Page 825

1  You can answer.
2      A    He -- he is.  He's running that site and he's
3  also working on developing other -- other sites and
4  also sponsors.  He -- it's basically like he's creating
5  like an ad agency.
6      Q    (By Mr. Mattei)  And when did he separate from
7  employment at Free Speech Systems?
8      A    I don't remember.
9      Q    Do you or any companies you control provide
10  him with funding in connection with the venture you
11  just described?
12          MR. ATKINSON:  Objection to form.
13  You can answer.
14     A    I don't remember, but I mean, it's -- it's --
15  I know he's designed it to be self-funding, so...
16  You know, he -- he sells the product and then it's
17  fulfilled, and then he pays us for the product that's
18  sold.  It's like an affiliate program.
19     Q    (By Mr. Mattei)  So your testimony is that the
20  website that he controls will offer your products for
21  sale, correct?
22     A    Yes.
23     A    A sale is transacted and the proceeds of that
24  sale are sent onto your company to pay for the product
25  that he then provides to the buyer, correct?

Page 826

1          MR. ATKINSON:  Objection to form.
2  You can answer.
3      A    I don't have the specifics.  There are several
4  different things that go on.
5      Q    (By Mr. Mattei)  Is there a -- do any
6  companies in which you have an interest have an
7  agreement with Mr. Fruge or any of his companies in
8  relation to the operation of that website?
9          MR. ATKINSON:  Objection to form.
10  You can answer.
11     A    Yeah, there's a -- there's an affiliate -- I
12  mean, agreement on what percentage he gets and what
13  percentage he's paid back from the sale of that, just
14  like any affiliate.  You can go start a website and
15  sell electric bikes and then they dropship it from the
16  place that has the electric bikes, whether they're the
17  manufacturer or resell themselves.  It's just a
18  standard internet affiliate agreement.
19     Q    Who are the parties to that affiliate
20  agreement?
21          MR. ATKINSON:  Objection to form.
22  You can answer.
23     A    I'm just being speculative, in general,
24  because I haven't seen the agreements.  I haven't dealt
25  with it.  It's just -- it's a standard internet

Alex Jones Volume III
June 21, 2022

Page 827

1   affiliate stuff.  Like you -- like you --
2        Q    (By Mr. Mattei)  Fair enough.  Who signed
3   it?
4        A    Like, you can create just a URL that you own,
5   which is not the case here, and then you point that URL
6   at a place and then the percentage of sales they get
7   off of that, you get a percentage.  It's just -- it's
8   just a, you know, pop-up basic shopping cart website
9   deal.
10       Q    And who paid for the -- well, let me, before I
11  get there.  So you indicated there's an affiliate
12  agreement.  There is an agreement between you and
13  Mr. Fruge as to what percentage he retains versus what
14  percentage he sends onto you.  I want to know who are
15  the parties to that agreement?
16                 MR. ATKINSON:  Objection to form.
17  You can answer.
18       A    I -- I wasn't involved in that.  It's -- it's
19  purely speculative stuff he's done that I've agreed to
20  work with him on.  It's not been very successful, quite
21  frankly.  So I haven't even been focused on it at all
22  until now.
23       Q    (By Mr. Mattei)  Is your testimony that you
24  don't know who the parties are to the -- what you've
25  described as an affiliate agreement?

Page 828

1        A    No, I've known Tim for 16 years.  And he -- he
2   went to work in Illinois, didn't like that.  Then he
3   went to work in Utah, didn't like that.  He said, can I
4   come back and at least see how things work out?  Yeah.
5   And then he came back for a while and he said, listen,
6   I want to go out and do a whole bunch of companies.  I
7   know he's done a bunch of separate stuff for me.  And I
8   just said to him, I said, I hope those things become
9   successful, because there's been a lack of sponsors,
10  none of them have really been that successful yet,
11  where they're just straight sponsors, which I'd like
12  him to be successful at that.
13                 And then he also, you know, had an
14  idea of -- for several websites that he thought he
15  could then market out there and, again, you know, get
16  around deplatforming so that we could, you know, sell
17  product and would be beneficial to all of us.  And so
18  that's where that is, but I know Tim.  He's my friend.
19  I haven't -- I haven't been involved in basically any
20  of it.
21       Q    (By Mr. Mattei)  Mr. Jones, I'm just asking
22  you whether you know who the parties are to the
23  affiliate agreement governing the relationship between
24  Freeworldoutlet.com and any companies that you
25  control?

Page 829

1        A    I haven't seen --
2                 MR. ATKINSON:  Objection to form.
3   You can answer.
4        A    I haven't seen the specifics, but I would
5   imagine that agreement is there.
6        Q    (By Mr. Mattei)  Okay.  So your testimony is
7   that you believe that there is a written agreement, but
8   that you haven't seen it, is that your testimony?
9        A    I've not been involved almost at all.
10       Q    Okay.
11       A    Other than plugging it on air to see if it got
12  any traction and to see if it got good customer
13  reviews, which it's gotten -- gotten -- we've gotten
14  good feedback.
15       Q    But I need -- I need an answer to my question.
16       A    Yeah.
17       Q    My question is, is it your testimony that you
18  believe there's a written agreement, but that you,
19  yourself, haven't seen it?
20       A    Yes, that's my testimony.
21       Q    And so I take it that you believe Mr. Fruge is
22  a signatory to that agreement, but you don't know who
23  may have signed on the Infowars side; is that
24  correct?
25       A    Yes --

Page 830

1                 MR. ATKINSON:  Objection to form.
2   You can answer.
3        A    -- I mean, I don't know, that's what I just
4   told you.
5        Q    (By Mr. Mattei)  Okay.  You didn't sign
6   anything?
7        A    Not that I remember, no.
8        Q    All right.  What about the website
9   PreparewithAlex.com?
10       A    That is a URL that points at a third-party
11  website that then fulfills and sells food and then pays
12  us an agreed percentage back.
13       Q    Okay.  The third party -- the website that it
14  points to is Preparetoday.com, right?
15       A    Yes.
16       Q    So anybody on the internet can either go to
17  PreparewithAlex.com or Preparetoday.com and there,
18  storable food is sold, correct?
19       A    Yes.
20       Q    Okay.  Who owns the URL PreparewithAlex.com?
21       A    I think I do.  I'm not sure actually.
22       Q    Okay.  Is it fair to say that you believe
23  either you own it personally or a company you control
24  owns it?
25                 MR. ATKINSON:  Objection to form.

Alex Jones Volume III
June 21, 2022

Page 831

1   You can answer.
2        A    I don't know who owns it.
3        Q    (By Mr. Mattei)  Who owns Preparetoday.com?
4             MR. ATKINSON:  Objection to form.
5   You can answer.
6        A    I don't know.
7        Q    (By Mr. Mattei)  Okay.  You know that you
8   are -- you personally have some affiliation with those
9   websites, correct?
10            MR. ATKINSON:  Objection to form.
11  You can answer.
12       A    It's an affiliate agreement.
13       Q    (By Mr. Mattei)  Okay.
14       A    Yes.
15       Q    And do you know anybody associated with
16  PreparewithAlex.com?
17       A    Yes.
18       Q    Who?
19       A    Tim Fruge.
20       Q    And what about Preparetoday.com, Tim Fruge is
21  also associated with that website?
22       A    Yes, PreparewithAlex.com is a redirect URL to
23  Preparetoday.com.
24       Q    And when were those websites created?
25            MR. ATKINSON:  Objection to form.

Page 832

1   You can answer.
2        A    I don't -- two years ago, PreparewithAlex.com.
3   I mean, three years ago.  I don't remember.  And the
4   other one, I don't know.
5        Q    (By Mr. Mattei)  Okay.  So PreparewithAlex.com
6   was started two to three years ago, correct?
7        A    Yes.
8             MR. ATKINSON:  Objection to form.
9   You can answer.
10       Q    (By Mr. Mattei)  That was a "yes"?
11       A    Yes.
12       Q    And Preparetoday.com, you're not sure when
13  that started?
14       A    It's just another -- it's a -- it's a --
15  called a click funnel to measure where the customers
16  came from.
17       Q    Okay.  But you don't know when it was
18  started?
19       A    No.
20       Q    Okay.  Other than Mr. Fruge, do you know
21  anybody else who is associated with
22  PreparewithAlex.com?
23       A    Well, there's the suppliers that are on there.
24  Yeah, they -- they -- they dropship the --
25  product.

Page 833

1        Q    Right.  But those -- those are your suppliers,
2   correct?
3             MR. ATKINSON:  Objection to form.
4   You can answer.
5        A    No, those are -- those are -- those are Tim's
6   suppliers.
7        Q    (By Mr. Mattei)  Okay.  It's your testimony
8   that Mr. Fruge, upon starting these websites, went out
9   and independently got suppliers to sell food on those
10  websites?
11       A    Yeah, that's where he went to work --
12            MR. ATKINSON:  Objection to form.
13       A    -- and that's where he quit his job and went
14  to work, yeah.
15       Q    (By Mr. Mattei)  They're also your -- you sell
16  storable food on Infowarsstore.com, correct?
17       A    Not anymore.
18       Q    All of the storable food that you previously
19  sold is now being sold on those websites?
20       A    Yes.
21            MR. ATKINSON:  Objection to form.
22  You can answer.
23       Q    (By Mr. Mattei)  And when did you make that
24  decision?
25       A    Several years ago we decided to try to just

Page 834

1   completely do it through a third party, so there would
2   be better customer service and things.  And then we
3   recently went back to not selling storable food on
4   Infowars.
5        Q    Yeah.  So when did you recently decide not to
6   sell storable food on Infowars?
7        A    A few months ago.
8        Q    And why did you do that?
9        A    Because we lost our credit with the company,
10  because we don't have the money to buy the food anymore
11  ourselves.
12       Q    So who's -- who's purchasing the food now?
13            MR. ATKINSON:  Objection to form.
14  You can answer.
15       A    It's a pure affiliate agreement now.
16       Q    (By Mr. Mattei)  What percentage of sales
17  occurring on PreparewithAlex.com do you get?
18       A    It varies from product to product.  I don't
19  have it in front of me, but it could be as low as 20
20  percent, as high as 50 percent.
21       Q    And that's all part of the affiliate
22  agreement?
23       A    And it's paid to Infowars, yes -- or Free
24  Speech.
25       Q    So your testimony is that any proceeds from

Alex Jones Volume III
June 21, 2022

Page 835

1  sales occurring over Freeworldoutlet.com,
2  PreparewithAlex.com and Preparetoday.com are routed to
3  Free Speech Systems?
4           MR. ATKINSON:  Objection to form.
5  You can answer.
6       A   Can you say that again?
7       Q   (By Mr. Mattei)  Sure.  I understand that Free
8  Speech Systems gets a percentage of all sales occurring
9  over those three websites I just mentioned --
10      A   Yes.
11      Q   -- am I correct about that?
12      A   Yes.
13      Q   Okay.  And so whatever percentage of those
14 sales, Free Speech Systems gets, those proceeds are
15 routed into Free Speech Systems' accounts, correct?
16      A   Yes.
17      Q   Has Free Speech Systems ever invested any
18 money in those three websites I've mentioned or any of
19 the companies that control them?
20          MR. ATKINSON:  Objection to form.
21 You can answer.
22      A   Say that again?
23      Q   (By Mr. Mattei)  Has Free Speech Systems ever
24 invested any money in those three websites I just
25 mentioned or any of the companies that control them?

Page 836

1           MR. ATKINSON:  Same objection.
2       A   I don't believe so.
3       Q   (By Mr. Mattei)  Have you personally invested
4  any money in any of those three websites I just
5  mentioned --
6           MR. ATKINSON:  The same.
7       Q   (By Mr. Mattei)  -- or any of the companies
8  that control them?
9           MR. ATKINSON:  Same objection.
10      A   I mean, not technically.  I mean, you could --
11 you could say, like -- like, we fulfill most of the
12 stuff off of Freeworldoutlet, but it's not -- the sales
13 aren't very -- it's very small.  And so you could say
14 by agreeing to do that it's an investment to take that
15 customer, but there's not any investment of money by
16 me into that.
17      Q   (By Mr. Mattei)  Okay.  So what you were just
18 referring to there is, if you have a product in your
19 inventory that is purchased over one of these three
20 websites, you will fulfill that order, correct?
21      A   Yeah, they will pay us the money and then
22 we'll fulfill the order and they get -- and they get
23 their percent and then we get our percent.  That's --
24 that's us -- like an affiliate agreement where it's
25 going through us and then there's the other affiliate

Page 837

1  agreement where it's food, where somebody else is
2  running that, and then they -- that -- that -- those
3  separate companies fulfill it and then pay the money
4  into Tim.  Tim gets a percentage.  And then we get a
5  percentage.
6       Q   Okay.  So is it -- is it your understanding
7  that the products that are sold on those three
8  websites, some of those transactions are fulfilled by
9  you, correct?
10      A   Freeworldoutlet is, yeah.
11      Q   Okay.  So let's just stick with
12 Freeworldoutlet for a minute.  Every product sold over
13 the Freeworldoutlet platform is fulfilled by you,
14 correct?
15          MR. ATKINSON:  Objection to form.
16 You can answer.
17      A   I'm not sure about that.  No, because Tim has
18 his own stuff he's selling, so no, I'm not -- I'm
19 not -- I can't answer that.
20      Q   (By Mr. Mattei)  Okay.  You believe --
21      A   He -- he runs that.  See, we don't deal with
22 that.
23      Q   Well, but you just testified that for
24 Freeworldoutlet.com --
25      A   They sell some of our products and then we

Page 838

1  fulfill them, yes.
2       Q   Okay.  They sell some of your products and
3  fulfill them.  And when you say you fulfill them,
4  you're referring to PQPR Holding, LLC, correct?
5           MR. ATKINSON:  Objection to form.
6       A   I'd have to look at -- I would have to look at
7  --
8           MR. ATKINSON:  Hang on a second,
9  Alex.  I'm going to advise you not to answer any
10 questions involving PQPR.  And I'm going to put on the
11 record that it is our understanding that the plaintiffs
12 have joined a fraudulent transfer action in Texas last
13 week.  Having Mr. Jones answer questions pertaining to
14 the companies in that action, which includes PQPR,
15 without the Texas counsel defending that action being
16 present, would be prejudicial to Mr. Jones.  And as
17 such, we're not going to -- we're -- I'm advising you
18 not to answer questions as they pertain to PQPR.
19      Q   (By Mr. Mattei)  Mr. Jones, let me just
20 confirm, your counsel has advised you not to answer any
21 questions relating to PQPR Holdings, LLC.  Do you
22 intend to decline to answer any questions I ask you on
23 that subject?
24      A   Yes.
25          MR. MATTEI:  And, Attorney Atkinson,

Alex Jones Volume III
June 21, 2022

Page 839

1   the basis for that instruction to Mr. Jones is that you
2   believe it would be prejudicial to PQPR Holdings not to
3   have its attorney present?
4           MR. ATKINSON:  No, to Mr. Jones,
5   that the lawyer defending him in the Texas action, he
6   would be in the best position to advise him as to his
7   interest in defending that action, is not present.
8   We've had no notice in terms of Mr. Jones' notice of
9   deposition that this would be on -- this would be part
10  of his deposition.
11          Additionally, I've allowed plenty of
12  leeway today for you to go outside the scope of
13  Attorney Cerame's direct.  My understanding is that you
14  rested -- that you rested your deposition of Mr. Jones
15  the last time we convened.  I would also object that
16  this is outside the scope of Mr. Cerame's direct and I
17  stand on that.
18          MR. MATTEI:  Okay.  Well, a couple
19  of things, you may want to talk to Attorney Pattis,
20  because I've had multiple conversations with Attorney
21  Pattis that have gone on up to today, in which I
22  advised him that PQPR was going to be a subject of
23  inquiry.  No arrangements apparently have been made to
24  have Mr. Jones' Texas counsel present for this
25  deposition, despite that notice.

Page 840

1           I will say that Attorney Cerame,
2   although limited in his cross, did inquire about PQPR
3   Holdings.  And so questions about PQPR are within the
4   scope.
5           I would also indicate that there are
6   other defendants in the TUFTA action that I have asked
7   about today that have not been objected to by you.  So
8   this appears to be a selective objection solely with
9   respect to PQPR, not, for example, with respect to the
10  other defendants in the TUFTA action.
11          So I think what we have to do,
12  because this is going to be a significant issue, is
13  either get Judge Bellis on the phone right now, because
14  this, I think, is an improper instruction to your
15  client under the Connecticut Rules, and -- and see if
16  we can get a ruling.
17          MR. ATKINSON:  I'm -- I'm happy to
18  get her on the phone.
19          MR. MATTEI:  Okay.  I'll ask my --
20  my staff to contact Attorney Ferraro, copying all
21  attorneys.
22          MR. ATKINSON:  Thank you.
23          MR. MATTEI:  And in the meantime, I
24  will move on from PQPR.
25      Q   (By Mr. Mattei)  All right.

Page 841

1           THE WITNESS:  Can we take a break?
2   How long is this going to go?  Because I believe it was
3   two hours maximum and I have been here an hour and 50
4   minutes.
5           MR. ATKINSON:  Do you need a break,
6   Mr. Jones?
7           THE WITNESS:  No, I don't really
8   need a break.  I've just got something -- I mean, I've
9   already sat two days in Connecticut and I'm sitting
10  here again.  I mean, I've heard this is not heard of
11  everywhere else, you know, like, in two years.  It's
12  like a prison sentence or --
13          MR. ATKINSON:  Well, hold on, we
14  can -- we can discuss that off the record, if you wish.
15  I'd advise you not to get into that on the record.
16          THE WITNESS:  Okay.
17      Q   (By Mr. Mattei)  All right.
18          THE WITNESS:  Well, let me just do
19  this, let me give you a call and I'm going to ask you
20  about this, because -- let's take a break, if we can,
21  while they talk to the Judge or whatever.  Does that
22  work for you, Mattei?
23          MR. MATTEI:  Five minutes.  We can
24  take five minutes, yeah.
25          MR. ATKINSON:  Sounds good.

Page 842

1           THE VIDEOGRAPHER:  We are off the
2   record at 11:00 o'clock.  End of Media 2.
3           (A recess was taken from 11:00 to 11:08.)
4           THE VIDEOGRAPHER:  We are on the
5   record at 11:08.  Start of Media 3.
6       Q   (By Mr. Mattei)  Mr. Jones, does -- everybody
7   ready, we're good?
8           MR. ATKINSON:  Yes.
9       Q   (By Mr. Mattei)  Mr. Jones, does Free Speech
10  Systems pay for the use of the Infowars.com website?
11      A   I don't know.  I don't think so.
12      Q   Okay.  Does Free Speech Systems license in any
13  way the Infowars.com website?
14      A   I don't know.
15      Q   What?
16      A   I don't know.
17      Q   Does Free Speech Systems license any Infowars
18  branding property?
19      A   I don't know.
20      Q   Prior to -- when did you first set up
21  cryptocurrency donation pages linked to Infowars.com?
22      A   I don't remember the exact time.
23      Q   Does about April of 2021 sound right?
24      A   It sounds right.
25      Q   Prior to accepting cryptocurrency donations on

Alex Jones Volume III
June 21, 2022

Page 843

1 Infowars.com, did you have any personal cryptocurrency
2 holdings?
3      A    No.
4      Q    Okay.  Who set up the cryptocurrency donation
5 pages?
6                MR. ATKINSON:  Objection to form.
7 You can answer.
8      A    I instructed IT to create a -- a donation
9 page.
10      Q    (By Mr. Mattei)  Why did you do that?
11      A    To get donations.
12      Q    You previously expressed public skepticism of
13 cryptocurrency as an asset, correct?
14      A    I mean, we've -- we've looked at all sides of
15 it.  I've been supportive of some of it, not supportive
16 of some of them.  I think some of them are legitimate
17 and I think some aren't.  And I've been learning about
18 it over the last 12 years since it developed as a
19 phenomenon.
20      Q    Okay.  Do you pay --
21      A    That's technology.
22      Q    Do you pay any employees in cryptocurrency?
23      A    No.
24      Q    What -- do you know what exchange you use to
25 exchange cryptocurrency for actual currency?

Page 844

1      A    I'm not -- I really don't understand a lot of
2 it, but I think we use a -- Coinbase.
3      Q    How many cryptocurrency wallets are currently
4 linked to the Infowars.com donation page?
5      A    I don't -- I don't know the specifics.
6 They're all linked right there.  It's all public.
7      Q    Okay.  Who manages that for you?
8      A    The IT department.
9      Q    Okay.  Which is who?
10      A    I mean, right now, it's -- it's basically
11 myself and Zimmerman.  He's a consultant.  I don't
12 really understand it.  But I'm the person that manages
13 it because I'm -- I mean, I've told them to set it up
14 and -- that --
15      Q    Okay.  So you have access to those crypto
16 wallets, correct, personal access?
17      A    Yes.
18      Q    And so does Zimmerman, correct?
19      A    Yes.
20      Q    Anybody else?
21      A    I don't know the specifics of the technicals,
22 but it's like three people -- or you have to put like
23 three codes in.  I've only messed with it a few times.
24 It's -- all of the transactions are public, that's what
25 the blockchain does, I know that.  So it's all right

Page 845

1 there.
2      Q    The transactions are public, but who is
3 authorized to execute the transactions are limited to
4 people who have access to the wallets, correct?
5      A    Yeah, so I have to -- I mean, I go in and I do
6 it.
7      Q    Okay.  So you personally execute the
8 transactions within each of those wallets linked to the
9 Infowars.com page, correct?
10      A    I mean, I -- I mean, I go in there and then
11 they explain it to me and I do it, yeah.
12      Q    Okay.  And you're in charge as to when to
13 withdraw any cryptocurrency from those wallets,
14 correct?
15      A    Yes.
16      Q    Okay.  Nobody else has authority to dispose of
17 the cryptocurrency assets in any of those wallets,
18 correct?
19      A    No.
20      Q    Beginning of -- on April 23rd of this year,
21 one of the wallets linked -- one of the cryptocurrency
22 wallets linked to Infowars.com started receiving large
23 donations of cryptocurrency from a single source,
24 correct?
25      A    Yes -- well, there were other donations,

Page 846

1 too.
2      Q    I'm sorry?
3      A    Can you ask your question again?
4      Q    Sure.  Well, I think you've answered it.  I
5 was asking what you said.
6                MR. ATKINSON:  Would it be helpful
7 for the court reporter to read it back, Chris?
8                MR. MATTEI:  No, no, I think I have
9 the answer.  I'm just -- oh, yeah, I'd be happy to have
10 her read back his answer.  Yes.  Thank you.
11                THE WITNESS:  I don't need them to
12 do that.  The point is he said a single source.  We
13 got -- there was quite a few of Bitcoin donations.
14                THE COURT REPORTER:  Do you want me
15 to read it back?
16                MR. MATTEI:  Yeah, thank you.
17           (Requested portion was read back.)
18      Q    (By Mr. Mattei)  So you know that I'm
19 referring to the single donor who donated over a
20 million dollars in Bitcoin on April 23rd, correct?
21      A    Yes.
22      Q    Okay.  And then there was another donation of
23 just over a million dollars on April 30th from the same
24 donor, correct?
25      A    Yes.

Alex Jones Volume III
June 21, 2022

Page 847

1    Q    And there was another donation on May 19th of
2    about $5.9 million worth of Bitcoin from that same
3    donor, correct?
4    A    We believe it's the same donor.  We don't
5    know.
6    Q    Okay.  Well, according to the identifying data
7    on the donor's wallet, it's the same wallet, correct?
8    A    I believe so.  I don't have it in front of
9    me.
10   Q    And your testimony is that you don't know the
11   identity of the individual responsible for those
12   donations?
13   A    I do not.
14   Q    Okay.  Do you know anybody who does?
15   A    No.
16   Q    Have you had any communication with anybody
17   representing themselves to be the donor?
18   A    No.
19   Q    And you cashed out about half of the Bitcoin
20   donated by that individual, correct?
21   A    Yes.
22   Q    And you did that personally, correct?
23   A    Yes.
24   Q    And where did those --
25   A    I don't have it in front of me, but it's more

Page 848

1    than half.
2    Q    And what did you do with those proceeds once
3    you converted it to actual currency?
4    A    I put it into a personal bank account of mine
5    and then I've transferred most of it to -- am still
6    transferring it to Free Speech Systems as a capital
7    injection.
8    Q    And so you -- you said you have transferred
9    and you are continuing to transfer those proceeds into
10   Free Speech Systems as a capital investment in Free
11   Speech Systems?
12   A    I don't know the technical term for it, but I
13   am -- I intend to -- to -- to spend it -- to continue
14   Free Speech's mission of promoting freedom and
15   populism, because that's what I have seen the donations
16   give as.  I don't know that -- I don't know why it was
17   given, but we were -- we've been asking for donations
18   to keep the company going.  So it's my intent to use
19   the lion share of it to continue the operation.
20   Q    And you have not yet done that, correct?
21   A    No, I -- I've begun to do it.  I -- it --
22   it's -- most of it is being transferred -- has been
23   transferred already into there.
24   Q    Okay.  Well, let's just be clear, okay?  Of
25   the money that you cashed out and directed to your

Page 849

1    personal bank account, how much have you transferred
2    into Free Speech Systems?
3    A    I don't have the exact accounting in front of
4    me, but an example is, some has gone directly into Free
5    Speech Systems, other has gone directly into legal
6    bills, but the things, generally, you know, dealing
7    with the operation of the company.
8    Q    Well, you testified that you took a little bit
9    more than half, right?  So you would say over --
10   A    I think it's a lot -- I don't have the numbers
11   in front of me, but it's -- in fact, I was going to go
12   today after this and try to do the accounting on that
13   specifics, because I want to know that.  Unfortunately,
14   we didn't transfer all of it out of Bitcoin.  And
15   Bitcoin has crashed, so that's not good.
16   Q    All right.  So you transferred about $4
17   million out from the crypto wallet to your personal
18   account after these donations were received, correct?
19   A    I don't have the numbers in front of me, but I
20   think it's more than that.
21   Q    Okay.  Is it -- is it more than 5 million?
22   A    It had already gone down so --
23            MR. ATKINSON:  Objection to form.
24   You can answer.
25   A    I don't have the specifics.

Page 850

1    Q    (By Mr. Mattei)  Okay.  You're -- and I'm not
2    holding you to a precise amount here, Mr. Jones, but
3    your testimony is that you believe that following the
4    May 19th donation from what appears to be a single
5    crypto donor, you executed a transaction withdrawing
6    between 4 and $5 million from that wallet to your
7    personal bank account, correct?
8    A    Yes.
9    Q    Okay.  And now I'm asking you, how much of
10   that 4 to $5 million, roughly, have you transferred
11   into Free Speech Systems?
12   A    I don't have the numbers in front of me.
13   Q    So the answer is you don't know?
14   A    Well, do I have your permission to go
15   speculate here, like it won't be 100 percent.  I don't
16   have the exact numbers here in front of me.
17   Q    I'm just trying to get a sense of, to the
18   extent that you have a reasonable basis to estimate,
19   that's fine.  I don't want you to just pull a number
20   out of thin air and you have no idea.  If you have a
21   reasonable basis to estimate how much you have
22   reinvested in Free Speech Systems, please give that
23   answer.
24   A    Well, I don't know about the term reinvested.
25   It's just a capital, you know, injection to the

Alex Jones Volume III
June 21, 2022

Page 851

1    company.  It's -- it's -- some company bills have been
2    directly out of my bank account, my private bank
3    account, just for expediency.  Instead of just
4    transferring it into Free Speech Systems and having
5    that, but more than 2 million has been transferred into
6    Free Speech Systems and paid out for back bills.  And
7    then others has gone to legal bills.  And then other
8    has gone to buy product so that we have product to
9    sell.
10            And it's my intent to do that with
11   basically all of the funds.  I may keep some to
12   reimburse myself for past -- because I'm paid
13   privately, but my intent is to currently spend about 90
14   percent of it in -- into keeping Free Speech afloat
15   and -- and --
16   Q    As it stands right now, I understand your
17   testimony to be that as of today you estimate that
18   about 2 million of the cryptocurrency proceeds that you
19   cashed out, you have injected into Free Speech Systems,
20   correct?
21   A    No.  If memory serves, over 2 million directly
22   into Free Speech Systems.  And then I've been paying
23   other substantive bills for Free Speech Systems
24   directly out of my private account.
25   Q    I'm -- I'm leaving out the bills for a minute.

Page 852

1    I'm just talking about direct transfer of money from
2    your personal account to Free Speech Systems comprised
3    of the cryptocurrency proceeds, that your testimony is
4    that it amounts to approximately $2 million,
5    correct?
6    A    I think it's approaching 3 million.
7    Q    Okay.  Fair enough.  And then you claim that
8    you also used cash within your personal account, since
9    May of this year, to pay Free Speech Systems' bills; is
10   that right?
11   A    Yeah, we paid a $344,000 bill for the
12   bankruptcy yesterday out of it, out of my personal
13   account, that's an example.
14   Q    Okay.  A $344,000 bill for the bankruptcy
15   associated with what?
16   A    I mean, I just do my show and you guys -- just
17   a big, long war you got going on, so...
18   Q    Okay.  Well, you just -- you just testified
19   that you paid $344,000 yesterday.  What did you think
20   you were paying for?
21   A    Paying for things associated with the
22   bankruptcy.
23   Q    Who was the payee?
24   A    It was a -- it was a long list.  It was a long
25   bill.

Page 853

1    Q    Okay.
2    A    I'm sure they'll give it to you, they give you
3    everything else, you can put it on TV and say anything.
4    I'm surprised you guys haven't gotten stool samples.
5    It's ridiculous.
6    Q    Other than the $344,000 payment you claim to
7    have made yesterday associated with the bankruptcy,
8    have you made any other payments from your personal
9    account since May of this year on behalf of Free Speech
10   Systems?
11   A    I believe so.  Like I told you, I don't have
12   it in front of me.
13   Q    Prior to -- are you familiar with a company
14   called Swan Bitcoin?
15   A    Yes.
16   Q    What is Swan Bitcoin?
17   A    It's like a Bitcoin processing wallet or -- I
18   don't know how to describe it.  It's one of the more
19   reputable Bitcoin exchange systems.
20   Q    Okay.  And you have promoted, on your show,
21   Swan Bitcoin to your audience, correct?
22   A    Yes.
23   Q    And you get a percentage of the revenue to
24   Swan Bitcoin of any new sign-ups, correct?
25   A    It's an affiliate program.  Of any new

Page 854

1    sign-ups that we -- that we sent -- that we sent.
2    Q    Right.  So you -- you promote Swan Bitcoin on
3    your show, if people sign up with Swan Bitcoin who are
4    audience members of yours, you get a cut of that
5    sign-up fee, correct?
6    A    Yeah, I think it's like a percent, one percent
7    or less or something, I forget.
8    Q    And do you disclose to your audience that you
9    profit from them signing up when you've promoted Swan
10   Bitcoin?
11   A    Yeah, that's the whole point of it.  It's like
12   Swanbitcoin.com/Alex.
13   Q    So you disclose to your audience that you
14   receive a cut of when they sign up?
15   A    Yeah, we tell them go do it there because it
16   supports us as a sponsor.
17   Q    And who is your contact at Swan Bitcoin?
18            MR. ATKINSON:  Objection to form.
19   You can answer.
20   A    I don't remember.  We went and signed up with
21   them.  And I actually sat there with them on the phone.
22   It was relatively easy and they created the link.
23   Q    Is that Max Keiser?
24   A    No, Max Keiser is a talk show host that
25   promotes Bitcoin and he -- he got me -- he got me in

Alex Jones Volume III
June 21, 2022

Page 855

1  touch with the Bitcoin people at Swan.
2      Q.   Okay.  So Mr. Keiser put you in touch with the
3  people at Swan Bitcoin, correct?
4      A.   Yes.
5      Q.   And does he also have an affiliate agreement
6  with Swan Bitcoin, do you know?
7      A.   I don't know.
8      Q.   In 2021, did you withdraw cryptocurrency from
9  the wallets you control?
10     A.   I don't remember.
11          MR. ATKINSON:  Objection to form.
12 You can answer.
13     A.   I don't remember.
14     Q.   (By Mr. Mattei)  During the course of this
15 litigation, you sent -- you set up a GiveSendGo website
16 called SaveInfowars.com, correct?
17     A.   Yes.
18     Q.   How much money has been generated from that
19 website?
20          MR. ATKINSON:  Objection to form.
21 You can answer.
22     A.   I don't remember the exact number.  It's --
23 it's on the website.  You can see it.
24     Q.   (By Mr. Mattei)  Is -- SaveInfowars.com is the
25 same website as Infowars2022.com?

Page 856

1      A.   It's not a website.  I told you it's a link
2  click funnel that goes to GiveSendGo.  It's a redirect
3  link.
4      Q.   It's the Save Infowars Legal Defense Fund,
5  correct?
6      A.   Yes.
7      Q.   And proceeds from those donations are routed
8  to where?
9      A.   I've directed the accountant -- it's -- it's
10 directed and put into a ledger spent on legal bills.
11     Q.   Is that Robert Roe who you directed to do
12 that?
13     A.   Yes.
14     Q.   So it's your understanding that a specific
15 ledger within Free Speech Systems' books and records
16 was set up to receive the proceeds of any donations
17 over the GiveSendGo website to be used exclusively for
18 legal bills.
19     A.   Yeah.
20     Q.   But you don't know how much has been taken in,
21 correct?
22     A.   On all of the different Crowdfunding Sites, it
23 shows the amounts.  I don't know.  It's 380,000, 340.
24 I haven't looked.  I don't remember.  It was like
25 340,000 something the last time I looked at it.  You

Page 857

1  can go look at it right now.
2      Q.   Well, I was trying.  And what you're
3  describing isn't coming up for me, so that's why I'm
4  asking you these questions, but -- well, I'll represent
5  to you, Mr. Jones, if I go to SaveInfowars.com, it
6  brings me to a SaveInfowarsmoneybomb, the official Save
7  Infowars Money Bomb site, which is separate from the
8  Save Infowars Legal Defense Fund on GiveSendGo.
9          And so I'm just wondering if you
10 know why that might be?
11     A.   I would have to speculate to one of the
12 fundraisers.  Somebody in my office decided to redirect
13 that URL at that site, because we weren't promoting the
14 other site anymore.
15     Q.   All right.
16          MR. MATTEI:  Counsel, it's my
17 understanding that my office has contacted the Court to
18 get the Judge's intervention on this PQPR issue.  We've
19 not yet heard back.  So -- but I understand that
20 Attorney Ferraro, the Judge's clerk, is working on
21 setting something up.  So I think that, you know, at
22 this point, we will take a break and we will wait to
23 hear from the Court.
24          Mr. Jones, you're going to have to
25 stay put until we hear back from when the Court is

Page 858

1  going to address this today.
2          MR. ATKINSON:  Okay.  Did Ron say
3  whether it was going to be telephonic or were we going
4  to have a full-fledged Teams hearing, Chris?
5          MR. MATTEI:  He did not.  I don't
6  know the answer to that.
7          MR. ATKINSON:  Okay.
8          THE WITNESS:  I mean, I --
9          MR. ATKINSON:  Alex, let's talk off
10 the record.  And, I guess, Chris, you have the floor,
11 do you have any more questions for Mr. Jones at this
12 point?
13          MR. MATTEI:  If I do, they're very
14 few, so normally what I would do right now is just take
15 five minutes to review my notes and come back and
16 finish up.
17          MR. ATKINSON:  Well, let's do that
18 then.  And, I guess, if Attorney Cerame has any more
19 questions, he -- we can get them in too and then I
20 would suggest we break for lunch, if possible.
21          THE WITNESS:  I mean, are we talking
22 about me waiting until 5:00 at night to see what the
23 Judge says?  Just living here.
24          MR. MATTEI:  We'll take five
25 minutes.

Alex Jones Volume III
June 21, 2022

Page 859

1    MR. ATKINSON:  Let's take five
2  minutes off.
3        THE VIDEOGRAPHER:  We are off the
4  record at 11:33.  End of Media 3.
5        (A recess was taken from 11:33 to 11:39.)
6        THE VIDEOGRAPHER:  We are back on
7  the record at 11:39.  Start of Media 4.
8        MR. MATTEI:  Okay.  Other than the
9  questions that I've reserved as to PQPR, I don't have
10  any further questions in my redirect.  At this time,
11  I've been informed, my office has been informed, that
12  Judge Bellis will conduct a Teams hearing on Mr. Jones'
13  objection at 3:00 o'clock today.
14        MR. ATKINSON:  Okay.  I guess,
15  Attorney Cerame, do you have any further questions?
16        MR. MATTEI:  Mario, are you there?
17  You're muted.
18        MR. ATKINSON:  All right.  I guess,
19  he's the smarter of us, Chris, he took an early lunch.
20        THE WITNESS:  Does that mean I need
21  to come back here at 2:00 o'clock Central?
22        MR. ATKINSON:  We'll let -- we'll
23  you know, Alex.  It depends on what the Judge rules.
24  I'm less -- I'm reluctant to have the discussion
25  without Attorney Cerame here, but it seems to me that

Page 860

1  3:00 -- depending on whatever time Judge Bellis takes
2  to resolve the issue, it may be better to come back at
3  another date, but I'm not sure what your thoughts are
4  as to that, Chris, and obviously Mario needs to weigh
5  in on that.
6        MR. MATTEI:  Yeah, I texted Mario to
7  see if he's not too far, but, you know, I -- I would
8  rather wrap up here today.  I'm sure everybody would.
9  So I can't -- you know, if you're saying to me that you
10  want to let Mr. Jones go, agree to produce him for the
11  purpose of addressing any questions that the Court
12  permits, you know, it's your call.
13        MR. ATKINSON:  Well, let me ask you
14  this, without holding you to it, assuming that Judge
15  Bellis allows you to go into the PQPR issue, how long
16  would you anticipate being on that?
17        MR. MATTEI:  No more than an hour.
18        MR. ATKINSON:  Okay.  Let me confer
19  with Mr. Jones and see what works better for him.
20        MR. MATTEI:  Okay.
21        THE VIDEOGRAPHER:  We are off the
22  record at 11:42.
23        (A recess was taken from 11:42 to 2:37.)
24        THE VIDEOGRAPHER:  We are on the
25  record at 2:37.

Page 861

1    Q    (By Mr. Mattei)  All right.  Mr. Jones, we
2  presented the issue raised by your attorney to the
3  Court.  The Court has overruled his objection and
4  instructed that you answer questions concerning PQPR
5  Holdings Limited, LLC, that is the remaining area of
6  question that I'm going to continue on now.  Do you
7  understand that?
8    A    Yes.
9        MR. ATKINSON:  I'll confirm that as
10  well, for the record.  Mr. Jones, you are to answer,
11  all right?
12    Q    (By Mr. Mattei)  The first question that I had
13  asked you about with respect to PQPR was the extent to
14  which it was selling products on Freeworldoutlet.com.
15  And I believe that your -- your testimony is that PQPR
16  does offer products for sale on Freeworldoutlet.com,
17  correct?
18    A    It's a very small test company.  I don't
19  really know the specifics.  I just trusted Tim with
20  whatever he did.  I haven't had a chance to talk to him
21  about it.
22    Q    Okay.  My question was whether or not PQPR
23  products are offered for sale on Freeworldoutlet.com?
24    A    Yes.
25    Q    And you have been promoting Freeworldoutlet on

Page 862

1  your Infowars.com website program, correct?
2    A    Yes.
3    Q    In fact, over the past number of weeks,
4  Freeworldoutlet advertisement has been the landing page
5  for Infowars.com at various times, correct?
6    A    I -- I don't understand that statement.
7    Q    Okay.  You're aware that visitors to
8  Infowars.com will occasionally be greeted with a pop-up
9  ad before being allowed entry to the site?
10    A    Oh, yes.
11    Q    Okay.  And you're aware that over the past
12  number of weeks Freeworldoutlet.com has been promoted
13  on that -- at that particular landing page?
14    A    Yeah, I don't call a pop-up a landing page,
15  but now I understand what you're talking about.  A
16  landing page is the front page of a website, not a
17  pop-up.
18    Q    Okay.  So you would agree with me then that at
19  least over the past number of weeks, the first thing
20  somebody will see when they visit Infowars.com is a
21  pop-up ad for Freeworldoutlet.com?
22    A    No, I do not agree.
23    Q    Okay.  If --
24    A    It's sometimes.  It's a rotating ad.
25    Q    That's part of the rotating pop-up ads that

Alex Jones Volume III
June 21, 2022

Page 863

1    Infowars.com has run --
2       A    Yes.
3       Q    -- over the past number of weeks, correct?
4       A    Yes.
5       Q    Are any PQPR products offered for sale on
6    PreparewithAlex or Preparetoday.com?
7       A    No.
8       Q    Who owns the storable food that are offered
9    for sale on those websites?
10           MR. ATKINSON:  Objection to form.
11   You can answer.
12      A    Who owns the food?
13      Q    (By Mr. Mattei)  Right.
14      A    Do you mean -- do you mean who is the
15   manufacturer, who is distributor?
16      Q    No.  Who is the retailer?
17      A    Tim Fruge.
18      Q    Okay.  And you get a cut of any sale proceeds
19   from those sales?
20      A    Yes.
21      Q    When was PQPR Holdings Limited, LLC formed?
22      A    I don't remember.
23      Q    Why was it formed?
24           MR. ATKINSON:  Objection to form.
25   You can answer.

Page 864

1       A    It was set up because we talked to a
2    supplement -- former FDA lawyers, about the best way to
3    structure a system.  And I was bringing my dad in and
4    wanted to set him up a supplement business, because he
5    had been involved in some of that before.  I think it's
6    like 10 years ago, I'm guessing the date, 10 or 9
7    years.  I don't remember the exact date.
8            And -- and so it's -- just like each
9    new venture you generally -- when you're working with
10   people and have a new company.  And so for liability
11   protection issues, you know, it's good to have a -- a
12   separate company that then does all of the compliance,
13   buys the products, does all of that.  So that's what
14   was set up for.
15      Q    (By Mr. Mattei)  Had you been involved in the
16   business of direct sales of supplements prior to
17   forming PQPR?
18           MR. ATKINSON:  Objection to form.
19   You can answer.
20      A    Yes.
21      Q    (By Mr. Mattei)  Through what entity?
22      A    We -- we bought in bulk some other people's
23   products and sold them through Free Speech Systems.
24      Q    Free Speech Systems did that?
25      A    Uh-huh.

Page 865

1       Q    And then eventually you set up PQPR to fill
2    that role, correct?
3            MR. ATKINSON:  Objection to form.
4    You can answer.
5       A    My dad set up PQPR to do that and then worked
6    with me at Free Speech Systems, yes.
7       Q    (By Mr. Mattei)  Okay.  When you say your dad
8    set it up, you through your ownership interest in PLJR
9    Holdings, LLC, have a -- had at the time it was formed,
10   a majority ownership in PQPR Holdings, correct?
11           MR. ATKINSON:  Objection to form.
12   You can answer.
13      A    I don't remember the specifics.
14      Q    (By Mr. Mattei)  Is there any doubt in your
15   mind that throughout the entire existence of PQPR, you,
16   Alex Jones, have had a majority ownership interest,
17   either directly or indirectly?
18           MR. ATKINSON:  Objection to form.
19   You can answer.
20      A    I know that in some structure of the company,
21   I'm -- I've -- I've got a controlling interest, but I'm
22   not -- I mean, to answer your question, I guess so,
23   yes.
24      Q    (By Mr. Mattei)  I'm not sure you answered
25   that the way you intended to, Mr. Jones.  So let me ask

Page 866

1    it again.
2            You'd agree with me that since
3    PQPR's formation, you, either directly or indirectly,
4    have had a controlling majority ownership stake,
5    correct?
6            MR. ATKINSON:  Objection to form.
7    You can answer.
8       A    Yes.
9       Q    (By Mr. Mattei)  Do you recall, Mr. Jones, in
10   connection with your divorce from Kelly Jones that you
11   had a valuation conducted of Free Speech Systems and
12   PQPR?
13           MR. ATKINSON:  Objection to form.
14   You can answer.
15      A    I do.
16      Q    (By Mr. Mattei)  And that valuation was
17   conducted for use in connection with your divorce,
18   correct?
19      A    Yes.
20      Q    Do you know if that valuation was presented to
21   the court presiding over your divorce?
22      A    I think it was.
23      Q    Okay.  Mr. Jones, I'm going to show you what
24   we've marked as Exhibit 185.  And showing you Page 1.
25   Do you have before you the valuation that was conducted

Alex Jones Volume III
June 21, 2022

Page 867

1  by UHY Advisors in connection with your divorce?
2       A    Yes.
3       Q    Going to Page 13 of that document.  It
4  indicates that PQPR Holdings Limited, LLC was founded
5  by you in 2013, correct?
6       A    Yes.
7       Q    And you provided the initial funding for PQPR
8  using your own assets and those of Free Speech Systems,
9  correct?
10      A    I need to read the whole thing here.  I don't
11  see that.
12      Q    Do you see in the second sentence, The
13  business began operations in September 2013 with
14  significant operational and financial support from
15  Mr. Alex Jones and Free Speech Systems.  Do you see
16  that?
17      A    Uh-huh.
18      Q    Is that accurate?
19      A    Yes.
20      Q    And do you see, according to this valuation,
21  PLJR Holdings, LLC had an 80 percent membership
22  interest in PQPR, correct?
23      A    Yes.
24      Q    And that you are the 90 percent membership
25  interest owner in PLJR, correct?

Page 868

1       A    Uh-huh.  Yes.
2       Q    Yes?  At some point did that ownership
3  structure of PQPR change?
4       A    I don't remember.  I didn't keep track of it.
5  Can you show me a document?
6       Q    As you sit here right now, you have no
7  recollection of whether PLJR Holdings, LLC, which
8  you're a 90 percent owner, continues to own the
9  majority of PQPR?
10           MR. ATKINSON:  Objection to form.
11  You can answer.
12      A    No, I haven't looked at the documents.
13      Q    (By Mr. Mattei)  No, I know you haven't looked
14  at the documents.  I'm just asking you whether you know
15  based on your own personal knowledge of what you own?
16      A    No, the company just buys the products.  It's
17  not -- it's not a big profit center.  I don't pay
18  attention to it.
19      Q    What's not a big profit center now?
20      A    I mean, the majority of the money gets spent
21  running the operations at Free Speech Systems and
22  advertising and stuff.  I'm saying I've not looked at
23  it.  I've not looked at that document.  I don't think I
24  even looked at that document back during the divorce
25  you just showed me.

Page 869

1       Q    Did you just say that PQPR is not a big profit
2  center for you?
3       A    No, what's left in it isn't.  I don't -- I
4  don't -- put it to you this way.  That's probably the
5  first time I ever looked at that document you showed
6  me.  When I walk out of here today, I'm going to be
7  happy as a little blue bird flying around, not thinking
8  about any of this.
9       Q    So what did you mean when you said that PQPR
10  is not a big profit center for you?
11           MR. ATKINSON:  Objection to form.
12  You can answer.
13      A    Honestly, the supplements are the majority of
14  the money we make, but as for what's going on over
15  there and you guys' theories on all of this stuff that
16  there's all this extra money, that's just not true.
17      Q    (By Mr. Mattei)  Okay.  And how do -- how do
18  you know that?
19      A    You guys have been all over the news saying
20  that, that you've joined the lawsuit in Texas.
21      Q    How do you know -- how do you know that -- I
22  think you just testified that the majority of the money
23  you make comes through the sales of supplements,
24  right?
25      A    Yeah.

Page 870

1       Q    Okay.  But you also said that it's not a very
2  big profit center, so I'm just asking you what your
3  basis is for that testimony?
4           MR. ATKINSON:  Objection to form.
5  You can answer.
6       A    Because the majority of the money gets paid
7  back to Infowars for advertising and all of the rest of
8  that -- of the profit.
9       Q    (By Mr. Mattei)  Okay.  So your testimony is
10  that the majority of money that PQPR makes from the
11  sale of supplements, it then reverts back to Free
12  Speech Systems to pay for advertising, correct?
13      A    Yeah --
14           MR. ATKINSON:  Objection to form.
15  You can answer.
16      Q    (By Mr. Mattei)  Is that correct?
17      A    Well, here's the thing.  I shouldn't even
18  speculate or try to be helpful.  It doesn't matter.
19  Just make up whatever you want.  Just keep going.
20      Q    (By Mr. Mattei)  Mr. Jones, you're the owner
21  of Free Speech Systems, correct?
22      A    Yes.
23      Q    Okay.  You just testified that the profits
24  made by PQPR are sent back to Free Speech Systems to
25  pay for advertising; did you not?

Alex Jones Volume III
June 21, 2022

Page 871

1    A    A large portion of it.  I don't have it in
2  front of me, so I can't speak to it.
3    Q    Okay.  So a large portion is sent back in the
4  form of advertising?
5    A    Uh-huh.
6    Q    Okay.  Are you familiar with an entity called
7  AEJ Holdings?
8              MR. ATKINSON:  Objection to form.
9  You can answer.
10   A    I mean, I -- I don't pay attention to all of
11 that, the business details.  I've heard of it.  I don't
12 know what it does.
13   Q    (By Mr. Mattei)  You don't know whether you
14 own it?
15   A    I'm sure you've got -- can you show me the
16 documents?
17   Q    No, I'm asking you a question --
18   A    I don't remember.
19   Q    -- do you know?
20   A    Show me the documents.
21   Q    I want to know what you know, Mr. Jones,
22 okay?
23   A    I don't -- I don't know -- I don't know what
24 it does.
25   Q    I didn't ask you what it does.  I asked you

Page 872

1  whether you are aware if you're an owner or not.  Are
2  you?
3    A    I don't know.
4    Q    Okay.  Are you familiar with an entity called
5  AEJ Trust 2018?
6    A    I've heard of it, and I'm not sure what it
7  does.
8    Q    Are you aware of whether your children have
9  any interest in the AEJ Trust 2018?
10   A    I don't.
11   Q    Okay.  Do you derive -- since 2018.  Let me
12 ask it this way.
13              Since 2018, have you derived any
14 personal income as a result of any ownership interest
15 you have, either directly or indirectly in PQPR?
16   A    I think I have -- I think I've been paid
17 money.  I don't remember.  I don't have it in front of
18 me.
19   Q    Who would be in the best position to answer
20 questions about your interest in PQPR?
21   A    Today, sitting here, I'm not sure who would be
22 the best.
23   Q    Okay.  Well, you must have some idea of who
24 would be more knowledge about it than you, correct?
25   A    Yeah, maybe one of the lawyers that set it

Page 873

1  up.
2    Q    Well, it was set back -- it was set up in
3  2013, right?
4    A    I don't remember all of this, that's what I'm
5  telling you, so...
6    Q    Yeah.  So I mean, you obviously, Mr. Jones,
7  are aware of people in your life who you have gotten
8  involved in your business to assist you, correct?
9    A    Sure.
10   Q    Okay.  So who, among those people, do you
11 believe would be most knowledgeable of your interest in
12 PQPR?
13   A    I think it would be the lawyers that set up
14 the stuff, because I haven't paid attention to it since
15 then.
16   Q    Are you aware of whether PQPR is owed any
17 money?
18              MR. ATKINSON:  Objection to form.
19 You can answer.
20   A    Yeah, it is -- it is my dad's position that
21 it's owed money, uh-huh.
22   Q    (By Mr. Mattei)  How do you know that it's
23 your father's position that PQPR is owed money?
24   A    Because that's what he argues.
25   Q    So he's told you that?

Page 874

1    A    Yep.
2    Q    Who does he say owes PQPR money?
3    A    Free Speech Systems.
4    Q    Do you agree with that?
5              MR. ATKINSON:  Objection to form.
6  You can answer.
7    A    I mean, yes, according to the agreement, he
8  was supposed to get a bigger percent, but Infowars and
9  Free Speech Systems has needed the vast majority of it
10 to keep operating it, so I've -- I've tried to
11 renegotiate it and he hasn't renegotiated with me,
12 so -- but -- so that's -- that's currently the
13 agreement we have that he's owed money.  And so...
14   Q    (By Mr. Mattei)  Is there a written agreement
15 that you're aware of setting up the relationship
16 between Free Speech Systems and PQPR?
17   A    I believe there is.
18   Q    And you expect that that's an agreement you
19 would have signed at least on behalf of Free Speech
20 Systems, correct?
21   A    I would imagine so.
22              MR. ATKINSON:  Objection to form.
23 You can answer.
24   Q    (By Mr. Mattei)  I think your answer was you
25 would imagine so?

Page 875

1      A    Yeah.
2      Q    Where would that agreement be located?
3      A    I don't know.  I would have to ask my dad or
4  somebody -- my lawyers.
5      Q    Has your father ever informed you that there
6  were efforts to subpoena him in connection with this
7  case?
8           MR. ATKINSON:  Objection to form.
9  You can answer.
10     A    I think he did, because he travels quite a bit
11  and he actually lives in east Texas most of the time on
12  our ranch.  He -- he did tell me about that a few
13  months ago.
14     Q    (By Mr. Mattei)  Okay.  And did he tell you
15  that he's attempting to evade service of the
16  subpoena?
17          MR. ATKINSON:  Objection to form.
18  You can answer.
19     A    No, he didn't tell me that.
20     Q    (By Mr. Mattei)  Where -- where in east Texas
21  is that ranch?
22     A    It -- I'd say it's closest to like Buffalo,
23  Texas.  I don't have the address, but it's -- it's in
24  east Texas.
25     Q    Do you own any part of that ranch?

Page 876

1      A    No, I don't.
2      Q    That's your father's?
3      A    Yeah, it's a couple hundred years old, so it
4  might -- it'll predate your lawsuit.
5      Q    And you said that's out near Buffalo?
6      A    Uh-huh.
7      Q    How much money does your father claim Free
8  Speech Systems owes?
9           MR. ATKINSON:  Objection to form.
10  You can answer.
11     A    I -- it's $20-plus million the last time I saw
12  it.
13     Q    (By Mr. Mattei)  And do you know what he
14  believes comprises that debt?
15          MR. ATKINSON:  Objection to form.
16  You can answer.
17     A    I don't know what comprises the debt means.
18     Q    (By Mr. Mattei)  What does Free Speech Systems
19  owe PQPR money for, according to him?
20     A    I -- I think the percentage is close together.
21  I mean, all I know is there's not enough money to pay
22  for it.  Certainly hadn't been lately, the last four
23  years or so.
24     Q    Okay.  Is it -- is it Free Speech Systems'
25  position that it doesn't owe money to PQPR currently?

Page 877

1           MR. ATKINSON:  Objection to form.
2  You can answer.
3      A    No, I mean, I don't -- I mean, I agree that
4  that's the deal.  I'm not happy about it, but we had an
5  agreement.
6      Q    (By Mr. Mattei)  And I guess what I'm trying
7  to understand is, what is -- what is your understanding
8  of that agreement, that is, what is it that Free Speech
9  Systems was obliged to pay PQPR for under that
10  agreement?
11     A    The percentages of what -- the percentage
12  of -- the percentage of profit tacked onto what the
13  product cost is -- is the main thing.  I mean, because
14  the last four years of litigation, we've been, like, at
15  a stalemate.  And basically, all of the money that
16  comes in that's extra is spent on this.  Then -- then
17  that's basically -- there's not, you know, extra money
18  to -- to fulfill the contract.
19     Q    I see.  So -- so that debt started accruing
20  around 2018 when --
21     A    You know what, I think there was some there
22  before, but it was accelerating, yeah, which I
23  understand the point of this lawsuit is to shut down
24  Free Speech and bankrupt us, but the point is, there's
25  no pot of gold at end of the rainbow here with you

Page 878

1  guys, I guess until the Judge makes the orders or
2  whatever.
3      Q    I just want to make sure I understand it.
4  Your testimony is that while Free Speech Systems might
5  have owed some money to PQPR prior to 2018, the large
6  majority of what Mr. David Jones claims it is owed
7  accrued after the filing of this lawsuit?
8      A    That's my best understanding.  I don't have
9  the numbers in front of me.  I just know we've had more
10  trouble in the last four years, you know, under the
11  burden of -- of this.  So that was really what my
12  statement is.
13     Q    And I understand from your testimony that you
14  believe what Free Speech Systems -- strike that.
15          I understand from your testimony
16  that you believe that David Jones is claiming that
17  under PQPR's agreement with Free Speech Systems, Free
18  Speech Systems was supposed to send a percentage of
19  sale proceeds to PQPR?
20     A    Yeah, I forget the exact agreement.  You'd
21  have to -- I forget the exact agreement.  The point is
22  is it's not being paid under what the agreement is.
23     Q    Right.  And I'm just trying to figure out
24  what's not being paid.  I take it that you -- it's a
25  percentage of the sale proceeds that PQPR claims it was

Alex Jones Volume III
June 21, 2022

Page 879

1  owed --
2      A   I don't know.  It's something -- I don't
3  remember.  In fact, I shouldn't even -- I'm just trying
4  to be helpful, but I just don't remember.
5      Q   Has Free Speech Systems always charged PQPR to
6  advertise on its platforms?
7          MR. ATKINSON:  Objection to form.
8  You can answer.
9      A   Yes, as far as I can remember.
10     Q   (By Mr. Mattei)  And has Free Speech Systems
11 always required PQPR to pay for other services that
12 Free Speech Systems provides, including personnel?
13         MR. ATKINSON:  Objection to form.
14 You can answer.
15     A   I don't remember.
16     Q   (By Mr. Mattei)  Does Free Speech Systems
17 require and has it -- strike that.
18         Has Free Speech Systems always
19 required PQPR to pay for fulfillment services?
20         MR. ATKINSON:  Objection to form.
21 You can answer.
22     A   I -- I don't -- I don't know the particulars
23 what you're talking about.
24     Q   (By Mr. Mattei)  It sounds like David Jones,
25 as far as you're concerned, would be the person most

Page 880

1  knowledgeable to testify about the relationship between
2  PQPR and Financial -- Free Speech Systems?
3          MR. ATKINSON:  Objection to form.
4  You can answer.
5      A   No, I think it would be the lawyers that set
6  up the agreement, because they could explain how it
7  works for you better.
8      Q   (By Mr. Mattei)  Well, you signed the
9  agreement, didn't you?
10         MR. ATKINSON:  Objection to form.
11 You can answer.
12     A   Can you show me a copy of it?  I -- I'm
13 just --
14     Q   (By Mr. Mattei)  You know what, Mr. Jones, we
15 asked for it.  And it hasn't been provided.
16         MR. ATKINSON:  Hang on.  Hang on a
17 second, Chris, that's abusiveness to the witness.  It's
18 argumentative.  Ask the question, please.
19     Q   (By Mr. Mattei)  Mr. Jones, you -- I asked you
20 during the first deposition we had here in Connecticut
21 about a notice of deposition requiring you to produce
22 certain records in connection with your deposition.
23 And I will ask you about that here in a minute.
24         MR. ATKINSON:  While you're pulling
25 that up, Chris, can we take a quick break?

Page 881

1          MR. MATTEI:  Actually, I just have a
2  couple more minutes, Cameron, if we can just --
3          MR. ATKINSON:  Go ahead.
4          MR. MATTEI:  You got -- what's that?
5          MR. ATKINSON:  I said go ahead, did
6  we freeze?
7          MR. MATTEI:  Okay.
8          (Exhibit No. 179 was marked.)
9      Q   (By Mr. Mattei)  We renoticed -- this is going
10 to be whatever the next exhibit in sequence is.  Okay.
11 You have a notice of continued deposition directing
12 your appearance for today, correct?
13     A   Yes.
14     Q   All right.  And I will represent to you that
15 this includes a Schedule A, Request for Documents that
16 was included in the original notice of deposition as
17 well.  And I'm going to direct your attention to
18 Request No. 6, Any and all contracts, memoranda of
19 understanding, agreements, certificates of debt and/or
20 notes concerning the relationship between any of the
21 following:  Free Speech Systems, LLC and PQPR Holdings
22 Limited, LLC.  Do you see that?
23     A   Yes.
24     Q   And I'll represent to you that your lawyers
25 objected to producing any documents in response to that

Page 882

1  request, which the Court overruled.
2          Did you produce any documents
3  described in that request relating to the relationship
4  between Free Speech Systems and PQPR?
5      A   Didn't the Court just overrule it like 30
6  minutes ago?
7      Q   No, the Court overruled it like months ago.
8      A   Well -- yeah, I wasn't really told anything
9  about any of this, so -- I mean, you guys already got a
10 default on a claim that we never gave you any
11 documents, so we could give you every ounce of blood in
12 my body and you'd say you weren't given anything.
13     Q   Do you have any reason to believe that we were
14 given a copy of the agreement you've been describing?
15         MR. ATKINSON:  Objection to form.
16 You can answer.
17     A   You know, like I said, that was over 10 years
18 ago.  I mean, you're sitting here asking me about all
19 of this stuff, so -- I mean, I just don't know what to
20 say.  I thought I was here about Genesis Communications
21 today.  And -- and you say you were done like a few
22 months ago in your office.  There was one hour left for
23 Mario.  I wanted to finish it that day, but I guess
24 that isn't what this was.  I'm not a lawyer, so you --
25 you got me, man.  I'm not as slick as folks up there in

Alex Jones Volume III
June 21, 2022

Page 883

1   Connecticut.
2       Q    (By Mr. Mattei)  Mr. Jones, I asked you
3   whether you have any reason to believe that a copy of
4   the agreement you've been describing between Free
5   Speech Systems and PQPR was produced in this case?
6           MR. ATKINSON:  Objection to form.
7       A    I don't know.
8           MR. ATKINSON:  You can answer.
9       A    I don't know.
10      Q    (By Mr. Mattei)  I think in responding to that
11  question you said that it was 10 years old.  Is it your
12  testimony that the agreement goes back to about 10
13  years?
14      A    Man, I don't even know -- listen, I don't know
15  what you're talking about.  And it just gets weirder
16  and weirder.  So, I mean, I've answered your questions
17  the best I can.  You're sitting there asking me about a
18  bunch of stuff I didn't know I was going to be asked
19  about.  I learned yesterday you were going to ask me
20  about PQPR and stuff.  I've been straight up about what
21  that is.  You guys are going to be very upset when you
22  find out there's almost no money in there.
23      Q    Mr. Jones, the question --
24      A    I was in accounting meetings today trying to
25  buy future supplements and the money's not even there

Page 884

1   to do it, so...
2           MR. ATKINSON:  Attorney Mattei, if I
3   can, to assist you, Mr. Jones, please answer the
4   question as it's directed.
5       A    This is it.  I don't know all of this stuff.
6   All of these documents and all of this stuff.  So the
7   answer is I don't know.  And I try to help him out --
8       Q    (By Mr. Mattei)  Mr. Jones, what is actually
9   happening is you offer some sort of throw-away comment
10  which I then ask you about, and then you claim to be
11  confused.
12          MR. ATKINSON:  And, Chris -- Chris,
13  stop.  Chris, stop.  That is not out of line.  Now
14  you're arguing with the witness.
15          MR. MATTEI:  No, I'm trying to --
16          MR. ATKINSON:  Ask him a question
17  directly and I will instruct him to answer it.
18      Q    (By Mr. Mattei)  Mr. Jones, you offered in one
19  of your prior responses that the agreement between Free
20  Speech Systems and PQPR goes back 10 years as a way of
21  explaining why you lack knowledge about it.
22          And so now, all I'm trying to get
23  you to do is confirm that what you were saying there is
24  that the agreement governing the relationship between
25  Free Speech Systems and PQPR, which you've testified

Page 885

1   about, goes back 10 years?
2       A    I believe it does, yeah.
3       Q    Other than you, who within Free Speech
4   Systems, is most knowledgeable about its relationship
5   with PQPR?
6           MR. ATKINSON:  Objection to form.
7   You can answer.
8       A    I mean, Free Speech Systems is -- buys the
9   product from them.  We got the percentages and stuff we
10  pay, and that's what goes on and it pays advertising.
11  So I would have to say the agreements or the lawyers
12  that set it up would be the best people to talk to
13  about that, because, again, like I said, you showed me
14  that divorce document, I never even read that -- I
15  mean, I read it today.
16      Q    (By Mr. Mattei)  But I'm asking about current
17  employees of Free Speech Systems, who, other than you,
18  would be knowledgeable about the relationship between
19  Free Speech Systems and PQPR?
20      A    I mean, you've got the books of Free Speech
21  Systems.  You know what's paid in and you know what's
22  paid back.  You know all of that.  So, I don't -- I
23  mean, there is nobody else.
24      Q    Okay.  So your testimony is that of all the
25  current employees at -- Free Speech Systems current

Page 886

1   employees, you are the most knowledgeable concerning
2   the relationship between Free Speech Systems and
3   PQPR?
4       A    Well, Bob Roe is a consultant and I think he's
5   tried to testify.  He could answer questions a lot
6   better than me.  He actually knows all of this stuff.
7       Q    Okay.  But I just -- I'm going to get to Roe.
8           Of Free Speech Systems' current
9   employees, your testimony is that you are the most
10  knowledgeable person to testify concerning the
11  relationship between Free Speech Systems and PQPR,
12  correct?
13      A    Yeah, because none of them even know anything.
14  They just run the radio and TV show.  And then
15  accounting just, under the agreement, pays -- pays
16  PQPR.
17      Q    And in terms of outside consultants, and let
18  me include in this group the following, okay, David
19  Jones, Tim Fruge, Robert Dew, Lydia Hernandez, who of
20  those four would be most knowledgeable about the
21  relationship between PQPR and Free Speech Systems?
22          MR. ATKINSON:  Objection to form.
23  You can answer.
24      A    I would say David Jones and Lydia Hernandez,
25  just because they can just confirm that the money was

Alex Jones Volume III
June 21, 2022

Page 887

1  transferred.  But the real guy would be Bob --
2       Q    (By Mr. Mattei)  You also --
3       A    Huh?
4       Q    You also mentioned this guy Bob Roe?
5       A    Uh-huh.
6       Q    Okay.  He's an outside CPA that you've used?
7       A    Yeah.
8       Q    What's his current role for either Free Speech
9  Systems or PQPR?
10      A    I mean, he's a consultant, just -- just coming
11  in trying to, you know, respond to all of the stuff.
12  We also had him in there just overlooking kind of what
13  the other CPA's advice was and things like that.
14      Q    Okay.  Does he have any current
15  responsibilities that he's consulting on?
16      A    Yeah, he's a consultant, as I said.
17      Q    All right.  What's he working on?
18      A    He's working on the books and trying to, you
19  know, put more high-tech practices in.
20      Q    Okay.  How often do you interact with him?
21      A    Once a week.
22      Q    And you said you believe he's been trying to
23  testify?
24           MR. ATKINSON:  Objection to form.
25  You can answer.

Page 888

1       A    Well, that would just be in my opinion, he
2  told me, I remember -- I remember like a year or go or
3  something he wanted to come testify in Connecticut,
4  because some of the things that were being said about
5  him weren't true.  And then the last time I heard, they
6  didn't want him to come up there and testify.  I mean,
7  he is the most knowledgeable.  He is the guy you should
8  talk to.  He's told me he would be happy to be talk to
9  ya.
10      Q    (By Mr. Mattei)  Just give me one second.
11      A    You might as well end this damn deposition in
12  the middle of a football game it's so loud out there.
13  Feel like I'm in high school or something with the
14  doors opening up.
15           MR. MATTEI:  All right.  Mr. Jones,
16  I think I'm done.  Attorney Cerame may wish to ask you
17  some additional questions if he's still there.
18           MR. CERAME:  Sorry, I lost my window
19  for a moment.  I have no further questions for
20  Mr. Jones.
21           MR. ATKINSON:  And I think we can
22  declare Mr. Jones' deposition closed.
23           THE VIDEOGRAPHER:  We are off the
24  record at 3:13.  This concludes today's deposition and
25  Media 4.

Page 889

1  (Deposition was concluded at 3:13 p.m.)

Page 890

1                 CHANGES AND SIGNATURE
2  WITNESS NAME:  ALEX JONES
3  DATE OF DEPOSITION:  JUNE 21, 2022
4  PAGE  LINE     CHANGE         REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21      I, ALEX JONES, have read the foregoing deposition
   and hereby affix my signature that same is true and
22 correct, except as noted above:
23
24                      _____
                            ALEX JONES
25

Alex Jones Volume III
June 21, 2022

Page 891

```
1   THE STATE OF _____  )
2   COUNTY OF _____   )
3
4        Before me, _____, on
    this day personally appeared ALEX JONES, known to me
5   (or proved to me under oath or through
    _____) (description of identity card or
6   other document) to be the person whose name is
    subscribed to the foregoing instrument and acknowledged
7   to me that they executed the same for the purposes and
    consideration therein expressed.
8
9        Given under my hand and seal of office this
10  _____ day of _____, 20___.
11
12
13                       _____
                         NOTARY PUBLIC IN AND FOR
14                       THE STATE OF _____
15
16
17
18
19
20
21
22
23
24
25
```

Page 892

```
1   NO. X-06-UWY-CV-18-6046436-S   :  SUPERIOR COURT
2   ERICA LAFFERTY, ET AL.         :  COMPLEX LITIGATION
                                      DOCKET
3                                  :
4   V.                             :  AT WATERBURY
5   ALEX EMRIC JONES, ET AL.       :  OCTOBER 21, 2021
6   _____
7   NO. X-06-UWY-CV-18-6046437-S   :  SUPERIOR COURT
8   WILLIAM SHERLACH               :  COMPLEX LITIGATION
                                      DOCKET
9                                  :
10  V.                             :  AT WATERBURY
11  ALEX EMRIC JONES, ET AL.       :  OCTOBER 21, 2021
12  _____
13  NO. X-06-UWY-CV-18-6046438-S   :  SUPERIOR COURT
14  WILLIAM SHERLACH, ET AL.       :  COMPLEX LITIGATION
                                      DOCKET
15                                 :
16  V.                             :  AT WATERBURY
17  ALEX EMRIC JONES, ET AL.       :  OCTOBER 21, 2021
18
19  _____
20            REPORTER'S CERTIFICATION
21            DEPOSITION OF ALEX JONES
                 JUNE 21, 2022
22  _____
23
24
25        I, VANESSA S. ROBERTSON, Certified Shorthand
```

Page 893

```
1   Reporter in and for the State of Texas, hereby certify
2   to the following:
3        That the witness, ALEX JONES, was duly sworn by
4   the officer remotely and that the transcript of the
5   oral deposition is a true record of the testimony given
6   by the witness;
7        That the deposition transcript was submitted on
8   _____, 2022 to MR. CAMERON ATKINSON, for
9   examination, signature and return to me by
10  _____, 2022.
11       That the amount of time used by each party at the
12  deposition is as follows:
13            MR. CHRISTOPHER MATTEI - 2 hours, 32 minutes
14            MR. MARIO CERAME - 15 minutes
15       That pursuant to information given to the
16  deposition officer at the time said testimony was
17  taken, the following includes counsel for all parties
18  of record:
19            MR. CHRISTOPHER M. MATTEI, Attorney for
20            Plaintiff.
21       MR. CAMERON ATKINSON, Attorney for Defendant.
22       MR. MARIO CERAME, Attorney for Defendant.
23       I further certify that I am neither counsel for,
24  related to, nor employed by any of the parties or
25  attorneys in the action in which this proceeding was
```

Page 894

```
1   taken, and further that I am not financially or
2   otherwise interested in the outcome of the action.
3        Further certification requirements pursuant to
4   Rule 203 of TRCP will be certified to after they have
5   occurred.
6        Certified to by me this _____ day of _____,
7   A.D., 2022.
8
9
10
11
12
13
14  _____
15  VANESSA S. ROBERTSON
    TEXAS CSR 4930
16  EXPIRATION Date: 04/30/2022
    FIRM REGISTRATION No. 343
17
    U.S. LEGAL SUPPORT
18  8144 WALNUT HILL LANE
    SUITE 350
19  DALLAS, TEXAS 75231
    (214) 741-6001
20
21
22
23
24
25
```

Alex Jones Volume III
June 21, 2022

Page 895

1          FURTHER CERTIFICATION UNDER RULE 203 TRCP
2          The original deposition was/was not returned to
3    the deposition officer on _____;
4          If returned, the attached Changes and Signature
5    page contains any changes and the reasons therefor;
6          If returned, the original deposition was delivered
7    to MR. CHRISTOPHER M. MATTEI, Custodial Attorney;
8          That $_____ is the deposition officer's
9    charges to the Plaintiff for preparing the original
10   deposition transcript and any copies of exhibits.
11         That the deposition was delivered in accordance
12   with Rule 203.3, and that a copy of this certificate
13   was served on all parties shown herein on and filed
14   with the Clerk.
15         Certified to by me this _____ day of _____,
16   2022.
17
18
19
20         _____
           VANESSA S. ROBERTSON
21         TEXAS CSR 4930
           EXPIRATION DATE: 04/30/2022
22         FIRM REGISTRATION No. 343
23         U.S. LEGAL SUPPORT
           8144 WALNUT HILL LANE
24         SUITE 350
           DALLAS, TEXAS 75231
25              (214) 741-6001

Alex Jones Volume III
June 21, 2022

| Exhibits |
| --- |

**EX 0179 Alex Jones,**
 **Vol III 0621**
**22**
  761:12  787:1
  881:8

| $ |
| --- |

**$2**
  798:22
  799:3,15
  800:6  801:3,
  9,14  802:1,
  17,21,24
  803:15
  804:2,10
  811:12
  816:14,22
  852:4
**$20-plus**
  876:11
**$344,000**
  852:11,14,19
  853:6
**$4**
  849:16
**$40,000**
  791:4
**$5**
  850:6,10
**$5.9**
  847:2
**$700,000**
  767:9
**$715,000**
  811:1,4

| 0 |
| --- |

**0**
  805:7

| 1 |
| --- |

**1**
  812:17
  866:24
**1,000**
  812:10
**10**
  800:10  864:6
  882:17
  883:11,12
  884:20  885:1
**100**
  777:17
  782:14,17,20
  791:1
  805:22,23
  814:10,17,24
  850:15
**10:16**
  812:17,18
**10:22**
  812:18,20
**11:00**
  842:2,3
**11:08**
  842:3,5
**11:33**
  859:4,5
**11:39**
  859:5,7
**11:42**
  860:22,23
**12**
  783:14
  843:18
**13**
  783:14  867:3
**14**
  764:22  767:5
  768:6  779:21
**15th**
  816:3
**16**
  828:1

**1700**
  762:6
**179**
  787:1  881:8
**183**
  793:8
**184**
  810:24
  814:19
**185**
  866:24
**188**
  779:13
**1997**
  764:5
**19th**
  847:1  850:4

| 2 |
| --- |

**2**
  810:10,13
  811:5  812:20
  842:2  851:5,
  18,21
**20**
  798:8  834:19
**20,000**
  771:13
**2000**
  770:1
**2000's**
  770:2
**2001**
  769:5,25
**2009**
  766:15
**2013**
  764:22  765:2
  767:4,10
  768:5  867:5,
  13  873:3
**2016**
  764:18  765:6
**2016-ish**
  764:15

**2018**
  872:5,9,11,
  13  877:20
  878:5
**2021**
  779:17
  780:3,22
  781:5  782:1,
  22  783:17,25
  784:15
  842:23  855:8
**2022**
  762:4  786:16
  803:15
  804:17  805:3
  811:1  815:4,
  12  817:14
  890:3
**21**
  890:3
**21st**
  762:4  817:14
**23rd**
  845:20
  846:20
**24th**
  779:17
**2:00**
  859:21
**2:37**
  860:23,25

| 3 |
| --- |

**3**
  842:5  852:6
  859:4
**30**
  805:7  807:20
  882:5
**30th**
  846:23
**340**
  856:23
**340,000**
  856:25

380,000
  856:23
3:00
  859:13  860:1
3:13
  888:24  889:1

_____

          4
_____

4
  850:6,10
  859:7  888:25
47
  810:23
4930
  762:23

_____

          5
_____

5
  849:21
50
  834:20  841:3
5:00
  858:22

_____

          6
_____

6
  790:7  881:18
6th
  811:1

_____

          7
_____

7
  788:19
70
  805:13,20
  806:2
  807:15,18
  809:3
7th
  773:14

_____

          8
_____

8
  789:6  790:19
80
  867:21
86
  815:14

_____

          9
_____

9
  814:20,21,23
  864:6
9/11
  769:17
  770:2,10
90
  851:13
  867:24  868:8
92
  779:20
98
  765:19,23
99
  765:18,19,23
9:11
  762:5

_____

          A
_____

a.m.
  762:5
able
  823:9  824:2,
  7
above
  816:3  890:22
absolutely
  766:9  771:22
  808:1
abusiveness
  880:17
accelerating
  877:22

accepting
  842:25
access
  794:4  820:20
  844:15,16
  845:4
accommodate
  773:8
accompanied
  773:17
  774:14
accompany
  774:3
account
  811:1  816:23
  848:4  849:1,
  18  850:7
  851:2,3,24
  852:2,8,13
  853:9
accountant
  856:9
accounting
  816:18
  849:3,12
  883:24
  886:15
accounts
  789:17
  790:20
  835:15
accrued
  878:7
accruing
  877:19
accurate
  790:1  867:18
accurately
  783:1
acquired
  782:21
acquiring
  782:7
acquisition
  783:17,24
  784:14

act
  785:8
acted
  769:8
action
  838:12,14,15
  839:5,7
  840:6,10
activities
  789:10
  790:20
  791:2,4
  809:18  810:6
actual
  843:25  848:3
ad
  825:5  862:9,
  21,24
addition
  810:10  811:4
additional
  888:17
Additionally
  839:11
address
  805:6  858:1
  875:23
addressing
  860:11
ads
  862:25
advertise
  824:8  879:6
advertisement
  862:4
advertising
  764:23
  769:13  824:5
  868:22
  870:7,12,25
  871:4  885:10
advice
  787:21
  887:13
advise
  838:9  839:6
  841:15

advised
  838:20
  839:22
advising
  796:24
  838:17
Advisors
  867:1
AEG
  772:14
AEJ
  871:7 872:5,
  9
affidavit
  794:7,18
affiliate
  825:18
  826:11,14,
  18,19 827:1,
  11,25 828:23
  831:12
  834:15,21
  836:24,25
  853:25 855:5
affiliated
  822:16
affiliates
  769:18
affiliation
  831:8
affirmations
  763:5
affix
  890:21
afloat
  851:14
agency
  825:5
ago
  764:13,14
  775:12
  783:14
  799:5,6
  801:17
  832:2,3,6
  833:25 834:7
  864:6 875:13

882:6,7,18,
  22
agree
  791:25
  860:10
  862:18,22
  866:2 874:4
  877:3
agreed
  827:19
  830:12
agreeing
  836:14
agreement
  826:7,12,18,
  20 827:12,
  15,25 828:23
  829:5,7,18,
  22 831:12
  834:15,22
  836:24 837:1
  855:5 874:7,
  13,14,18
  875:2 877:5,
  8,10 878:17,
  20,21,22
  880:6,9
  882:14
  883:4,12
  884:19,24
  886:15
agreements
  826:24
  881:19
  885:11
ahead
  795:13,14
  797:13
  800:25
  881:3,5
air
  829:11
  850:20
Alex
  762:5,15
  763:2 793:9
  812:13 838:9
  858:9 859:23

865:16
  867:15
  890:2,21,24
Alinor
  762:21
allowed
  839:11 862:9
allows
  860:15
amount
  850:2
amounts
  852:4 856:23
and/or
  881:19
Anderson
  763:16,18
  766:16
  768:24 769:3
  770:4 771:18
  772:1,15
Anderson's
  764:20
Angeles
  776:12,15
answer
  764:2 771:7,
  21 775:16
  781:2,8
  782:10,24,25
  783:12
  784:5,19
  785:4,18,23
  786:9 787:20
  790:3 792:6,
  12,22 795:12
  796:9,17,24
  797:1,5
  798:6,18
  799:2,18
  800:18,23
  801:12
  802:14,20
  803:2,10,18
  804:4,14,23
  808:6 810:8,
  11,16,18
  811:7,22

813:20
  814:17
  816:17
  817:8,11,13,
  17,19 818:9
  819:4,19
  820:1,23
  821:4,22
  822:3 823:18
  825:1,13
  826:2,10,22
  827:17
  829:3,15
  830:2 831:1,
  5,11 832:1,9
  833:4,22
  834:14
  835:5,21
  837:16,19
  838:9,13,18,
  20,22 843:7
  846:9,10
  849:24
  850:13,23
  854:19
  855:12,21
  858:6 861:4,
  10 863:11,25
  864:19
  865:4,12,19,
  22 866:7,14
  868:11
  869:12
  870:5,15
  871:9 872:19
  873:19
  874:6,23,24
  875:9,18
  876:10,16
  877:2 879:8,
  14,21 880:4,
  11 882:16
  883:8 884:3,
  7,17 885:7
  886:5,23
  887:25
answered
  784:4 802:21
  846:4 865:24

883:16

**answering**
766:8

**answers**
784:9 786:3

**anticipate**
860:16

**anybody**
763:5 773:19
774:21
830:16
831:15
832:21
844:20
847:14,16

**anymore**
814:3 833:17
834:10
857:14

**anyone**
789:18

**apparently**
839:23

**appearance**
881:12

**appears**
793:16 840:8
850:4

**appreciate**
766:3 767:15
772:19

**approaching**
852:6

**approximately**
762:4 852:4

**April**
786:16
804:17 811:1
816:3 842:23
845:20
846:20,23

**archive**
809:7

**area**
861:5

**argues**
873:24

**arguing**
884:14

**argument**
796:15

**argumentative**
880:18

**Arizona**
776:16

**around**
765:17
766:17 777:2
815:15 824:1
828:16 869:7
877:20

**arranged**
777:9

**arrangements**
775:10
839:23

**articles**
798:8,13

**asked**
779:22
780:19
781:19
783:22 786:1
802:15
818:12 840:6
861:13
871:25
880:15,19
883:2,18

**asking**
777:4 782:6,
19 785:11,17
787:23
810:3,4
812:22
814:3,4
818:5,25
828:21 846:5
848:17 850:9
857:4 868:14
870:2 871:17
882:18
883:17
885:16

**asks**
796:23

**asserts**
796:10

**assess**
796:23

**asset**
792:8 806:9,
15,21 809:2
843:13

**assets**
777:23,25
788:23
789:7,14
791:24
792:1,3
796:1,2
800:6 801:9
802:17,18
803:11,13,
15,20 845:17
867:8

**assigned**
812:25
814:14 815:3

**assist**
873:8 884:3

**assistant**
773:20,22,23

**associated**
765:4
831:15,21
832:21
852:15,21
853:7

**association**
824:24

**assume**
774:15

**assuming**
860:14

**Atkinson**
762:14,15
771:6,20
775:15
781:1,7
782:9,23

783:10,12
784:1,3
785:3,22
786:8 787:19
790:2 791:22
792:5,11,21
795:11,14
796:16
798:5,17
799:1,16,18,
22 800:1,16,
23 801:6,11
802:19
803:1,17
804:3,13,22
808:5 810:7,
15 811:6,21
812:12
816:16
817:7,16
818:8 819:3,
18,25
820:10,16,22
821:3,21
822:2
823:17,24
824:25
825:12
826:1,9,21
827:16 829:2
830:1,25
831:4,10,25
832:8 833:3,
12,21 834:13
835:4,20
836:1,6,9
837:15
838:5,8,25
839:4
840:17,22
841:5,13,25
842:8 843:6
846:6 849:23
854:18
855:11,20
858:2,7,9,17
859:1,14,18,
22 860:13,18
861:9

863:10,24
864:18
865:3,11,18
866:6,13
868:10
869:11
870:4,14
871:8 873:18
874:5,22
875:8,17
876:9,15
877:1 879:7,
13,20 880:3,
10,16,24
881:3,5
882:15
883:6,8
884:2,12,16
885:6 886:22
887:24
888:21
**attempt**
793:3
**attempted**
769:6,25
**attempting**
795:24
875:15
**attention**
814:20
868:18
871:10
873:14
881:17
**attorney**
796:10,15
838:25
839:3,13,19,
20 840:1,20
857:20
858:18
859:15,25
861:2 884:2
888:16
**attorney/
client**
796:7,22

**attorneys**
840:21
**audience**
796:12
798:22
799:14
801:3,24
802:8 805:12
806:23
807:14
853:21
854:4,8,13
**audio**
813:2
**Austin**
762:7,25
765:21
**authority**
845:16
**authorization**
788:4
**authorized**
779:8
783:17,24
784:13
785:13 818:2
845:3
**authorizing**
817:24
**aware**
773:6 787:24
788:1 817:24
818:2,7,25
819:22
820:6,13
862:7,11
872:1,8
873:7,16
874:15

---

**B**

---

**back**
776:16 797:2
800:1,21
801:19 809:2
822:23

826:13
828:4,5
830:12 834:3
846:7,10,15,
17 851:6
857:19,25
858:15
859:6,21
860:2 868:24
870:7,11,24
871:3 873:2
883:12
884:20
885:1,22
**bank**
789:17
790:20
803:12 848:4
849:1 850:7
851:2
**bankrupt**
877:24
**bankruptcy**
777:10,16
778:6,17
782:4,16
786:18
787:8,17,25
788:9,16
790:9,10,16
792:2
793:11,25
794:5,23
795:8,24
796:1
797:19,21
798:14 804:1
807:15
812:24
813:12
814:7,13
815:1 816:11
818:4,7
819:2,13,17,
22 820:6,13
852:12,14,22
853:7

**Banned.video**
799:7
**barred**
824:5
**based**
764:7 785:18
868:15
**basic**
827:8
**basically**
765:6 785:24
825:4 828:19
844:10
851:11
877:15,17
**basis**
839:1
850:18,21
870:3
**began**
765:1 867:13
**beginning**
800:5,8
801:8 845:20
**begun**
848:21
**behalf**
762:13,15
779:8,22
785:2,14,20
853:9 874:19
**believe**
765:22
775:14
777:19
778:23
779:11 780:8
783:11,13
784:17,19
786:19 791:6
794:19 806:6
808:8 810:22
813:10
814:2,12,16
816:13,20,25
817:2
820:17,19,24
829:7,18,21

830:22 836:2
837:20 839:2
841:2 847:4,
8 850:3
853:11
861:15
873:11
874:17
878:14,16
882:13 883:3
885:2 887:22
**believed**
782:4
**believes**
876:14
**Bellis**
840:13
859:12
860:1,15
**beneficial**
828:17
**besides**
767:17 776:8
806:17
**best**
772:5,12,16
781:23 786:5
824:19 839:6
864:2
872:19,22
878:8 883:17
885:12
**better**
797:16 834:2
860:2,19
880:7 886:6
**big**
786:11 802:8
852:17
868:17,19
869:1,10
870:2
**bigger**
874:8
**bikes**
826:15,16
**bill**

767:9
852:11,14,25
**bills**
803:3 849:6
851:1,6,7,
23,25 852:9
856:10,18
**bird**
869:7
**bit**
820:12 849:8
875:10
**Bitcoin**
801:25
802:3,10
846:13,20
847:2,19
849:14,15
853:14,16,
17,19,21,24
854:2,3,10,
17,25 855:1,
3,6
**bizarre**
794:12
**blockchain**
844:25
**blood**
882:11
**blue**
869:7
**Bob**
886:4 887:1,
4
**body**
882:12
**Bomb**
857:7
**book**
771:13,14
**booked**
775:3
**booklets**
767:24
**books**
766:22
767:24

768:1,8
856:15
885:20
887:18
**bought**
771:13
864:22
**Boulevard**
762:7
**brand**
807:25
**branding**
842:18
**break**
800:14,18
812:4,6,8,
13,14,22
841:1,5,8,20
857:22
858:20
880:25
**breakfast**
775:18
**briefly**
771:25
**bring**
814:19
**bringing**
864:3
**brings**
791:3,9
857:6
**broadcast**
770:12 771:4
793:23
**Broadcasting**
764:7
**broadcasts**
770:6,15,16
**brochure**
768:4
**broke**
802:9 813:9
**brought**
779:14
794:8,9

**bucks**
810:20
**Buffalo**
875:22 876:5
**bulk**
864:22
**bunch**
771:11
828:6,7
883:18
**burden**
878:11
**business**
764:24
765:7,8
766:14 772:1
778:8,10
784:21
785:1,19
786:6 789:10
790:20
791:2,4
809:18 810:6
822:13,19
864:4,16
867:13
871:11 873:8
**businesses**
764:19,20
766:16
778:11
**buy**
823:9 834:10
851:8 883:25
**buyer**
825:25
**buys**
822:4,5
864:13
868:16 885:8

---

C

**call**
769:9 805:25
807:18
841:19

860:12
862:14
**called**
764:6 787:7
794:3 823:4
832:15
853:14
855:16 871:6
872:4
**calling**
794:10
**calls**
795:20
823:24
**Cameron**
762:15 881:2
**candid**
772:20
**capital**
848:6,10
850:25
**cart**
824:16 827:8
**case**
768:25 772:3
779:10
786:18 814:5
827:5 875:7
883:5
**cases**
797:20
805:13
**cash**
801:14
802:22,24
810:22
820:20 852:8
**cashed**
847:19
848:25
851:19
**caused**
786:17
**center**
868:17,19
869:2,10
870:2

**Central**
762:5 859:21
**Cerame**
762:17,18
763:4,8,11,
14 771:15,24
772:19 840:1
858:18
859:15,25
888:16,18
**Cerame's**
839:13,16
**certain**
880:22
**Certainly**
876:22
**certificates**
881:19
**chance**
861:20
**change**
868:3 890:4
**changed**
787:16,25
790:9
**CHANGES**
890:1
**charge**
845:12
**charged**
879:5
**check**
776:3
**chief**
788:12
**child**
773:18
774:15
**children**
872:8
**Chris**
762:13 784:4
796:16
799:22 846:7
858:4,10
859:19 860:4
880:17,25

884:12,13
**claim**
795:7 798:22
852:7 853:6
876:7 882:10
884:10
**claiming**
809:3 878:16
**claims**
878:6,25
**clarification**
767:16
**clear**
781:14
784:12
803:12
820:11
848:24
**clear-cut**
770:22
**clearer**
813:4
**clearly**
813:5,7
**clerk**
857:20
**click**
832:15 856:2
**client**
840:15
**clip**
794:6
**clipped**
793:12
**clips**
802:6
**close**
797:15 816:6
876:20
**closed**
816:8 888:22
**closest**
875:22
**co-defendant**
772:3
**co-defendants**
772:2

**Code**
788:9
**codes**
844:23
**Coinbase**
844:2
**coins**
771:11
**collaborate**
823:14
**collaboration**
771:16
**collaborations**
771:3
**collaboratively**
823:14
**collapsed**
764:22
**collect**
797:11
**come**
764:4
766:16,20
767:16,23,25
769:19
770:13,18
771:12,14
796:8 805:20
810:13 828:4
858:15
859:21 860:2
888:3,6
**comes**
869:23
877:16
**comment**
767:17 884:9
**commercial**
774:8,9
**committed**
804:1
**communication**
762:18
763:16,19
770:4 771:1

847:16
**Communications**
  882:20
**companies**
  765:14
  770:7,16,25
  771:17,18
  772:3,15
  777:10,17,20
  783:3,8
  785:12,14
  786:17 790:4
  791:1,24
  792:2 797:21
  807:14
  809:17 810:5
  814:25 819:9
  821:25 825:9
  826:6,7
  828:6,24
  835:19,25
  836:7 837:3
  838:14
**company**
  764:8,9
  765:10 767:6
  772:9,11
  774:2 780:4,
  21 782:19
  787:10 788:5
  792:19
  806:16
  807:22
  813:17,21
  814:2,4,8,
  11,14 820:14
  821:19
  823:2,3,4
  824:12
  825:24
  830:23 834:9
  848:18 849:7
  851:1 853:13
  861:18
  864:10,12
  865:20
  868:16

**compared**
  791:25
**competently**
  813:15
**complete**
  770:17
**completely**
  801:23 802:4
  820:18 834:1
**complex**
  790:23
  817:18
**compliance**
  864:12
**comprised**
  852:2
**comprises**
  876:14,17
**comprising**
  806:2
**concerned**
  768:9 789:25
  879:25
**concluded**
  889:1
**concludes**
  888:24
**conclusion**
  823:25
**conduct**
  859:12
**conducted**
  866:11,17,25
**confer**
  860:18
**confirm**
  812:22
  824:18
  838:20 861:9
  884:23
  886:25
**confirmed**
  813:10
**confuse**
  780:7 802:6
  803:9

**confused**
  780:18
  781:11,20,21
  782:25
  783:5,15,20,
  22 784:9,22
  785:5 790:22
  813:19,23
  814:16
  818:23
  820:18
  884:11
**confuses**
  781:12
**confusing**
  784:12
  813:24
**confusion**
  784:8,18,20
**Connecticut**
  774:4 786:24
  812:10
  840:15 841:9
  880:20 883:1
  888:3
**connection**
  770:21
  788:15
  825:10
  866:10,17
  867:1 875:6
  880:22
**consultant**
  844:11 886:4
  887:10,16
**consultants**
  886:17
**consulting**
  887:15
**contact**
  840:20
  854:17
**contacted**
  794:23 795:8
  857:17
**contained**
  792:3

**contemplating**
  786:20
**content**
  770:11,14
  771:1,2
**context**
  794:6
**continue**
  823:22
  848:13,19
  861:6
**continued**
  881:11
**continues**
  868:8
**continuing**
  848:9
**contract**
  779:5 877:18
**contracts**
  881:18
**contradict**
  809:19
**control**
  769:3,7,11,
  16,22,24
  770:5,8
  821:19 825:9
  828:25
  830:23
  835:19,25
  836:8 855:9
**controlled**
  778:20
**controlling**
  865:21 866:4
**controls**
  824:20
  825:20
**convened**
  839:15
**conversation**
  796:4,6,12,
  19,25
**conversations**
  839:20

Alex Jones Volume III
June 21, 2022

converted
  848:3
conveyed
  797:8
coordinated
  770:25
copy
  880:12
  882:14 883:3
copying
  840:20
cord
  770:24
corporation
  778:23
  780:16
correct
  770:3 772:6
  773:4 774:18
  776:14
  777:11,14,18
  778:7,11,18,
  25 779:3,6,
  10,24,25
  780:5,24
  781:6
  782:14,17
  785:15
  786:18,21
  787:11,14,18
  788:5,13
  789:1 790:1,
  12,16
  791:13,16,20
  792:4 793:15
  794:1,5
  798:16
  799:15 800:5
  801:4 803:16
  804:2,11,18
  805:18 806:3
  807:1,5
  808:24
  809:4,18
  810:6
  811:14,20
  813:1,14
  814:5,8,11,

15 815:1,13
816:4,12
818:17 821:2
822:23
824:13,21
825:21,25
829:24
830:18 831:9
832:6 833:2,
16 835:11,15
836:20
837:9,14
838:4 843:13
844:16,18
845:4,9,14,
18,24
846:20,24
847:3,7,20,
22 848:20
849:18 850:7
851:20 852:5
853:21,24
854:5 855:3,
16 856:5,21
861:17
862:1,5
863:3 865:2,
10 866:5,18
867:5,9,22,
25 870:12,
16,21 872:24
873:8 874:20
881:12
886:12
890:22
cost
  877:13
counsel
  762:9 788:20
  838:15,20
  839:24
  857:16
country
  776:7
COUNTY
  762:1
couple
  839:18 876:3

881:2
course
  796:2 798:1
  803:14,22
  806:23
  855:14
court
  762:10,22
  763:7 809:12
  846:7,14
  857:17,23,25
  860:11 861:3
  866:21
  882:1,5,7
courts
  794:5
coverage
  770:15
  771:17
CPA
  887:6
CPA's
  887:13
CPAS
  791:6
crashed
  849:15
create
  827:4 843:8
created
  831:24
  854:22
creating
  825:4
credit
  834:9
crew
  806:21
  807:10
cross
  840:2
Crowdfunding
  856:22
crypto
  844:15
  849:17 850:5

cryptocurrenc
y
  842:21,25
  843:1,4,13,
  22,25 844:3
  845:13,17,
  21,23 851:18
  852:3 855:8
CSR
  762:23
currency
  843:25 848:3
current
  885:16,25
  886:8 887:8,
  14
customer
  829:12 834:2
  836:15
customers
  832:15
cut
  791:16
  854:4,14
  863:18

_____

    D

_____

dad
  864:3 865:5,
  7 875:3
dad's
  873:20
damn
  888:11
data
  847:6
date
  762:3 766:4,
  6 799:11
  803:10 805:4
  815:5 860:3
  864:6,7
  890:3
dates
  764:21
  765:16 766:4

daughter
  774:16
David
  878:6,16
  879:24
  886:18,24
day
  777:6,8
  795:16 802:7
  882:23
days
  841:9
deal
  771:11 827:9
  837:21 877:4
dealing
  849:6
dealt
  826:24
debt
  789:20
  876:14,17
  877:19
  881:19
debtor
  787:11
debtor's
  788:22
debtors
  788:21,23
  789:7 790:7,
  14,18 795:25
debts
  790:20
decide
  834:5
decided
  833:25
  857:12
decision
  833:24
declaration
  788:8,20
  815:11
declare
  888:22

decline
  838:22
default
  882:10
defendant
  814:5
defendants
  768:25
  786:17
  805:12
  840:6,10
defending
  838:15
  839:5,7
Defense
  856:4 857:8
defined
  790:7
definitely
  803:14
delayed
  776:24 777:5
delays
  776:22
Denying
  793:10
department
  793:10 844:8
depending
  860:1
depends
  859:23
deplatform
  824:4
deplatforming
  824:2 828:16
deposition
  762:5,24
  773:6 774:4
  777:9
  779:16,21
  784:23
  786:21,22,23
  839:9,10,14,
  25 880:20,
  21,22
  881:11,16

888:11,22,24
  889:1 890:3,
  21
derive
  872:11
derived
  872:13
describe
  853:18
described
  770:2 790:19
  796:4,6
  825:11
  827:25 882:3
describes
  814:23
describing
  857:3 882:14
  883:4
designate
  785:1,20
designed
  825:15
details
  871:11
developed
  843:18
developing
  825:3
Dew
  886:19
Dew's
  816:2
different
  786:1,2
  826:4 856:22
difficulties
  776:21 777:6
direct
  770:17,22
  772:20
  839:13,16
  852:1 864:16
  881:17
directed
  848:25
  856:9,10,11

884:4
directing
  881:11
directly
  791:18,19
  849:4,5
  851:2,21,24
  865:17 866:3
  872:15
  884:17
disbelief
  795:20
disclose
  854:8,13
discuss
  841:14
discussed
  771:22 790:8
discussion
  770:14
  859:24
discussions
  770:9,11
  772:21
disentangle
  765:3
disentanglemen
t
  765:5 767:14
dismissed
  816:12
dispose
  845:16
distracting
  800:17
distributor
  863:15
divorce
  866:10,17,21
  867:1 868:24
  885:14
document
  787:3,6
  788:8
  818:11,19
  867:3 868:5,
  23,24 869:5

885:14

**documents**
780:14
794:13
809:23  811:9
819:5,8
868:12,14
871:16,20
881:15,25
882:2,11
884:6

**doing**
765:21  769:7
786:20  791:7
794:9  815:8
822:13
823:10

**dollars**
771:12  802:1
803:11
846:20,23

**donated**
846:19
847:20

**donation**
802:2  842:21
843:4,8
844:4  846:22
847:1  850:4

**donations**
801:25
802:8,9
842:25
843:11
845:23,25
846:13
847:12
848:15,17
849:18
856:7,16

**donor**
846:19,24
847:3,4,17
850:5

**donor's**
847:7

**door**
797:16  816:7

**doorknobs**
800:12

**doors**
800:11,12
888:14

**doubt**
865:14

**drawn**
804:20

**drop**
797:20

**dropped**
805:13

**dropship**
826:15
832:24

**duly**
763:3

**Dustin**
773:24  774:3

**DVDS**
768:1

_____

**E**

**earlier**
785:18  790:8
814:1  817:23
818:1

**early**
770:2  859:19

**easier**
787:2

**east**
875:11,20,24

**easy**
799:12
854:22

**economy**
776:6,17

**editorial**
769:3,7,21,
24  770:5,8

**efforts**
875:6

**eight**

764:13

**either**
772:14
830:16,23
840:13
865:17  866:3
872:15  887:8

**electric**
826:15,16

**employed**
767:12
806:25
807:4,6,8,10
822:25

**employee**
773:25  779:2

**employees**
807:23
843:22
885:17,25
886:1,9

**employment**
768:18  825:7

**end**
765:1  767:8
784:21
809:10
812:17  842:2
859:4  877:25
888:11

**ended**
764:20

**engaged**
809:17  810:5

**entire**
803:14
865:15

**entities**
763:22
788:13  789:8
790:1,8,10
811:18
812:23,25
813:12  817:5

**entity**
787:24
824:20

864:21  871:6
872:4

**entry**
862:9

**equity**
815:4

**essentially**
787:16

**estimate**
792:18
850:18,21
851:17

**evade**
875:15

**evaluate**
796:22

**eventually**
865:1

**everybody**
780:7  842:6
860:8

**exact**
765:16
766:3,4
767:10
797:25  805:4
842:22  849:3
850:16
855:22  864:7
878:20,21

**exactly**
766:7  784:24

**excess**
800:6  801:9
803:15

**exchange**
843:24,25
853:19

**exclusively**
856:17

**Excuse**
796:5

**execute**
845:3,7

**executed**
850:5

Alex Jones Volume III
June 21, 2022

| | | | |
|---|---|---|---|
| **executive**<br>785:8<br>**exempt**<br>811:2<br>**exercise**<br>769:3,7,21<br>**exercised**<br>769:25 770:5<br>**exhibit**<br>779:13 787:1<br>793:8 810:24<br>814:19<br>866:24<br>881:8,10<br>**existence**<br>865:15<br>**expect**<br>766:4 874:18<br>**expediency**<br>851:3<br>**explain**<br>845:11 880:6<br>**explained**<br>769:12<br>778:20<br>**explaining**<br>884:21<br>**expressed**<br>843:12<br>**extent**<br>766:5 768:7,<br>14,19,23<br>769:2,4,24<br>770:9,10,13<br>771:5,9<br>850:18<br>861:13<br>**extra**<br>869:16<br>877:16,17<br>**extremely**<br>764:2<br><br>—— **F** ——<br><br>**facilitate**<br>796:17 | **fact**<br>793:22<br>794:7,19<br>806:8 810:22<br>814:23<br>823:21<br>849:11 862:3<br>879:3<br>**fair**<br>784:5 799:17<br>818:24 827:2<br>830:22 852:7<br>**faith**<br>791:7 809:12<br>**false**<br>801:4,5<br>**familiar**<br>763:21 765:8<br>853:13 871:6<br>872:4<br>**far**<br>780:15<br>789:25 816:9<br>860:7 879:9,<br>25<br>**father**<br>875:5 876:7<br>**father's**<br>873:23 876:2<br>**FDA**<br>864:2<br>**Federal**<br>767:25<br>**fee**<br>854:5<br>**feedback**<br>829:14<br>**Feel**<br>888:13<br>**Ferraro**<br>840:20<br>857:20<br>**Fibercove**<br>762:6<br>**figure**<br>807:13<br>878:23 | **filed**<br>777:21,22<br>778:5,17<br>790:10 794:1<br>803:25<br>807:15<br>813:12<br>**filing**<br>782:4 787:8,<br>17,25 878:7<br>**fill**<br>865:1<br>**films**<br>766:22 768:1<br>**financial**<br>767:2<br>768:20,24<br>867:14 880:2<br>**financials**<br>768:9<br>**find**<br>784:24<br>883:22<br>**fine**<br>766:8,13<br>850:19<br>**finish**<br>858:16<br>882:23<br>**first**<br>763:3,25<br>773:3 796:18<br>842:20<br>861:12<br>862:19 869:5<br>880:20<br>**five**<br>841:23,24<br>858:15,24<br>859:1<br>**flew**<br>774:9<br>**flight**<br>776:24<br>**floor**<br>858:10 | **fly**<br>774:8<br>**flying**<br>869:7<br>**focus**<br>803:13<br>**focused**<br>827:21<br>**folks**<br>882:25<br>**follow**<br>767:15<br>**following**<br>850:3 881:21<br>886:18<br>**follows**<br>763:3<br>**food**<br>830:11,18<br>833:9,16,18<br>834:3,6,10,<br>12 837:1<br>863:8,12<br>**football**<br>888:12<br>**foregoing**<br>890:21<br>**forever**<br>763:8<br>**forget**<br>767:9 805:7<br>818:12 819:8<br>854:7<br>878:20,21<br>**form**<br>771:6,20<br>775:15<br>781:1,7<br>782:9,23<br>783:10<br>785:3,22<br>786:8 787:19<br>790:2 791:19<br>792:5,11,21<br>795:11<br>798:5,17<br>799:1,16 |

801:11
802:19
803:1,17
804:3,13,22
808:5 810:7,
15 811:6,21
816:16
817:7,16
818:8 819:3,
18,25 820:22
821:3,21
822:2 823:17
824:25
825:12
826:1,9,21
827:16 829:2
830:1,25
831:4,10,25
832:8 833:3,
12,21 834:13
835:4,20
837:15 838:5
843:6 849:23
854:18
855:11,20
863:10,24
864:18
865:3,11,18
866:6,13
868:10
869:11
870:4,14
871:4,8
873:18
874:5,22
875:8,17
876:9,15
877:1 879:7,
13,20 880:3,
10 882:15
883:6 885:6
886:22
887:24
**formation**
866:3
**formed**
863:21,23
865:9

**forming**
864:17
**forward**
809:15
**founded**
867:4
**fountain**
811:25
**four**
876:22
877:14
878:10
886:20
**frankly**
781:16
786:10
827:21
**fraudulent**
838:12
**free**
762:15
767:23
768:20
773:25
774:25
775:24
779:3,5,9,
17,22,23,24
780:4,12,21,
23 782:2,8,
14,21 785:2,
20 786:6
792:1 806:25
807:5,10,22
814:1,24
818:3,6
819:1,12,16,
23 820:7,14
822:20,22,25
825:7 834:23
835:3,7,14,
15,17,23
842:9,12,17
848:6,10,14
849:2,4
850:11,22
851:4,6,14,
19,22,23

852:2,9
853:9 856:15
864:23,24
865:6 866:11
867:8,15
868:21
870:11,21,24
874:3,9,16,
19 876:7,18,
24 877:8,24
878:4,14,17
879:5,10,12,
16,18 880:2
881:21 882:4
883:4
884:19,25
885:3,8,17,
19,20,25
886:2,8,11,
21 887:8
**freedom**
848:14
**Freeworldoutl
et**
836:12
837:10,12,13
861:25 862:4
**Freeworldoutl
et.com**
823:21
824:9,20,24
828:24 835:1
837:24
861:16,23
862:12,21
**Freeworldoutl
et.com.**
861:14
**freeze**
881:6
**friend**
828:18
**friendly**
765:1 766:25
**front**
775:7 795:15
798:11
814:21

815:16,22
816:18
834:19
847:8,25
849:3,11,19
850:12,16
853:12
862:16 871:2
872:17 878:9
**froze**
808:13
**Fruge**
822:18,19
824:12,19
826:7 827:13
829:21
831:19,20
832:20 833:8
863:17
886:19
**Fruge's**
823:11
824:24
**fulfill**
836:11,20,22
837:3 838:1,
3 877:18
**fulfilled**
825:17
837:8,13
**fulfillment**
879:19
**fulfills**
830:11
**full-fledged**
858:4
**fully**
816:7
**fund**
775:25 804:1
809:25
810:14
816:15 856:4
857:8
**funded**
804:10

funding
764:25
825:10  867:7
fundraisers
857:12
funds
851:11
funnel
832:15  856:2
future
809:24
883:25

G

game
888:12
gave
882:10
GCN
765:18,20
general
764:21
780:11
785:25
826:23
generally
764:1,4
766:6  767:20
768:12  849:6
864:9
generate
789:14
821:25
823:22
generated
855:18
Genesis
762:18
763:16,19
765:13
766:2,15
769:3  770:4,
25  882:20
gentleman
788:11

gestalt
795:16
getting
794:7  795:19
802:5
give
764:19
786:13
792:18
803:20
841:19
848:16
850:22  853:2
882:11
888:10
given
779:16  784:5
790:15
848:17
882:12,14
Givesendgo
855:15
856:2,17
857:8
giving
795:16
glad
800:21
glass
800:11
goes
791:18,19
856:2  883:12
884:20
885:1,10
going
763:17,18
771:10
776:7,18
779:12,20
784:23
786:14  791:5
793:2,3
794:8,14
795:18
797:13
799:20
800:13

801:24
802:11,13
805:8  810:23
811:15
812:6,10
814:19
836:25
838:9,10,17
839:22
840:12
841:2,19
848:18
849:11
852:17
857:24
858:1,3
861:6  866:23
867:3  869:6,
14  870:19
881:9,17
883:18,19,21
886:7
gold
764:5,8,21
765:10
767:4,6,17
768:10  771:2
877:25
gold's
771:9
good
762:12,14,
17,20
763:12,13
772:18  791:7
809:11
829:12,14
841:25  842:7
849:15
864:11
governing
828:23
884:24
grass
785:10
great
771:11

greeted
862:8
group
821:10
886:18
guess
774:19
776:12  777:4
789:2  796:14
803:21  807:7
858:10,18
859:14,18
865:22  877:6
878:1  882:23
guessing
864:6
guesstimate
803:20
guesstimation
806:4
guy
784:20
785:9,19
800:14,21
887:1,4
888:7
guys
780:6,14
781:17  806:6
812:4  852:16
853:4  869:19
878:1  882:9
883:21
guys'
869:15

H

half
812:5  847:19
848:1  849:9
hall
800:10
handle
803:22
hang
817:22  838:8

880:16
**happened**
765:5 768:5
788:4 816:14
**happening**
768:5 884:9
**happy**
840:17 846:9
869:7 877:4
888:8
**Hawaii**
773:12,13
774:6,10
776:8,18
**head**
818:13
**headache**
818:14
**headline**
793:12
**Health**
777:13 779:9
790:11
791:3,9,20
792:14,16
805:17
809:8,24
811:18 817:4
**hear**
798:22
805:11
808:14
857:23,25
**heard**
841:10
857:19
871:11 872:6
888:5
**hearing**
793:19
813:5,7
858:4 859:12
**held**
762:8
**hell**
805:22

**Hello**
763:12
**help**
796:17 799:7
809:24 884:7
**helpful**
846:6 870:18
879:4
**Hernandez**
886:19,24
**hey**
771:9,11,13
812:3
**hidden**
796:2
**hide**
796:1
**high**
834:20
888:13
**high-tech**
887:19
**hired**
788:11
**history**
764:2
**hold**
763:9 789:7
815:19
841:13
**holding**
792:19 838:4
850:2 860:14
**holdings**
772:14
838:21 839:2
840:3 843:2
861:5 863:21
865:9,10
867:4,21
868:7 871:7
881:21
**home**
811:13
**homestead**
811:2

**honest**
809:21
**Honestly**
869:13
**Hook**
771:17,23
**hope**
828:8
**host**
854:24
**hot**
771:13
**hour**
812:5 841:3
860:17
882:22
**hours**
841:3
**house**
804:24 805:1
810:17
**huge**
784:21
**hundred**
876:3
**hunt**
796:3

---

**I**

---

**IBM**
785:8
**idea**
823:11,16,20
828:14
850:20
872:23
**identify**
796:19
**identifying**
847:6
**identity**
847:11
**Illinois**
828:2
**imagine**

**775:7 829:5**
874:21,25
**important**
805:24 817:9
**improper**
840:14
**impugning**
809:25
**inaccurate**
781:6
**include**
886:18
**included**
881:16
**includes**
838:14
881:15
**including**
785:12,15
879:12
**income**
789:15
790:20
872:14
**Incorporated**
762:19
763:20
**independently**
833:9
**indicate**
840:5
**indicated**
794:3,17
827:11
**indicates**
787:13 867:4
**indicating**
810:25
**indirectly**
865:17 866:3
872:15
**individual**
847:11,20
**individuals**
785:14
**Info**
790:8

infomercial
770:18
information
790:1 797:9
informed
859:11 875:5
Infow
787:10
Infowars
777:13,22,
24,25 778:2,
6,17 779:9
780:11
782:5,7,17,
20 783:13
787:14,17,24
790:11
791:3,8,19,
20 792:7,14,
16 793:11
805:14,17,
23,25
807:16,17,
19,21,24,25
808:1 809:3,
6,8,24
811:18
813:18,21,25
814:4 817:3,
4,25 818:4,
6,16,20
819:1,13,16,
23 820:7,15
824:5 829:23
834:4,6,23
842:17 856:4
857:7,8
870:7 874:8
Infowars'
806:3
Infowars.com
778:3,6,17,
22 779:25
780:5,23
782:5,8,22
783:3,9,18,
25 784:14
792:10 806:2

808:23
817:15,22
818:3
842:10,13,21
843:1 844:4
845:9,22
862:1,5,8,20
863:1
Infowars.com.
782:3
Infowars2022.
com
855:25
Infowarsshop.
com
808:21
Infowarsstore
.com
808:4,20
833:16
initial
867:7
injected
851:19
injection
848:7 850:25
inquire
840:2
inquiry
839:23
insane
800:12
inside
769:14
799:20
insolvent
767:6
instance
770:1
instruct
884:17
instructed
798:15 843:8
861:4
instruction
839:1 840:14

intend
838:22
848:13
intended
865:25
intent
848:18
851:10,13
interact
887:20
interest
768:15,16,
20,24 772:2,
4,6,8,11,15,
17 777:18
782:20
791:12
813:11,13
814:10,15,24
818:20
821:16,25
826:6 839:7
865:8,16,21
867:22,25
872:9,14,20
873:11
interests
772:1 815:4
internet
824:6
826:18,25
830:16
interrupt
764:3
intervention
857:18
interview
780:7
introduce
762:9
inventory
836:19
invested
835:17,24
836:3
investment
836:14,15

848:10
involved
775:22
827:18
828:19 829:9
864:5,15
873:8
involving
838:10
ish
765:25
issue
784:11
840:12
857:18
860:2,15
861:2
issues
770:3,10
864:11

---

J

JLJR
772:8
job
833:13
joined
838:12
869:20
Jones
762:6,15
763:2,12
771:7,8,21
772:19 773:2
775:21
779:14
781:13,19
782:13
783:21
784:3,12
785:11
786:14 787:2
788:21
793:2,9
796:9,17
797:7,18

798:21 799:4
800:4,16
801:1 802:10
803:6,25
804:9 805:9
807:4
808:11,13
810:25
812:21
813:17
828:21
838:13,16,19
839:1,4,14
841:6 842:6,
9 850:2
857:5,24
858:11
860:10,19
861:1,10
865:16,25
866:9,10,23
867:15
870:20
871:21 873:6
878:6,16
879:24
880:14,19
883:2,23
884:3,8,18
886:19,24
888:15,20
890:2,21,24
**Jones'**
839:8,24
859:12
888:22
**judge**
794:4 795:9
840:13
841:21
858:23
859:12,23
860:1,14
878:1
**Judge's**
857:18,20
**judges**
794:10

795:18
**jumping**
815:15
**June**
762:4 779:17
780:3,22
781:4 782:1,
22 783:16,25
784:15
799:14
800:5,8
801:2,9
817:14 890:3
**Justice**
793:10

----

### K

**Kauai**
774:11
**keep**
767:13 780:8
781:16
783:21
786:11
797:13
803:11
848:18
851:11 868:4
870:19
874:10
**keeping**
851:14
**Keiser**
854:23,24
855:2
**Kelly**
866:10
**key**
806:18,20
**kind**
777:23
887:12
**knew**
785:25 803:4
**know**
764:1

768:20,23
769:15 772:4
775:3,4,11,
24 776:2
777:1 778:24
780:12,15,16
781:9,18,24
783:2,8
784:4,5,15
786:10
791:1,5
793:17,19,22
794:14,15
795:4,5
799:5
801:13,23
802:11,13,
16,23 803:7,
10,23 807:6,
20 809:10,11
811:23
813:20
817:12,13
821:6,14
822:9,11,16
823:7,10
824:14,22
825:15,16
827:8,14,24
828:7,13,15,
16,18,22
829:22 830:3
831:2,6,7,15
832:4,17,20
841:11
842:11,14,
16,19 843:24
844:5,21,25
846:18
847:5,10,14
848:12,16
849:6,13
850:13,24,25
853:18
855:6,7
856:20,23
857:10,21
858:6 859:23
860:7,9,12

861:19
864:11
865:20
866:20
868:13,14
869:18,21
871:12,13,
19,21,23
872:3 873:22
875:3
876:13,17,21
877:17,21
878:9,10
879:2,22
880:14
882:17,19
883:7,9,14,
18 884:5,7
885:21,22
886:13
887:11,19
**knowledge**
772:5,12,16
781:23 782:7
783:19,23
784:2 785:25
819:11,15
868:15
872:24
884:21
**knowledgeable**
873:11 880:1
885:4,18
886:1,10,20
888:7
**known**
772:6
813:17,21
820:15 828:1

----

### L

**lack**
828:9 884:21
**Lamar**
762:7
**landed**
776:11,12

landing
  862:4,13,14,
  16
large
  802:2 845:22
  871:1,3
  878:5
lawsuit
  823:23
  869:20 876:4
  877:23 878:7
lawyer
  794:11
  795:19 839:5
  882:24
lawyers
  785:24
  787:21 791:6
  797:20,24
  798:15
  816:19 817:1
  864:2 872:25
  873:13 875:4
  880:5 881:24
  885:11
LAX
  776:15
lay
  766:14
layovers
  776:14
learned
  789:6 883:19
learning
  843:17
lease
  789:11
leave
  773:13
  796:14
leaving
  851:25
ledger
  856:10,15
leeway
  839:12

left
  800:14 803:4
  810:20
  822:22 869:3
  882:22
legal
  787:21
  823:25 849:5
  851:7 856:4,
  10,18 857:8
legitimate
  843:16
liabilities
  789:20
  790:21
liability
  864:10
license
  842:12,17
life
  873:7
light
  772:21
limited
  840:2 845:3
  861:5 863:21
  867:4 881:22
line
  779:21
  884:13 890:4
link
  854:22
  856:1,3
linked
  842:21
  844:4,6
  845:8,21,22
lion
  848:19
list
  852:24
listed
  790:14
listen
  828:5 883:14
lists
  787:10

788:23
litigation
  789:21
  804:1,10
  811:12,20
  813:1,14
  814:15
  815:4,12
  816:15,23
  820:21
  855:15
  877:14
little
  797:16 805:8
  820:12 849:8
  869:7
live
  793:13,14
  799:10
lives
  875:11
living
  858:23
LLC
  772:6
  777:13,14,
  23,25 778:7,
  17 779:9,10,
  17 780:17
  782:5,7,17,
  20 783:13
  787:10,14,
  17,25
  790:11,12
  791:20
  805:17,18
  811:18,19
  813:18,22,25
  814:4 817:3,
  4 818:4,21
  819:1,13,16,
  24 820:8,15
  838:4,21
  861:5 863:21
  865:9 867:4,
  21 868:7
  881:21,22

LLCS
  768:24
located
  762:6,25
  875:2
long
  764:2,11
  775:12
  812:4,11
  841:2
  852:17,24
  860:15
longer
  799:6 801:19
  804:7 812:8
look
  775:17 785:5
  788:19 789:6
  799:10
  809:12
  817:10 838:6
  857:1
looked
  780:20
  810:24
  843:14
  856:24,25
  868:12,13,
  22,23,24
  869:5
looking
  794:13
  809:21
  823:22
Lopez
  795:9
Los
  776:11,15
lose
  769:22
lost
  769:18 834:9
  888:18
lot
  781:16,17
  806:5 844:1
  849:10 886:5

loud
799:19
800:22
888:12
low
834:19
lunch
858:20
859:19
Lydia
886:19,24

---

M

---

made
802:16 803:7
839:23
853:7,8
870:24
mailers
768:3
main
764:25
877:13
majority
865:10,16
866:4 868:9,
20 869:13,22
870:6,10
874:9 878:6
make
766:10
784:10
794:16 795:6
796:15
799:12
808:3,9,16
833:23
869:14,23
870:19 878:3
makes
870:10 878:1
making
775:9 777:1
794:12
798:2,4

mall
815:21
man
799:19
806:18,20
882:25
883:14
management
768:17
807:22
manager
769:5 822:20
managerial
769:16
manages
844:7,12
manufacturer
826:17
863:15
Marc
788:8,11
Mario
762:18
763:14
859:16
860:4,6
882:23
marked
779:13
866:24 881:8
market
764:22
828:15
marketing
821:10
823:2,3,4,10
markets
767:2,18
824:3
Marriott
774:13
materials
768:8
Mattei
762:12,13
773:1 775:20
781:4,12

782:13
783:2,16
784:7,10
785:7 786:4,
13 787:23
790:6 791:23
792:9,15,24
793:21
795:13
796:14,20
797:7,18
798:13,21
799:4,17,24
800:2,4
801:1,7,15
802:23
803:6,25
804:6,15,25
805:11
808:11
810:10,18
811:10
812:7,21
816:11,21
817:11,21
818:18
819:7,21
820:3,11,19,
25 821:7,24
822:5 823:20
825:6,19
826:5 827:2,
23 828:21
829:6 830:5
831:3,7,13
832:5,10
833:7,15,23
834:16
835:7,23
836:3,7,17
837:20
838:19,25
839:18
840:19,23,25
841:17,22,23
842:6,9
843:10
846:8,16,18
850:1

855:14,24
857:16
858:5,13,24
859:8,16
860:6,17,20
861:1,12
863:13
864:15,21
865:7,14,24
866:9,16
868:13
869:17
870:9,16,20
871:13
873:22
874:14,24
875:14,20
876:13,18
877:6
879:10,16,24
880:8,14,19
881:1,4,7,9
883:2,10
884:2,8,15,
18 885:16
887:2
888:10,15
matter
870:18
Max
854:23,24
maximum
841:3
mean
765:14
766:25 767:3
771:9 775:6,
17,19 776:11
778:12
780:6,10,11,
13,15 781:3,
9,14,17
782:1,11
785:8 789:2
791:3 792:16
794:22
795:5,23
797:10 798:7

800:14
802:4,6,7,8
804:7
805:22,23
806:5 807:7,
17,20 808:1,
9 809:7,9,
21,22 810:9
811:15 821:5
823:14
825:14
826:12 830:3
832:3 836:10
841:8,10
843:14
844:10,13
845:5,10
852:16
858:8,21
859:20
863:14
865:22
868:20 869:9
871:10 873:6
874:7 876:21
877:3,13
882:9,18,19
883:16
885:8,15,20,
23 887:10
888:6
**meaningful**
809:18 810:5
**means**
762:24
763:18,19
807:7 876:17
**meantime**
840:23
**measure**
832:15
**media**
768:8
812:17,20
821:10
842:2,5
859:4,7
888:25

**meet**
764:4
**meeting**
789:2
**meetings**
883:24
**members**
854:4
**membership**
867:21,24
**memoranda**
881:18
**memory**
797:11
811:15
818:11,15
851:21
**mention**
765:7
**mentioned**
835:9,18,25
836:5 887:4
**merchandise**
807:19
**merchandize**
808:19
**mess**
786:11
**messed**
844:23
**met**
763:14
788:15,17,
20,25 789:4
**metals**
764:9 766:22
767:20
768:12
770:13
**Michael**
769:5 778:25
779:2,18
780:22
784:18,20
**Michigan**
764:7

**Midas**
765:8 766:15
768:16,18
771:2
**middle**
793:6 888:12
**million**
798:23
799:3,15
800:6 801:3,
10,14,25
802:1,17,22,
24 803:15
804:2,10
810:11,13,20
811:5,12
816:14,22
846:20,23
847:2
849:17,21
850:6,10
851:5,18,21
852:4,6
876:11
**millions**
796:12
**mind**
792:14
865:15
**mine**
764:10 804:7
848:4
**Minnesota**
764:8
**minute**
837:12
851:25
880:23
**minutes**
841:4,23,24
858:15,25
859:2 881:2
882:6
**mission**
848:14
**mistaken**
781:21,22

**moment**
786:13
888:19
**Monetary**
767:25
**money**
775:2,24,25
789:18
791:9,18
803:4 804:7,
11,20 808:3,
10,16
809:13,24
821:1 834:10
835:18,24
836:4,15,21
837:3 848:25
852:1 855:18
857:7 868:20
869:14,16,22
870:6,10
872:17
873:17,21,23
874:2,13
876:7,19,21,
25 877:15,17
878:5 883:22
886:25
**money's**
883:25
**month**
791:4
**months**
834:7 875:13
882:7,22
**morning**
762:12,14,
17,20
763:12,13
**move**
809:14
840:24
**moving**
777:2
**multiple**
839:20
**muted**
859:17

**N**

name
762:22
763:14
787:13,16,24
890:2
names
790:9,15
795:3 797:3
nanny
774:19
nature
795:21
necessarily
799:10
need
763:5 797:1,
2,8,10
800:18
817:10
829:15
841:5,8
846:11
859:20
867:10
needed
874:9
needs
860:4
network
762:18
763:16,19
764:6,10
770:4 771:1
networks
769:13
never
767:4 768:17
770:5,24,25
771:3,22
811:8 882:10
885:14
news
767:17
770:14,21

776:23
794:12
798:8,10
802:9 869:19
night
858:22
nine
764:14
Non-
individuals
787:7
noted
890:22
notes
858:15
881:20
notice
839:8,25
880:21
881:11,16
number
805:21
850:19
855:22
862:3,12,19
863:3
numbers
849:10,19
850:12,16
878:9

**O**

oath
791:8
object
839:15
objected
840:7 881:25
objection
771:6,20
775:15
781:1,7
782:9,23
783:10
784:1,3
785:3,22

786:8 787:19
790:2 791:22
792:5,11,21
795:11
798:5,17
799:1,16
801:6,11
802:19
803:1,17
804:3,13,22
808:5 810:7,
15 811:6,21
816:16
817:7,16
818:8 819:3,
18,25
820:10,16,22
821:3,21
822:2
823:17,24
824:25
825:12
826:1,9,21
827:16 829:2
830:1,25
831:4,10,25
832:8 833:3,
12,21 834:13
835:4,20
836:1,9
837:15 838:5
840:8 843:6
849:23
854:18
855:11,20
859:13 861:3
863:10,24
864:18
865:3,11,18
866:6,13
868:10
869:11
870:4,14
871:8 873:18
874:5,22
875:8,17
876:9,15
877:1 879:7,
13,20 880:3,

10 882:15
883:6 885:6
886:22
887:24
obliged
877:9
observe
776:6
observed
776:20
obtain
788:21
obviously
788:3 796:11
860:4 873:6
occasionally
862:8
occurring
834:17
835:1,8
offer
825:20
861:16 884:9
offered
861:23
863:5,8
884:18
office
794:9 795:23
797:25
857:12,17
859:11
882:22
officer
788:12
offices
765:22
official
857:6
okay
763:4 764:11
765:12,24
766:19
767:22
768:7,14,19,
23 769:2
770:9,24

771:9,15,24
772:18
773:13,17,21
774:25
775:4,9,23
776:4,10,14
777:4 778:3,
14,21,24
779:20 780:3
781:12
782:16 783:7
784:13
785:7,17
786:13,20
787:1,6,10,
23 788:3,19
789:5,24
790:14,25
791:10
792:9,24
793:2,14,18
798:21,25
800:25
801:7,21
802:14,23
803:13
804:6,17,25
805:5,8,11,
16,20 806:1,
11 807:13
808:3,16,19,
23 809:6
810:10
811:4,10,17
813:3,9,24
814:10,13,
18,23
815:11,19,25
816:10,21
817:21
818:22
819:10,15
820:19
822:13,16
823:16
824:4,23
829:6,10
830:5,13,20,
22 831:7,13

832:5,17,20
833:7 835:13
836:17
837:6,11,20
838:2 839:18
840:19
841:16
842:12
843:4,20
844:7,9,15
845:7,12,16
846:22
847:6,14
848:24
849:21
850:1,9
852:7,14,18
853:1,20
855:2 858:2,
7 859:8,14
860:18,20
861:22
862:7,11,18,
23 863:18
865:7 866:23
869:17
870:1,9,23
871:3,6,22
872:4,11,23
873:10
875:14
876:24
881:7,10
885:24
886:7,18
887:6,14,20
**once**
793:16 804:8
848:2 887:21
**one**
765:14 770:6
777:21
782:19 786:2
787:3,5
798:13
815:19
817:22 832:4
836:19

845:21
853:18 854:6
857:11
872:25
882:22
884:18
888:10
**opening**
888:14
**operating**
824:6 874:10
**operation**
788:22 826:8
848:19 849:7
**operational**
867:14
**operations**
786:6 822:19
867:13
868:21
**opinion**
888:1
**oppose**
794:15
**order**
773:8 797:8
836:20,22
**orders**
768:4 878:1
**original**
881:16
**originally**
765:11 773:7
**ounce**
882:11
**outside**
839:12,16
886:17 887:6
**overlooking**
887:12
**overrule**
882:5
**overruled**
861:3 882:1,
7
**owe**
876:19,25

**owed**
873:16,21,23
874:13
878:5,6
879:1
**owes**
874:2 876:8
**owned**
778:6,17
779:23
780:5,23
782:2,5
788:23 819:1
**owner**
782:14,17
785:11
809:16
810:3,4
819:9 822:5
867:25 868:8
870:20 872:1
**owners**
789:25
**ownership**
768:15,16,17
777:17
782:20
812:25
813:11,13
814:10,14,24
817:3,5
818:20
821:16,20
865:8,10,16
866:4 868:2
872:14
**owns**
778:21
779:24
783:3,8
813:17,20,25
817:14
821:11,13,15
822:9,14
824:13,19
830:20,24
831:2,3
863:8,12

---

**P**

---

**p.m.**
 889:1
**page**
 779:20
 787:3,5
 810:23
 815:14,16,22
 843:9 844:4
 845:9 862:4,
 13,14,16
 866:24 867:3
 890:4
**pages**
 787:4 842:21
 843:5
**paid**
 774:23 775:5
 826:13
 827:10
 834:23
 851:6,12
 852:11,19
 870:6 872:16
 873:14
 878:22,24
 885:21,22
**pamphlet**
 768:2
**pamphlets**
 768:8
**par**
 796:2
**Paragraph**
 788:19 789:6
 790:7,19
 814:20,23
**PARKER**
 762:1
**part**
 788:7 816:19
 834:21 839:9
 862:25
 875:25

**particular**
 784:11
 862:13
**particulars**
 879:22
**parties**
 824:7 826:19
 827:15,24
 828:22
**party**
 830:13 834:1
**past**
 851:12
 862:3,11,19
 863:3
**Pattis**
 839:19,21
**Paul**
 765:22
**paused**
 793:4,5
**pay**
 768:3 775:1
 789:17
 795:25
 807:22
 816:25
 825:24
 836:21 837:3
 842:10
 843:20,22
 852:9 868:17
 870:12,25
 871:10
 876:21 877:9
 879:11,19
 885:10
**payee**
 852:23
**paying**
 767:7,11
 769:14
 774:24 775:7
 803:3 851:22
 852:20,21
**payment**
 853:6

**payments**
 853:8
**pays**
 825:17
 830:11
 885:10
 886:15
**peace**
 763:9
**pending**
 789:21
 800:24
**pendulum**
 807:2
**people**
 770:24
 774:14 777:1
 780:11
 794:22
 795:19,25
 797:11 798:9
 809:19
 844:22 845:4
 854:3 855:1,
 3 864:10
 873:7,10
 885:12
**people's**
 864:22
**percent**
 782:14,17
 791:2
 805:13,21,23
 806:2
 807:15,18,20
 809:3
 814:17,24
 834:20
 836:23
 850:15
 851:14 854:6
 867:21,24
 868:8 874:8
**percentage**
 792:1,18
 826:12,13
 827:6,7,13,
 14 830:12

 834:16
 835:8,13
 837:4,5
 853:23
 876:20
 877:11,12
 878:18,25
**percentages**
 877:11 885:9
**perfect**
 803:22
**perfectly**
 766:8
**permission**
 850:14
**permits**
 860:12
**person**
 763:22
 778:8,10
 786:2,6
 789:4 796:19
 844:12
 879:25
 886:10
**personal**
 773:15
 775:2,25
 800:6 801:9
 802:17
 819:11
 820:20 843:1
 844:16 848:4
 849:1,17
 850:7 852:2,
 8,12 853:8
 868:15
 872:14
**personally**
 774:23,24
 775:5,8
 791:20 801:4
 806:14,17
 830:23 831:8
 836:3 845:7
 847:22
**personnel**
 879:12

pertain
  838:18
pertaining
  838:13
petition
  787:7 815:5
phenomenon
  843:19
Phoenix
  776:12,16
phone
  789:2,3
  795:19
  840:13,18
  854:21
phonetic
  769:6
pitch
  771:12,14
place
  799:20
  800:11
  826:16 827:6
placement
  770:20
places
  824:6
plaintiffs
  762:13,21
  797:20
  838:11
plaintiffs'
  798:15
plan
  823:8
planes
  777:2
Planet
  777:14
  779:10
  790:12
  805:17 809:8
  811:19 817:4
planned
  777:7,8
plans
  773:9

platform
  769:9,15
  824:17
  837:13
platforms
  769:14 879:6
play
  793:17,18
  805:8
playing
  793:20
  797:13,17
  798:20
  805:10
please
  762:9 786:14
  850:22
  880:18 884:3
pledged
  809:23
plenty
  839:11
PLJR
  772:11 865:8
  867:21,25
  868:7
plugging
  829:11
point
  784:6 788:25
  821:2 827:5
  846:12
  854:11
  857:22
  858:12 868:2
  877:23,24
  878:21
points
  830:10,14
policy
  767:25
  794:13
political
  796:3
pop-up
  827:8 862:8,
  14,17,21,25

populism
  848:15
portion
  816:22
  846:17
  871:1,3
position
  839:6 872:19
  873:20,23
  876:25
possible
  781:25
  858:20
posted
  799:8,9,13
  801:18
postponed
  773:8
pot
  877:25
potential
  771:25
  789:21
PQPR
  772:6 838:4,
  10,14,18,21
  839:2,22
  840:2,3,9,24
  857:18 859:9
  860:15
  861:4,13,15,
  22 863:5,21
  864:17
  865:1,5,10,
  15 866:12
  867:4,7,22
  868:3,9
  869:1,9
  870:10,24
  872:15,20
  873:12,16,23
  874:2,16
  876:8,19,25
  877:9 878:5,
  19,25 879:5,
  11,19 880:2
  881:21 882:4
  883:5,20

884:20,25
  885:5,19
  886:3,11,16,
  21 887:9
PQPR's
  866:3 878:17
practices
  887:19
preach
  767:24
precious
  764:9 766:22
  767:20
  768:12
  770:12
precise
  850:2
predate
  876:4
prejudicial
  838:16 839:2
prepared
  794:18 797:1
Preparetoday.
com
  830:14,17
  831:3,20
  832:12 835:2
  863:6
Preparetoday.
com.
  831:23
Preparewithal
ex
  863:6
Preparewithal
ex.com
  830:9,17,20
  831:16,22
  832:5,22
  834:17 835:2
Preparewithal
ex.com.
  832:2
preparing
  788:15 793:9
  794:17

present
  838:16
  839:3,7,24
presented
  861:2 866:20
presiding
  866:21
presumably
  794:22
pretty
  781:14
previously
  810:24
  833:18
  843:12
prior
  782:16
  787:13
  818:4,7
  819:2,13,17
  842:20,25
  853:13
  864:16 878:5
  884:19
prison
  777:14
  779:10
  790:12
  805:17 809:8
  811:19 817:4
  841:12
Prisonplanet.
com
  780:17
Prisonplant.
tv
  780:16
private
  774:8 851:2,
  24
privately
  851:13
privilege
  796:10
privileged
  796:7,22

probably
  775:18 798:8
  869:4
proceeding
  762:7 819:22
  820:6,13
proceeds
  811:2,13
  825:23
  834:25
  835:14
  848:2,9
  851:18 852:3
  856:7,16
  863:18
  878:19,25
processing
  853:17
produce
  860:10
  880:21 882:2
produced
  883:5
producing
  881:25
product
  770:20
  822:4,6
  825:16,17,24
  828:17
  832:25
  834:18
  836:18
  837:12 851:8
  877:13 885:9
products
  770:19
  791:13,15
  821:12
  822:1,6
  823:7,9,13
  824:2,8
  825:20
  837:7,25
  838:2
  861:14,16,23
  863:5
  864:13,23

  868:16
profit
  854:9
  868:17,19
  869:1,10
  870:2,8
  877:12
profits
  870:23
program
  825:18
  853:25 862:1
projecting
  808:7
promote
  766:21
  791:15 854:2
promoted
  853:20 854:9
  862:12
promotes
  854:25
promoting
  848:14
  857:13
  861:25
promotional
  768:2
prompted
  823:21
property
  805:6 819:1,
  12,16,23
  820:7,14
  842:18
protection
  777:10,17
  786:18
  790:11 792:2
  812:24
  814:7,13
  864:11
provide
  825:9
provided
  779:17 780:4
  867:7 880:15

provides
  825:25
  879:12
public
  764:6
  795:22,24
  843:12
  844:6,24
  845:2
publishing
  769:16
pull
  850:19
pulling
  880:24
purchased
  836:19
purchasing
  834:12
pure
  834:15
purely
  827:19
purpose
  766:19
  781:10 789:7
  821:1 823:12
  860:11
purposefully
  781:10
purposes
  776:5
  787:17,25
  790:9,15
  804:8
put
  768:2,4
  787:6 792:2
  797:21 804:8
  809:10
  814:25
  838:10
  844:22 848:4
  853:3 855:2
  856:10
  857:25 869:4
  887:19

Alex Jones Volume III
June 21, 2022

putting
  798:10

_____

Q

_____

qualifying
  784:9
quantify
  792:13
question
  775:20
  780:19
  783:1,7,22
  784:13
  785:6,17
  796:10,20,
  21,23,24
  797:5
  799:23,25
  800:3,18,24
  802:14,15
  809:2 813:24
  817:9
  818:23,24
  829:15,17
  846:3 861:6,
  12,22 865:22
  871:17
  880:18
  883:11,23
  884:4,16
questioning
  769:17
questions
  763:15,25
  766:5,8
  772:20,23
  773:2 786:2
  797:2 802:21
  803:10 808:9
  838:10,13,
  18,21,22
  840:3 857:4
  858:11,19
  859:9,10,15
  860:11 861:4
  872:20
  883:16 886:5

888:17,19
quick
  880:25
quit
  833:13
quite
  781:16
  786:10
  827:20
  846:13
  875:10
quote
  769:20
quotes
  798:9

_____

R

_____

racked
  767:9
radio
  764:6,16
  765:25
  766:17,20,24
  767:11
  769:4,22
  785:9 886:14
rainbow
  877:25
raised
  861:2
ranch
  875:12,21,25
read
  780:6 798:8
  800:1 809:23
  846:7,10,15,
  17 867:10
  885:14,15
  890:21
ready
  842:7
real
  809:9 887:1
reason
  781:5 789:18
  882:13 883:3

890:4
reasonable
  850:18,21
recall
  765:13 768:7
  793:9 815:8
  866:9
receive
  854:14
  856:16
received
  849:18
receiving
  845:22
recently
  773:3 834:3,
  5
recess
  812:18 842:3
  859:5 860:23
recognize
  800:17
recollection
  771:16 868:7
record
  762:4,10
  812:17,20
  838:11
  841:14,15
  842:2,5
  858:10
  859:4,7
  860:22,25
  861:10
  888:24
recorded
  776:19
  799:13 801:2
records
  766:11
  856:15
  880:22
recovery
  823:23
redirect
  764:3 831:22
  856:2 857:12

859:10
refer
  763:17,18
referring
  805:16 806:1
  807:16
  836:18 838:4
  846:19
refreshed
  818:11,15
Regarding
  788:9
register
  822:11
registered
  822:12
  824:14
reimburse
  851:12
reinvested
  850:22,24
related
  789:21
relating
  838:21 882:3
relation
  826:8
relationship
  764:12,20,25
  765:2,11,13
  766:14
  828:23
  874:15 880:1
  881:20 882:3
  884:24
  885:4,18
  886:2,11,21
relative
  765:13 770:2
  771:2
relayed
  796:13
reluctant
  859:24
remaining
  861:5

Alex Jones Volume III
June 21, 2022

remains
    820:20
remember
    766:3,4,6,7,
    23 769:4
    774:5 775:18
    795:3 797:3,
    6,8 798:19
    803:8 805:2
    807:8
    819:14,20
    824:10
    825:8,14
    830:7 832:3
    842:22
    854:20
    855:10,13,22
    856:24
    863:22 864:7
    865:13 868:4
    871:18
    872:17 873:4
    879:3,4,9,15
    888:2
remotely
    762:1,8,24
renegotiate
    874:11
renegotiated
    874:11
renoticed
    881:9
rent
    769:10
    789:11
rental
    774:12
repeat
    813:3
reported
    762:1
    796:19,25
    798:14
reporter
    762:11,22
    763:7 846:7,
    14

reporting
    762:23
    770:21
reports
    776:20
represent
    857:4
    881:14,24
represented
    807:15 809:3
representing
    811:2 847:17
represents
    792:20
    805:13
reputable
    853:19
request
    881:15,18
    882:1,3
requested
    846:17
require
    879:17
required
    879:11,19
requiring
    880:21
research
    776:6,17,18
resell
    821:12
    826:17
reselling
    823:12
Reserve
    767:25
reserved
    859:9
resolve
    860:2
resort
    774:12
resources
    765:8 768:18
    771:2 775:1

respect
    840:9 861:13
respond
    887:11
responding
    883:10
Responds
    793:10
response
    881:25
responses
    884:19
responsibilit
ies
    887:15
responsible
    765:15 775:9
    847:11
rest
    776:7
    816:20,25
    870:7
rested
    839:14
restructuring
    788:12
result
    777:5 872:14
retailer
    863:16
retained
    817:5
retains
    827:13
retrospect
    786:5
return
    774:6 777:5,
    6,7,8
revenue
    822:1 823:22
    853:23
reverts
    870:11
review
    779:23
    858:15

reviewed
    766:12
    788:23
reviews
    829:13
ridiculous
    853:5
right
    763:22,24
    764:15 766:2
    770:13
    771:10
    772:3,8
    774:19
    779:12
    781:22,25
    782:1 788:7
    790:18
    791:18
    792:17
    793:5,8
    794:16
    796:23
    804:15
    806:22,25
    807:11
    808:4,17,21
    810:3 811:17
    812:2,12,14
    813:7 814:19
    815:8 816:2,
    3 822:14,20,
    22 824:18
    830:8,14
    833:1
    840:13,25
    841:17
    842:23,24
    844:6,10,25
    849:9,16
    851:16
    852:10 854:2
    857:1,15
    858:14
    859:18
    861:1,11
    863:13 868:6
    869:24 873:3

878:23
881:14
887:17
888:15
**Rob**
816:2
**Robert**
856:11
886:19
**Robertson**
762:23
**Roe**
856:11
886:4,7
887:4
**role**
865:2 887:8
**Ron**
858:2
**room**
793:1
800:15,21
**roots**
785:10
**rotating**
862:24,25
**roughly**
803:5 850:10
**routed**
835:2,15
856:7
**rules**
812:10
840:15
859:23
**ruling**
840:16
**rumors**
809:14
**run**
863:1 886:14
**running**
810:21 825:2
837:2 868:21
**runs**
837:21

———————

**S**

———————

**said/she**
810:1
**sale**
783:17,24
784:14
804:24
810:17
811:2,13
817:24
825:21,23,24
826:13
861:16,23
863:5,9,18
870:11
878:19,25
**sales**
768:4 791:16
827:6 834:16
835:1,8,14
836:12
863:19
864:16
869:23
**samples**
853:4
**Sandy**
771:17,22
**sat**
841:9 854:21
**satellite**
769:10
**Save**
856:4 857:6,
8
**Saveinfowars.
com**
855:16,24
857:5
**Saveinfowarsm
oneybomb**
857:6
**saying**
766:3 769:21
783:4,5,6,21

784:9 786:5
794:13
795:9,25
797:25
803:11 810:1
814:1 818:15
860:9 868:22
869:19
884:23
**says**
788:20
789:14 815:3
858:23
**Schedule**
881:15
**scheduled**
773:7
**school**
888:13
**Schwartz**
788:8,11,25
789:5 790:19
810:1
**scope**
839:12,16
840:4
**screen**
793:5,6
801:22
**scroll**
787:3,4
**second**
806:21
808:13
815:19
817:22 838:8
867:12
880:17
888:10
**security**
774:2
**see**
779:13,18,21
780:1,3
781:3 787:3,
6 788:9
789:8,12,15,

18,22 790:4,
7,21 792:7
793:16,21
798:2,11
799:8 807:21
810:25 811:3
815:5,12,21
818:22 828:4
829:11,12
837:21
840:15
855:23
858:22
860:7,19
862:20
867:11,12,
15,20 877:19
881:22
**seek**
777:10
786:18
**segment**
770:18
793:23
**selective**
840:8
**self-funding**
825:15
**sell**
766:21
767:23,24
768:1 789:11
804:25
808:20
824:2,8
826:15
828:16
833:9,15
834:6 837:25
838:2 851:9
**selling**
808:16 823:6
834:3 837:18
861:14
**sells**
822:6 825:16
830:11

send
 878:18
sends
 827:14
sense
 769:20
 850:17
sentence
 841:12
 867:12
separate
 765:20 814:2
 821:9,10
 825:6 828:7
 837:3 857:7
 864:12
September
 867:13
sequence
 881:10
serves
 851:21
service
 834:2 875:15
services
 879:11,19
set
 763:4
 775:13,21
 783:13
 821:10
 823:2,3,12,
 20 824:9
 842:20 843:4
 844:13
 855:15
 856:16
 864:1,4,14
 865:1,5,8
 872:25
 873:2,13
 880:5 885:12
setting
 823:6 857:21
 874:15
settlement
 810:14

811:12,20
813:1,14
814:15
815:5,12
816:15,23
820:21
settlements
 809:25
several
 765:5 778:11
 785:12 826:3
 828:14
 833:25
share
 848:19
shared
 768:15
shocking
 795:4,7
 797:9
shopping
 815:20
 824:16 827:8
shorter
 794:6
show
 765:18,20,21
 766:17,21,24
 767:11,13,16
 770:18
 778:24
 779:12 785:9
 786:14 787:1
 793:2,3,13,
 14 798:12
 802:4 808:10
 810:23
 814:18
 852:16
 853:20
 854:3,24
 866:23 868:5
 871:15,20
 880:12
 886:14
showed
 818:10,19
 868:25 869:5

885:13
showing
 866:24
shown
 815:9
shows
 769:4,8
 776:19 793:6
 809:7 856:23
shut
 764:24
 877:23
sic
 772:14
side
 797:24
 829:23
sides
 843:14
sign
 830:5 854:3,
 14
sign-up
 854:5
sign-ups
 853:24 854:1
signatory
 815:13
 829:22
signature
 815:14,16,22
 816:1,2
 890:1,21
signed
 816:3 827:2
 829:23
 854:20
 874:19 880:8
significant
 840:12
 867:14
signing
 854:9
silver
 764:8 765:10
 767:6,18
 768:10

771:3,12
similar
 794:12
simple
 783:22
single
 845:23
 846:12,19
 850:4
sir
 768:13
 773:11 777:9
 796:11
sit
 809:1 868:6
site
 808:1,4
 825:2 857:7,
 13,14 862:9
sites
 825:3 856:22
sitting
 793:1
 816:20,22
 841:9 872:21
 882:18
 883:17
skepticism
 843:12
slick
 882:25
small
 764:6 792:8
 836:13
 861:18
smart
 784:20
smarter
 859:19
sold
 808:20,23
 822:1 825:18
 830:18
 833:19
 837:7,12
 864:23

Alex Jones Volume III
June 21, 2022

solely
 840:8
sort
 884:9
sorts
 786:1
sought
 777:16
 812:24
 814:7,13
sound
 842:23
sounds
 841:25
 842:24
 879:24
source
 784:8,20
 797:22
 845:23
 846:12
South
 762:6
speak
 763:8 790:24
 791:6 811:9
 813:15 819:5
 871:2
speaking
 764:4 766:6
 793:22
 801:13
specific
 823:5 856:14
specifically
 797:5 821:14
specifics
 797:3,12
 824:14,22
 826:3 829:4
 844:5,21
 849:13,25
 861:19
 865:13
speculate
 782:12
 792:23 821:5

850:15
857:11
870:18
speculating
 798:7
speculation
 792:25
 797:23
speculative
 826:23
 827:19
Speech
 762:16
 768:21
 773:25
 775:1,24
 779:3,6,9,
 17,22,23,24
 780:4,12,21,
 23 782:2,8,
 14,21 785:2,
 20 786:7
 792:1 806:25
 807:5,10,22
 814:2,24
 818:3,6
 819:1,12,16,
 23 820:7,14
 822:20,22,25
 825:7 834:24
 835:3,8,14,
 15,17,23
 842:9,12,17
 848:6,10,11
 849:2,5
 850:11,22
 851:4,6,14,
 19,22,23
 852:2,9
 853:9 856:15
 864:23,24
 865:6 866:11
 867:8,15
 868:21
 870:12,21,24
 874:3,9,16,
 19 876:8,18,
 24 877:8,24

878:4,14,17,
18 879:5,10,
12,16,18
880:2 881:21
882:4 883:5
884:20,25
885:3,8,17,
19,20,25
886:2,8,11,
21 887:8
Speech's
 848:14
spend
 848:13
 851:13
spent
 816:19
 856:10
 868:20
 877:16
sponsor
 764:5,6,9,10
 767:2
 770:19,22
 823:7,8
 854:16
sponsors
 825:4 828:9,
 11
sponsorship
 764:11 767:4
 770:23
St
 765:22
staff
 840:20
stake
 866:4
stalemate
 877:15
stand
 839:17
standard
 826:18,25
stands
 851:16

start
 765:13
 785:10
 812:20 823:6
 826:14 842:5
 859:7
started
 765:18,19,
 20,21 767:14
 824:12
 832:6,13,18
 845:22
 877:19
starting
 833:8
statement
 797:22 862:6
 878:12
statements
 794:12
 795:22,24
 798:9
States
 794:23 795:8
 797:19
 798:14
station
 764:16
 766:20
stations
 769:23
stay
 774:10
 857:25
stayed
 774:13
stems
 784:18
stenographic
 762:24
Sterling
 762:20,21
stick
 837:11
stool
 853:4

stop
  769:20
  809:13
  884:13
stopped
  764:23
  766:24  767:4
  768:5
storable
  830:18
  833:16,18
  834:3,6
  863:8
Stories
  793:10
straight
  828:11
  883:20
strike
  764:17
  817:25
  878:14
  879:17
structure
  864:3  865:20
  868:3
stuff
  767:1  776:22
  781:16
  784:22  785:1
  787:22
  790:23  796:7
  807:9,19,23
  809:9,14
  810:2  827:1,
  19  828:7
  836:12
  837:18
  868:22
  869:15
  873:14
  882:19
  883:18,20
  884:5,6
  885:9  886:6
  887:11
subject
  823:23

838:23
839:22
subpoena
  875:6,16
substantial
  767:12
substantive
  851:23
successful
  827:20
  828:9,10,12
sued
  781:18
  785:13
suggest
  796:18
  799:22
  858:20
supplement
  864:2,4
supplements
  808:16,19
  864:16
  869:13,23
  870:11
  883:25
suppliers
  832:23
  833:1,6,9
support
  867:14
supportive
  843:15
supports
  854:16
supposed
  818:12  874:8
  878:18
sure
  766:10
  780:14
  784:10  790:6
  794:16  795:6
  796:8  797:1
  800:20
  810:11  812:8
  822:11

830:21
832:12  835:7
837:17  846:4
853:2  860:3,
8  865:24
871:15
872:6,21
873:9  878:3
surprised
  853:4
Swan
  853:14,16,
  21,24  854:2,
  3,9,17
  855:1,3,6
Swanbitcoin.
com/alex.
  854:12
swear
  762:11
swinging
  807:2
sworn
  763:3  780:4
syndicated
  765:21
syndication
  766:1  769:5,
  15
syndicator
  769:9
system
  864:3
systems
  762:16
  768:21  774:1
  779:3,6,9,
  17,22,24
  780:4,12,21,
  23  782:2,8,
  14,21  785:2,
  21  786:7
  807:1,5,11,
  22  814:25
  818:3,6
  819:1,12,17,
  23  820:7,14

822:20,22
823:1  825:7
835:3,8,14,
17,23
842:10,12,17
848:6,10,11
849:2,5
850:11,22
851:4,6,19,
22,23  852:2
853:10,19
864:23,24
865:6  866:11
867:8,15
868:21
870:12,21,24
874:3,9,16,
20  876:8,18
877:9  878:4,
14,17,18
879:5,10,12,
16,18  880:2
881:21  882:4
883:5
884:20,25
885:4,8,17,
19,21,25
886:2,11,21
887:9
Systems'
  775:1,24
  792:1  835:15
  852:9  856:15
  876:24  886:8

---

T

table
  810:25
tacked
  877:12
take
  764:19
  777:21
  789:24
  800:13,18
  811:11
  812:3,6,7,13

821:1 824:11
829:21
836:14
841:1,20,24
857:22
858:14,24
859:1 878:24
880:25
taken
812:18 842:3
856:20 859:5
860:23
takes
860:1
talk
764:1 766:13
767:1 769:20
797:10
812:13
839:19
841:21
854:24 858:9
861:20
885:12 888:8
talked
771:24,25
789:3 823:15
864:1
talking
764:15 768:9
784:24
785:25
793:25
795:17
796:11
803:8,23
807:21
810:21
819:7,9
852:1 858:21
862:15
879:23
883:15
tarmac
777:2
team
772:22

Teams
858:4 859:12
technical
848:12
technically
776:11 807:6
836:10
technicals
778:13
844:21
technology
843:21
Ted
763:15,17,18
764:1,4,20
765:3
766:11,15,
16,20 768:3,
20,23 769:2,
7,8,12,21
770:4 771:18
772:1,15
Ted's
765:7
telephonic
858:3
tell
800:21
854:15
875:12,14,19
telling
791:8 801:19
873:5
term
848:12
850:24
termination
819:21
820:3,5,12
terms
764:2 766:8
839:8 886:17
test
823:10
861:18
testified
763:3 779:25

780:22
782:1,3
817:23 818:1
837:23 849:8
852:18
869:22
870:23
884:25
testify
779:8 785:1,
14,20 786:6
880:1 886:5,
10 887:23
888:3,6
testimony
775:23 778:5
780:5 781:5
789:24
790:25 801:7
804:9 810:4
822:9 823:11
824:11
825:19
827:23
829:6,8,17,
20 833:7
834:25
847:10 850:3
851:17 852:3
861:15
870:3,9
878:4,13,15
883:12
885:24 886:9
Texas
762:1,7,23,
25 763:1
795:8
838:12,15
839:5,24
869:20
875:11,20,
23,24
texted
860:6
thank
772:24 781:4
810:18,19

815:9 840:22
846:10,16
Thanks
816:10
That'd
808:18
theories
869:15
thereabouts
764:19
thin
850:20
thing
785:10
786:11
795:5,7
809:12
823:10
862:19
867:10
870:17
877:13
things
776:25 777:2
780:14
784:22
794:10
797:25
807:17
809:22 826:4
828:4,8
834:2 839:19
849:6 852:21
887:13 888:4
think
765:16,17
767:8 771:10
775:22
780:10
781:5,9,14,
17 782:18
784:5 786:25
788:17 789:3
799:6 800:18
802:9 805:22
809:7,8,22
810:9 811:15
816:19,21

817:19
818:10,15
819:5 823:19
830:21
840:11,14
842:11
843:16,17
844:2 846:4,
8 849:10,20
852:6,19
854:6 857:21
864:5 866:22
868:23
869:22
872:16
873:13
874:24
875:10
876:20
877:21 880:5
883:10 886:4
888:16,21
**thinking**
869:7
**third**
806:23 824:7
830:13 834:1
**third-party**
830:10
**thought**
785:24
828:14
882:20
**thoughts**
860:3
**thousands**
824:15
**three**
777:10
786:17
788:12
790:8,10
792:2 797:21
801:8 811:17
812:23
813:12
814:25
832:3,6

835:9,18,24
836:4,19
837:7
844:22,23
**throw-away**
884:9
**Tim**
822:18,19
823:19
824:12,19,23
828:1,18
831:19,20
837:4,17
861:19
863:17
886:19
**Tim's**
833:5
**time**
762:5 766:17
769:10
775:12
777:16,20,
21,22 778:5,
16 786:21
787:5 788:17
791:24
797:2,6
798:8 799:3
801:16
802:16 812:6
839:15
842:22
856:25
859:10 860:1
865:9 869:5
875:11
876:11 888:5
**times**
767:1 784:4
844:23 862:5
**titled**
788:8 793:9
**today**
782:3 784:23
809:1 813:18
817:14
839:12,21

840:7 849:12
851:17 858:1
859:13 860:8
869:6 872:21
881:12
882:21
883:24
885:15
**today's**
762:3 888:24
**told**
780:8,10
781:23
795:17
797:19
799:14
801:2,25
802:1,2,7,8
803:6 807:14
812:5 830:4
844:13
853:11 856:1
873:25 882:8
888:2,8
**ton**
763:24
**top**
794:14
**topics**
767:17
**tornado**
819:6
**totally**
818:22
**touch**
855:1,2
**tour**
799:20
**track**
780:9 781:17
786:11 868:4
**traction**
829:12
**transacted**
825:23
**transaction**
850:5

**transactions**
837:8 844:24
845:2,3,8
**transcript**
779:16
780:20
**transfer**
818:2 838:12
848:9 849:14
852:1
**transferred**
811:12,19
813:13
818:16,20
848:5,8,22,
23 849:1,16
850:10 851:5
887:1
**transferring**
819:12,16
848:6 851:4
**transfers**
818:6,25
819:22
820:6,13
**transparent**
801:23 802:5
**travel**
773:9 776:21
777:5
**traveling**
773:4,11,12
**travels**
875:10
**trip**
774:15,23
775:1,13,21,
25 776:4,5
**trouble**
793:18
878:10
**Trudeau**
769:6,19
**true**
784:19
798:1,25
869:16 888:5

Alex Jones Volume III
June 21, 2022

890:21

**trust**
772:15
795:18
804:1,8,10
810:14
811:13,20
813:1,14
814:15
815:5,12
816:15,23
818:16,21
820:21
872:5,9

**trusted**
861:19

**Trustee**
794:23 795:8
797:19
798:14

**trustee's**
794:9 795:23
797:25

**trustees**
794:11
795:18

**try**
765:1 780:7
784:24
803:19
809:10,12,14
833:25
849:12
870:18 884:7

**trying**
765:2 784:7
802:6 803:9
807:13
809:19
818:14
824:18
850:17 857:2
877:6 878:23
879:3 883:24
884:15,22
887:11,18,22

**TUFTA**
840:6,10

**TV**
777:14
779:10 785:9
790:12
805:18 809:8
811:19 817:4
853:3 886:14

**two**
787:4 799:4,
6 801:17,20
802:7 832:2,
6 841:3,9,11

**tyranny**
807:2

———————

———————

**U**

**U.S.**
794:9 797:24

**uh-huh**
778:15
794:24
864:25
867:17 868:1
871:5 873:21
876:6 887:5

**UHY**
867:1

**understand**
766:10 773:3
780:21
782:11
787:22
790:24
794:17 795:6
808:8 809:20
813:16
818:14 835:7
844:1,12
851:16
857:19 861:7
862:6,15
877:7,23
878:3,13,15

**understanding**
778:9,13,16,
19 781:15
788:22

811:11
812:23
813:11
824:12,19,23
837:6 838:11
839:13
856:14
857:17 877:7
878:8 881:19

**undertake**
789:10

**uneducated**
803:21

**unentangled**
765:6

**unintelligibl
e**
813:2

**United**
794:23 795:8
797:19
798:14

**unprecedented**
794:10
795:5,21

**upset**
883:21

**URL**
827:4,5
830:10,20
831:22
857:13

**URLS**
824:16

**usual**
798:1

**Utah**
828:3

———————

**V**

**vacation**
773:15

**valuable**
806:9,11,15,
21,24 807:3,
24 809:8,9

**valuation**
792:19
866:11,16,
20,25 867:20

**value**
792:10,13,16
802:3 805:25
806:3,5
809:22

**Vanessa**
762:23

**varies**
834:18

**various**
862:5

**vast**
874:9

**vehicle**
824:7

**venture**
825:10 864:9

**versus**
784:19
827:13

**video**
793:3,4,5,9,
20 797:17
798:20
801:1,3,18,
22 802:17
803:7,11
805:9,10

**VIDEOGRAPHER**
762:3 812:1,
16,19 816:8
842:1,4
859:3,6
860:21,24
888:23

**view**
809:17

**vis-a-vis**
771:1,16

**visit**
862:20

**visitors**
862:7

**Voluntary**
  787:7

---

**W**

---

**wait**
  777:1 857:22
**waiting**
  858:22
**walk**
  869:6
**wallet**
  847:7 849:17
  850:6 853:17
**wallets**
  844:3,16
  845:4,8,13,
  17,21,22
  855:9
**want**
  763:25
  766:10
  778:24
  784:10,12
  787:1 788:7
  794:16 795:6
  797:4 806:7
  809:1 812:2
  823:6 827:14
  828:6 839:19
  846:14
  849:13
  850:19
  860:10
  870:19
  871:21 878:3
  888:6
**wanted**
  765:3,18
  775:12 821:2
  864:4 882:23
  888:3
**war**
  852:17
**watching**
  802:5

**water**
  811:24 812:2
**way**
  765:1 766:2
  776:15,16
  777:5 778:19
  842:13 864:2
  865:25 869:4
  872:12
  884:20
**ways**
  823:22
**Weatherford**
  762:25
**website**
  778:2,21
  782:2,8,21
  783:3,9,18,
  25 784:14
  792:8,10,20
  805:24
  806:2,11,19
  807:18 809:4
  814:3
  817:15,24
  818:3,16
  821:9,13,17,
  20 822:1,5,
  7,10,14,17
  823:12
  824:13,20
  825:20
  826:8,14
  827:8 830:8,
  11,13 831:21
  842:10,13
  855:15,19,
  23,25 856:1,
  17 862:1,16
**websites**
  779:23
  808:20 823:6
  828:14
  831:9,24
  833:8,10,19
  835:9,18,24
  836:4,20
  837:8 863:9

**week**
  773:7,8
  838:13
  887:21
**weeks**
  799:4,6
  801:8,17,20
  862:3,12,19
  863:3
**weigh**
  860:4
**weirder**
  883:15,16
**went**
  774:19,20
  776:12 802:3
  812:21
  828:2,3
  833:8,11,13
  834:3 854:20
**wife**
  773:18
  774:15
  775:11,13,21
**window**
  888:18
**wired**
  811:1
**witch**
  796:3
**withdraw**
  845:13 855:8
**withdrawing**
  850:5
**witness**
  762:6,11,25
  772:24
  797:15
  799:19
  800:9,20
  811:24
  812:3,9,15
  816:6,10
  841:1,7,16,
  18 846:11
  858:8,21
  859:20

**week**
  880:17
  884:14 890:2
**witnesses**
  794:20,22
**women**
  800:10
**wondering**
  857:9
**words**
  774:25
  820:25
**work**
  773:16 776:5
  779:5 827:20
  828:2,3,4
  833:11,14
  841:22
**worked**
  769:6 809:20
  865:5
**working**
  769:13 825:3
  857:20 864:9
  887:17,18
**works**
  774:2 860:19
  880:7
**worry**
  807:9
**worth**
  847:2
**wrap**
  860:8
**Wright**
  773:24,25
  774:3,18
**write**
  793:12
**written**
  829:7,18
  874:14
**wrong**
  781:10,15
  797:4,5

WWW.
FREEWORLDOUTL
ET.COM
  821:8

---

### Y

---

ya
  775:18 888:9
yeah
  766:9 776:25
  793:1 794:20
  798:3 805:4
  806:4,15,16
  808:1,2,12,
  15 809:19
  810:9 811:16
  815:16 816:1
  818:24
  826:11 828:4
  829:16
  832:24
  833:11,14
  834:5 836:21
  837:10
  841:24
  845:5,11
  846:9,16
  852:11
  854:6,11,15
  856:19 860:6
  862:14
  869:25
  870:13
  872:25
  873:6,20
  875:1 876:3
  877:22
  878:20 882:8
  885:2 886:13
  887:7,16
year
  764:19
  767:1,9,10
  799:14
  800:5,8
  801:2
  803:14,23

805:2,5
816:3 819:2,
13,17 822:23
845:20 852:9
853:9 888:2
years
  764:13,14,23
  765:6 767:3
  783:14
  812:10 828:1
  832:2,3,6
  833:25
  841:11
  843:18
  864:6,7
  876:3,23
  877:14
  878:10
  882:17
  883:11,13
  884:20 885:1
yesterday
  774:7
  852:12,19
  853:7 883:19
youngest
  774:16
Youngevity
  791:12,15

---

### Z

---

zero
  768:22 769:1
  770:8,17
  771:19,22
Zimmerman
  778:25
  779:2,18,21
  780:22
  781:21 782:1
  784:25
  785:15,18
  844:11,18
Zimmerman's
  784:18
Zoom

762:8