United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22- 60043 |
| FREE SPEECH SYSTEMS, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | |

**ORDER GRANTING EXTENTION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the motion (the "Motion")[1] of the Debtor for entry of an order (this "Order"): *Debtor's Emergency Motion to Extend Time to File Schedules and Statement of Financial Affair* (the "Motion")[2], filed by the above-captioned debtor (the "Debtor"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. The time within which the Debtor shall file its Schedules and Statements is extended pursuant to Bankruptcy Code § 1116(3) and Bankruptcy Rule 1007(c) to and including, August 29, 2022, without prejudice to the Debtor's right to seek an additional extension upon a showing of extraordinary and compelling circumstances.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

Signed: August 03, 2022

_____
Christopher Lopez
United States Bankruptcy Judge