United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § | |
|    Debtor. | § | CHAPTER 11 |
| | § | SUBCHAPTER V |
| | § | |

## ORDER FOR INTRADISTRICT TRANSFER

On the Court's own motion, this case is transferred to the Houston Division in accordance with the Bankruptcy Local Rules for the Southern District of Texas. The case will be retained on the undersigned judge's Houston docket. The case number shall remain unchanged.

Signed:  August 04, 2022

_____
Christopher Lopez
United States Bankruptcy Judge