United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems, LLC | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| | |
|---|---|
| Name | Joseph S.U. Bodoff |
| Firm | Rubin and Rudman LLP |
| Street | 53 State Street |
| City & Zip Code | Boston, MA 02109 |
| Telephone | 617-330-7038 |
| Licensed: State & Number | Massachusetts: 549116 |

Seeks to appear as the attorney for this party:

ADP TotalSource, Inc.

Dated: 8/9/2022     Signed: /s/ Joseph S.U. Bodoff

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 8/10/2022     Signed: /s/ R. Saldaña
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 10, 2022

Christopher Lopez
United States Bankruptcy Judge