**Fill in this information to identify the case:**

Debtor: InfoW, LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 22-60020

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor  InfoW, LLC
_____
Name

Case number (if known) 22-60020
_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Brennan Gilmore
c/o Civil Rights Clinic ATTN: Andrew Mendrala 600 New Jersey Avenue, NW
Washington, DC 20001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 50,000.00

**3.2** **Nonpriority creditor's name and mailing address**
Carlee Soto-Parisi
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 0.00

**3.3** **Nonpriority creditor's name and mailing address**
Carlos Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 0.00

**3.4** **Nonpriority creditor's name and mailing address**
Christopher Sadowski
c/o Copycat Legal PLLC 3111 N. University Drive Ste. 301
Coral Springs, FL 33065

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Copyright Infringement

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 90,000.00

**3.5** **Nonpriority creditor's name and mailing address**
Dona Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 0.00

**3.6** **Nonpriority creditor's name and mailing address**
Erica Lafferty
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

$ 0.00

| Debtor | InfoW, LLC | Case number (if known) | 22-60020 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Francine Wheeler
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3.8** Nonpriority creditor's name and mailing address
Ian Hockley
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3.9** Nonpriority creditor's name and mailing address
Jacqueline Barden
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3.10** Nonpriority creditor's name and mailing address
Jennifer Hensel
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3.11** Nonpriority creditor's name and mailing address
Jeremy Richman
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

| Debtor | InfoW, LLC | Case number (if known) | 22-60020 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | |

**3.12** **Nonpriority creditor's name and mailing address**
Jillian Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.00

---

**3.13** **Nonpriority creditor's name and mailing address**
Leonard Pozner
c/o Kaster Lynch Farrar & Ball LLP 1117 Herkimer
Houston, TX 77008

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.00

---

**3.14** **Nonpriority creditor's name and mailing address**
Marcel Fontaine
c/o Kaster Lynch Farrar & Ball LLP 1117 Herkimer
Houston, TX 77008

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.00

---

**3.15** **Nonpriority creditor's name and mailing address**
Mark Barden
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.00

---

**3.16** **Nonpriority creditor's name and mailing address**
Neil Heslin
c/o Kaster Lynch Farrar & Ball LLP 1117 Herkimer
Houston, TX 77008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of 8

Debtor ___InfoW, LLC_____  Case number (*if known*)__22-60020_____
         Name

## Part 2: Additional Page

| | |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

**3.17** **Nonpriority creditor's name and mailing address**
Nicole Hockley
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0.00

---

**3.18** **Nonpriority creditor's name and mailing address**
Robert Parker
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0.00

---

**3.19** **Nonpriority creditor's name and mailing address**
Scarlett Lewis
c/o Kaster Lynch Farrar & Ball LLP 1117 Herkimer
Houston, TX 77008

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0.00

---

**3.20** **Nonpriority creditor's name and mailing address**
Veronique De La Rosa
c/o Kaster Lynch Farrar & Ball LLP 1117 Herkimer
Bridgeport, CT 06604

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0.00

---

**3.21** **Nonpriority creditor's name and mailing address**
William Aldenberg
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0.00

---

Debtor  InfoW, LLC                                    Case number (*if known*) 22-60020
        Name

## Part 2: Additional Page

| | |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

**3.22** **Nonpriority creditor's name and mailing address**
William Sherlach
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.23** **Nonpriority creditor's name and mailing address**
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.24** **Nonpriority creditor's name and mailing address**
Randazza Legal Group
2764 Lake Sahara Dr suite 109
Las Vegas, NV 89117

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.25** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.26** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 8

Debtor  __InfoW, LLC_____   Case number (*if known*) 22-60020_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor __InfoW, LLC_____   Case number (*if known*)__22-60020_____
      Name

# Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 140,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 140,000.00 |