**Fill in this information to identify the case:**

Debtor name: InfoW, LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 22-60020   Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | Free Speech Systems, LLC<br>c/o Ray Battaglia, 66 Granburg Cir, San Antonio, TX 78218 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Plan Support Agreement | Free Speech Systems, LLC, c/o Ray Battaglia, 66 Granburg Cir, San Antonio, TX 78218<br><br>Alexander Jones, c/o Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |