**Fill in this information to identify the case:**

Debtor name __IWHealth, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __22-60021__

Official Form 206H

# Schedule H: Codebtors

12/15

☐ Check if this is an amended filing

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Alex Jones | c/o Shelby Jordan, 500 North Shoreline Blvd. STE 900, Corpus Christi, TX 78401 | All | ☐ D ☒ E/F ☐ G |
| 2.2 | Free Speech Systems, LLC | c/o Ray Battaglia, 66 Granberg Cir, San Antonio, TX 78218 | All | ☐ D ☒ E/F ☐ G |
| 2.3 | InfoW, LLC | PO Box 1819, Houston, TX 77251-1819 | All | ☐ D ☒ E/F ☐ G |
| 2.4 | Prison Planet TV, LLC | PO Box 1819, Houston, TX 77251-1819 | All | ☐ D ☒ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H         Schedule H: Codebtors         page 1 of 1