**Fill in this information to identify the case:**

Debtor name __Prison Planet TV, LLC_____

United States Bankruptcy Court for the: __Southern_____ District of __TX___
(State)

Case number (If known): __22-60022_____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................  $ Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ Unknown

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............  $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................  + $ 0.00

4. **Total liabilities**............................................................................................................................  $ 0.00
   Lines 2 + 3a + 3b