United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22-60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME
TO FILE STATEMENT OF FINANCIAL AFFAIRS**

The Debtors may file Statements of Financial Affairs on or before May 9, 2022. This Order is without prejudice to the Debtors' rights to seek any further extensions from this Court.

Signed: May 03, 2022

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                            Case No. 22-60020-cml
InfoW, LLC                                   Chapter 11
IWHealth, LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-6                          User: ADIuser                          Page 1 of 2
Date Rcvd: May 03, 2022                   Form ID: pdf002                  Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IWHealth, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | InfoW, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | Prison Planet TV, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| intp | + | Insert Company Name, LLC, 1334 Brittmoore Rd, Ste 1327, Houston, TX 77043-4035 |
| intp | + | Ray W. Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| intp | + | Shelby A Jordan, Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Neil Heslin, et al. |
| intp | | Nina Khalatova |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Neil Heslin et al. avi.moshenberg@mhllp.com, ana.sanchez@mhllp.com |

| | | |
|---|---|---|
| District/off: 0541-6 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: pdf002 | Total Noticed: 7 |

**Clifford Hugh Walston**
    on behalf of Creditor Neil Heslin et al. cliff@wbctrial.com, claudia@wbctrial.com;brittany@wbctrial.com

**Ha Minh Nguyen**
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

**Jayson B. Ruff**
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

**Jon Maxwell Beatty**
    on behalf of Creditor Neil Heslin et al. max@beattypc.com, 1652348420@filings.docketbird.com,7671921420@filings.docketbird.com

**Kyung Shik Lee**
    on behalf of Debtor Prison Planet TV LLC klee@parkinslee.com, Courtnotices@kasowitz.com

**Kyung Shik Lee**
    on behalf of Debtor InfoW LLC klee@parkinslee.com, Courtnotices@kasowitz.com

**Kyung Shik Lee**
    on behalf of Debtor IWHealth LLC klee@parkinslee.com, Courtnotices@kasowitz.com

**Melissa A Haselden**
    mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

**R. J. Shannon**
    on behalf of Debtor IWHealth LLC rshannon@parkinslee.com, rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

**R. J. Shannon**
    on behalf of Debtor InfoW LLC rshannon@parkinslee.com, rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

**R. J. Shannon**
    on behalf of Debtor Prison Planet TV LLC rshannon@parkinslee.com, rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

**Randy W Williams**
    on behalf of Creditor David Wheeler et al. rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

**Raymond William Battaglia**
    on behalf of Interested Party Ray W. Battaglia rbattaglialaw@outlook.com

**Ryan E Chapple**
    on behalf of Creditor David Wheeler et al. rchapple@cstrial.com, aprentice@cstrial.com

**Shelby A Jordan**
    on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

**US Trustee**
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 17