# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE : <br> INFOW, LLC, *et al.,* <br><br> Debtors. <br>_____ <br><br> LEONARD POZNER AND <br> VERONIQUE DE LA ROSA, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX E. JONES, INFOWARS, LLC, <br> FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | § § § § § § § § § § § § § § § § | CASE NO. 22-60020 (SDTX) <br><br> CHAPTER 11 <br><br> JOINTLY ADMINISTERED <br><br><br> ADV. PROC. NO. 22-01021-HCM |

**PLAINTIFFS LEONARD POZNER AND VERONIQUE DE LA ROSA'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT INFOW, LLC**

Plaintiffs Leonard Pozner and Veronique De La Rosa file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and Fed. R. Bankr. P. 7041, notifying the Court of their voluntary dismissal of all claims against Infowars, LLC (aka InfoW, LLC). This dismissal is as to the Plaintiffs' claims against this defendant only. The Plaintiffs maintain each and all of their claims against the other defendants in this action, Alex Emric Jones and Free Speech Systems, LLC. This dismissal is without prejudice and without costs.

Dated: May 2, 2022

Respectfully submitted,

| | |
|---|---|
| **THE BEATTY LAW FIRM PC** | **MCDOWELL HETHERINGTON LLP** |

By: */s/ Max Beatty*       By: */s/ Avi Moshenberg*

    Jon Maxwell 'Max' Beatty  
    State Bar No. 24051740  
    1127 Eldridge Parkway, Suite 300 #338  
    Houston, TX 77077  
    (832) 529-3381 Telephone  
    (832) 852-1266 Fax  
    Email: max@beattypc.com

    Avi Moshenberg  
    Texas Bar No. 24083532  
    Nick Lawson  
    State Bar No. 24083367  
    Matthew Caldwell  
    State Bar No. 24107722  
    1001 Fannin Street, Suite 2700  
    Houston, TX 77002  
    Phone: (713) 337-5580  
    Fax: (713) 337-8850  
    Email: avi.moshenberg@mhllp.com  
    Email: nick.lawson@mhllp.com  
    Email: matthew.caldwell@mhllp.com

| | |
|---|---|
| **THE AKERS FIRM PLLC** | **KASTER LYNCH FARRAR & BALL, LLP** |

By: */s/ Cordt Akers*       By: */s/ Mark D. Bankston*

    Cordt Akers  
    State Bar No. 24080122  
    3401 Allen Parkway, Suite 101  
    Houston, TX 77019  
    Phone: (713) 877-2500  
    Fax: (713) 583-8662  
    Email: cca@akersfirm.com

    Mark D. Bankston  
    State Bar No. 24071066  
    William R. Ogden  
    State Bar No. 24073531  
    1117 Herkimer  
    Houston, Texas 77008  
    (713) 221-8300 Telephone  
    (713) 221-8301 Fax  
    Email: mark@fbtrial.com  
    Email: bill@fbtrial.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service.

                                        */s/ Avi Moshenberg*
                                        Avi Moshenberg