UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22 - 60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors.[1] | Jointly Administered |

# EXHIBIT LIST

**[Related to ECF Nos. 85 and 86]**

| Judge: | Christopher M. Lopez |
|---|---|
| Parties Name: | InfoW, LLC; IWHealth, LLC and Prison Planet TV, LLC |
| Attorney's Name: | Kyung S. Lee; R.J. Shannon |
| Attorney's Telephone: | 713-715-1660 |
| Date and Time: | May 13, 2022, at 1:00 P.M. (prevailing Central Time) |
| Nature of Proceeding: | Status conference regarding: (a) Expedited Request for Status Conference [ECF No. 85]; and (b) The Texas Plaintiffs' Joinder in the Expedited Request for Status Conference [ECF No. 86]. |

InfoW, LLC ("InfoW"), IWHealth, LLC ("IW Health"), and Prison Planet TV, LLC ("Prison Planet TV", and together with InfoW and IW Health, the "Debtors"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases, by and through counsel of record, hereby submits this Exhibit List (the "Exhibit List") in connection with the status conference scheduled for Friday, May 13, 2022 at 1:00 P.M. prevailing Central Time (the "Status Conference").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

## EXHIBITS[2]

The Debtors may offer for admission into evidence any of the following exhibits at the Status Conference:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Notice of Dismissal in *Lafferty et al. v. Jones et al.*, AP No. 22-05004 (Bankr. D. Conn.) | | | | |
| 2. | Notice of Dismissal in *Sherlach v. Jones et al.*, AP No. 22-05005 (Bankr. D. Conn.) | | | | |
| 3. | Notice of Dismissal in *Sherlach et al. v. Jones et al.*, AP No. 22-05006 (Bankr. D. Conn.) | | | | |
| 4. | Notice of Dismissal in *Pozner et al. v. Jones et al.*, AP No. 22-01021 (Bankr. W.D. Tex.) | | | | |
| 5. | Notice of Nonsuit in *Heslin et al. v. Jones et al.*, Cause No. D-1-GN-18-001835 (removed as AP No. 22-01023 (Bankr. W.D. Tex.)) | | | | |
| 6. | Docket Sheet in *Fontaine v. Jones et al.*, AP No. 22-01022 (Bankr. W.D. Tex.) | | | | |
| 7. | Rule 41 of the Federal Rules of Civil Procedure | | | | |
| 8. | Debtors' Notice of Defenses filed in Connecticut Cases | | | | |
| 9. | Debtor InfoW's Answer in *Pozner et al. v. Jones et al.* [Attachments Omitted] | | | | |

---

[2] Unless otherwise specified, all exhibits in this Exhibit List contain all attachments that were included with such document.

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 10. | Debtor InfoW's Answer in *Heslin v. Jones et al.* [Attachments Omitted] | | | | |
| 11. | Debtor InfoW's Answer in *Lewis v. Jones et al.* [Attachments Omitted] | | | | |
| 12. | Debtor InfoW's Answer in *Fontaine v. Jones et al.* | | | | |
| 13. | Debtors' Response to Motion for Remand in *Lafferty et al. v. Jones et al.*, AP No. 22-05004 (Bankr. D. Conn.) [Attachments Omitted] | | | | |
| 14. | Debtors' Response to Motion for Remand in *Heslin et al. v. Jones et al.*, AP No. 22-01023 (Bankr. W.D. Tex.) [Attachments Omitted] | | | | |
| 15. | Email dated May 11, 2022, from R. Shannon to M. Beatty and A. Moshenberg re Proposed Stipulation for Texas Plaintiffs | | | | |
| 16. | Email dated May 11, 2022, from R. Shannon to R. Chapple and R. Williams re Proposed Stipulation for Connecticut Plaintiffs | | | | |

The Debtors reserve the right to supplement, amend or delete any exhibit prior to the Status Conference. The Debtors also reserve the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Debtors reserve the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 12, 2022          Respectfully Submitted,

                         */s/R. J. Shannon*
PARKINS LEE & RUBIO LLP
Kyung S. Lee
TX Bar No. 12128400
R.J. Shannon
TX Bar No. 24108062
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: klee@parkinslee.com
           rshannon@parkinslee.com
Phone: 713-715-1660

*Proposed Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the case as of the date of this filing and to the parties listed below by email:

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Norman A Pattis, Cameron L. Atkinson
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
npattis@pattisandsmith.com
catkinson@pattisandsmith.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Battaglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Attn: Avi Moshenberg, Nick Lawson, Matthew Caldwell
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com
nick.lawson@mhllp.com
matthew.caldwell@mhllp.com

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Richard S. Schmidt
615 Leopard, #635
Corpus Christi, TX 78401
rss@judgerss.com

Russell F. Nelms
115 Kay Lane
Westworth Village, TX 76114
rfargar@yahoo.com

Attn: W. Marc Schwartz
Schwatz Associates
712 Main Street, Ste. 1830
Houston, TX 77002
mschwartz@schwartzassociates.us

| | |
|---|---|
| Attn: Matthew Okin<br>Okin Adams LLP<br>1113 Vine St., Ste. 240<br>Houston, TX 77002<br>mokin@okinadams.com | Attn: Ha Minh Nguyen, Jayson Ruff<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>ha.nguyen@usdoj.gov<br>jayson.b.ruff@usdoj.com<br><br>Melissa Haselden<br>700 Milam, Suite 1300<br>Houston, TX 77002<br>mhaselden@haseldenfarro.com<br><br><br>/s/*R. J. Shannon*<br>R.J. Shannon |