# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Adversary Proceeding #: 22-01022-hcm

R Create an Alert for This Case on RECAP

*Assigned to:* Bankruptcy Judge H. Christopher Mott  
*Lead BK Case:* 88-18888  
*Lead BK Title:* CASE IN ANOTHER DISTRICT  
*Lead BK Chapter:* 11  
*Demand:* $1000000  

*Date Filed:* 04/18/22

*Nature[s] of Suit:*  01 Determination of removed claim or cause

**Plaintiff**
-----------------------
**Marcel Fontaine**

represented by **Mark D. Bankston**  
1117 Herkimer Street  
Houston, TX 77008  
713-221-7008  
Email: mark@fbtrial.com

V.

**Defendant**
-----------------------
**Alexander E. Jones**

represented by **Federico Andino Reynal**  
Fertitta Reynal LLP  
917 Franklin St.  
Ste 600  
Texas  
Houston, TX 77002  
713-228-5900  
Email: areynal@frlaw.com

**Defendant**
-----------------------
**InfoWars, LLC**

represented by **R. J. Shannon**  
Parkins Lee & Rubio LLP  
Pennzoil Place  
700 Milam St., STE 1300  
Houston, TX 77002  
(713) 715-1660  
Fax : (713) 715-1699  
Email: rshannon@parkinslee.com

**Defendant**
-----------------------

**Free Speech Systems, LLC**                                    **Federico Andino Reynal**
                                              represented by  (See above for address)

*Defendant*
-----------------------
**Kit Daniels**                              represented by **Jacquelyn W. Blott**
                                              100 University Blvd., Ste. 225
                                              #251
                                              Round Rock, TX 78665
                                              512-639-9904
                                              Fax : 833-377-0087
                                              Email: jblott@jblottlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | 1 <br> (2051 pgs; 5 docs) | Adversary case 22-01022. Notice of Removal - Marcel Fontaine against Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause))). (Attachments: # 1 Adversary Coversheet # 2 Exhibit A # 3 Exhibit B # 4 Exhibit B contd.) (Shannon, R. J.) |
| 04/18/2022 |  | ICC-Fee Terminated for Notice of Removal( 22-01022-jqj) [cmp,ntcrmvl] ( 350.00), Amount $ 350.00, Receipt A22923271 (re:Doc# 1) (U.S. Treasury) |
| 04/19/2022 | 2 <br> (1 pg) | Order Reassigning Case. Tony M. Davis terminated from the case, Judge H. Christopher Mott assigned to case. (Order entered on 4/19/2022) (Turner, Blayne) |
| 04/21/2022 | 3 <br> (2 pgs) | BNC Certificate of Mailing (Related Document(s): 2 Order Reassigning Case. Tony M. Davis terminated from the case, Judge H. Christopher Mott assigned to case. (Order entered on 4/19/2022)) Notice Date 04/21/2022. (Admin.) |
| 04/24/2022 | 4 <br> (5 pgs; 2 docs) | Ex Parte Motion for Admission Pro Hac Vice Filed by R. J. Shannon for Attorney Federico Andino Reynal. (Attachments: # 1 Proposed Order) (Shannon, R. J.) |
| 04/25/2022 | 5 <br> (2 pgs) | Order Regarding (related document(s): 4 Ex Parte Motion for Admission Pro Hac Vice Filed by R. J. Shannon for Attorney Federico Andino Reynal. (Attachments: # 1 Proposed Order) (Shannon, R. J.)) (Order entered on 4/25/2022) (Benitez, Estella) |
| 04/27/2022 | 6 <br> (4 pgs) | BNC Certificate of Mailing (Related Document(s): 5 Order Regarding (related document(s): 4 Ex Parte Motion for Admission Pro Hac Vice Filed by R. J. Shannon for Attorney Federico Andino Reynal. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order) (Shannon, R. J.)) (Order entered on 4/25/2022)) Notice Date 04/27/2022. (Admin.) |
| 04/28/2022 | [7](#) <br> (249 pgs; 10 docs) | Motion to Transfer Case Out of Western District (Transferring To: Southern ), Filed by R. J. Shannon for Defendant InfoWars, LLC. (Attachments: # 1 Proposed Order # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8) (Shannon, R. J.) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/12/2022 12:46:32 | | | |
| **PACER Login:** | rjshannontxwb | **Client Code:** | InfoW |
| **Description:** | Docket Report | **Search Criteria:** | 22-01022-hcm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |