IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors¹ | § | Jointly Administered |

**NOTICE OF FILING OF
UNOPPOSED MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST
REMOVING DEFENDANTS INFOWARS LLC (aka INFOW, LLC),
INFOWARS HEALTH, LLC (aka IWHEALTH, LLC) AND
PRISON PLANET TV, LLC WITH PREJUDICE AND JUNE 24, 2022 STATUS
CONFERENCE IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT, BRIDGEPORT DIVISION**

PLEASE TAKE NOTICE that David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, Connecticut Plaintiffs) filed, on May 13, 2022, in Adv. Pro. No. 22-05004 (JAM) in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division (the Connecticut Adversary Proceeding), the *Notice of Dismissal with Prejudice of Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC* [Dkt. 23] (the Notice of Dismissal with Prejudice) and the *Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC with Prejudice* [Dkt. 24] (the Unopposed Motion). The Notice of Dismissal with

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005).  The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Prejudice and the Unopposed Motion are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  The Unopposed Motion provides that "(p)laintiffs' counsel have sought and obtained the following position from the Debtors' counsel: <u>The Debtors do not oppose the granting of this Motion and represent that they will withdraw their opposition to remand upon granting of this Motion.</u>"  *See* **Exhibit B** at ¶ 6.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division entered the *Order Scheduling Status Conference and Requiring Appearance of Parties* [Dkt. 25] (the Order Scheduling Status Conference) on May 17, 2022.  The Order Scheduling Status Conference is attached hereto as **Exhibit C**.  The Order Scheduling Status Conference states that, "(o)n May 24, 2022 at 2:00 p.m., a Status Conference will be held to discuss the Unopposed Motion."

The Connecticut Plaintiffs file this Notice to: (i) provide the Court with courtesy copies of the Notice of Dismissal with Prejudice, the Unopposed Motion, and the Order Scheduling Status Conference; and (ii) respectfully inform the Court that they will, during the May 24, 2022 status conference in the Connecticut Adversary Proceeding, request entry of the Unopposed Motion thereby dismissing the claims asserted against the Debtors with prejudice and remand of the Connecticut Adversary Proceeding.

Respectfully submitted this 19th day of May 2022.

      */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 19th day of May 2022.

      */s/ Ryan E. Chapple*
Ryan E. Chapple