IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY, DAVID WHEELER, )<br>FRANCINE WHEELER, JACQUELINE )<br>BARDEN, MARK BARDEN, NICOLE )<br>HOCKLEY, IAN HOCKLEY, JENNIFER )<br>HENSEL, JEREMY RICHMAN, DONNA )<br>SOTO, CARLEE SOTO-PARISI, CARLOS )<br>M. SOTO, JILLIAN SOTO, AND )<br>WILLIAM ALDENBERG, )<br>    Plaintiffs, )<br>)<br>vs. )<br>) ADV. PRO. NO. 22-05004 (JAM)<br>ALEX EMRIC JONES, INFOWARS, LLC, )<br>FREE SPEECH SYSTEMS, LLC, )<br>INFOWARS HEALTH, LLC, PRISON )<br>PLANET TV LLC, WOLFGANG HALBIG,)<br>CORY T. SKLANKA, GENESIS )<br>COMMUNICATIONS NETWORK, INC., )<br>AND MIDAS RESOURCES, INC. )<br>    Defendants. ) ECF No. 24<br>)<br>) | |

## ORDER SCHEDULING STATUS CONFERENCE
## AND REQUIRING APPEARANCE OF PARTIES

**ORDERED:** On May 24, 2022 at 2:00 p.m., a Status Conference will be held to discuss the Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC With Prejudice (ECF No. 24); and it is further

**ORDERED:** The Chapter 7 Trustee for the Estate of Erica L. Garbatini (fka Erica L. Lafferty), Counsel for the Plaintiffs, and Counsel for Infowars LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC), and Prison Planet TV, LLC shall appear before this Court at the Status Conference; and it is further

**ORDERED:** If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:

**CalendarConnect_BPT@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at (203) 579−5808 for the instructions.

Dated at Bridgeport, Connecticut this 17th day of May, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 5/17/2022 |
| Case: 22–05004 | Form ID: pdfdoc2 | Total: 39 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla      Erica Lafferty
pla      David Wheeler
pla      Jacqueline Barden
pla      Mark Barden
pla      Nicole Hockley
pla      Ian Hockley
pla      Jennifer Hensel
pla      Jeremy Richman
pla      Donna Soto
pla      Carlee Soto–Parisi
pla      Carlos Soto
pla      Jillian Soto
pla      William Aldenberg
dft      Alex Emric Jones
dft      Free Speech Systems, LLC
dft      Infowars, LLC
dft      Infowars Health, LLC
dft      Prison Planet TV, LLC
dft      Wolfgang Halbig
dft      Cory T. Sklanka
dft      Genesis Communications Network, Inc.
dft      Midas Resources, Inc.
pla      Richard M. Coan

TOTAL: 23

**Recipients of Notice of Electronic Filing:**
aty      Alinor C. Sterling      asterling@koskoff.com
aty      Cameron Lee Atkinson      catkinson@pattisandsmith.com
aty      Christopher Mattei      cmattei@koskoff.com
aty      Eric S. Goldstein      egoldstein@goodwin.com
aty      Jessica Signor      jsignor@goodwin.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Francine M. Wheeler      c/o Shipman & Goodwin LLP      One Constitution Plaza      Hartford, CT 06103
inv      James H. Fetzer , PH.D.      800 Violet Lane      Oregon, WI 53575
aty      Norman A. Pattis      Pattis & Smith, LLC      383 Orange Street      1st Floor      New Haven, CT 06511 UNITED STATES
ust      U. S. Trustee      Office of the U.S. Trustee      Giaimo Federal Building      150 Court Street, Room 302      New Haven, CT 06510 United States
ust      U. S. Trustee Region 1      Office of The United States Trustee      446 Main Street, 14th Floor      Worcester, MA 01608
     Wolfgang Halbig      25526 Hawks Run Lane      Sorrento, FL 32776
     Cory T. Sklanka      515 Gracey Avenue      Meriden, CT 06451
     Genesis Communications Network, Inc.      Attn: Officer, Managing Agent or Agent for Service      190 Cobblestone Lane      Burnsville, MN 55337
     Midas Resources, Inc.      Attn: Officer, Managing Agent or Agent for Service      190 Cobblestone Lane      Burnsville, MN 55337
     Norman A. Pattis      Pattis & Smith, LLC      383 Orange Street      1st Floor      New Haven, CT 06511
     James H. Fitzer, PH.D.      800 Violet Lane      Oregon, WI 53575

TOTAL: 11