**Exhibit A**

**Connecticut Plaintiff's Dismissal Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; WILLIAM ALDENBERG; and RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA L. GARBATINI F/K/A ERICA LAFFERTY<br><br>Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,<br><br>Defendants. | Adv. Pro. No. 22-05004 (JAM)<br><br><br><br><br><br>RE: ECF No. 24 |

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST REMOVING DEFENDANTS INFOWARS LLC (aka INFOW, LLC), INFOWARS HEALTH, LLC (aka IWHealth, LLC) AND PRISON PLANET TV, LLC WITH PREJUDICE[1]**

Upon the Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC With Prejudice (ECF No. 24) ("the Motion to Dismiss"), and upon the record made at the May

---

[1] There are three consolidated cases in the Connecticut Superior Court: *Lafferty v. Jones* (UWY- CV18-6046436-S), *Sherlach v. Jones* (UWY-CV18-6046437-S), and *Sherlach v. Jones* (UWY- CV18-6046438-S). These cases were removed to this Court under names and docket numbers *Lafferty v. Jones* (22-05004), *Sherlach v. Jones* (22- 05005), and *Sherlach v. Jones* (22-05006). This Order is filed in all three bankruptcy cases: 22-05004, 22-05005, and 22-05006.

1

24, 2022 status conference held in this case concerning the Motion to Dismiss, the Court GRANTS the Motion to Dismiss and ORDERS as follows on:

1. The claims of plaintiffs David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan as Chapter 7 Trustee of the bankruptcy estate of Erica L. Garbatini (hereafter "the Plaintiffs") pending in these three removed cases (Connecticut Superior Court title and docket numbers *Lafferty v. Jones* (UWY-CV18-6046436-S), *Sherlach v. Jones* (UWY-CV18-6046437-S), and *Sherlach v. Jones* (UWY- CV18-6046438-S), now docketed in this Court as *Lafferty v. Jones* (22-05004), *Sherlach v. Jones* (22-05005), and *Sherlach v. Jones* (22-05006)) against Infowars, LLC (aka InfoW, LLC); Infowars Health, LLC (aka IWHealth, LLC); and Prison Planet TV, LLC are hereby dismissed with prejudice and without costs to any party.

2. Dismissal is ordered only as to the claims specifically described in Paragraph 1 above. This Order does not concern and is not intended to affect the Plaintiffs' rights or claims against the other defendants in these cases – Alex Emric Jones; Free Speech Systems, LLC; and Genesis Communications Network, Inc. – in any respect.

3. The removing defendants Infowars, LLC (aka InfoW, LLC); Infowars Health, LLC (aka IWHealth, LLC); and Prison Planet TV, LLC shall file a withdrawal of their notice of removal by 5 p.m. on Tuesday, May 31, 2022.

4. This Court shall retain jurisdiction solely to interpret, implement, or otherwise enforce this Order.

Dated at Bridgeport, Connecticut this 26th day of May, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

2