UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   INFOW, LLC *et al.* | § | CASE NO. 22-60020 |
| | § | |
| | § | CHAPTER 11 (Subchapter V) |
| | § | Jointly Administered |
| DEBTORS.[1] | § | |

### NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOUR ARE HEREBY NOTIFIED that the continued meeting of creditors scheduled for June 2, 2022 has been continued to **June 16, 2022, at 10:00 a.m.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - #.   No other deadlines or provisions described in the Official Form 309 Notice of Chapter 11 Bankruptcy Case are changed by this notice are changed by this notice, and all such deadlines and provisions remain in full effect except as may be otherwise ordered by the Court.

Dated: June 2, 2022

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:  /s/ Jayson B. Ruff
      Jayson B. Ruff
      Trial Attorney
      MI State Bar No. P69893
      Office of the United States Trustee
      515 Rusk Avenue, Suite 3516
      Houston, TX 77002
      (713) 718-4650 Ext. 252
      (713) 718-4670 Fax
      Jayson.B.Ruff@usdoj.gov

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005).   The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60020-cml |
| InfoW, LLC | Chapter 11 |
| IWHealth, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-6 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf001 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IWHealth, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | InfoW, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | Prison Planet TV, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| aty | | Kyung Shik Lee, Kyung S. Lee PLLC, Pennzoil Place-Suite 1300, HOUSTON, TX 77002, UNITED STATES |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| intp | + | Insert Company Name, LLC, 1334 Brittmoore Rd, Ste 1327, Houston, TX 77043-4035 |
| intp | + | Ray W. Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| intp | + | Shelby A Jordan, Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| 12055641 | + | Alex E. Jones, c/o Jordan & Ortiz, P.C., Attn: Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401-0658 |
| 12055642 | + | Brennan Gilmore, c/o Civil Rights Clinic, ATTN: Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12055643 | + | Carlee Soto-Parisi, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055644 | + | Carlos Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055645 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |
| 12055646 | + | Dona Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055647 | + | Erica Lafferty, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055648 | + | Francine Wheeler, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055649 | + | Free Speech Systems, LLC, c/o Law Office of Raymond W. Battaglia, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| 12055650 | + | Ian Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055651 | + | Jacqueline Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055652 | + | Jennifer Hensel, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055653 | + | Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055654 | + | Jillian Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055666 | + | Larry Klayman, Esq., 7050 W. Palmetto Park Rd, Boca Raton, FL 33433-3426 |
| 12055655 | + | Leonard Pozner, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12055656 | + | Marcel Fontaine, c/o Kaster, Lynch, Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12055657 | + | Mark Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055658 | + | Neil Heslin, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12055659 | + | Nicole Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055660 | + | PQPR Holdings Limited, LLC, c/o Eric Taub, Waller, 100 Congress Ave STE 1800, Austin, TX 78701-4042 |
| 12055667 | + | Randazza Legal Group, 2764 Lake Sahara Dr STE 109, Las Vegas, NV 89117-3400 |
| 12055661 | + | Robert Parker, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055662 | + | Scarlett Lewis, c/o Kaster Lynch Farrar & Ball, LLP, 1117 Herkimer Street, Houston, TX 77008-6745 |
| 12055663 | + | Veronique De La Rosa, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12055665 | + | William Aldenberg, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12055664 | + | William Sherlach, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID        Bypass Reason   Name and Address**

| District/off: 0541-6 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: pdf001 | Total Noticed: 35 |

| | | |
|---|---|---|
| cr | Neil Heslin, et al. | |
| intp | Nina Khalatova | |
| op | W. Marc Schwartz | |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

**Name** **Email Address**

Avi Moshenberg
  on behalf of Creditor Neil Heslin  et al. avi.moshenberg@mhllp.com, ana.sanchez@mhllp.com

Clifford Hugh Walston
  on behalf of Creditor Neil Heslin  et al. cliff@wbctrial.com, rose@wbctrial.com;brittany@wbctrial.com

Ha Minh Nguyen
  on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jayson B. Ruff
  on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jon Maxwell Beatty
  on behalf of Creditor Neil Heslin  et al. max@beattypc.com,
  1652348420@filings.docketbird.com,7671921420@filings.docketbird.com

Kyung Shik Lee
  on behalf of Debtor Prison Planet TV  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee
  on behalf of Debtor InfoW  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee
  on behalf of Debtor IWHealth  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee
  on behalf of Attorney Kyung Shik Lee kslee50@gmail.com  Courtnotices@kasowitz.com

Melissa A Haselden
  mhaselden@haseldenfarrow.com
  haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Michael P Ridulfo
  on behalf of Other Prof. W. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com

R. J. Shannon
  on behalf of Debtor IWHealth  LLC rshannon@parkinslee.com,
  rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
  on behalf of Debtor InfoW  LLC rshannon@parkinslee.com,
  rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
  on behalf of Debtor Prison Planet TV  LLC rshannon@parkinslee.com,
  rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

Randy W Williams

| District/off: 0541-6 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: pdf001 | Total Noticed: 35 |

| | |
|---|---|
| | on behalf of Creditor David Wheeler  et al. rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Raymond William Battaglia | |
| | on behalf of Interested Party Ray W. Battaglia rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Ryan E Chapple | |
| | on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, aprentice@cstrial.com |
| Shelby A Jordan | |
| | on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 19