IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

**NOTICE OF FILING OF
WITHDRAWALS OF REMOVAL AND ORDERS REMANDING CASES TO
SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDINGS IN THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
CONNECTICUT, BRIDGEPORT DIVISION**

PLEASE TAKE NOTICE that David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, Connecticut Plaintiffs) are parties to Adv. Pro. No. 22-05004 (JAM), Adv. Pro. No. 22-05005 (JAM), and Adv. Pro. No. 22-05006 (JAM) in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division (the Connecticut Adversary Proceedings).

PLEASE ALSO TAKE NOTICE that the Defendants in the Connecticut Adversary Proceedings filed a *Withdrawal of Removal* [Dkt. 35 in 22-05004; Dkt. 32 in 22-05005, and Dkt. 30 in 22-05006] on May 31, 2022 (the Withdrawals of Removal) in each of the Connecticut Adversary Proceedings. The Withdrawals of Removal are attached hereto as **Exhibit A**. The Withdrawals of Removal withdraw Defendants' removal of the action to the bankruptcy court and the Connecticut Adversary Proceedings. *See* **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

**NOTICE OF FILING OF CONNECTICUT ADVERSARY PROCEEDING PLEADINGS—PAGE 1**

No other Defendants filed notices of removal in the Connecticut Adversary Proceedings. The dockets for each of the Connecticut Adversary Proceedings are attached as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division entered an *Order Remanding Case to Superior Court and Closing Adversary Proceeding* [Dkt. 37 in 22-05004; Dkt. 34 in 22-05005, and Dkt. 32 in 22-05006] on June 1, 2022 (the Remand Orders) in each of the Connecticut Adversary Proceedings. The Remand Orders are attached hereto as **Exhibit C**. The Remand Orders remand the Connecticut Adversary Proceedings to the Superior Court, Judicial District of Fairfield at Bridgeport, and close the Connecticut Adversary Proceedings.

The Connecticut Plaintiffs file this Notice to: (i) provide the Court with courtesy copies of the Withdrawals of Removal, the Dockets, and Remand Orders; and (ii) respectfully inform the Court that the Connecticut Adversary Proceedings have been remanded to the Superior Court, Judicial District of Fairfield at Bridgeport and are closed.

Respectfully submitted this 10th day of June 2022.

          */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 10th day of June 2022.

          */s/ Ryan E. Chapple*
Ryan E. Chapple