IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors¹ | § | Jointly Administered |

# EXHIBIT B

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005).  The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

**CLOSED**

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Adversary Proceeding #: 22-05004

*Assigned to:* Julie A. Manning            *Date Filed:* 04/18/22
*Demand:*                                   *Date Terminated:* 06/01/22

*Nature[s] of Suit:*   01 Determination of removed claim or cause

### *Plaintiff*
----------------------
**Erica Lafferty**                     represented by **Eric S. Goldstein**
                                          Shipman & Goodwin LLP
                                          One Constitution Plaza
                                          Hartford, CT 06103
                                          860-251-5059
                                          Fax : 860-251-5312
                                          Email: egoldstein@goodwin.com

                                          **Christopher Mattei**
                                          Koskoff, Koskoff & Bieder, P.C.
                                          350 Fairfield Avenue
                                          Ste 5th Floor
                                          Bridgeport, CT 06604
                                          203-336-4421
                                          Fax : 203-368-3244
                                          Email: cmattei@koskoff.com

                                          **Jessica Signor**
                                          Shipman & Goodwin LLP
                                          300 Atlantic Street, Third Floor
                                          Stamford, CT 06901
                                          203-324-8138
                                          Fax : 203-324-8199
                                          Email: jsignor@goodwin.com

                                          **Alinor C. Sterling**
                                          Koskoff, Koskoff & Bieder, P.C.
                                          350 Fairfield Ave
                                          5th Floor
                                          Bridgeport, CT 06604
                                          203-336-4421
                                          Email: asterling@koskoff.com

### *Plaintiff*
----------------------
**David Wheeler**                     represented by **Eric S. Goldstein**
                                          (See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------
**Jacqueline Barden**            represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------
**Mark Barden**            represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------
**Nicole Hockley**            represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**

(See above for address)

*Plaintiff*
----------------------
**Ian Hockley**            represented by **Eric S. Goldstein**
                                              (See above for address)

                                              **Christopher Mattei**
                                              (See above for address)

                                              **Jessica Signor**
                                              (See above for address)

                                              **Alinor C. Sterling**
                                              (See above for address)

*Plaintiff*
----------------------
**Jennifer Hensel**        represented by **Eric S. Goldstein**
                                              (See above for address)

                                              **Christopher Mattei**
                                              (See above for address)

                                              **Jessica Signor**
                                              (See above for address)

                                              **Alinor C. Sterling**
                                              (See above for address)

*Plaintiff*
----------------------
**Jeremy Richman**       represented by **Jeremy Richman**
                                              PRO SE

*Plaintiff*
----------------------
**Donna Soto**            represented by **Eric S. Goldstein**
                                              (See above for address)

                                              **Christopher Mattei**
                                              (See above for address)

                                              **Jessica Signor**
                                              (See above for address)

                                              **Alinor C. Sterling**

*Plaintiff*
-----------------------

**Carlee Soto-Parisi**        represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------

**Carlos Soto**        represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------

**Jillian Soto**        represented by **Eric S. Goldstein**
(See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)

*Plaintiff*
-----------------------

**William Aldenberg**        represented by **Eric S. Goldstein**
(See above for address)

Christopher Mattei
(See above for address)

Jessica Signor
(See above for address)

Alinor C. Sterling
(See above for address)

*Plaintiff*
-----------------------
Francine M. Wheeler                              represented by **Eric S. Goldstein**
c/o Shipman & Goodwin LLP                                        (See above for address)
One Constitution Plaza
Hartford, CT 06103
860-251-5000                                                     **Christopher Mattei**
SSN / ITIN: xxx-xx-8940                                          (See above for address)

                                                                 **Jessica Signor**
                                                                 (See above for address)

                                                                 **Alinor C. Sterling**
                                                                 (See above for address)

*Plaintiff*
-----------------------
**Richard M. Coan,** *Trustee of the Bankruptcy*                represented by **Christopher Mattei**
*Estate of Erica L. Garbatini f/k/a Erica Lafferty*                             (See above for address)

                                                                 **Alinor C. Sterling**
                                                                 (See above for address)

V.

*Defendant*
-----------------------
**Alex Emric Jones**                             represented by **Cameron Lee Atkinson**
                                                                 Pattis & Smith, LLC
                                                                 383 Orange Street
                                                                 New Haven, CT 06511
                                                                 203-393-3017
                                                                 Fax : 203-393-9745
                                                                 Email: catkinson@pattisandsmith.com

                                                                 **Norman A. Pattis**
                                                                 Pattis & Smith, LLC
                                                                 383 Orange Street
                                                                 1st Floor
                                                                 New Haven, CT 06511
                                                                 United States
                                                                 203-393-3017

Email: npattis@pattisandsmith.com
*LEAD ATTORNEY*

*Defendant*
----------------------
**Free Speech Systems, LLC**                          represented by **Cameron Lee Atkinson**
                                                                     (See above for address)

                                                                     **Norman A. Pattis**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*

*Defendant*
----------------------
**Infowars, LLC**                                     represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                             (See above for address)
                                                                     *TERMINATED: 05/26/2022*

*Defendant*
----------------------
**Infowars Health, LLC**                              represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                             (See above for address)
                                                                     *TERMINATED: 05/26/2022*

*Defendant*
----------------------
**Prison Planet TV, LLC**                             represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                             (See above for address)
                                                                     *TERMINATED: 05/26/2022*

*Defendant*
----------------------
**Wolfgang Halbig**                                   represented by **Wolfgang Halbig**
                                                                     PRO SE

*Defendant*
----------------------
**Cory T. Sklanka**                                   represented by **Cory T. Sklanka**
                                                                     PRO SE

*Defendant*
----------------------

**Genesis Communications Network, Inc.**      **Genesis Communications Network, Inc.**
          represented by PRO SE

*Defendant*
-----------------------
**Midas Resources, Inc.**      represented by **Midas Resources, Inc.**
          PRO SE

*Intervenor*
-----------------------
**James H. Fetzer , PH.D.**
800 Violet Lane
Oregon, WI 53575

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | 1<br>(95 pgs; 4 docs) | Notice of Removal Received Receipt #NotDue Fee Amount $350. Fee Not Due. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Atkinson, Cameron) (Entered: 04/18/2022) |
| 04/21/2022 | 2<br>(3 pgs) | Notice of Appearance Filed by Eric S. Goldstein on behalf of Francine M. Wheeler, William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler Plaintiffs, . (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 3<br>(3 pgs) | Notice of Appearance Filed by Jessica Signor on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs, . (Signor, Jessica) (Entered: 04/21/2022) |
| 04/21/2022 | 4<br>(3 pgs) | Notice of Appearance Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs, . (Sterling, Alinor) (Entered: 04/21/2022) |
| 04/21/2022 | 5<br>(125 pgs; 9 docs) | Motion to Remand . Response(s) due by 05/12/2022. (Attachments: # 1 Exhibit Tab 1 # 2 Exhibit Tab 2 # 3 Exhibit Tab 3 # 4 Exhibit Tab 4 # 5 Exhibit Tab 5 # 6 Exhibit Tab 6 # 7 Exhibit Tab 7 # 8 Exhibit Tab 8) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 6<br>(7 pgs; 2 docs) | Motion for Order Shortening Notice Period and Scheduling Expedited Hearing On Plaintiffs' Motion for Remand Filed by Eric S. Goldstein on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, |

| | | |
|---|---|---|
| | | Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler, Plaintiffs . Response(s) due by 05/12/2022. (Attachments: # 1 Proposed Order) (Goldstein, Eric). Related document(s) 5 Motion to Remand filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg. Modified on 5/4/2022 (Rai, Sujata). (Entered: 04/21/2022) |
| 04/21/2022 | 7 (2 pgs) | Amended Certificate of Service Filed by Eric S. Goldstein on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs (RE: 2 Notice of Appearance filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 8 (2 pgs) | Amended Certificate of Service Filed by Jessica Signor on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs (RE: 3 Notice of Appearance filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg) (Signor, Jessica) (Entered: 04/21/2022) |
| 04/29/2022 | 9 (5 pgs) | Motion Of James H. Fetzer, PH.D., To Intervene And for Extension of Time To Retain Connecticut Legal Counsel Filed by James H. Fetzer, PH.D., Intervenor . Response(s) due by 5/20/2022. (sds) (Entered: 04/29/2022) |
| 04/29/2022 | 10 (2 pgs; 2 docs) | Deficiency Notice regarding Notice of Appearance issued to James H. Fetzer, PH.D. for failure to file a Notice of *Pro Se* /Filer Litigant Appearance pursuant to D. Conn. L. Civ. R. 5(b) and D. Conn. Bankr. L. R. 1001-1(b). (Re:)9 Motion to Extend Time filed by Intervenor James H. Fetzer, PH.D.). Notice of Appearance Deficiency Compliance due by 5/6/2022. (sds) (Entered: 04/29/2022) |
| 04/29/2022 | 11 (2 pgs; 2 docs) | ECF No.10 for BNC Noticing. . (sds) (Entered: 04/29/2022) |
| 05/01/2022 | 12 (8 pgs; 4 docs) | Motion to Appear Pro Hac Vice by Visiting Attorney, Robert J. Shannon Filed by Sponsoring Attorney, Cameron Lee Atkinson on behalf of Infowars Health, LLC, Infowars, LLC, Prison Planet TV, LLC, Defendants. Receipt #A10158386 Fee Amount $200. . (Attachments: # 1 Affidavit Affidavit of Robert J. Shannon, Esq. # 2 Exhibit A - Certificate of Good Standing Texas Supreme Court # 3 Exhibit B - Certificate of Good Standing Texas Bar) (Atkinson, Cameron) (Entered: 05/01/2022) |

| 05/01/2022 | 13<br>(4 pgs) | BNC Certificate of Mailing (RE: 10 Deficiency Notice - Notice of Appearance). Notice Date 05/01/2022. (Admin.) (Entered: 05/02/2022) |
| 05/01/2022 | 14<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 11 Generate BNC Notice/Form). Notice Date 05/01/2022. (Admin.) (Entered: 05/02/2022) |
| 05/02/2022 | 15<br>(3 pgs) | Notice of Appearance Filed by Alinor C. Sterling on behalf of Richard M. Coan Plaintiff, . (Sterling, Alinor) (Entered: 05/02/2022) |
| 05/02/2022 | 16<br>(6 pgs) | Notice of Dismissal of Claims against Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC under Fed. R. Civ. P. 41(a)(1)(A)(i) Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs . (Sterling, Alinor) Modified on 5/4/2022 (sr). (Entered: 05/02/2022) |
| 05/02/2022 | 17<br>(4 pgs) | Notice of Appearance Filed by Christopher Mattei on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs, . (Mattei, Christopher) (Entered: 05/02/2022) |
| 05/02/2022 | 18<br>(7 pgs) | Supplemental Document *In Support Of Motion for Order* Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs (RE: 6 Motion for Order filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg) (Sterling, Alinor) (Entered: 05/02/2022) |
| 05/03/2022 | 19<br>(3 pgs) | Objection *To Voluntary Dismissal & Notice of Intent To File Detailed Objection* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 16 Dismissal-Notice of (FRCP 41a1Ai) filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg, Plaintiff Richard M. Coan) (Atkinson, Cameron) (Entered: 05/03/2022) |
| 05/09/2022 | 20<br>(4 pgs) | Motion to Withdraw as Attorney Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC, Defendants . Response(s) due by 05/31/2022. (Atkinson, Cameron) (Entered: 05/09/2022) |
| 05/11/2022 | 21<br>(1 pg) | Notice of *Pro Se* Filer/Litigant Appearance Filed by James H. Fetzer, PH.D. Intervenor, . (sds) (Entered: 05/11/2022) |

| 05/12/2022 | <u>22</u><br>(301 pgs; 11 docs) | Objection *To Notice of Dismissal And Motion For Remand* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: <u>16</u> Dismissal-Notice of (FRCP 41a1Ai) filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg, Plaintiff Richard M. Coan) (Attachments: # <u>1</u> Exhibit 1 - IW Bankruptcy Petition # <u>2</u> Exhibit 2 - Infowars Health Petition # <u>3</u> Exhibit 3 - Prison Planet TV Bankruptcy Petition # <u>4</u> Exhibit 4 - Trustee Motion # <u>5</u> Exhibit 5 - CRO Application # <u>6</u> Exhibit 6 - Original Plan Support Agreement # <u>7</u> Exhibit 7 - Redline to PSA # <u>8</u> Exhibit 8 - Amended PSA # <u>9</u> Exhibit 9 - Status Conference Request # <u>10</u> Exhibit 10 - Notice of Defenses) (Atkinson, Cameron) (Entered: 05/12/2022) |
| 05/13/2022 | <u>23</u><br>(6 pgs) | Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) for Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs . (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/13/2022 | <u>24</u><br>(38 pgs; 2 docs) | Motion to Dismiss Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC from case *22-05004 Lafferty et al v. Jones et al* Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler, Plaintiffs . Response(s) due by 06/3/2022. (Attachments: # <u>1</u> Exhibit Mtn. of U.S. Trustee to Dismiss Debtors' Ch. 11 Cases) (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/17/2022 | <u>25</u><br>(3 pgs; 2 docs) | Order Scheduling Status Conference (Re:)24 Motion to Dismiss Party filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg, Plaintiff Richard M. Coan.) Status Conference to be held on 5/24/2022 at 02:00 PM at United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. (pe) (Entered: 05/17/2022) |
| 05/17/2022 | 26 | Status Hearing Set (Re:)25 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. (pe) (Entered: 05/17/2022) |
| 05/18/2022 | 27 | Status Hearing Set (Re:)25 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at telephonic. (pe) (Entered: |

| | | |
|---|---|---|
| | | 05/18/2022) |
| 05/19/2022 | 28<br>(6 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 25 Order Setting Status Conference). Notice Date 05/19/2022. (Admin.) (Entered: 05/20/2022) |
| 05/20/2022 | 29<br>(11 pgs; 3 docs) | Objection *to Petitioner's Motion to Intervene* Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs (RE: 9 Motion to Extend Time filed by Intervenor James H. Fetzer, PH.D.) (Attachments: # 1 Exhibit Exhibit A - Soto v. Bushmaster DN 375.00 # 2 Exhibit Ex. B - Soto v. Bushmaster DN 375.20) (Sterling, Alinor) (Entered: 05/20/2022) |
| 05/24/2022 | 30 | Status Conference Held. (Re:)24 Motion to Dismiss Party filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg, Plaintiff Richard M. Coan, 25 Order Setting Status Conference). Proposed order to be submitted regarding dismissal with prejudice due at or before 5:00 p.m. May 26, 2022. Withdrawal of adversary proceeding due at or before 5:00 p.m. May 31, 2022. (rms). (Entered: 05/24/2022) |
| 05/24/2022 | 31<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 5/24/2022 2:04:53 PM ]. File Size [ 7738 KB ]. Run Time [ 00:21:30 ]. (courtspeak). (Entered: 05/24/2022) |
| 05/25/2022 | 32<br>(5 pgs; 2 docs) | Proposed Order Requested by Judge. Hearing was held on May 24, 2022. Filed by Alinor C. Sterling on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine M. Wheeler Plaintiffs (RE: 24 Motion to Dismiss Party filed by Plaintiff Francine M. Wheeler, Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg, Plaintiff Richard M. Coan) (Attachments: # 1 Certificate of Service) (Sterling, Alinor) (Entered: 05/25/2022) |
| 05/26/2022 | 33<br>(3 pgs; 2 docs) | Order Granting Unopposed Motion to Dismiss Plaintiff's Claims against Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC with Prejudice (RE: 24). Prison Planet TV, LLC; Infowars Health, LLC and Infowars, LLC Terminated from Case. (sr) (Entered: 05/26/2022) |
| 05/28/2022 | 34<br>(6 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 33 Order on Motion to Dismiss Party). Notice Date 05/28/2022. (Admin.) (Entered: 05/29/2022) |

| 05/31/2022 | 35<br>(3 pgs) | Withdrawal *Of Removal* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 1 Notice of Removal Received filed by Plaintiff Erica Lafferty, Plaintiff David Wheeler, Plaintiff Jacqueline Barden, Plaintiff Mark Barden, Plaintiff Nicole Hockley, Plaintiff Ian Hockley, Plaintiff Jennifer Hensel, Plaintiff Jeremy Richman, Plaintiff Donna Soto, Plaintiff Carlee Soto-Parisi, Plaintiff Carlos Soto, Plaintiff Jillian Soto, Plaintiff William Aldenberg) (Atkinson, Cameron) (Entered: 05/31/2022) |
|---|---|---|
| 06/01/2022 | 36 | **ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING**. In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 35), it is hereby **ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18-6046436-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr) (Entered: 06/01/2022) |
| 06/01/2022 | 37<br>(4 pgs; 2 docs) | ECF No. 36 has been generated for BNC Noticing. (gr) (Entered: 06/01/2022) |
| 06/01/2022 | 38 | Adversary Proceeding 5:22-ap-5004 Closed. (gr) (Entered: 06/01/2022) |
| 06/03/2022 | 39<br>(7 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 37 Generate BNC Notice/Form). Notice Date 06/03/2022. (Admin.) (Entered: 06/04/2022) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2022 10:55:53 | | | |
| **PACER Login:** | rchapple | **Client Code:** | Infowars |
| **Description:** | Docket Report | **Search Criteria:** | 22-05004 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

**CLOSED**

**U.S. Bankruptcy Court**
**District of Connecticut (Bridgeport)**
**Adversary Proceeding #: 22-05005**

*Assigned to:* Julie A. Manning                 *Date Filed:* 04/18/22
*Demand:*                                      *Date Terminated:* 06/01/22

*Nature[s] of Suit:*   01 Determination of removed claim or cause

**Plaintiff**
-----------------------

**William Sherlach**                       represented by **Eric S. Goldstein**
                                            Shipman & Goodwin LLP
                                            One Constitution Plaza
                                            Hartford, CT 06103
                                            860-251-5059
                                            Fax : 860-251-5712
                                            Email: egoldstein@goodwin.com

                                            **Christopher Mattei**
                                            Koskoff, Koskoff & Bieder, P.C.
                                            350 Fairfield Avenue
                                            Ste 5th Floor
                                            Bridgeport, CT 06604
                                            203-336-4421
                                            Fax : 203-368-3244
                                            Email: cmattei@koskoff.com

                                            **Jessica Signor**
                                            Shipman & Goodwin LLP
                                            300 Atlantic Street, Third Floor
                                            Stamford, CT 06901
                                            203-324-8138
                                            Fax : 203-324-8199
                                            Email: jsignor@goodwin.com

                                            **Alinor C. Sterling**
                                            Koskoff, Koskoff & Bieder, P.C.
                                            350 Fairfield Ave
                                            5th Floor
                                            Bridgeport, CT 06604
                                            203-336-4421
                                            Email: asterling@koskoff.com

V.

**Defendant**
-----------------------

**Alex Emric Jones**

**Cameron Lee Atkinson**
represented by Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
203-393-3017
Fax : 203-393-9745
Email: catkinson@pattisandsmith.com

*Defendant*
-----------------------
**Infowars, LLC**
*TERMINATED: 05/26/2022*

represented by **Cameron Lee Atkinson**
(See above for address)
*TERMINATED: 05/26/2022*

*Defendant*
-----------------------
**Free Speech Systems, LLC**

represented by **Cameron Lee Atkinson**
(See above for address)

*Defendant*
-----------------------
**Infowars Health, LLC**
*TERMINATED: 05/26/2022*

represented by **Cameron Lee Atkinson**
(See above for address)
*TERMINATED: 05/26/2022*

*Defendant*
-----------------------
**Prison Planet TV, LLC**
*TERMINATED: 05/26/2022*

represented by **Cameron Lee Atkinson**
(See above for address)
*TERMINATED: 05/26/2022*

*Defendant*
-----------------------
**Wolfgang Halbig**

represented by **Wolfgang Halbig**
PRO SE

*Defendant*
-----------------------
**Cory T. Sklanka**

represented by **Cory T. Sklanka**
PRO SE

*Defendant*

-----------------------

**Genesis Communications Network, Inc.**        represented by **Genesis Communications Network, Inc.**
PRO SE


**Defendant**
-----------------------
**Midas Resources, Inc.**        represented by **Midas Resources, Inc.**
PRO SE


**Intervenor**
-----------------------
**James H. Fetzer , PH.D.**
800 Violet Lane
Oregon, WI 53575

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | [1](#)<br>(83 pgs; 5 docs) | Notice of Removal Received Receipt #NotDue Fee Amount $350. Fee Not Due. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Supplement Adversarial Cover Sheet) (Atkinson, Cameron) (Entered: 04/18/2022) |
| 04/21/2022 | [2](#)<br>(2 pgs) | Notice of Appearance Filed by Eric S. Goldstein on behalf of William Sherlach Plaintiff, . (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | [3](#)<br>(2 pgs) | Notice of Appearance Filed by Jessica Signor on behalf of William Sherlach Plaintiff, . (Signor, Jessica) (Entered: 04/21/2022) |
| 04/21/2022 | [4](#)<br>(2 pgs) | Notice of Appearance Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff, . (Sterling, Alinor) (Entered: 04/21/2022) |
| 04/21/2022 | [5](#)<br>(125 pgs; 9 docs) | Motion to Remand . Response(s) due by 05/12/2022. (Attachments: # [1](#) Exhibit Tab 1 # [2](#) Exhibit Tab 2 # [3](#) Exhibit Tab 3 # [4](#) Exhibit Tab 4 # [5](#) Exhibit Tab 5 # [6](#) Exhibit Tab 6 # [7](#) Exhibit Tab 7 # [8](#) Exhibit Tab 8) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | [6](#)<br>(7 pgs; 2 docs) | Motion for Order Shortening Notice Period and Scheduling Expedited Hearing on Plaintiff's Motion for Remand Filed by Eric S. Goldstein on behalf of William Sherlach, Plaintiff . Response(s) due by 05/12/2022. (Attachments: # [1](#) Proposed Order) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | [7](#)<br>(2 pgs) | Amended Certificate of Service Filed by Eric S. Goldstein on behalf of William Sherlach Plaintiff (RE: [2](#) Notice of Appearance filed by Plaintiff William Sherlach) (Goldstein, Eric) (Entered: 04/21/2022) |

| 04/21/2022 | [8](#)<br>(2 pgs) | Amended Certificate of Service Filed by Jessica Signor on behalf of William Sherlach Plaintiff (RE: 3 Notice of Appearance filed by Plaintiff William Sherlach) (Signor, Jessica) (Entered: 04/21/2022) |
|---|---|---|
| 04/29/2022 | [9](#)<br>(5 pgs) | Motion of James H. Fetzer to Intervene, And For Extension of Time to Retain Connecticut Legal Counsel Filed by James H. Fetzer, PH.D., Intervenor . Response(s) due by 5/20/2022. (sds) (Entered: 04/29/2022) |
| 04/29/2022 | [10](#)<br>(2 pgs; 2 docs) | Deficiency Notice regarding Notice of Appearance issued to James H. Fetzer, PH.D. for failure to file a Notice of *Pro Se* /Filer Litigant Appearance pursuant to D. Conn. L. Civ. R. 5(b) and D. Conn. Bankr. L. R. 1001-1(b). (Re:)9 Motion to Intervene filed by Intervenor James H. Fetzer, PH.D., Motion to Extend Time). Notice of Appearance Deficiency Compliance due by 5/6/2022. (sds) (Entered: 04/29/2022) |
| 05/01/2022 | [11](#)<br>(8 pgs; 4 docs) | Motion to Appear Pro Hac Vice by Visiting Attorney, Robert J. Shannon Filed by Sponsoring Attorney, Cameron Lee Atkinson on behalf of Infowars Health, LLC, Infowars, LLC, Prison Planet TV, LLC, Defendants. Receipt (#A10158387 Fee Amount $200. . (Attachments: # 1 Affidavit Affidavit of Robert J. Shannon, Esq. # 2 Exhibit A - Certificate of Good Standing Texas Bar # 3 Exhibit B - Certificate of Good Standing Texas Supreme Court) (Atkinson, Cameron) (Entered: 05/01/2022) |
| 05/01/2022 | [12](#)<br>(3 pgs) | BNC Certificate of Mailing (RE: 10 Deficiency Notice - Notice of Appearance). Notice Date 05/01/2022. (Admin.) (Entered: 05/02/2022) |
| 05/02/2022 | [13](#)<br>(5 pgs) | Notice of Dismissal of Claims against Removing Defendants INFOWARS LLC (aka INFOW, LLC), INFOWARS HEALTH, LLC (aka IWHealth, LLC), PRISON PLANET TV, LLC under Fed. R. Civ. P. 41(a)(1)(A)(i) Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff . (Sterling, Alinor) Modified on 5/4/2022 (sr). (Entered: 05/02/2022) |
| 05/02/2022 | [14](#)<br>(3 pgs) | Notice of Appearance Filed by Christopher Mattei on behalf of William Sherlach Plaintiff, . (Mattei, Christopher) (Entered: 05/02/2022) |
| 05/02/2022 | [15](#)<br>(7 pgs) | Supplemental Document *in Support of Motion for Order* Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff (RE: 6 Motion for Order filed by Plaintiff William Sherlach) (Sterling, Alinor) (Entered: 05/02/2022) |
| 05/03/2022 | [16](#)<br>(3 pgs) | Objection *To Notice of Voluntary Dismissal & Notice of Intention File A More Particular Response* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 13 Dismissal- Notice of (FRCP 41a1Ai) filed by Plaintiff William Sherlach) (Atkinson, Cameron) (Entered: 05/03/2022) |
| 05/09/2022 | [17](#)<br>(4 pgs) | Motion to Withdraw as Attorney Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC, Defendants . Response(s) due by 05/31/2022. (Atkinson, Cameron) (Entered: 05/09/2022) |

| 05/11/2022 | 18<br>(1 pg) | Notice of *Pro Se* Filer/Litigant Appearance Filed by James H. Fetzer, PH.D. Intervenor, . (sds) (Entered: 05/11/2022) |
|---|---|---|
| 05/12/2022 | 19<br>(301 pgs; 11 docs) | Objection *To Notice of Dismissal And Motion For Remand* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 13 Dismissal-Notice of (FRCP 41a1Ai) filed by Plaintiff William Sherlach) (Attachments: # 1 Exhibit 1 - IW Bankruptcy Petition # 2 Exhibit 2 - Infowars Health Bankruptcy Petition # 3 Exhibit 3 - Prison Planet TV Bankruptcy Petition # 4 Exhibit 4 - Trustee Motion # 5 Exhibit 5 - CRO Application # 6 Exhibit 6 - Original Plan Support Agreement # 7 Exhibit 7 - Redline to PSA # 8 Exhibit 8 - Amended PSA # 9 Exhibit 9 - Status Conference Request # 10 Exhibit 10 - Notice of Defenses) (Atkinson, Cameron) (Entered: 05/12/2022) |
| 05/13/2022 | 20<br>(5 pgs) | Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) for Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff . (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/13/2022 | 21<br>(38 pgs; 2 docs) | Motion to Dismiss Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC from case *22-05005 Sherlach v. Jones et al* Filed by Alinor C. Sterling on behalf of William Sherlach, Plaintiff . Response(s) due by 06/3/2022. (Attachments: # 1 Exhibit Mtn. of U.S. Trustee to Dismiss Debtors' Ch. 11 Cases) (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/17/2022 | 22<br>(3 pgs; 2 docs) | Order Scheduling Status Conference (Re:)21 Motion to Dismiss Party filed by Plaintiff William Sherlach.) Status Conference to be held on 5/24/2022 at 02:00 PM at telephonic. (pe) Modified on 5/18/2022 (pe). (Entered: 05/17/2022) |
| 05/17/2022 | 23 | Status Hearing Set (Re:)22 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. (pe) (Entered: 05/17/2022) |
| 05/18/2022 | 24 | Status Hearing Set (Re:)22 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at telephonic. (pe) (Entered: 05/18/2022) |
| 05/19/2022 | 25<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 22 Order Setting Status Conference). Notice Date 05/19/2022. (Admin.) (Entered: 05/20/2022) |
| 05/20/2022 | 26<br>(10 pgs; 3 docs) | Objection *to Petitioner's Motion to Intervene* Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff (RE: 9 Motion to Intervene filed by Intervenor James H. Fetzer, PH.D., Motion to Extend Time) (Attachments: # 1 Exhibit Ex. A - Soto v. Bushmaster DN 375.00 # 2 Exhibit Ex. B - Soto v. Bushmaster DN 375.20) (Sterling, Alinor) (Entered: 05/20/2022) |
| 05/24/2022 | 27 | Status Conference Held. (Re:)21 Motion to Dismiss Party filed by |

| | | |
|---|---|---|
| | | [Plaintiff William Sherlach, 22 Order Setting Status Conference).](#) Proposed order to be submitted regarding dismissal with prejudice due at or before 5:00 p.m. May 26, 2022. Withdrawal of adversary proceeding due at or before 5:00 p.m. May 31, 2022. (rms). (Entered: 05/24/2022) |
| 05/24/2022 | [28](#) (1 pg) | ▶) PDF with attached Audio File. Court Date & Time [ 5/24/2022 2:04:53 PM ]. File Size [ 7738 KB ]. Run Time [ 00:21:30 ]. (Audio Duplicate Docket.). (courtspeak). (Entered: 05/24/2022) |
| 05/25/2022 | [29](#) (5 pgs; 2 docs) | Proposed Order Requested by Judge. Hearing was held on May 24, 2022. Filed by Alinor C. Sterling on behalf of William Sherlach Plaintiff [(RE: 21 Motion to Dismiss Party filed by Plaintiff William Sherlach)](#) (Attachments: # [1](#) Certificate of Service) (Sterling, Alinor) (Entered: 05/25/2022) |
| 05/26/2022 | [30](#) (3 pgs; 2 docs) | Order Granting Unopposed Motion to Dismiss Plaintiff's Claims against Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC with Prejudice [(RE: 21).](#) Prison Planet TV, LLC; Infowars Health, LLC and Infowars, LLC Terminated from Case. (sr) (Entered: 05/26/2022) |
| 05/28/2022 | [31](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. [(RE: 30 Order on Motion to Dismiss Party).](#) Notice Date 05/28/2022. (Admin.) (Entered: 05/29/2022) |
| 05/31/2022 | [32](#) (3 pgs) | Withdrawal *of Removal* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants [(RE: 1 Notice of Removal Received filed by Plaintiff William Sherlach)](#) (Atkinson, Cameron) (Entered: 05/31/2022) |
| 06/01/2022 | 33 | **ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING**. In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 32), it is hereby **ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18-6046437-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr) (Entered: 06/01/2022) |
| 06/01/2022 | [34](#) (3 pgs; 2 docs) | ECF No. 33 has been generated for BNC Noticing. (gr) (Entered: 06/01/2022) |
| 06/01/2022 | 35 | Adversary Proceeding 5:22-ap-5005 Closed. . (gr) (Entered: 06/01/2022) |
| 06/03/2022 | [36](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. [(RE: 34 Generate BNC Notice/Form).](#) Notice Date 06/03/2022. (Admin.) (Entered: 06/04/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2022 10:56:16 | | | |
| **PACER Login:** | rchapple | **Client Code:** | Infowars |
| **Description:** | Docket Report | **Search Criteria:** | 22-05005 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

**CLOSED**

## U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Adversary Proceeding #: 22-05006

*Assigned to:* Julie A. Manning                          *Date Filed:* 04/18/22
*Demand:*                                                *Date Terminated:* 06/01/22

*Nature[s] of Suit:*  01 Determination of removed claim or cause

### Plaintiff
----------------------
**William Sherlach**                          represented by **Eric S. Goldstein**
                                                            Shipman & Goodwin LLP
                                                            One Constitution Plaza
                                                            Hartford, CT 06103
                                                            860-251-5059
                                                            Fax : 860-251-5312
                                                            Email: egoldstein@goodwin.com

                                                            **Christopher Mattei**
                                                            Koskoff, Koskoff & Bieder, P.C.
                                                            350 Fairfield Avenue
                                                            Ste 5th Floor
                                                            Bridgeport, CT 06604
                                                            203-336-4421
                                                            Fax : 203-368-3244
                                                            Email: cmattei@koskoff.com

                                                            **Jessica Signor**
                                                            Shipman & Goodwin LLP
                                                            300 Atlantic Street, Third Floor
                                                            Stamford, CT 06901
                                                            203-324-8138
                                                            Fax : 203-324-8199
                                                            Email: jsignor@goodwin.com

                                                            **Alinor C. Sterling**
                                                            Koskoff, Koskoff & Bieder, P.C.
                                                            350 Fairfield Ave
                                                            5th Floor
                                                            Bridgeport, CT 06604
                                                            203-336-4421
                                                            Email: asterling@koskoff.com

### Plaintiff
----------------------
**Robert Parker**                          represented by **Eric S. Goldstein**
                                                          (See above for address)

**Christopher Mattei**
(See above for address)

**Jessica Signor**
(See above for address)

**Alinor C. Sterling**
(See above for address)


V.

*Defendant*
-----------------------
Alex Emric Jones                              represented by **Cameron Lee Atkinson**
                                                             Pattis & Smith, LLC
                                                             383 Orange Street
                                                             New Haven, CT 06511
                                                             203-393-3017
                                                             Fax : 203-393-9745
                                                             Email: catkinson@pattisandsmith.com


*Defendant*
-----------------------
**Infowars, LLC**                             represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                     (See above for address)
                                                             *TERMINATED: 05/26/2022*


*Defendant*
-----------------------
**Free Speech Systems, LLC**                  represented by **Cameron Lee Atkinson**
                                                             (See above for address)


*Defendant*
-----------------------
**Infowars Health, LLC**                      represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                     (See above for address)
                                                             *TERMINATED: 05/26/2022*


*Defendant*
-----------------------
**Prison Planet TV, LLC**                     represented by **Cameron Lee Atkinson**
*TERMINATED: 05/26/2022*                                     (See above for address)
                                                             *TERMINATED: 05/26/2022*


*Defendant*
-----------------------

**Wolfgang Halbig**                                **Wolfgang Halbig**
                                                   represented by PRO SE



**Defendant**
----------------------
**Cory T. Sklanka**                    represented by **Cory T. Sklanka**
                                                      PRO SE



**Defendant**
----------------------
**Genesis Communications Network, Inc.**   represented by **Genesis Communications Network, Inc.**
                                                          PRO SE



**Defendant**
----------------------
**Midas Resources, Inc.**              represented by **Midas Resources, Inc.**
                                                      PRO SE



*Intervenor*
----------------------
**James H. Fetzer , PH.D.**
800 Violet Lane
Oregon, WI 53575

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | [1](#)<br>(93 pgs; 5 docs) | Notice of Removal Received Receipt #NotDue Fee Amount $350. Fee Not Due. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Supplement Adversarial Cover Sheet) (Atkinson, Cameron) (Entered: 04/18/2022) |
| 04/21/2022 | [2](#)<br>(2 pgs) | Notice of Appearance Filed by Eric S. Goldstein on behalf of Robert Parker, William Sherlach Plaintiffs, . (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | [3](#)<br>(2 pgs) | Notice of Appearance Filed by Jessica Signor on behalf of Robert Parker, William Sherlach Plaintiffs, . (Signor, Jessica) (Entered: 04/21/2022) |
| 04/21/2022 | [4](#) | Notice of Appearance Filed by Alinor C. Sterling on behalf of Robert |

| | | |
|---|---|---|
| | (2 pgs) | Parker, William Sherlach Plaintiffs, . (Sterling, Alinor) (Entered: 04/21/2022) |
| 04/21/2022 | 5<br>(125 pgs; 9 docs) | Motion to Remand . Response(s) due by 05/12/2022. (Attachments: # 1 Exhibit Tab 1 # 2 Exhibit Tab 2 # 3 Exhibit Tab 3 # 4 Exhibit Tab 4 # 5 Exhibit Tab 5 # 6 Exhibit Tab 6 # 7 Exhibit Tab 7 # 8 Exhibit Tab 8) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 6<br>(7 pgs; 2 docs) | Motion for Order Shortening Notice Period and Scheduling Expedited Hearing on Plaintiffs' Motion for Remand Filed by Eric S. Goldstein on behalf of Robert Parker, William Sherlach, Plaintiffs . Response(s) due by 05/12/2022. (Attachments: # 1 Proposed Order) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 7<br>(2 pgs) | Amended Certificate of Service Filed by Eric S. Goldstein on behalf of Robert Parker, William Sherlach Plaintiffs (RE: 2 Notice of Appearance filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Goldstein, Eric) (Entered: 04/21/2022) |
| 04/21/2022 | 8<br>(2 pgs) | Amended Certificate of Service Filed by Jessica Signor on behalf of Robert Parker, William Sherlach Plaintiffs (RE: 3 Notice of Appearance filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Signor, Jessica) (Entered: 04/21/2022) |
| 04/29/2022 | 9<br>(1 pg) | Notice of *Pro Se* Filer/Litigant Appearance Filed by James H. Fetzer, PH.D. Intervenor, . (sds) (Entered: 04/29/2022) |
| 04/29/2022 | 10<br>(5 pgs) | Motion Of James H. Fetzer, PH.D. to Intervene Filed by James H. Fetzer, PH.D., Intervenor, And For Extension Of Time To Retain Connecticut Legal Counsel Filed by James H. Fetzer, PH.D., Intervenor. (sds) (Entered: 04/29/2022) |
| 05/01/2022 | 11<br>(8 pgs; 4 docs) | Motion to Appear Pro Hac Vice by Visiting Attorney, Robert J. Shannon Filed by Sponsoring Attorney, Cameron Lee Atkinson on behalf of Infowars Health, LLC, Infowars, LLC, Prison Planet TV, LLC, Defendants. Receipt #A10158388 Fee Amount $200. . (Attachments: # 1 Affidavit Affidavit of Robert J. Shannon, Esq. # 2 Exhibit A - Certificate of Good Standing Texas Bar # 3 Exhibit B - Certificate of Good Standing Texas Supreme Court) (Atkinson, Cameron) (Entered: 05/01/2022) |
| 05/02/2022 | 12<br>(5 pgs) | Notice of Dismissal of Claims against Removing Defendants INFOWARS LLC (aka INFOW, LLC,), INFOWARS HEALTH, LLC (aka IWHealth, LLC), PRISON PLANET TV, LLC under Fed. R. Civ. P. 41(a)(1)(A)(i) Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach Plaintiffs . (Sterling, Alinor) Modified on 5/4/2022 (sr). (Entered: 05/02/2022) |
| 05/02/2022 | 13<br>(3 pgs) | Notice of Appearance Filed by Christopher Mattei on behalf of Robert Parker, William Sherlach Plaintiffs, . (Mattei, Christopher) (Entered: 05/02/2022) |
| 05/02/2022 | 14<br>(7 pgs) | Supplemental Document *In Support of Motion for Order* Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach Plaintiffs (RE: |

| | | |
|---|---|---|
| | | 6 Motion for Order filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Sterling, Alinor) (Entered: 05/02/2022) |
| 05/03/2022 | 15<br>(3 pgs) | Objection *To Notice of Voluntary Dismissal & Notice of Intention To File A More Particular Response* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 12 Dismissal-Notice of (FRCP 41a1Ai) filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Atkinson, Cameron) (Entered: 05/03/2022) |
| 05/09/2022 | 16<br>(4 pgs) | Motion to Withdraw as Attorney Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC, Defendants . Response(s) due by 05/31/2022. (Atkinson, Cameron) (Entered: 05/09/2022) |
| 05/12/2022 | 17<br>(301 pgs; 11 docs) | Objection *To Notice of Dismissal and Motion For Remand* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 12 Dismissal-Notice of (FRCP 41a1Ai) filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Attachments: # 1 Exhibit 1 - Infowars Bankruptcy Petition # 2 Exhibit 2 - Infowars Health Bankruptcy Petition # 3 Exhibit 3 - Prison Planet TV Bankruptcy Petition # 4 Exhibit 4 - Trustee Motion # 5 Exhibit 5 - CRO Application # 6 Exhibit 6 - Original Plan Support Agreement # 7 Exhibit 7 - Redline to PSA # 8 Exhibit 8 - Amended PSA # 9 Exhibit 9 - Status Conference Request # 10 Exhibit 10 - Notice of Defenses) (Atkinson, Cameron) (Entered: 05/12/2022) |
| 05/13/2022 | 18<br>(5 pgs) | Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) for Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach Plaintiffs . (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/13/2022 | 19<br>(38 pgs; 2 docs) | Motion to Dismiss Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC from case *22-05006 Sherlach et al v. Jones et al* Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach, Plaintiffs . Response(s) due by 06/3/2022. (Attachments: # 1 Exhibit Mtn. of U.S. Trustee to Dismiss Debtors' Ch. 11 Cases) (Sterling, Alinor) (Entered: 05/13/2022) |
| 05/17/2022 | 20<br>(3 pgs; 2 docs) | Order Scheduling Status Conference (Re:)19 Motion to Dismiss Party filed by Plaintiff William Sherlach, Plaintiff Robert Parker.) Status Conference to be held on 5/24/2022 at 02:00 PM at telephonic. (pe) Modified on 5/18/2022 (pe). (Entered: 05/17/2022) |
| 05/17/2022 | 21 | Status Hearing Set (Re:)20 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. (pe) (Entered: 05/17/2022) |
| 05/18/2022 | 22 | Status Hearing Set (Re:)20 Order Setting Status Conference). Hearing to be held on 5/24/2022 at 02:00 PM at telephonic. (pe) (Entered: |

| | | 05/18/2022 |
|---|---|---|
| 05/19/2022 | 23<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 20 Order Setting Status Conference). Notice Date 05/19/2022. (Admin.) (Entered: 05/20/2022) |
| 05/20/2022 | 24<br>(10 pgs; 3 docs) | Objection *to Petitioner's Motion to Intervene* Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach Plaintiffs (RE: 10 Motion to Intervene filed by Intervenor James H. Fetzer, PH.D., Motion to Extend Time) (Attachments: # 1 Exhibit Ex. A - Soto v. Bushmaster DN 375.00 # 2 Exhibit Ex. B - Soto v. Bushmaster DN 375.20) (Sterling, Alinor) (Entered: 05/20/2022) |
| 05/24/2022 | 25 | Status Conference Held. (Re:)19 Motion to Dismiss Party filed by Plaintiff William Sherlach, Plaintiff Robert Parker, 20 Order Setting Status Conference). Proposed order to be submitted regarding dismissal with prejudice due at or before 5:00 p.m. May 26, 2022. Withdrawal of adversary proceeding due at or before 5:00 p.m. May 31, 2022. (rms) Modified on 5/26/2022 (rms). (Entered: 05/24/2022) |
| 05/24/2022 | 26<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 5/24/2022 2:04:53 PM ]. File Size [ 7738 KB ]. Run Time [ 00:21:30 ]. (Audio Duplicate Docket.). (courtspeak). (Entered: 05/24/2022) |
| 05/25/2022 | 27<br>(5 pgs; 2 docs) | Proposed Order Requested by Judge. Hearing was held on May 24, 2022. Filed by Alinor C. Sterling on behalf of Robert Parker, William Sherlach Plaintiffs (RE: 19 Motion to Dismiss Party filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Attachments: # 1 Certificate of Service) (Sterling, Alinor) (Entered: 05/25/2022) |
| 05/26/2022 | 28<br>(3 pgs; 2 docs) | Order Granting Unopposed Motion to Dismiss Plaintiff's Claims against Removing Defendants Infowars LLC (aka Infow, LLC), Infowars Health, LLC (aka) IWHealth, LLC) and Prison Planet TV, LLC with Prejudice (RE: 19). Prison Planet TV, LLC; Infowars Health, LLC and Infowars, LLC Terminated from Case.. (sr) (Entered: 05/26/2022) |
| 05/28/2022 | 29<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 28 Order on Motion to Dismiss Party). Notice Date 05/28/2022. (Admin.) (Entered: 05/29/2022) |
| 05/31/2022 | 30<br>(3 pgs) | Withdrawal *of Removal* Filed by Cameron Lee Atkinson on behalf of Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC Defendants (RE: 1 Notice of Removal Received filed by Plaintiff William Sherlach, Plaintiff Robert Parker) (Atkinson, Cameron) (Entered: 05/31/2022) |
| 06/01/2022 | 31 | **ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING**. In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 30), it is hereby<br>**ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18- |

| | | 6046438-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr) (Entered: 06/01/2022) |
|---|---|---|
| 06/01/2022 | 32<br>(3 pgs; 2 docs) | ECF No. 31 has been Generated for BNC Noticing. (gr) (Entered: 06/01/2022) |
| 06/01/2022 | 33 | Adversary Proceeding 5:22-ap-5006 Closed. . (gr) (Entered: 06/01/2022) |
| 06/03/2022 | 34<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: 32 Generate BNC Notice/Form). Notice Date 06/03/2022. (Admin.) (Entered: 06/04/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2022 10:56:39 | | | |
| **PACER Login:** | rchapple | **Client Code:** | Infowars |
| **Description:** | Docket Report | **Search Criteria:** | 22-05006 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |