IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT C

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

```
MIME-Version:1.0
From:CTBECF_Courtmail@ctb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: asterling@koskoff.com, bankruptcy@goodwin.com, bankruptcyparalegal@goodwin.com, catkinson@pattisandsmith.com, cmattei@koskoff.com, egoldstein@goodwin.c
Do not notice for BK case:

Message-Id:<14764757@ctb.uscourts.gov>
Subject:22-05004 Order
```

Content-Type: text/html

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office gr entered on 6/1/2022 at 3:03 PM EDT and filed on 6/1/2022
**Case Name:** Lafferty et al v. Jones et al
**Case Number:** [22-05004](#)
**Document Number:** 36

**Docket Text:**
**ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING**. In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 35), it is hereby
**ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18-6046436-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr)

The following document(s) are associated with this transaction:

**22-05004 Notice will be electronically mailed to:**

Cameron Lee Atkinson on behalf of Defendant Free Speech Systems, LLC
catkinson@pattisandsmith.com

Cameron Lee Atkinson on behalf of Defendant Alex Emric Jones
catkinson@pattisandsmith.com

Eric S. Goldstein on behalf of Plaintiff Carlee Soto-Parisi
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Carlos Soto
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff David Wheeler
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Donna Soto
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Erica Lafferty
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Francine M. Wheeler
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Ian Hockley
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Jacqueline Barden
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Jennifer Hensel
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Jillian Soto
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Mark Barden
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff Nicole Hockley
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff William Aldenberg

6/1/22, 3:04 PM                                                                 CM/ECF - U.S. District Court:txsb

Case 22-05022 Document 3 Filed 06/01/22 Entered 06/01/22 15:04:43 Page 3 of 11
Case 22-60043 Document 46 Filed in TXSB on 06/02/22 Page 2 of 3

egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Christopher Mattei on behalf of Plaintiff Carlee Soto-Parisi
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Carlos Soto
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff David Wheeler
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Donna Soto
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Erica Lafferty
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Francine M. Wheeler
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Ian Hockley
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Jacqueline Barden
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Jennifer Hensel
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Jillian Soto
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Mark Barden
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Nicole Hockley
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff Richard M. Coan
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff William Aldenberg
cmattei@koskoff.com

Jessica Signor on behalf of Plaintiff Carlee Soto-Parisi
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Carlos Soto
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff David Wheeler
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Donna Soto
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Erica Lafferty
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Francine M. Wheeler
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Ian Hockley
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Jacqueline Barden
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Jennifer Hensel
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Jillian Soto
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Mark Barden
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff Nicole Hockley
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff William Aldenberg

jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Alinor C. Sterling on behalf of Plaintiff Carlee Soto-Parisi
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Carlos Soto
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff David Wheeler
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Donna Soto
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Erica Lafferty
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Francine M. Wheeler
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Ian Hockley
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Jacqueline Barden
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Jennifer Hensel
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Jillian Soto
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Mark Barden
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Nicole Hockley
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff Richard M. Coan
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff William Aldenberg
asterling@koskoff.com

**22-05004 Notice will not be electronically mailed to:**

James H. Fetzer , PH.D.
800 Violet Lane
Oregon, WI 53575

Genesis Communications Network, Inc.
,

Wolfgang Halbig
,

Midas Resources, Inc.
,

Norman A. Pattis on behalf of Defendant Free Speech Systems, LLC
Pattis & Smith, LLC
383 Orange Street
1st Floor
New Haven, CT 06511

Norman A. Pattis on behalf of Defendant Alex Emric Jones
Pattis & Smith, LLC
383 Orange Street
1st Floor
New Haven, CT 06511

Jeremy Richman
,

Cory T. Sklanka
,

# Notice Recipients

District/Off: 0205–5  User: admin  Date Created: 6/1/2022
Case: 22–05004  Form ID: pdfdoc2  Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
inv     James H. Fetzer , PH.D.     800 Violet Lane     Oregon, WI 53575
ust     U. S. Trustee     Office of the U.S. Trustee     Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510
ust     U. S. Trustee Region 1     Office of The United States Trustee     446 Main Street, 14th Floor     Worcester, MA 01608

TOTAL: 3

# File an Order :

[22-05005 Sherlach v. Jones et al](#)

Type: ap  Office: 5 (Bridgeport)  Judge: jam

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office gr entered on 6/1/2022 at 3:11 PM EDT and filed on 6/1/2022

**Case Name:** Sherlach v. Jones et al
**Case Number:** [22-05005](#)
**Document Number:** 33

**Docket Text:**
**ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING.** In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 32), it is hereby
**ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18-6046437-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr)

The following document(s) are associated with this transaction:

**22-05005 Notice will be electronically mailed to:**

Cameron Lee Atkinson on behalf of Defendant Free Speech Systems, LLC
catkinson@pattisandsmith.com

Cameron Lee Atkinson on behalf of Defendant Alex Emric Jones
catkinson@pattisandsmith.com

Eric S. Goldstein on behalf of Plaintiff William Sherlach
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Christopher Mattei on behalf of Plaintiff William Sherlach
cmattei@koskoff.com

Jessica Signor on behalf of Plaintiff William Sherlach
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Alinor C. Sterling on behalf of Plaintiff William Sherlach
asterling@koskoff.com

**22-05005 Notice will not be electronically mailed to:**

James H. Fetzer , PH.D.
800 Violet Lane
Oregon, WI 53575

Genesis Communications Network, Inc.

,

Wolfgang Halbig

,

Midas Resources, Inc.

,

Cory T. Sklanka

,

# Notice Recipients

District/Off: 0205–5           User: admin              Date Created: 6/1/2022
Case: 22–05005                Form ID: pdfdoc2          Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
inv         James H. Fetzer , PH.D.        800 Violet Lane         Oregon, WI 53575
ust         U. S. Trustee       Office of the U.S. Trustee        Giaimo Federal Building        150 Court Street, Room 302         New Haven, CT 06510
ust         U. S. Trustee Region 1         Office of The United States Trustee        446 Main Street, 14th Floor         Worcester, MA 01608

TOTAL: 3

**File an Order :**

22-05006 Sherlach et al v. Jones et al

Type: ap          Chapter: v          Office: 5 (Bridgeport)
Judge: jam

# U.S. Bankruptcy Court

# District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office gr entered on 6/1/2022 at 3:14 PM EDT and filed on 6/1/2022

**Case Name:**           Sherlach et al v. Jones et al
**Case Number:**         22-05006
**Document Number:** 31

Docket Text:
**ORDER REMANDING CASE TO SUPERIOR COURT AND CLOSING ADVERSARY PROCEEDING.** In light of the Withdrawal of Removal filed in this adversary proceeding by Cameron Lee Atkinson on behalf of the Defendants Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC (ECF No. 30), it is hereby
**ORDERED:** The removed case is remanded to the Superior Court, Judicial District of Fairfield at Bridgeport, Case No. X06-UWY-CV-18-6046438-S, and the Clerk is directed to close this adversary proceeding. Signed by Judge Julie A. Manning on June 1, 2022. (gr)

The following document(s) are associated with this transaction:

**22-05006 Notice will be electronically mailed to:**

Cameron Lee Atkinson on behalf of Defendant Free Speech Systems, LLC
catkinson@pattisandsmith.com

Cameron Lee Atkinson on behalf of Defendant Alex Emric Jones
catkinson@pattisandsmith.com

Eric S. Goldstein on behalf of Plaintiff Robert Parker
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric S. Goldstein on behalf of Plaintiff William Sherlach
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Christopher Mattei on behalf of Plaintiff Robert Parker
cmattei@koskoff.com

Christopher Mattei on behalf of Plaintiff William Sherlach
cmattei@koskoff.com

Jessica Signor on behalf of Plaintiff Robert Parker
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Plaintiff William Sherlach

jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Alinor C. Sterling on behalf of Plaintiff Robert Parker
asterling@koskoff.com

Alinor C. Sterling on behalf of Plaintiff William Sherlach
asterling@koskoff.com

**22-05006 Notice will not be electronically mailed to:**

James H. Fetzer , PH.D.
800 Violet Lane
Oregon, WI 53575

Genesis Communications Network, Inc.
,

Wolfgang Halbig
,

Midas Resources, Inc.
,

Cory T. Sklanka
,

# Notice Recipients

District/Off: 0205–5     User: admin     Date Created: 6/1/2022
Case: 22–05006     Form ID: pdfdoc2     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
inv     James H. Fetzer , PH.D.     800 Violet Lane     Oregon, WI 53575
ust     U. S. Trustee     Office of the U.S. Trustee     Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510
ust     U. S. Trustee Region 1     Office of The United States Trustee     446 Main Street, 14th Floor     Worcester, MA 01608

TOTAL: 3