IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

## CONNECTICUT PLAINTIFFS' RESPONSE TO STIPULATION AND AGREED ORDER DISMISSING DEBTORS' CHAPTER 11 CASES
### [Related to ECF 110 and 114]

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, Connecticut Plaintiffs) file this response to the *Stipulation and Agreed Order Dismissing Debtors' Chapter 11 Cases* [Dkt. No. 110] filed by Debtors, Melissa Haselden as the duly appointed Subchapter V Trustee, and the United States Trustee on June 1, 2022, and entered by the Court on June 10, 2022, as Docket No. 114 (the Stipulation), and state as follows:

The Stipulation states "WHEREAS the Texas and Connecticut Plaintiffs have dismissed the Debtors with prejudice from the state court litigation and stipulated that they are no longer creditors and claim holders against the Debtors." The Connecticut Plaintiffs file this response to make it clear that they have never entered into any stipulation or agreement with Debtors.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

As explained more fully in the Notice of Filing filed with this Court on May 19, 2022 [Dkt. 98], the Connecticut Plaintiffs filed, on May 13, 2022, in Adv. Pro. No. 22-05004 (JAM) in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division (the Connecticut Adversary Proceeding), the *Notice of Dismissal with Prejudice of Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC* [Dkt. 23] (the Notice of Dismissal with Prejudice) and the *Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC with Prejudice* [Dkt. 24] (the Unopposed Motion).

As explained more fully in the Notice of Filing filed contemporaneously with this Response [Dkt. 115], the Defendants in the Connecticut Adversary Proceedings filed a *Withdrawal of Removal* [Dkt. 35 in 22-05004; Dkt. 32 in 22-05005, and Dkt. 30 in 22-05006] on May 31, 2022 (the Withdrawals of Removal) in each of the Connecticut Adversary Proceedings.  The Withdrawals of Removal withdraw Defendants' removal of the action to the bankruptcy court and the Connecticut Adversary Proceedings.  No other Defendants filed notices of removal in the Connecticut Adversary Proceedings. Further, the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division entered an *Order Remanding Case to Superior Court and Closing Adversary Proceeding* [Dkt. 37 in 22-05004; Dkt. 34 in 22-05005, and Dkt. 32 in 22-05006] on June 1, 2022 (the Remand Orders) in each of the Connecticut Adversary Proceedings. The Remand Orders remand the Connecticut Adversary Proceedings to the Superior Court, Judicial District of Fairfield at Bridgeport, and close the Connecticut Adversary Proceedings.

Respectfully submitted this 10th day of June 2022.

        */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 10th day of June 2022.

        */s/ Ryan E. Chapple*
Ryan E. Chapple