UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   INFOW, LLC *et al.* | § | CASE NO. 22-60020 |
| | § | |
| DEBTORS.[1] | § | CHAPTER 11 (Subchapter V) |
| | § |   Jointly Administered |
| | § | |

**NOTICE OF RECEIPT OF FUNDS**
[Related to Doc. Nos. 114]

PLEASE TAKE NOTICE that the undersigned Subchapter V Trustee has received the $25,000 advance required by the Stipulation and Agreed Order Dismissing Debtors' Chapter 11 Cases ("Order") [Docket No. 114]. These funds are currently held in Subchapter V Trustee's IOLTA account in accordance with the Order.

DATED:  June 17, 2022

    Respectfully submitted,

    **HASELDEN FARROW PLLC**

    By:  */s/ Melissa A. Haselden*
    MELISSA A. HASELDEN
    State Bar No. 00794778
    700 Milam, Suite 1300
    Pennzoil Place
    Houston, Texas 77002
    Telephone: (832) 819-1149
    Facsimile: (866) 405-6038
    Email: mhaselden@haseldenfarrow.com
    *Subchapter V Trustee*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 17, 2022, I sent a true and correct copy of the above and foregoing *Notice of Receipt of Funds* via the Court's ECF notification system to the parties listed below:

Raymond William Battaglia on behalf of Interested Party Ray W. Battaglia
rbattaglialaw@outlook.com, rwbresolve@gmail.com

Jon Maxwell Beatty on behalf of Creditor Neil Heslin, et al.
max@beattypc.com, 1652348420@filings.docketbird.com,7671921420@filings.docketbird.com

Ryan E Chapple on behalf of Creditor David Wheeler, et al.
rchapple@cstrial.com, aprentice@cstrial.com

Melissa A Haselden
mhaselden@haseldenfarrow.com, haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Shelby A Jordan on behalf of Interested Party Shelby A Jordan
cmadden@jhwclaw.com

Kyung Shik Lee on behalf of Attorney Kyung Shik Lee
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor IWHealth, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor InfoW, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor Prison Planet TV, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Avi Moshenberg on behalf of Creditor Neil Heslin, et al.
avi.moshenberg@mhllp.com, ana.sanchez@mhllp.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Michael P Ridulfo on behalf of Other Prof. W. Marc Schwartz
mridulfo@krcl.com, rcoles@krcl.com

Charles Michael Rubio on behalf of Attorney Parkins & Rubio LLP
crubio@parkinslee.com,

7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor IWHealth, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor InfoW, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor Prison Planet TV, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

R. J. Shannon on behalf of Debtor IWHealth, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor InfoW, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor Prison Planet TV, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Clifford Hugh Walston on behalf of Creditor Neil Heslin, et al.
cliff@wbctrial.com, rose@wbctrial.com;brittany@wbctrial.com

Randy W Williams on behalf of Creditor David Wheeler, et al.
rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

                                        */s/ Melissa A. Haselden*
                                        MELISSA A. HASELDEN