

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11793**

Invoice Date: 05/06/22
Terms: Ct Approval Required
Services Through: 04/30/22

Description   2244 - Trustee for InfoW LLC Matter 110 - Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 04/18/22 | MAH | Review various first day motions (.30- statement of corp ownership); (.30- motion for joint administration of cases); (.40- motion to for order authorizing appointment of Russell Nelms and Rich Schmidt as trustees). | 1.00 | 450.00 | $450.00 |
| 04/18/22 | MAH | Review notice of meeting of creditors and relevant Debtorlines. | 0.10 | 450.00 | $45.00 |
| 04/19/22 | MAH | Research public information records for information pertaining to Debtors. | 1.00 | 450.00 | $450.00 |
| 04/20/22 | MAH | Phone conference with counsel for litigation plaintiffs regarding issues relative to case status. | 0.40 | 450.00 | $180.00 |
| 04/21/22 | MAH | Review various hearing exhibits filed by Debtor. | 0.40 | 450.00 | $180.00 |
| 04/21/22 | MAH | Review objection filed by US Trustee to emergecy motion to appoint trustees of trust. | 0.30 | 450.00 | $135.00 |
| 04/21/22 | MAH | Review hearing exhibits filed by US Trustee's office. | 0.30 | 450.00 | $135.00 |
| 04/21/22 | MAH | Review emergency motion to continue hearing on Docket #6 filed by Connecticut plantiffs/ | 0.40 | 450.00 | $180.00 |
| 04/21/22 | MAH | Review hearing exhibits filed by Connecticut Plaintiffs. | 0.30 | 450.00 | $135.00 |
| 04/21/22 | MAH | Review objection to Docket #6 filed by Texas Plaintiffs. | 0.20 | 450.00 | $90.00 |
| 04/21/22 | MAH | Review hearing exhibits filed by Texas Plaintiffs. | 0.30 | 450.00 | $135.00 |
| 04/21/22 | MAH | In depth review of plan support agreement and trust agreement. | 1.00 | 450.00 | $450.00 |
| 04/22/22 | MAH | Attend hearing on motion to appoint CRO and motion to authorize appintment of litigation trustees. | 2.00 | 450.00 | $900.00 |
| 04/22/22 | MAH | Prepare for hearing on various motions. | 1.00 | 450.00 | $450.00 |
| 04/22/22 | MAH | Various phone calls with media representatives regarding case status. | 0.50 | 450.00 | $225.00 |
| 04/25/22 | MAH | Review brief in support of Chapter 11 cases filed by Debtor. | 0.40 | 450.00 | $180.00 |
| 04/25/22 | MAH | Review cases regarding qualification of Debtor to be in SUbchapter V case and additional research regarding the same. | 1.00 | 450.00 | $450.00 |
| 04/26/22 | MAH | Review motion to dismiss cases and objection to Subchapter V designation filed by Connecticut plaintiffs. | 0.40 | 450.00 | $180.00 |
| 04/27/22 | MAH | Review hearing exhibits filed by Texas plaintiffs. | 0.30 | 450.00 | $135.00 |
| 04/27/22 | MAH | Review objection filed by Debtor to emergency motion to dismiss cases. | 0.40 | 450.00 | $180.00 |
| 04/29/22 | MAH | Review amended trust and plan support agreement. | 0.40 | 450.00 | $180.00 |
| 04/29/22 | MAH | Review motion to dismiss cases filed by office of US Trustee. | 0.20 | 450.00 | $90.00 |

**EXHIBIT A**

Page: 1 of 2

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/22 | MAH | Review hearing agenda. | 0.10 | 450.00 | $45.00 |
| 04/29/22 | MAH | Attend hearing on various motions. | 1.00 | 450.00 | $450.00 |
| 04/29/22 | MAH | Email exchange with counsel for US Trustee regarding issues relative to pending motions. | 0.20 | 450.00 | $90.00 |
| 04/29/22 | MAH | Prepare for hearing on various motions | 0.50 | 450.00 | $225.00 |

|  |  |
|---|---|
| Total Hours: | 14.10 |
| Total Labor: | $6,345.00 |
| **Total Invoice Amount:** | **$6,345.00** |
| **Total Amount Due:** | **$6,345.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 14.10 | @ 450.000 | 6,345.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11794**

Invoice Date: 05/06/22
Terms: Ct Approval Required
Services Through: 04/30/22

Description   2244 - Trustee for InfoW LLCMatter 160 - Employment of Professionals

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/22 | MAH | Review application to employ Schwartz Associates as CRO. | 0.30 | 450.00 | $135.00 |

|  |  |
|---|---|
| Total Hours: | 0.30 |
| Total Labor: | $135.00 |
| **Total Invoice Amount:** | **$135.00** |
| **Total Amount Due:** | **$135.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 0.30 | @ 450.000 | 135.00 |

Page: 1 of 1

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11795**

Invoice Date: 05/06/22
Terms: Ct Approval Required
Services Through: 04/30/22

Description  2244 - Trustee for InfoW LLC Matter 310 - Claims and Claim Objections

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/22 | MAH | Review motion for entry of order setting bar date for filing claims. | 0.20 | 450.00 | $90.00 |

| | |
|---|---|
| Total Hours: | 0.20 |
| Total Labor: | $90.00 |
| **Total Invoice Amount:** | **$90.00** |
| **Total Amount Due:** | **$90.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 0.20 | @ 450.000 | 90.00 |

Page: 1 of 1

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11796**

Invoice Date: 06/06/22
Terms: Ct Approval Required
Services Through: 05/31/22

Description   2244 - Trustee for InfoW LLC Matter 110- Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/22 | MAH | Review schedules filed by InfoW, LLC. | 0.30 | 450.00 | $135.00 |
| 05/02/22 | MAH | Review schedules filed by IWHeaklth, LLC | 0.30 | 450.00 | $135.00 |
| 05/02/22 | MAH | Review schedules filed by Prison Planet TV, LLC. | 0.30 | 450.00 | $135.00 |
| 05/02/22 | MAH | Review emergency motion to extend deadline to file statement of financial affairs. | 0.20 | 450.00 | $90.00 |
| 05/02/22 | MAH | Review information relative to removal of litigation cases. | 1.00 | 450.00 | $450.00 |
| 05/06/22 | MAH | Review requests for hearing filed by litigation plaintiffs. | 0.20 | 450.00 | $90.00 |
| 05/09/22 | MAH | Review statement of financial affaris filed by InfoW, LLC | 0.30 | 450.00 | $135.00 |
| 05/09/22 | MAH | Review statement of financial affairs filed by Prison Planet TV, LLC. | 0.30 | 450.00 | $135.00 |
| 05/09/22 | MAH | Review statement of financial affairs filed by IWHealth, LLC. | 0.30 | 450.00 | $135.00 |
| 05/12/22 | MAH | Prepare for and attend zoom conference with Debtor's counsel regarding case status. | 0.40 | 450.00 | $180.00 |
| 05/12/22 | MAH | Review hearing exhibits filed by Debtors. | 0.40 | 450.00 | $180.00 |
| 05/12/22 | MAH | Email exchange with Debtor's counsel regarding stiplated dismissals and review related documents. | 0.40 | 450.00 | $180.00 |
| 05/13/22 | MAH | Attend status conference. | 0.50 | 450.00 | $225.00 |
| 05/13/22 | MAH | Email exchange with counsel for Debtor regarding fees. | 0.20 | 450.00 | $90.00 |
| 05/13/22 | MAH | Prepare for status conference. | 0.40 | 450.00 | $180.00 |
| 05/18/22 | MAH | Review emergency motion to continue hearings on motions to dismiss cases. | 0.30 | 450.00 | $135.00 |
| 05/18/22 | MAH | Review email with counsel for Debtors and counsel for US Trustee regarding discovery issues relative to motion to dismiss cases. | 0.40 | 450.00 | $180.00 |
| 05/18/22 | MAH | Review stipulation between Texas plaintiffs and Debtors regarding dismissal of claims. | 0.30 | 450.00 | $135.00 |
| 05/19/22 | MAH | Prepare for and attend status conference. | 0.60 | 450.00 | $270.00 |
| 05/19/22 | MAH | Email exchange with counsel for US Trustee and Debtor's counel regarding discovery issues. | 0.30 | 450.00 | $135.00 |
| 05/20/22 | MAH | Attend initial debtor interview. | 1.00 | 450.00 | $450.00 |
| 05/20/22 | MAH | Review initial debtor packets from Debtor's counsel. | 0.50 | 450.00 | $225.00 |
| 05/20/22 | MAH | Email exchange with counsel for US Trustee and Debtor's counsel regarding discovery issues. | 0.30 | 450.00 | $135.00 |
| 05/20/22 | MAH | Follow-up email with counsel for Debtors and counsel for US Trustee regarding deposition dates. | 0.30 | 450.00 | $135.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/22 | MAH | Prepare for initial debtor conference with Debtors. | 0.40 | 450.00 | $180.00 |
| 05/25/22 | MAH | Email exchange with counsel for Debtors and US Trustee regarding status update. | 0.20 | 450.00 | $90.00 |
| 05/26/22 | MAH | Review and revise proposed stiulation of dismissal and email exchange with counsel for US Trustee's office regarding the same. | 0.50 | 450.00 | $225.00 |
| 05/26/22 | MAH | Attend initial meeting of creditors. | 0.20 | 450.00 | $90.00 |
| 05/27/22 | MAH | Email exchange with counsel for US Trustee and counsel for Debtor regarding dismissal stipulation. | 0.30 | 450.00 | $135.00 |
| 05/31/22 | MAH | Review revised stipulation of dismissal from counsel for Debtors and email exchange regarding the same. | 0.50 | 450.00 | $225.00 |

|  |  |
|---|---|
| Total Hours: | 11.60 |
| Total Labor: | $5,220.00 |
| **Total Invoice Amount:** | **$5,220.00** |
| **Total Amount Due:** | **$5,220.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 11.60 | @ 450.000 | 5,220.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:
**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11797**

Invoice Date: 06/20/22
Terms: Ct Approval Required
Services Through: 05/31/22

Description   2244 - Trustee for InfoW LLC   Matter 160 - Employment of Professionals

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/22 | MAH | Review application to employ Parkins, Lee & Rubio as counsel to Debtor. | 0.20 | 450.00 | $90.00 |
| 05/19/22 | MAH | Review application to employ Kyung Lee as counsel to Debtor. | 0.20 | 450.00 | $90.00 |

|  |  |
|---|---|
| Total Hours: | 0.40 |
| Total Labor: | $180.00 |
| **Total Invoice Amount:** | **$180.00** |
| **Total Amount Due:** | **$180.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 0.40 | @ 450.000 | 180.00 |

Page: 1 of 1

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Kyung Lee**
c/o Kyung S. Lee
700 Milam, Suite 1300
Houston, TX 77002
Email: klee@parkinslee.com

**Invoice # 11798**

Invoice Date: 06/17/22
Terms: Ct Approval Required
Services Through: 06/17/22

Description   2244 - Trustee for InfoW LLC Matter 110 - Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | MAH | Email exchange with counsel for Debtors and counsel for US Trustee regarding finalizing dismissal stipulation. | 0.40 | 450.00 | $180.00 |
| 06/10/22 | MAH | Prepare for and attend hearing on dismissal of cases. | 0.50 | 450.00 | $225.00 |

|   |   |
|---|---|
| Total Hours: | 0.90 |
| Total Labor: | $405.00 |
| **Total Invoice Amount:** | **$405.00** |
| **Total Amount Due:** | **$405.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A. Haselden | 0.90 | @ 450.000 | 405.00 |

Page: 1 of 1